UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KELLY PRICE,<br><br>              Plaintiff,<br><br>       -against-<br><br>DETECTIVE LINDA SIMMONS ET AL.,<br><br>              Defendants. | 15-CV-5871<br><br>ORDER GRANTING IFP APPLICATION |

LORETTA A. PRESKA, Chief United States District Judge:

   Leave to proceed in this Court without prepayment of fees is authorized. *See* 28 U.S.C. § 1915.

SO ORDERED.

Dated:  August 6, 2015
        New York, New York

_____
LORETTA A. PRESKA
Chief United States District Judge