12/20/10

9:32 PM

1/2 Chalupa u fucking with this dude: but you on my back about girls. trying to get me locked up for no reason. When I get locked up I'm showing and telling 2/2 everything. And calling warren once I get locked up.

9:46 PM: I will turn your life upside down one I'm in Jail.

10:02 pm: Yea if you say so Hoe: Everybody is going to know

10:25 pm: so they will love all the great things I got to show them

10:31 pm: its your word against mine let's play I got pi and everything else. Daddy and mommy and big bro will love my info. And I saw your speed dial u got two guys on speed dial ur sad broke and a hoe. ur a loser

10:33 pm: warren rob warren rob warren rob they going to love me

12/21/10

6:37 am: lets have make up sex my dick is rock hard

(12/21 time unidentified sometime between 6:37 and 10:17 am)
[TEXT BENEATH NAKED PHOTO OF ME]
U see that window that's your house. Just leave me alone please I don't want to be with someone that wants to get me locked up. Plus Hoeing

(12/21 time unidentified sometime between 6:37 and 10:17 am)
[TEXT BENEATH NAKED PHOTOs OF ME]
Two taps I can see every word even your number and I got more. Just leave me alone and stop lying to the cops. I'm not going to fuck you intill I get lock up for no reason

10:17 am
I have Keys

10:19 am: U think I'm playing. Play with the cops and u will never hoe or work again

10:21 a.m: Your is too

10:25 a.m. thanks more for the cops when you get me locked up

10:32 that paper will

12/22:

9:02 a.m.: Did you pay my car note

9:20 am: I was making a lot of money when I had my car.  How u think I saved your ass so many times.  When u had no money.  I would love it if u can pay my car note like you said u would but if not we can go 310 310 = 620 or I can pay it by myself just the info. please I need that car on the streets.  I don't have to get nj plate it koool.  I will wait intill the weeks are up.  ate the gym to my lot and going to the dmv to take back my plates

RESPONSE 9:30 am: You ignore every holiday you spend hem with someone else including my birthday I can't wait till your car is gone

9:28 am: when they take my car I'm telling every thing that on niya

9:30 am: once that go n know what's going to happen

9:30 am RESPONSE: I am not talking to you until I get my phones and i'm warning you stay away from the DMV u have no right to conduct my business

10:07 am: So get my car took of u want.  Just know what's happens after.  no order can stop me from talking.

RESPONSE: 10:10 am I hate you for ruining me but I will survive you been doing me filthy for too long

10:16 am:  Hell no tell me how?  other way around.  Ruining you how?  Ur selfish an i u fuck me with the cops or my car u will not survive because I'm going to really ruining u like u keep trying to do to me.  But I'm going to OVER DOSE ON YOU.  So give me the info or let's go half or pay the note.  but that car is not going no where.

10:22 am: I will never fuck you.  But u fuck me so many times.  So I'm not letting u get away no more.  You know right from wrong so u fuck me I'm going hard.  Please I love you so don't make me do this

10:28 Not when they see what I got and the people who will come downtown to help me

#D p2

```
 1   FAMILY COURT OF THE STATE OF NEW YORK
     CITY OF NEW YORK:  COUNTY OF NEW YORK
 2   ------------------------------------------x
     In the Matter of a Family Offense
 3   Proceeding                                  :

 4   KELLY CATHLEEN PRICE,
                                                 :
 5                     Petitioner,                         DOCKET NO.
                                                 :        O-10874/10
 6            -against-
                                                 :
 7   RAHEEM POWELL,
                                                 :
 8                     Respondent.
     ------------------------------------------x
 9                                      60 Lafayette Street
     Held:                              New York, N.Y. 10013
10                                      March 24, 2011 - Part 5

11
     Before:             HONORABLE LORI S. SATTLER, JUDGE
12

13   Appearances:
                         EDWARD GREENBERG, ESQ.
14                       Attorney for the Petitioner

15
                         WILLIAM O'HEARN, ESQ.
16                       Attorney for the Respondent

17
18   Also Present:
19
                         Kelly Price
20                       Raheem Powell

21
22
                                Kitty S. Irizarry
23                              Official Court Reporter
24
25
```

