details of my interaction with Captain Harrison.

Please feel free to contact me, should I be able to assist you further.

Sincerely,

# Maria Strohbehn

Assistant District Attorney, Manhattan District Attorney's Office

New York, New York | Law Practice



| | |
|---|---|
| Current | Manhattan District Attorney's Office |
| Previous | U.S. Department of Justice, U.S. Attorney's Office, District of Maryland, State Attorney's Office, Anne Arundel County, National District Attorney's Association/ American Prosecutors Research Institute |
| Education | The George Washington University Law School |

Send Maria InMail

**119** connections

www.linkedin.com/pub/maria-strohbehn/34/1b9/294

## Background

## Summary

As a member of the Trial Division, I am responsible for investigating, indicting, and trying felonies. In Manhattan, we vertically prosecute; I take on cases from arrest and handle them through collateral appeal. As lead prosecutor, I have tried nine cases before juries in New York County and conducted dozens of hearings. I have presented at least fifty cases before the grand jury, including cold-hit DNA cases.

Currently, I am supervising two junior attorneys in a project targeted to reduce crime in Mid-town Manhattan. In the past, I served as a junior member of a project targeting a specific gang responsible for violence in Harlem. These projects highlight the investigative skills necessary for a big-city prosecutor.

### Ads You May Be Interested In


**Corporate Headshots**
$25.00 off to LinkedIn Members! Over 240 Recommendations on LinkedIn!


**Find Your Dream Job Fast**
Get free tips on how to find your dream job.

**Jump Start Q2 Sales**
Support your hybrid entrepreneurs, overcome the 3 Fatal Flaws in Selling

### People Also Viewed


**Amy Cohen**
Assistant District Attorney

**Daniel Boylan**
Assistant District Attorney, Crime Strategies Unit at New York County District Attorney's Office

**David R. Smith**
Trial Attorney at Adam Leitman Bailey, P.C.

palmira garcia

**Erin Tierney**
Assistant District Attorney at New York




Maria Strohbehn
Assistant District Attorney, Manhattan District Attorney's Office

Location
New York, New York (Greater New York City Area)

Industry
Law Practice

Maria Strohbehn's Overview

Current
- Assistant District Attorney at Manhattan District Attorney's Office

Past
- Law Clerk at U.S. Department of Justice, U.S. Attorney's Office, District of Maryland
- Intern at State Attorney's Office, Anne Arundel County
- Law Clerk at National District Attorney's Association/ American Prosecutor's Research Institute

see all...

Education
- The George Washington University Law School
- University of Maryland Baltimore County

Connections
77 connections

Maria Strohbehn's Experience

Assistant District Attorney
**Manhattan District Attorney's Office**

Law Practice industry
September 2008 – Present (2 years 11 months)

- Research and write various pre-trial and post-conviction motions, including motions in opposition of dismissal, motions in opposition of vacating judgment, and motions for protective order
- Write search warrants including residences, computers, cellular telephones, and other mobile technology
- Present cases to the grand jury in Manhattan, from complex identity theft cases to domestic violence assaults
- Investigate and prosecute long-term employee fraud
- Serve as First Chair on bench and jury trials
- Organize trial strategies by reviewing evidence and developing themes
- Collaborate with family lawyers in domestic violence-related custody and divorce issues in the Integrated Domestic Violence Part of the New York County Supreme Court
- Volunteer, such as a presentation to adolescents in upper-Manhattan on various aspects of the criminal law and law enforcement issues in New York, including dating violence
- Attend continuing legal education seminars including a lecture on various forms of financial evidence, and its collection
- Write complaints to commence prosecution on the basis of a thorough review of evidence in shifts, including shifts into the early morning
- Balance a caseload of about three-hundred active cases with an aggressive court schedule · Chosen to begin working on a bureau based project targeting gang-related violent crime in the 28th precinct in 2011





# Maria Strohbehn

Assistant District Attorney, Manhattan District Attorney's Office

New York, New York | Law Practice



**Current**
Manhattan District Attorney's Office

**Previous**
U.S. Department of Justice, U.S. Attorney's Office, District of Maryland, State Attorney's Office, Anne Arundel County, National District Attorney's Association/ American Prosecutor's Research Institute