Exhibit B pg 1

Proceedings 2

| | |
|---|---|
| 1 | COURT OFFICER: Six and fourteen in the matter of |
| 2 | Price and Powell. |
| 3 | Counsel, your appearance. |
| 4 | MR. GREENBERG: For the petitioner, your Honor, |
| 5 | Edward C. Greenberg, 570 Lexington Avenue, New York, New |
| 6 | York. |
| 7 | Good morning. |
| 8 | COURT OFFICER: Raise your right hand. |
| 9 | (Whereupon, the following parties were sworn in |
| 10 | by the court officer.) |
| 11 | MS. PRICE: Kelly Catherine Price. |
| 12 | MR. POWELL: Raheem Powell. |
| 13 | THE COURT: Good morning, your Honor. |
| 14 | You are entitled to have an attorney in this |
| 15 | proceeding. If you don't have an attorney, I can assign one |
| 16 | to represent you. You can also decide you would like to go |
| 17 | forward on our own without an attorney, or if you would |
| 18 | like, you can hire or consult with an attorney that you |
| 19 | would pick. |
| 20 | Do you want an attorney in this proceeding? |
| 21 | MR. POWELL: Yes. |
| 22 | THE COURT: What's your source of income at the |
| 23 | present time? Are you working? |
| 24 | MR. POWELL: Yes. |
| 25 | THE COURT: How much are you earning? |

Exhibit 13 pg. 2

3

                                                        Proceedings

1   MR. POWELL: Like $250 a week.
2   THE COURT: Are you a member of a union?
3   MR. POWELL: (No response)
4   (Whereupon, the following party was sworn in by
5   the court officer.)
6   DETECTIVE SIMMONS: Detective Linda Simmons,
7   shield number 2653 of the 28 Detective Squad.
8   THE COURT: Sorry to drag you in, Detective
9   Simmons, but I have a couple of questions, since I was
10  informed that you are here to arrest the petitioner.
11  DETECTIVE SIMMONS: We are here to pick her up
12  for another detective that will be arresting her.
13  THE COURT: Anything related to my case here?
14  DETECTIVE SIMMONS: It's between the two of them.
15  It's between the two of them and how she calls him and
16  threatens to have him arrested if he doesn't come see her.
17  (Whereupon, Mr. O'Hearn entered the courtroom.)
18  THE COURT: Mr. O'Hearn is going to be
19  representing the respondent.
20  Do you want to note your appearance.
21  MR. O'HEARN: William O'Hearn, 225 Broadway,
22  appearing for the respondent.
23  THE COURT: Okay. So he had a family offense
24  case at some point in time, but your Order of Protection was
25  vacated when you didn't show up on March 9th.

Exhibit B pg 3

Proceedings

```
 1         MR. POWELL:  I was on the wrong floor.
 2         THE COURT:  Did you file again?
 3         MR. POWELL:  No.
 4         THE COURT:  So are you picking her up for
 5   violating the order?
 6         DETECTIVE SIMMONS:  She is going to be arrested
 7   for aggravated harassment.
 8         THE COURT:  Okay, got you.
 9         MR. GREENBERG:  Your Honor, with respect to
10   Mr. Powell's claim that he was in the wrong room, I know
11   Your Honor is very busy and doesn't remember this case, but
12   this case --
13         THE COURT:  No.  I actually remember it.
14         MR. GREENBERG:  Good.  Then Your Honor will
15   remember that we delayed to call this case for quite some
16   time because Mr. Powell was not here, and Your Honor called
17   the case at 11:02.
18         THE COURT:  Your client wasn't here either on
19   that date, as I recall.
20         MR. GREENBERG:  That's correct, and I expressed
21   concern about the safety of my client.  So while the court
22   officer called the case at about 9:32, Your Honor didn't
23   hear it until about 11:00.  This was a 9:30 case, so I don't
24   know how Mr. Powell couldn't have found his case within an
25   hour and a half.
```