**Education**
The George Washington University Law School

**Send Maria InMail** ▼

119 connections

www.linkedin.com/pub/maria-strohbehn/34/1b9/294

## Background

## Summary

As a member of the Trial Division, I am responsible for investigating, indicting, and trying felonies. In Manhattan, we vertically prosecute: I take on cases from arrest and handle them through collateral appeal. As lead prosecutor, I have tried nine cases before juries in New York County and conducted dozens of hearings. I have presented at least fifty cases before the grand jury, including cold-hit DNA cases.

Currently, I am supervising two junior attorneys in a project targeted to reduce crime in Mid-town Manhattan. In the past, I served as a junior member of a project targeting a specific gang responsible for violence in Harlem. These projects highlight the investigative skills necessary for a big-city prosecutor.

## People Also Viewed



Amy Cohen
Assistant District Attorney



Daniel Boylan
Assistant District Attorney, Crime Strategies Unit at New York County District Attorney's Office



David R. Smith
Trial Attorney at Adam Leitman Bailey, P.C.

palmira garcia
-



Erin Tierney
Assistant District Attorney at New York

**Ads You May Be Interested In**

Corporate Headshots
$25.00 off to LinkedIn Members! Over 240 Recommendations on LinkedIn!

Find Your Dream Job Fast
Get free tips on how to find your travel, tourism & hospitality dream job.

Jump Start Q2 Sales
Support your hybrid entrepreneurs, overcome the 3 Fatal Flaws in Selling

Complaint Tracking System

# Interview Sheet (MOS)

## General Details

| | |
|---|---|
| Case # : | 201112517 |
| Investigator : | Max Bernstein |
| Interview Date : | 12/12/2011 |
| Start Time : | 09:11 AM |
| End Time : | 10:00 AM |
| Interview Mode : | Person |
| Location : | CCRB |
| Audio File Name : | 201112517_201112l2_1022.WAV |

## MOS Interviewed

| | |
|---|---|
| Name : | Michael Reff   (Witness Officer) |
| Tax No : | 947390 |
| Rank : | POM |
| Shield : | 20351 |
| Cmd Code/Desc : | 014 / MTS PCT |
| Partner Name : | PO Winters |
| Assignment : | Pct. Sector Patrol |
| Exact Tour : | 15:00-23:35 |
| On Duty : | Yes |
| In Uniform : | Yes |

## Statistical Data on the Person Interviewed

| | | | | | | |
|---|---|---|---|---|---|---|
| Birth Date : | [redacted] | Sex : | Male | Race : | White | |
| Height : | 5'11" | Weight : | 220 | | | |
| Hair Color : | Brown | Eye Color : | Blue | Other : | | |
| Person Present : | Inv. Wilbur, Merrill Seannell | | | | | |
| Remarks : | | | | | | |

# Interview Details

**OFFICER MICHAEL RELF**

- *Officer Relf is a 27-year-old White male, who stands 5'11", weighs 220 pounds, and has brown hair and blue eyes.*
- *Officer Relf was assigned to sector AB, worked with Officer Winters, dressed in uniform, assigned to search RMP#3271, and worked from 3:00pm until 11:35pm.*

On September 24, 2011, at approximately 9:50pm, Officer Relf and Officer Winters received a radio run for a dispute at 37th Street and 8th Avenue in Manhattan. As the officers approached, Officer Relf noticed that Ms. Price was waiting for them in the street. Ms. Price was visibly upset, and when the officers exited their RMP, she told them that the owner of the bar had thrown her out because she would not have sex with him. Ms. Price wanted the owner to be arrested. Ms. Price did not seem to be intoxicated, and did not complain of injuries or seem to have any injuries. Officer Relf went into the bar to speak with the owner, while Officer Winters spoke with Ms. Price outside. Officer Relf stated that another sector backed him up, but he could not recall which sector that was (however, when Officer Relf was shown a video of the incident, he identified the other responding officers as Officer Melidones and Officer Stromer).