4

#13p4

Proceedings

| | |
|---|---|
| 1 | THE COURT:  His case was dismissed.  He paid the |
| 2 | consequence of not being here. |
| 3 | I think the bigger issue is your client is about |
| 4 | to get arrested.  And I am hearing that right now, and |
| 5 | perhaps that makes me concerned about whether I actually |
| 6 | need to continue an Order of Protection in this case, |
| 7 | because he is not getting arrested, she is getting arrested. |
| 8 | Detectives investigated the stories? |
| 9 | DETECTIVE SIMMONS:  Yes. |
| 10 | THE COURT:  And don't find her story to be |
| 11 | credible? |
| 12 | DETECTIVE SIMMONS:  No. |
| 13 | MR. GREENBERG:  We have a couple of competing |
| 14 | issues.  Issue number one, and perhaps not the most |
| 15 | important, but I think it should be before Your Honor before |
| 16 | the case is discussed before you, no request was made of my |
| 17 | office to surrender Ms. Price, notwithstanding the fact that |
| 18 | I had lengthy conversations with detectives at the 28 |
| 19 | Precinct, including Detective Flowers, who is, presumably, |
| 20 | going to be the detective arresting Ms. Price today. |
| 21 | I had a conversation with Mr. Flowers for over |
| 22 | five minutes, and at no time did he ask me to bring |
| 23 | Ms. Price in, nor had any request been made to me or to |
| 24 | Ms. Price' other attorney to bring her in.  She would have |
| 25 | been brought in and this exercise, perhaps, would have been |

5

#13 p5

Proceedings

1        avoided or at least postponed. That's issue one, your
2    Honor.
3            Number two, there was an Order of Protection
4    sought against Mr. Powell, whose acts of violence against
5    Ms. Price are well documented by hospital reports and so
6    forth. The detectives have come in here, and I understand
7    their responsibilities, as they see them, but they come in
8    here without any adjudication at all based on, solely, the
9    word of Mr. Powell, whom your Honor has already awarded
10   Orders of Protection against, presumably, because your Honor
11   was satisfied.
12           THE COURT:  Excuse me.
13           An ex-parte Order of Protection -- Everyone comes
14   in here and does an ex-parte the first time, and I -- This
15   is the first time I have the parties in front of me.
16           MR. GREENBERG:  That's true.
17           Not all ex-partes. Ms. Price had been here
18   before.
19           MR. O'HEARN:  The most recent one was ex-parte
20   because he didn't show up, but that's not the initial one.
21   There was evidence that satisfied your Honor to issue an
22   Order of Protection, apparently, where Mr. Powell was here
23   on prior occasions.
24           MR. GREENBERG:  My recollection, Your Honor, is
25   when I was here three or four weeks ago, Your Honor stated

6

#B94

Agency: NYPD [redacted]

NEW YORK STATE
# DOMESTIC INCIDENT REPORT

Sprint # (NYC) | Incident #: 2011 [illegible]

**DATES**

| | Month | Day | Year | Time (24 hrs) | Address of Occurrence | APT # | Precinct (NYC)/CTV | Aided # (NYC) | Complaint # |
|---|---|---|---|---|---|---|---|---|---|
| Occurred | 10 | 21 | 11 | 1830 | [illegible] | | 028 | | |
| Report | 10 | 25 | 11 | 1845 | [redacted] | | | | |

○ Officer-Initiated ○ Radio Run ◉ Walk-In

**VICTIM/PARTY1 (P1)**

Name (Last, First, M.I.) / (include aliases): Price, Kelly C [redacted]

DOB: Month [illegible] Day [illegible] Year [illegible] Age [illegible] ○ Male ○ Female

If non-English, language: ○ Spanish ○ Chinese ○ Other: [redacted]

Injured? ◉ No ○ Yes | Removed to Hospital? ◉ No ○ Yes If yes, what hospital? | ◉ White ○ Black ○ Asian | ○ Hispanic ○ Native American ○ Non-Hispanic ○ Other: ○ Unknown [redacted]

Describe:

**SUSPECT / PARTY2 (P2)**

Name (Last, First, M.I.) / (include aliases): [illegible] | Phone: [illegible] | DOB: Month 11 Day 08 Year 81 Age 30 ○ Male ○ Female

Street & City: [illegible] | APT #: 3B | Zip: 10026 | If non-English, language: ○ Spanish ○ Chinese ○ Other:

Injured? ○ No ○ Yes | Removed to Hospital? ◉ No ○ Yes If yes, what hospital? | ○ White ◉ Black ○ Asian ○ Native American ○ Other: | ○ Hispanic ◉ Non-Hispanic ○ Unknown

Describe:

| Prior DV History? | ○ Yes ○ No |
|---|---|
| Prior DV police report? | ○ Yes ○ No |
| Victim fearful? | ○ Yes ○ No |
| Access to weapons? | ○ Yes ○ No |
| Suspect: Drug/Alc History? | ○ Yes ○ No |
| Suspect: Hx suicide threat? | ○ Yes ○ No |
| Suspect: Probation/Parole? | ○ Yes ○ No |