While inside of the bar, Officer Relf spoke with the owner and two patrons. The owner stated that Ms. Price comes to his bar frequently, and usually acts disorderly. He added that she usually harasses all of the single men at the bar, so when he noticed her inside, he asked her to leave. The two patrons that Officer Relf spoke with corroborated the owner's account. Officer Relf was inside of the bar for less than 5 minutes, at which point he exited and explained what he had learned while inside of the bar. Officer Winters proceeded to explain to Ms. Price that based on the disputed testimony, no arrests could be made regarding the incident, at which point Ms. Price became irate and belligerent. Ms. Price repeatedly used the word fuck and told the officers that she would file a complaint against them for their lack of action. Officer Relf could not recall Ms. Price making any movements with her body. Officer Relf explained that Officer Winters was the officer primarily interacting with Ms. Price at this time, trying to explain to her that there was nothing the officers could do and that she should simply leave the scene.

Ms. Price and Officer Winters were speaking on the North side of 37th Street, and as they spoke, a crowd of approximately 10 people were gathering on the South side of 37th Street. Officer Relf could not recall if or how many people were gathering on the North side where the interaction was taking place. Officer Relf added that he did not believe the interaction between Ms. Price and the officers was blocking pedestrian traffic.

Ms. Price continued to curse at the officers, but then began to walk away. Officer Relf stated that Officer Winters was not done speaking with Ms. Price at this time, and as she walked away, she turned around to the officers and stated, "Go fuck yourselves." At that point, Officer Winters caught up to Ms. Price and placed her under arrest. Ms. Price struggled slightly, but did not fall to the ground.

Officer Relf confirmed that he and Officer Winters transported Ms. Price to the station house, but Officer Relf stated that he did not interact with her there. At no point did Officer Relf hear any officer instruct Ms. Price to decline medical treatment and at no point did any officer motion with his finger towards Ms. Price indicating that she was crazy.

At the end of the interview, video footage was presented to Officer Relf. After watching the video, he stated that he had nothing to add or change about his previous testimony. He indicated who the other officers were at the scene, indicated that it was Officer Winters who was leaned up against the phone booth in the video, and he indicated that the crowd that had gathered was out of the picture.

*Complaint Tracking System*

# Interview Sheet (MOS)

## General Details

| | |
|---|---|
| Case # : | 201112517 |
| Investigator : | Max Bernstein |
| Interview Date : | 01/26/2012 |
| Start Time : | 09:54 AM |
| End Time : | 10:14 AM |
| Interview Mode : | Person |
| Location : | CCRB |
| Audio File Name : | 201112517_20120126_1034.WAV |

## MOS Interviewed

| | |
|---|---|
| Name : | Diane Melidones (Witness Officer) |
| Tax No : | 900131 | Rank : POF | Shield : 08989 |
| Cmd Code/Desc : | 014 / MTS PCT |
| Partner Name : | PO Stromer |
| Assignment : | Pct. Sector Patrol |
| Exact Tour : | 15:00-23:35 |
| On Duty : | Yes |
| In Uniform : | Yes |

## Statistical Data on the Person Interviewed

| | | | | | |
|---|---|---|---|---|---|
| Birth Date : | ▓▓▓ | Sex : | Female | Race : | White |
| Height : | 5'6" | Weight : | 130 | | |
| Hair Color : | Blonde | Eye Color : | Blue | Other : | |
| Person Present : | Inv. Dirocco, Louie Albert | | | | |
| Remarks : | | | | | |

# Interview Details

## OFFICER DIANE MELIDONES

- *Officer Melidones is a 52-year-old White female, who stands 5'6" tall, weighs 130 pounds, and has blonde hair and blue eyes.*
- *Officer Melidones was assigned to Sector D, worked with Officer Stromer, assigned to RMP#5091, dressed in uniform, and worked from 3:00pm until 11:35pm.*

On September 24, 2011, at approximately 9:30pm, Officer Melidones and Officer Stromer received a radio run for an assault-in progress at Stitch Bar, but Officer Melidones could not recall the exact location. When they arrived at the scene, Officer Melidones saw Ms. Price speaking with Officer Winters outside of the bar. Officer Melidones approached, and immediately deemed Ms. Price to be intoxicated. She stated that Ms. Price was screaming, cursing, not making sense when she spoke, and was "carrying on."