SUSPECT/P2 present? ○ Yes ○ No

**LIVING SITUATION**
Do parties *currently* live together? ○ Yes ◉ No
IF NO, have they lived together *in the past*? ○ Yes ◉ No
Do the parties have a *child-in-common*? ○ Yes ○ No

**RELATIONSHIP: (SUSPECT / P2 to VICTIM / P1)**
○ Married ○ Formerly Married ○ Intimate Partner/Dating ○ Former Intimate/Dating ○ Child of victim/party 1 ○ Parent of victim/party 1 ○ Relative: ○ Other:

**ASSOCIATED PERSONS**

[redacted]

**SUSPECT ACTIONS** (Check all that apply)
○ Biting ○ Destroyed Property (Estimated $ ) ○ Forced Entry ○ Forcible Restraint ○ Hair Pulling ○ Homicide
○ Impaired Alcohol/Drugs ○ Injury to Child ○ Injury to Other Persons ○ Injury to Pet/Animal ○ Interference with Phone ○ Intimidation/Coercion ○ Kicking ○ Punching
○ Pushing ○ Sexual Assault ○ Shooting ○ Slapping ○ Slamming Body ○ Stabbing ○ Strangulation/"Choking" ○ Suicide or Attempt
○ Threw Items ◉ Unwanted Contact ○ Verbal Abuse ○ Violated Visitation/Custody Conditions ○ OTHER Suspect Actions:
○ Threats: (specify) ○ Injure/Kill Persons ○ Injure/Kill Self ○ Injure/Kill Pet/Animal ○ Take Child ○ Destroy/Take Property ○ Other:
○ Threat with weapon ○ Weapons used: (specify) ○ Blunt Object ○ Gun ○ Motor Vehicle ○ Sharp Instrument ○ Other:

**ARREST**
Arrest Made? ○ Yes ◉ No | Arrest #
Reasons arrest not made on-scene: ○ No Offense Committed ○ No Probable Cause ◉ Suspect Off-Scene ○ Warrant/Criminal Summons to be requested ○ Violation level: not in police presence (no citizen's arrest) ○ Other:

**OFFENSES & OP**

| | Offenses | Law (e.g. PL) | Section (Sub) | Charges Filed |
|---|---|---|---|---|
| 1. | Criminal Cont[illegible] | PL | | ○ |
| 2. | | | | ○ |
| 3. | | | | ○ |

Offenses Involved: (check all that apply) ○ Felony ○ Misdemeanor ○ Violation ○ Other (Specify)

Registry Checked? ◉ Yes ○ No | OP Court Name:
Order of Protection? ◉ Yes ○ No | ◉ Family ○ Criminal ○ Supreme
Stay Away Order? ○ Yes ○ No | ○ Out of State ○ Tribal
Order Violated? ○ Yes ○ No | Expiration Date: Month 05 Day 09 Year 12
Any PRIOR orders? ○ Yes ○ No

STOP! ——> *************** COMPLETE STATEMENT ON PAGE 2 NEXT *************** ——>

**INVESTIGATION**

Photos Taken? ○ Yes ◉ No | IF YES, photos taken of: ○ Victim Injuries ○ Suspect Injuries ○ Scene ○ Damaged Property ○ Other: | Other evidence collected? ○ Yes ◉ No IF YES, describe:

Results of investigation and basis of action taken. (*Were excited utterances, spontaneous admissions or spontaneous statements made?*) ○ Yes ◉ No (*Complete 710.30 or other form when applicable*).

At 1830 P1 states P2 did approach her yelling her name while she exited her building. P1 states she [illegible] [illegible] [illegible] P2 [illegible] [illegible] [illegible] to [illegible] P1. P1 does have active order of prot. [illegible]

[illegible]

OTHER AGENCIES involved with the parties or incident (e.g. advocates, hospital, probation):

Is there reasonable cause to suspect a child may be the victim of abuse, neglect, maltreatment or endangerment? ○ Yes ◉ No IF YES, officer must contact the NYS CHILD ABUSE HOTLINE REGISTRY # 1-800-635-1522

○ Guns in House ○ Guns Seized ○ Has Permit ○ Permit Seized Issuing County:
Permit #(s): Name on Permit(s):

**CONTACTS INITIATED BY POLICE:** ○ Adult Protective Services ○ Child Protective Services (or ACS) ○ Domestic Violence Services ○ Firearms Licensing ○ Mental Health ○ Parole ○ Probation ○ Rape Crisis ○ Other Agency: Date: Who was notified? Notified by (initial):