Officer Winters went into the bar to gather more information, and Officer Melidones and Officer Stromer remained outside with Ms. Price. Officer Melidones could not recall exactly what Ms. Price's complaint was, but it had something to do with the fact that the bar did not want her inside any longer and she stated that she was thrown out. Ms. Price also repeatedly mentioned an ex-boyfriend, but Officer Melidones did not understand what Ms. Price was talking about. Officer Melidones believed that she wanted to officers to allow her back inside of the bar, but the staff of the bar repeatedly said that Ms. Price was not welcome. Ms. Price calmed down while she was speaking with Officer Melidones, but when the officers explained that there was nothing they could do for Ms. Price in this situation, she started screaming again.

After speaking with Ms. Price for approximately 5 minutes, Officer Melidones went to speak with either a bouncer or a bartender who was standing near the entrance to the bar, in order to get both sides of the story. Officer Melidones could not recall exactly what the individual said, but remembered that he indicated that Ms. Price was inside of the bar but had been asked to leave. When Officer Melidones was speaking to this individual, Officer Winters came outside of the bar and was speaking to Ms. Price. Ms. Price was using profanity and continued to was acting disorderly because she was angry. Officer Winters was trying to speak with Ms. Price, but Ms. Price stated something along the lines of "You can't make me do what I don't wanna do. I'm going to sue you because I should be allowed back in that bar." Ms. Price was being very demonstrative as she spoke. Ms. Price started walking away from the bar and continued cursing and screaming as she walked. Officer Winters went after Ms. Price. Officer Melidones explained that she is a very bad judge of distance, but believed that Ms. Price was about 25 feet away from the bar, and Officer Winters was about 10 feet away from Ms. Price. A crowd of approximately 5 people was gathering, dispersed further up the street from Ms. Price and across the street.

Officer Melidones figured that Officer Winters was following Ms. Price in order to place her under arrest, so she followed him, and Officer Winters did arrest Ms. Price. Officer Melidones was never told directly, but believes that Officer Winters placed Ms. Price under arrest because she was clearly intoxicated, was becoming disorderly, and they did not know what she would do next, and believed that she may have gone back into the bar to cause further trouble.

Officer Melidones did not transport Ms. Price back to the station house, however she did interact with her in the station house. Officer Melidones went into the holding cells and suggested to Ms. Price that she go to the hospital since she was so intoxicated. Ms. Price repeatedly refused. Officer Melidones did not see Ms. Price receive or deny medical treatment. Officer Melidones also did not see any officer motion with his hand implying that Ms. Price was crazy.

Officer Melidones was shown surveillance video footage from Stitch Bar. She identified herself and the officer vehicle. She could not recall what Ms. Price was doing when she placed her hands over her head. Officer Melidones stated that the crowd was gathering beneath the shot and to the right of the shot--across the street. When Ms. Price walked off of the screen, Ms. Price, in essence stated "I'm going to do what I want to do?"

# Interview Details

**OFFICER MATTHEW WINTERS**
- *PO Winters worked 15:00-23:35, Sector AB, working w PO Relf, assigned to marked RMP#3271*

On September 24, 2011, at approximately 9:50pm, PO Winters and PO Relf responded to a reported dispute at a bar located at 227 West 37th Street in Manhattan. PO Winters had never responded to a call at Stitch Bar in the past. PO Field [res and F?] Strassner were assigned to the job, and PO Winters and PO Relf were dispatched to assist, but PO Winters and PO Relf arrived at the scene first. When PO Winters got out of his vehicle, he was met by Ms. Price in the middle of the street. Ms. Price was agitated and visibly upset from the moment PO Winters saw her. Ms. Price was yelling that she was thrown out of Stitch Bar and beaten up. Ms. Price stated "I wouldn't fuck anybody in that bar and that's why they asked me to leave". Ms. Price did not seem intoxicated. PO Winters did notice that Ms. Price had bruises all over her arms and legs. Ms. Price was not wearing much clothing and the bruises were easily visible. Ms. Price never stated that the bruises were a result of any interaction within Stitch bar.