Officer's Signature (& Rank) (PRINT and SIGN) [illegible] | ID: 934418 | Month 10 Day 25 Year 11
Supervisor's Signature (& Rank) (PRINT and SIGN)

1. Was DIR given to the victim at the scene? ◉ Yes ○ No
2. Was Victim Rights Notice given to victim? ◉ Yes ○ No
IF NO, give reason:

Page 1 of 2

VICTIM / COMPLAINANT CO[PY] [illegible] DOMESTIC VIOLENCE HOTLINE [illegible] 1-800-942-6906 SPANISH 1-800-942-6908 | 3221-02/2010 DCJS Copyright © 2008 by NYS

| [redacted] | Sprint # (NYC) WF | Incident # | Precinct of occ/CTV | Aided # (NYC) | Complaint # |
|---|---|---|---|---|---|

**_Page 2 of the NYS Domestic Incident Report:_**
**_STATEMENT OF ALLEGATIONS / SUPPORTING DEPOSITION_**

**Suspect Name (Last, First, M.I.)**

I, Kelly Price (victim/deponent name), state that on 10/21/11, (date) at 6:30pm
Yo, ______ (nombre de victima/deponente), declaro que en tal fecha __/__/__ en ______

(location of incident), in the County/City/Town/Village of New York, of the state of New York, the following did occur:
(donde el incidente ocurrio), el condado/ciudad/aldea/pueblo de ______, del estado de Nueva York, lo siguiente occurio:

I was approached on October 21, 2011 @ 6:30pm as I left my brownstone apt in the basement of 237 W 120th #1 by my ex boyfriend, Raheem Powell who attempted to communicate with me as he approached my building and he said my name 2x. I fled into a waiting livery cab. The driver of the cab witnessed Raheem walk by and then was video tape from a surveillance camera on 233 W. 120th. He made no attempt to avoid contact with me or cross the street when he saw me coming up the stairs out of my brownston apt. onto the side walk. He then made a funny face @ me & crossed in front of the car as we tried to pull away.

*(Use additional pages as needed)*

**False Statements made herein are punishable as a Class A Misdemeanor, pursuant to section 210.45 of the Penal Law. Declaraciones falsas hechas aqui son castigables como una clase de delito menor, de acuerdo con la seccion 210.45 de la ley penal.**

[signature] 12/1/11
**Victim/Deponent Signature** — Date
**Firma de victima/deponente** — Fecha

**Interpreter** — Date

[signature] 12/1/11
**Witness or Officer** — Date

*Note:*
*Whether or not this form is signed, this DIR form will be filed with law enforcement.*

*Nota:*
*Si esta forma esta firmada, o no, esta DIR forma sera registrada con la policia.*

Page 7 of 7

COPY 1                                                           34 R (4/91)

## Distribution & Routing Instructions

No.1 Give to person posting bail. Bail funds are deposited not later than the next business day after their receipt. Checks for refund of bail, minus the Department of Finance three percent 3% fee will be mailed according to the notice on the back of this form from the DIRECTOR OF FINANCE OF THE CITY OF NEW YORK, Room 2200, Municipal Building, 1 Centre Street, New York, NY 10007. The three percent 3% fee will not be subtracted if the case is terminated at the trial level with a dismissal or acquittal.

---

| Signature of Employee Receiving Bail $ | Title | Shield or ID # | Facility Rec'v'g Bail $ | Facility Housing Inmate |
|---|---|---|---|---|
| *(signature)* | Capt | 3818 | RICC | RMSC |

Residential Address of Person Posting Bail (Including ZIP Code): 60 Broadway, Apt A, Brooklyn, NY 11211

| OBTAIN SIGNATURE OF PERSON POSTING BAIL ON COPIES 2, 3, 4, & 5 | Name of Person Posting Bail (Printed) | Occupation of Person Posting Bail |
|---|---|---|
| | Hagger, Jan | Funny Manager |

| Date of Next Court Appearance | County | Court | Part |
|---|---|---|---|
| 05.11.11 | New York | Criminal | D. |

Having posted the bail amount listed above, and having read the information on the back of Copy 1 concerning bail refunds, and having been notified of any outstanding warrants or detainers prohibiting the immediate discharge of the defendant, I undertake that the defendant will appear in this action whenever required & will at all times render himself/herself amenable to the orders and processes of the court, and I acknowledge that the bail will be forfeited if the defendant does not comply with any requirement or order of process to appear in this action, and that his/her next scheduled court appearance is at 9:30 A.M. on the date and place written below:

Describe any outstanding warrants or detainers, including surety examination, prohibiting defendant's immediate discharge. If none, write "NONE". — **None**

| Check One: Cash ✓ | (If check(s) or money order(s), enter number(s) and name(s) of issuing organization(s)) |
|---|---|
| Check or Money Order | |

| Last Court Date Bail Was Set | Bail Amount (Numerical) | Bail Amount (Written) | |
|---|---|---|---|
| 05.06.11 | $ 2,000.00 | Two Thousand | DOLLAR(S) |

| Name of Judge/Justice who Set Bail | County | Court | Part |
|---|---|---|---|
| Leonetta | New York | Criminal | AR3A |

| NYSID # | Book & Case # | Offense(s) |
|---|---|---|
| 7961181196M | 3A71100788 | 215.50 (3) |

| Indictment # | Docket # | Defendant's Name (Last, First and M.I.) | People v. |
|---|---|---|---|
| | 2011NY032918 | Price, Kelly | Price, Kelly |

| | Date Bail $ Received (Today's Date) | Time Bail $ Received |
|---|---|---|
| | 05.08.10 | 21:35 |

05:36:11 *(stamp)*

1002643 *(stamp)*

BAIL RECEIPT & NOTICE TO PERSON POSTING BAIL

Exhibit # Pg 1

Exhibit # 9 Pg 1

**CRIMINAL COURT OF THE CITY OF NEW YORK**

**COUNTY OF NEW YORK**

**ADJOURNMENT SLIP**

DEFENDANT NAME: PRICE, KELLY C.

DOCKET NUMBER: 2013SN053520

YOU ARE TO APPEAR IN COURT ON 08/27/2013 , IN PART SAP , 346 BROADWAY 09:00 A.M./P.M.

IF YOU FAIL TO APPEAR, A WARRANT MAY BE ISSUED FOR YOUR ARREST.

BRING THIS NOTICE WITH YOU.

---

**TRIBUNAL CRIMNAL DE LA CIUDAD DE NEW YORK**

**CONDADO DE NEW YORK**

**A VISO DE APLAZAMIENTO**

NOBRE DE EL ACUSADO: PRICE, KELLY C.

NUMERO DE INSCRIPCION: 2013SN053520

USTED DEBE COMPARECER AL TRIBUNAL EL 08/27/2013 , EN LA SALA SAP , EN 346 BROADWAY , A LA(S) 09:00 A.M./P.M.

SI USTED NO COMPARECE, UNA ORDEN DE DETENCION PODRIA SER EMITIDO PARA USTED.

TRAIGA ESTA NOTIFICION CUANDO VENGA AL TRIBUNAL.

**DEBRIEFING AGREEMENT**

With respect to the meeting of Kenya Wells, an Assistant District Attorney in the Office of the District Attorney for New York County ("Office") with Kelly Price ("Client") to be held on the date of this memorandum, the following understandings exist:

(1) Should any prosecutions be brought against Client by this Office, this Office will not offer as evidence in its case-in-chief any statement made by Client at the meeting, except in a prosecution for false statements or perjury.

(2) Notwithstanding paragraph one, (a) this Office may use information derived directly or indirectly from Client's statements at the meeting for the purpose of obtaining leads to other evidence, and if any such evidence is developed, it may be used in any prosecution of Client; and (b) should any prosecution of Client be undertaken, this Office may use statements made by Client at the meeting and all evidence obtained directly or indirectly therefrom for the purpose of cross-examination should Client testify, or to rebut any evidence offered by or on behalf of Client in connection with the prosecution.

(3) This agreement is limited to the statements made by Client at the meeting held on this date, and does not apply to any oral, written or recorded statements made by Client at any other time. No understandings, promises, agreements, or conditions have been entered into with respect to the meeting other than those set forth in this agreement, and none will be entered into unless in writing and signed by all parties.

DATED:   New York, New York
         June 21, 2011

                                CYRUS R. VANCE, JR.
                                District Attorney
                                New York County

                                By: _____
                                Kenya Wells
                                Assistant District Attorney

_____
Client

_____
Attorney for Client

Exhibit 11 pg #1

12/20/10

9:32 PM
1/2 Chalupa u fucking with this dude: but you on my back about girls. trying to get me locked up for no reason. When I get locked up I'm showing and telling 2/2 everything. And calling warren once I get locked up.