PO Winters entered Stitch Bar in order to hear the bar manager's account of the incident. PO Winters interviewed the bar manager, identified through investigation as Nicholas Cohen, who stated that he knows Ms. Price and that she has refused him trouble in the past, so he asked her to leave. She refused and her had a small shoving match, resulting in the bouncer shoving her out of the bar. Mr. Cohen stated that no one hit Ms. Price, and there was no assault. PO Winters also interviewed multiple independent witnesses who were inside of the bar. The witnesses all said that Ms. Price had been acting irrational, and confirmed that no assault took place. PO Winters explained that he deals with a lot of consumer related disputes and in order to make an arrest, he needs to listen to both parties, accounts, see fresh visible injuries, or obtain record or obtain testimony from independent witnesses. Due to the lack of any of the aforementioned factors, PO Winters determin[ed] t[hat no] arrestable offense had taken place.

PO Winters exited the bar and told Ms. Price that she was not allowed back in the bar, and if she did reenter, she could be arrested for trespassing. Ms. Price immediately became irate. She was yelling that the only reason she was asked to leave the bar was because she wouldn't sleep with anyone inside. Ms. Price then started yelling at the officers, stating that they didn't know how to do their jobs. PO Winters tried to explain that there is not much they could do for her since it was just a simple civil inc. PO Winters added that if Ms. Price was still upset with the bar manager, she could take it up with the Better Business Bureau. Ms. Price continued to tell the officers that they didn't know how to do their jobs. Ms. Price was speaking loudly and was becoming more animated as she spoke, waving her hands around. During his interview, PO Winters repeatedly stated that Ms. Price was standing closer than he would have liked her to and got in the officers' faces. As Ms. Price continued to yell at the officers, a crowd of approximately 20 people started to gather. The crowd was gathering across the street and behind PO Winters. In addition, Ms. Price and the officers were blocking pedestrian traffic on the sidewalk. As the crowd gathered, PO Winters asked Ms. Price to leave the scene, and continued yelling. PO Winters stated that Ms. Price had ample opportunity to leave the scene and that he asked her to walk away more than once, but Ms. Price never mentioned that she intended to leave the scene. After approximately 2-3 minutes of speaking outside of the bar, Ms. Price stated "go fuck yourself" to PO Winters. That prompted PO Winters to place Ms. Price under arrest for disorderly conduct. When asked if Ms. Price was intoxicated, PO Winters stated "she wasn't slurring her words, go fuck yourself was pretty clear to me."

PO Winters stated that he put the cuffs on Ms. Price, "but it wasn't like [the other officers] were standing with their hands in their pockets." PO Winters noted that Ms. Price moved her arms slightly when she was being placed under arrest, but was not re-isting. At no point did Ms. Price go to the ground when she was being placed under arrest. She was taken to the marked RMP, and transported to the 14th Precinct station house by PO Winters.

When they got to the station house parking lot, Ms. Price did not want to walk into the station house. She was dragging her feet and PO Winters had to help her walk. Half way to the station house entrance, Ms. Price made her legs dead weight, fell to the ground, and refused to get up. PO Winters had to carry her the rest of the way into the station house.

Once in the holding cell, Ms. Price repeatedly stated that she "want[ed] the hospital," PO Winters stated that he hears this request frequently, and knew that Ms. Price sought medical attention. PO Winters called for EMS at approximately 2:00am and at approximately 3:45am, they arrived to the station house. PO Winters stated that Ms. Price must have changed her mine regarding medical treatment, because when EMT's arrived in her cell, she repeatedly refused treatment. PO Winters asked Ms. Price if she wanted to go to the hospital, and she repeatedly declined, and she told Ms. Price to decline medical treatment, and