9:46 PM: I will turn your life upside down one I'm in Jail.

10:02 pm: Yea if you say so Hoe: Everybody is going to know

10:25 pm: so they will love all the great things I got to show them

10:31 pm: its your word against mine let's play I got pi and everything else. Daddy and mommy and big bro will love my info. And I saw your speed dial u got two guys on speed dial ur sad broke and a hoe. ur a loser

10:33 pm: warren rob warren rob warren rob they going to love me

12/21/10

6:37 am: lets have make up sex my dick is rock hard

(12/21 time unidentified sometime between 6:37 and 10:17 am)
[TEXT BENEATH NAKED PHOTO OF ME]
U see that window that's your house. Just leave me alone please I don't want to be with someone that wants to get me locked up. Plus Hoeing

(12/21 time unidentified sometime between 6:37 and 10:17 am)
[TEXT BENEATH NAKED PHOTOs OF ME]
Two taps I can see every word and I got more. Just leave me alone and stop lying to the cops. I'm not going to fuck you intill I get lock up for no reason

10:17 am
I have Keys

10:19 am: U think I'm playing. Play with the cops and u will never hoe or work again

10:21 a.m: Your is too

10:25 a.m. thanks more for the cops when you get me locked up

10:32 that paper will

12/22:

9:02 a.m.: Did you pay my car note

9:20 am: I was making a lot of money when I had my car.  How u think I saved your ass so many times.  When u had no money.  I would love it if u can pay my car note like you said u would but if not we can go 310 310 = 620 or I can pay it by myself just the info.  please I need that car on the streets.  I don't have to get nj plate it koool.  I will wait intill the weeks are up.  ate the gym I'm taking a cab to my lot and going to the dmv to take back my plates

RESPONSE 9:30 am: You ignore every holiday you spend hem with someone else including my birthday I can't wait till your car is gone

9:28 am: when they take my car I'm telling every thing that on niya

9:30 am: once that go u know what's going to happen

9:30 am RESPONSE: I am not talking to you until I get my phones and I'm warning you stay away from the DMV u have no right to conduct my business

10:07 am: So get my car took of u want.  Just know what's happens after.  no order can stop me from talking.

RESPONSE: 10:10 am  I hate you for ruining me but I will survive you been doing me filthy for too long

10:16 am: Hell no tell me how?  other way around.  Ruining you how?  Ur selfish an i u fuck me with the cops or my car u will not survive because I'm going to really ruining u like u keep trying to do to me.  But I'm going to OVER DOSE ON YOU.  So give me the info or let's go half or pay the note.  but that car is not going no where.

10:22 am: I will never fuck you.  But u fuck me so many times.  So I'm not letting u get away no more.  You know right from wrong so u fuck me I'm going hard.  Please I love you so don't make me do this

10:28 Not when they see what I got and the people who will come downtown to help me

Marilyn Benetatos
231 West 120th Street
N.Y, N.Y. 10027
(212) 663-5372 (home)
(347) 203-2623 (cell)

To whom it may concern:

I was a neighbor of Kelly Price when she lived at 237 West 120th Street. I am a manager in Con Edison where I have worked for over 26 years. I have approximately 70 employees in my chain of command. I lived on the street for over 12 years, walk my dog every day and know and get along with my neighbors.

In the spring and summer of 2011 and later in 2012, there were some problems on the street related to young teenagers from other blocks hanging out on 120th street vandalizing cars, the school yard, fighting in the streets and being somewhat threatening to others. As a result, a group of us from the block attended monthly meetings at the police station to make our issues known there and to get further on-going support from the police and the community officer. The police were very helpful, offered a lot of support and worked with us and the principal at the local school and facilitated the problem going away.

After the formal meeting, the head of the station, Captain Rodney Harrison, invited attendees to speak with him personally about issues of concern. I went up to him after one of these meetings and asked him why more was not being done to help Kelly Price, who everyone knew was being battered. I was concerned because the young teenagers seemed to be learning the wrong thing from the situation. At that time, Captain Harrison told me that he had never seen anything like it, but he/the police were told to not respond to Kelly Price without the direct instruction of the District Attorney's office. He said it was strange but indicated that, to some extent, his hands were tied.

I found his response really surprising, so it stood out in my mind. I don't remember when or in what circumstances I came to be telling Kelly Price the