# Interview Details

*At the 16:55 minute mark of the CCRB interview, surveillance video from outside of Shiloh Bar was shown to PO Winters. The following notes were provided by PO Winters as he watched:*

At the 21:45:00 mark, a marked RMP arrives at the top right corner of the screen. PO Winters indicated that he and PO Relf were the occupants of the RMP. As the officers walk onto the sidewalk, PO Winters identified the officers from left to right as PO Relf, PO Mellidones, and PO Stromer. At the 21:45:45 mark, PO Winters enters the bar, followed by PO Relf. PO Winters explained that while inside, he spoke with the bar manager and other witnesses to obtain information about the dispute. PO Winters confirmed that the female civilian on screen was Ms. Price. At the 21:47:09 mark, PO Winters is the first officer to exit the bar, again followed by PO Relf. PO Winters identified himself as the officer who was leaning on the pay phone. When asked about Ms. Price's raised hands, PO Winters could not recall exactly what she was doing. He believes she was speaking with her hands and not making much sense when she spoke. As PO Winters watched the video, he repeatedly stated that he gave Ms. Price ample opportunity to leave the scene, and that she was standing too close to him. PO Winters pointed out that a few civilians had to walk through and around the officers and Ms. Price. People were coming out of the bar, and were across the street as well. Ms. Price's comments were loud enough that people across the street could hear what she was saying. She cursed multiple times, walked off the screen, and then stated "go fuck yourself," which prompted PO Winters to place Ms. Price under arrest.


(RR) 2020 : 50 @ 1095 6 Ave
2040 : 90X
(RR) 2030 : 52 @ 64 E 34 St
2055 : 90Z
2058 : 10-2
2111 : 61 @ 34 & 5 Bank Drgs
#2930620/2930669/2193067)
2136 : 68 @ 5 Ave bet 39 & 40
(RR) 2144 : 34 @ 37 & 8 Ave
2156 : 92C
2159 : 84 @ SH ; mi : 21892 ;
Fuel : 7/8 tank ; veh inspec : neg
2227 : 99 ; SGT Callahan's Op
RMP#3310 ; mi : 14261 ; Fuel : 7/8 tank
veh Inspec : neg
2232 : 10 @ 40 & 8
2237 : 90X
(RR) 2245 : 54 @ 40 & 7 ; Backing Sec C
2250 : 98 ; 97H Bell by C
(RR) 2320 : 10 @ 351 W30 St ; Backing Sec F
2355 : 98 ; 95 Dept Buildings by F
2400 : 84 @ MTS SH
mi : 14268 ; Fuel : 7/8 tank ; veh
Inspec : neg
(0:40 OT) 0015 : E.O.T.
PO 20351
Sun 9/25/11 Tour : 4x12
1500 : PFD @ MTS Pct
1525 : Roll Call ; SGT Boyian

[redacted]

Date 4/2/2013

# TREATING PHYSICIAN'S WELLNESS PLAN REPORT

Participants in HRA's public assistance program, who have been assessed to have unstable or untreated medical and/or mental health conditions affecting functional capacity and requiring treatment, are placed in a wellness plan (WP). To assist HRA to determine your patient's functional capacity and ability to participate in work-related activities at the completion of the WP, please complete and sign this report and/or provide copies of any medical reports and/or progress notes that would be relevant to making this determination.

You may use the reverse of this form and/or attach extra sheet(s) if necessary.

Fax 917-606-6630

Patient's Name: Kelly Price         Age: ___  Male/Female ___

Social Security Number: ___         Telephone: 212-524-5661

Case Manager: Y. Echevarria

## I. Current Diagnoses:

| Diagnosis | Date of Onset | Indicate if a current focus of treatment |
|---|---|---|
| R. Knee internal derangement | 10/19/12 | |
| DJD | | |

## II. Relevant Clinical Findings: (which may include physical exam, mental status exam, labs, EKG, X-Rays, or other specialty exams)

TORN ACL & MENISCUS

## III. Level of Compliance:

Attends scheduled appointments?  ☒ Yes  ☐ No  ☐ Unknown
Takes prescribed medication?  ☒ Yes  ☐ No  ☐ Unknown
Complies with other types of treatment?  ☒ Yes  ☐ No  ☐ Unknown

If "no" to any, explain:

## IV. Clinical Course: (including type of treatment and response, medication(s), dose and frequency, and prognosis)

TO BE SCHEDULED FOR ARTHROSCOPIC SURGERY 3/20/13 PENDING MEDICAL CLEARANCE

Copyright 2006 The City of New York, Department of Social Services
For permission to reproduce all or part of this material contact the New York City Human Resources Administration.

2

Patient's Name: _____  Social Security Number: _____

## V. Wellness Plan:

Has the diagnosis/condition that is a focus of treatment been resolved or stabilized   ☐ Yes   ☒ No

If no, explain and provide estimated date:  AWAITING SURGERY

## VI. Functional Capacity: PLEASE CHECK-OFF ONLY ONE OF THE FOLLOWING. Please identify the functional capacity below that best describes your patient. Consider how your patient's diagnoses and symptoms affect his/her physical and/or emotional capacity to participate in work-related activities, the type of work can your patient perform, and the type of work that should be avoided. Provide additional comments, as needed.

☐ No functional limitations.

☒ Employable with work limitations. What are the work limitations, what types of workplace accommodations are recommended, and what type of work can your patient perform?   OFFICE WORK ONLY

☐ Temporarily unemployable. Please specify timeframe you expect your patient will be able to participate in work-related activities with or without limitations.

☐ Unable to work for at least 12 months. (may be eligible for long term disability benefits)

☐ Cannot determine; more information is needed. (Please Specify)

### IF YOU IDENTIFIED LIMITATIONS ABOVE, PLEASE LIST THE SPECIFICS BELOW, as well as any additional comments as needed.

I base my conclusion on: [PLEASE CHECK ALL THAT APPLY]
1. _____ My Examination of the patient   2. _____ A review of the patient's chart   3. _____ Reports from specialists

Physician Name (please print): Reginald E Manning, M.D.
N.Y. License # 138554
DEA # BM3971985                License#: _____

Physician Specialty: ORTHOPEDICS                Tel #: (212) 437-3510

Physician Signature: _____, M.D.        Date: 3/5/12

Physician Stamp (optional)    If you have any questions, please contact:

For permission to reproduce all or part of this material contact the New York City Human Resources Administration.

## PMH
**Information Verification:** Verified
**Historian:** EMS
**Potential Barrier to Education:** emotional state, mental status, condition of patient
**Travel History:** Unable
**Medical History:** None

| Allergies | | |
|---|---|---|
| Allergen | Allergic reaction | Allergy Note |
| NKDA | | |

Published: 17:29 10/19/2012 MARSHA DIXON, PA

**Information Verification:** Verified
**Historian:** EMS
**Potential Barrier to Education:** emotional state, mental status, condition of patient
**Travel History:** Unable
**Medical History:** None

| Allergies | | |
|---|---|---|
| Allergen | Allergic reaction | Allergy Note |
| NKDA | | |

Published: 16:52 10/19/2012 MACVIR PADUA, RN

**Historian:** EMS
**Potential Barrier to Education:** emotional state, mental status, condition of patient
**Travel History:** Unable
**Medical History:** None

| Allergies | | |
|---|---|---|
| Allergen | Allergic reaction | Allergy Note |
| NKDA | | |

**Medical History - System Generated Note:** Published: 16:52 10/19/2012 EmSTAT System entry

## Home Medications

| Medications | | | |
|---|---|---|---|
| Medications | Dosage | Frequency | Last Dose |
| None | | | |

**Information Verification:** Verified
Published: 17:29 10/19/2012 MARSHA DIXON, PA

| Medications | | | |
|---|---|---|---|
| Medications | Dosage | Frequency | Last Dose |
| None | | | |

**Information Verification:** Verified
Published: 16:52 10/19/2012 MACVIR PADUA, RN

## Physical examination
**Pulse Oximetry:** Non-hypoxic
**PE Limited by:** No limitation - appears as reliable historian

10/22/2012 10:39:22 AM