22







Academic Affiliate of Columbia University College of Physicians and Surgeons

**Continuum** Health Partners, Inc.

# Patient: Price, Kelly

**Arrival:** 10/19/2012 16:52
**Chart ID:** 346642920139
**MRN:** 200004428789
**Insurance:** UNTD HLTHCARE CAID
**Primary Nurse:** KING, RN, ANTHONY
**ER Physician:** CLARK, MARK MD

| Vitals | Time | BP | PR | RR | Temp |
|---|---|---|---|---|---|
| First | 10/19 16:54 | 142/56 | 69 | 16 | 98.3 Oral |
| Latest | 10/19 16:54 | 142/56 | 69 | 16 | 98.3 Oral |

**DOB:** 11/27/1970
**Age/Gender:** 41 / female
**Account Number:** 000480800614
**PCP:** *NONE
**Resident:** DIXON, MARSHA PA
**PA/NP:** DIXON, MARSHA PA
**Pain:** 1/10 - mild
Time: 10/19 17:36

**O2 Sat:** 98% **Concentration:** Not stored
Time: 10/19 16:54

## HPI

The patient is a 41-year-old female who presents with a chief complaint of knee pain. HPI Pt with bilateral knee pain, secondary to altercation a couple of days ago, with mild abrasion to bilateral knee. Pt mentions h/o meniscal tear to right knee yrs ago, with one knee bigger than other for long while. Pt ambulatory to ED. . The history was provided by the patient. The history is limited by nothing - patient appears as reliable historian. It initially occurred 2 day(s) ago. The mechanism of injury was a blunt trauma and fall. The knee pain occurred while involved in an altercation. The knee pain is located in the bilateral knee. The patient complains of pain at the knee pain site. The intensity is moderate. The course has been stable. The symptoms have no aggravating factors. The symptoms have no relieving factors. The symptoms have been associated with pain and swelling, while the symptoms have not been associated with fever or chills. The related history is not significant. The patient has had the following prior evaluations: none. The patient was treated prior to arrival with nothing.
Published: 17:28 10/19/2012 MARSHA DIXON, PA

## ROS

**The ROS is limited by:** Nothing - patient appears as reliable historian

**Constitutional**
Negative for fever and chills.

**Eyes**
Negative for eye pain.

**ENMT**
Negative for ear pain, nasal congestion and sore throat.

**Cardiovascular**
Negative for chest pain.

**Respiratory**
Negative for cough.

**Gastrointestinal**
Negative for nausea, vomiting, diarrhea and abdominal pain.

**Genitourinary**
Negative for dysuria.

**Musculoskeletal**
Positive for knee injury and morning stiffness - joint. Negative for deformity and reduced mobility.

**Skin**
Positive for abrasions.

**Neuro**
Negative for headache.
Published: 17:29 10/19/2012 MARSHA DIXON, PA

22

**Constitutional:** Oriented, Alert, in NAD
**O/E - head - general examn.:** Head atraumatic, normalcephalic
**Eyes:** EOMI, PERRL
**ENMT:** Pharynx non-erythematous; no visible lesions.
**Neck:** Supple, Cervical spine non tender
**Cardiovascular:** Regular rate and rhythm, NL S1/S2
**Respiratory:** Clear to auscultation bilaterally, No rales, rhonchi, or wheezes, Breath sounds equal bilaterally
**Chest:** Expansion normal, Movement symmetrical
**Gastrointestinal:** Abdomen soft, Nontender
Musculoskeletal Exam
**Musculoskeletal Exam:** No midline spinal tenderness
**Musculoskeletal:** All 4 extremities with FROM passively, All 4 extremities with FROM actively
**Psychiatric:** Alert and oriented person, place, and time
Neuro exam
**Neuro exam:** A&Ox3, Cranial Nerves II-XII intact, Motor intact in all extremities, Sensation normal , Normal reflexes, Gait normal
Musculoskeletal Exam
Knee Exam
**Side:** Bilateral
**Knee:** Positive for tenderness of anterior knee joint, tenderness on medial joint line of knee, tenderness on lateral joint line of knee and small joint effusion. Negative for ligamentous laxity of knee, tenderness of popliteal area and patellar tenderness.
right knee slight bigger than left knee(old injury)
Published: 17:30 10/19/2012 MARSHA DIXON, PA

## Medical Decision Making

**Care Plan:** Pt with bilateral knee pain, secondary to altercation x 2 days ago. Pt with chronic knee pain right, some yrs. Pt will be referred to Orthopedic clinic.
Published: 17:32 10/19/2012 MARSHA DIXON, PA

## Attending

**Supervision:** General PA supervision
Published: 18:05 10/19/2012 MARK CLARK, MD

## PMD/Refer Notification

**Information Verification:** None available
Private MD Info and Contact
**The PMD is Dr.:** *NONE
Published: 17:32 10/19/2012 MARSHA DIXON, PA

## Patient disposition

Primary diagnosis
**Primary Diagnosis:** Abraision - Knee No Infection (916.0)
**Patient disposition:** Disch - Home
**External cause of injury:** Assault, fight, brawl (E960.0)
**Place of injury:** Not Specified (E849.9)
Published: 17:33 10/19/2012 MARSHA DIXON, PA

## Medication disposition

| Medications | | | | | |
|---|---|---|---|---|---|
| **Medications** | **Dosage** | **Frequency** | **Last Dose** | **Medication disposition** | **PCP contact** |
| None | | | | Continue | |

Published: 17:33 10/19/2012 MARSHA DIXON, PA

## Prescriptions

| Prescription | | |
|---|---|---|
| **Medication** | **Dispense** | **Sig Line** |
| Percocet 5 mg-325 mg tablet | *15* (Fifteen) | 1-2 tabs po QID prn, pain |

Published: 17:33 10/19/2012 MARSHA DIXON, PA

## Discharge

**Append a Note to Discharge Instructions:** Read discharge information. Medications as prescribed.

**Discharge Instructions**

abrasion, elevated blood pressure/hypertension - no new meds, knee ligament injury - ligament unspecified

**Drug Instructions**

pain acetaminophen oxycodone

| Referral/Appointment | | | |
|---|---|---|---|
| **Refer Patient To:** | **PMD/Clinic not in list** | **Phone Number** | **Follow-up in** |
| *CLINIC - ORTHOPEDICS | | | 10 days |

Published: 17:34 10/19/2012 MARSHA DIXON, PA

## Chart Sign-off

Chart electronically signed by ER Physician
Published: 18:05 10/19/2012 MARK CLARK, MD

Documentation completed by Responsible Physician
Published 17:32 10/19/2012 MARSHA DIXON, PA

**St. Lukes**
**1111 Amsterdam Avenue**
**NY, NY 10025**

**Emergency Department**
212-523-3335




Assessment Sheet

Name: **Price, Kelly**
Phone: (212)470-8044
Unit: 03 Fast Track
MR #: 200004428789
Chart #: ED1354915
ACT #: 000480800614
DOB: 11/27/1970
Sex: Female
Age: 41
Address: 237 WEST 120TH STREET 1,
NEW YORK, NY 10027

Complaint: **Bilateral Leg Pain/s/p Assault**
Arrival Date/Time: **16:52 10/19/2012**
Arrived by: **Walk-in**
Mobility:
Accompanied By:
Last Date Seen: **06/02/2012 03:06**
Emergency Resident Physician: **DIXON, MARSHA - Emergency Medicine**

Triage Acuity: **Level IV - Semi-Urgent**
Primary Insurance: **UNTD HLTHCARE CAID**
Secondary/Tertiary Insurance: /
Referring Phys/Facility: **Unassigned**
PMP: ***NONE**
Emergency Attending Physician: **CLARK, MARK**

Complaint Code: **Trauma/Ortho/Lacerations**
Treatments PTA:
Travel History:
**Hand hygiene: Yes. Mask applied: No.**
Language:
Barriers to Education: **condition of patient, emotional state, mental status**

Triage Nurse: **PADUA, RN, MACVIR**
Primary Nurse: **KING, RN, ANTHONY**

Past Medical Hx: **None**
Tetanus Hx:
Social Hx:
Weights:

LMP Date:

Presenting Medications

| Medication | Dosage | Freq | Medication | Dosage | Freq |
|---|---|---|---|---|---|
| None | | | | | |

Allergy

| Allergy | Allergic Reaction |
|---|---|
| NKDA | |

Vital Signs

| Inits | Time | Temp | Blood Pressure | Pulse | Resp |
|---|---|---|---|---|---|
| MP | 16:54 | 98.3 O | 142/56 Automatic,Sitting,Left Arm | 69 | 16 |

Pain

| Time | Scale |
|---|---|
| 16:54 | 5/10 |
| 17:26 | 5/10 |

Pulse Ox.

| Time | % | Concentration | Peak Flow |
|---|---|---|---|
| 16:54 | 98 | | |

Glasgow Coma

| Time | Score |
|---|---|
| | |

**Disposition Information**
Primary Diagnosis: **Abraision - Knee No Infection (916.0)**
Disposition: **Disch - Home**
Discharge Time: **17:41 10/19/2012**
RN Report Called By:
RN Report Given To:
MD Report Called By:
MD Report Given To:
Follow-up Care: ***CLINIC - ORTHOPEDICS**
Appt Date/Time:
Disability Statement:
Prescriptions: **Percocet 5 mg-325 mg Tab**
Discharge Instructions:

Secondary Diagnosis:
Discharge Acuity: **Level IV - Semi-Urgent**
Admit To Team:
Admit To Floor/Room: /
Service/Private:
Admit To Physician:
Admit - Resident:
Admit - Intern:
Family Notification:
Admit Special Needs:

**St. Lukes**
**1111 Amsterdam Avenue**
**NY, NY 10025**

**Emergency Department**
212-523-3335




Continuum Health Partners, Inc.
**Assessment Sheet**

Name: **Price, Kelly**
Phone: **(212)470-8044**
Unit: **03 Fast Track**
MR #: **200004428789**
Chart #: **ED1354915**
ACT #: **000480800614**
DOB: **11/27/1970**
Sex: **Female**
Age: **41**
Address: **237 WEST 120TH STREET 1, NEW YORK, NY 10027**

**Initial Triage Info**

**16:53 10/19/2012 - Nursing Facility Info - MACVIR PADUA, RN**
Nursing Facility Patient: No
Referral Documents: No
**16:53 10/19/2012 - Initial Triage Info - MACVIR PADUA, RN**
Initial Triage Acuity: Level IV - Semi-Urgent
Presenting Complaints: Leg pain-left, Leg pain-right, Abrasion, Pain- face
Duration: 2, days
Quick Assessment: -Alert and Oriented x 3
Complaint Category: Trauma/Ortho/Lacerations
Mode of Arrival: Walk-in
Trauma called: No
Recently tried to hurt self: No
Think about not wanting to live: No
Language Verification: None Needed
HIV test: No
Hand hygiene: Yes
Mask applied: No
Door Time - Date: 10/19/2012
Door Time - Time: 16:53
**16:53 10/19/2012 - Triage Complaint and Note - MACVIR PADUA, RN**
Chief Complaint: Bilateral Leg Pain/s/p Assault
Note: Pt is here for leg pain after assault 2 days ago, also with facial pain after being slapped.

**PMH/Current Meds/Allergies**

**16:52 10/19/2012 - Allergy Information - EmSTAT System entry**
Allergy: NKDA
**16:52 10/19/2012 - Past Medical History - MACVIR PADUA, RN**
Medical history: None
Barriers to Education: emotional state, mental status, condition of patient
Foreign Travel History: Unable
Pull forward verification status: Verified
Historian: EMS
**16:52 10/19/2012 - Allergy Information - MACVIR PADUA, RN**
Allergy: NKDA
**16:52 10/19/2012 - Past Medical History - EmSTAT System entry**
Medical history: None
Barriers to Education: emotional state, mental status, condition of patient
Foreign Travel History: Unable
Historian: EMS
**16:52 10/19/2012 - Home Medications - MACVIR PADUA, RN**
Pull-Forward Verification: Verified
**17:29 10/19/2012 - Home Medications - MARSHA DIXON, PA**
Pull-Forward Verification: Verified
**17:29 10/19/2012 - Past Medical History - MARSHA DIXON, PA**
Medical history: None
Barriers to Education: emotional state, mental status, condition of patient
Foreign Travel History: Unable
Pull forward verification status: Verified
Historian: EMS
**17:29 10/19/2012 - Allergy Information - MARSHA DIXON, PA**
Allergy: NKDA
**17:33 10/19/2012 - Home Medications - MARSHA DIXON, PA**
Med: None
Disposition: Continue

**Medication Summary**

Patient name, medication and allergy verification required at time of order.
Patient name, medication, allergy and DOB verfication required before administration.

**17:26 10/19/2012 - Ibuprofen (Motrin, Advil) 800mg -po - MARSHA DIXON, PA**
**Order Information:**
Pain Scale: 5/10
**Medication Administered - 17:28 10/19/2012 by CORINA WOLFER, RN**
Medication: Ibuprofen (Motrin, Advil) 800mg -po
**Response to Medication - 17:36 10/19/2012 by ANTHONY KING, RN**
Medication: Ibuprofen (Motrin, Advil)
Pain Scale: 1/10 - mild

**Lab Order & Result Summary**

(None)

**POCT Results**

(None)

**Xray Order & Result Summary**

(None)

**EKG Results**

(None)

**IVs Given**

**Assessment/Reassessment**

**16:53 10/19/2012 - Acuity - MACVIR PADUA, RN**
Acuity: Level IV - Semi-Urgent
**16:54 10/19/2012 - Vital Signs - MACVIR PADUA, RN**
Temp: 98.3 Oral
BP: 142/56, Automatic, Sitting, Left Arm
HR: 69, Regular
Resp: 16, Regular
**16:54 10/19/2012 - Change Physician - MACVIR PADUA, RN**
ER Physician: Unassigned, -
Resident: Unassigned, -
Prim. Care Provider: * YOUR PRIVATE PHYSICIAN/CLINIC
Responsible Physician: TEAM, FASTTRACK -
Mid-Level Physician: Unassigned,
Medical Student: Unassigned,
Referring Physician: Unassigned, -
Referring Facility: Unassigned
**16:54 10/19/2012 - Providers - MACVIR PADUA, RN**
PCP: TEAM, FASTTRACK -
**16:54 10/19/2012 - Pain Assessment - MACVIR PADUA, RN**
Pain Scale: 5/10
**16:54 10/19/2012 - Oximetry - MACVIR PADUA, RN**
Pulse Oximetry %: 98
MAP: 84.7
**17:05 10/19/2012 - LEP - Registration - MARIBEL MEDINA, BA**
Eagle Language Verification: Correct
EmSTAT Language Verification: Correct
**17:15 10/19/2012 - Physician Evaluation - MARSHA DIXON, PA**
Acknowledgement: MD acknowledged review of triage information
**17:15 10/19/2012 - Change Physician - MARSHA DIXON, PA**
ER Physician: CLARK, MARK - Emergency Medicine
Resident: DIXON, MARSHA - Emergency Medicine
Prim. Care Provider: * YOUR PRIVATE PHYSICIAN/CLINIC
Responsible Physician: DIXON, MARSHA - Emergency Medicine
Mid-Level Physician: DIXON, MARSHA
Medical Student: Unassigned,
Referring Physician: Unassigned, -
Referring Facility: Unassigned
**17:17 10/19/2012 - Crime Victims Treat Ctr - ANTHONY KING, RN**
Can Center Contact?: Yes
**17:17 10/19/2012 - Domestic Violence - ANTHONY KING, RN**
Emotionally/Physically hurt?: No
Currently hurt by someone close?: Yes
Forced sex. activity in last yr?: No
Fear of partner or other?: No
Nature of injuries: Blunt trauma
Nature of assault - DV: Physical assault
Agencies to be notified: Municipal Police
Notified Agencies?: Yes, here
Assailant Known: Yes
Other: Assailant is multiple people
History of Domestic Violence: Yes
Note: pt sts she has been occasionally assaulted by multipe people associated with her ex boyfriend, sts she was slapped and pushed yesterday sustaining edema and abrasion to bilat knees.
**17:26 10/19/2012 - MD Chief Complaint - MARSHA DIXON, PA**
MD Chief Complaint: Knee pain (719.46)
346649170996
**17:28 10/19/2012 - Reassessment - ANTHONY KING, RN**
Note: pt reported that nypd has been notified.
**17:28 10/19/2012 - Medication Administered - CORINA WOLFER, RN**
Medication: Ibuprofen (Motrin, Advil)
Dose: 800
Units: mg
Route: -po
Admin RN Confirmed: Patient Allergies, Patient DOB, Patient Medication, Patient



St. Lukes
1111 Amsterdam Avenue
NY, NY 10025



Emergency Department
212-523-3335

Continuum Health Partners, Inc.
Assessment Sheet

Name: Price, Kelly
Phone: (212)470-8044
Unit: 03 Fast Track
MR #: 200004428789
Chart #: ED1354915
ACT #: 000480800614
DOB: 11/27/1970
Sex: Female
Age: 41
Address: 237 WEST 120TH STREET 1,
NEW YORK, NY 10027

Name
**17:32 10/19/2012 - Change Physician - MARSHA DIXON, PA**
ER Physician: CLARK, MARK - Emergency Medicine
Resident: DIXON, MARSHA - Emergency Medicine
Prim. Care Provider: *NONE
Responsible Physician: DIXON, MARSHA - Emergency Medicine
Mid-Level Physician: DIXON, MARSHA
Medical Student: Unassigned,
Referring Physician: Unassigned, -
Referring Facility: Unassigned

**CPP Risk Assessment**
(None)

**Other Orders**
**16:52 10/19/2012 - Initial Patient Orders - System entry for Registration**
HIS Registration - System entry for Registration at 10/19/2012 16:52
Begin Full Registration - MARIBEL MEDINA, BA at 10/19/2012 16:54
Complete Full Reg. - MARIBEL MEDINA, BA at 10/19/2012 17:05
**16:53 10/19/2012 - Domestic Violence - MACVIR PADUA, RN**
Record Dom. Violence Info - ANTHONY KING, RN at 10/19/2012 17:17
**16:54 10/19/2012 - ER Physician Eval. - MACVIR PADUA, RN**
Evaluate Patient - MARSHA DIXON, PA at 10/19/2012 17:15
**16:54 10/19/2012 - Pain Assessment >= 5 - MACVIR PADUA, RN**
Phys acknowledges pain - MARSHA DIXON, PA at 10/19/2012 17:15
**17:33 10/19/2012 - Disch - Home - MARSHA DIXON, PA**
Document Procedures - MARSHA DIXON, PA at 10/19/2012 17:35
Review Physician Charges - MARSHA DIXON, PA at 10/19/2012 17:35
Medication Reconciliation - MARSHA DIXON, PA at 10/19/2012 17:33
Discharge Condition - ANTHONY KING, RN at 10/19/2012 17:35
Review Nurse Charges - ANTHONY KING, RN at 10/19/2012 17:36
Discharge Patient - ANTHONY KING, RN at 10/19/2012 17:41
Co-pay cash collection - NORMA SANTIAGO, BA at 10/19/2012 17:42
Administrative Discharge - NORMA SANTIAGO, BA at 10/19/2012 17:42
Charting is Complete - NORMA SANTIAGO, BA at 10/19/2012 17:42

**Discharge Information**
**17:33 10/19/2012 - Discharge Diagnosis - MARSHA DIXON, PA**
Primary: Abraision - Knee No Infection (916.0) (916.0)
**17:33 10/19/2012 - Custom Prescriptions - MARSHA DIXON, PA**
Medication: Percocet 5 mg-325 mg Tab
Sig 1: 1-2 tabs po QID prn, pain
Dispense: *15* (Fifteen)
**17:34 10/19/2012 - Discharge Note - MARSHA DIXON, PA**
Note: Read discharge information. Medications as prescribed.
**17:34 10/19/2012 - Drug Instructions - MARSHA DIXON, PA**
Drug Instructions: pain acetaminophen oxycodone
**17:34 10/19/2012 - Ref/App - MARSHA DIXON, PA**
Appointment with: *CLINIC - ORTHOPEDICS
Follow up in: 10 days
**17:34 10/19/2012 - Discharge Instructions - MARSHA DIXON, PA**
Observation truncated: WARNING: Observation not complete. See PhysDoc., WARNING: Observation not complete. See PhysDoc.
Discharge Instructions: abrasion, elevated blood pressure/hypertension ..., knee ligament injury - ligament unspe...
**17:35 10/19/2012 - Discharge Condition - ANTHONY KING, RN**
Acuity: Level IV - Semi-Urgent
Condition: Stable
Mobility at Discharge: Ambulatory
Patient Teaching: Pt. reviewed follow-up plan of care, Pt. reviewed written DC instructions, Pt. voiced understanding of instructions, Education provided re: meds/prescription
Mode of Discharge: Bus
Pain Scale: 0/10 - none
**17:42 10/19/2012 - Pt. Contact # at Dsch - NORMA SANTIAGO, BA**
Patient Contact Number: (212)470-8044
Contact # confirmed: Yes

**Disposition Order**
**17:33 10/19/2012 - Disch - Home - MARSHA DIXON, PA**
Document Procedures - MARSHA DIXON, PA at 10/19/2012 17:35
Review Physician Charges - MARSHA DIXON, PA at 10/19/2012 17:35
Discharge Condition - ANTHONY KING, RN at 10/19/2012 17:35
Review Nurse Charges - ANTHONY KING, RN at 10/19/2012 17:36
Discharge Patient - ANTHONY KING, RN at 10/19/2012 17:41
Administrative Discharge - NORMA SANTIAGO, BA at 10/19/2012 17:42
Charting is Complete - NORMA SANTIAGO, BA at 10/19/2012 17:42

**Labs Ordered**
(None)

**X-Rays Ordered**
(None)

**Registration Info/Demographics**
**16:52 10/19/2012 - Registration Information - System entry for Registration**
First Name: Kelly
Last Name: Price
Chief Complaint: BILATERAL LEG PAIN/S/P ASSAULT
Date of Birth: 19701127
Sex: F
Medical Record Number: 200004428789
Social Security Number: 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
Account Number: 000480800614
Zip Code: 10027
**16:54 10/19/2012 - Registration Information - NORMA SANTIAGO, BA**
Arrival Time: 10/19/2012 16:52
Chief Complaint: Bilateral Leg Pain/s/p Assault
Complaint Category: Trauma/Ortho/Lacerations
Date of Birth: 11/27/1970
**17:04 10/19/2012 - Registration Information - System entry for Registration**
Chief Complaint: BILATERAL LEG PAIN/S/P ASSAULT
Date of Birth: 19701127
**17:04 10/19/2012 - Registration Information - MARIBEL MEDINA, BA**
Chief Complaint: Bilateral Leg Pain/s/p Assault
Date of Birth: 11/27/1970
Ethnicity: White
**17:05 10/19/2012 - Registration Information - System entry for Registration**
Chief Complaint: BILATERAL LEG PAIN/S/P ASSAULT
Date of Birth: 19701127
**17:38 10/19/2012 - Registration Information - NORMA SANTIAGO, BA**
Chief Complaint: Bilateral Leg Pain/s/p Assault
Date of Birth: 11/27/1970

**Provider/RN/Location Changes**
**16:52 10/19/2012 - Change Room - System entry for Registration**
Change Room: Waiting Area Medicine ED
**16:54 10/19/2012 - Providers - MACVIR PADUA, RN**
PCP: TEAM, FASTTRACK -
**16:54 10/19/2012 - Change Nurse - ANTHONY KING, RN**
Primary Nurse: KING, RN, ANTHONY
Secondary Nurse: Unassigned,
Responsible Nurse: KING, RN, ANTHONY
**16:54 10/19/2012 - Change Room - MACVIR PADUA, RN**
Change Room: Waiting Area Fast Track
**16:54 10/19/2012 - Change Physician - MACVIR PADUA, RN**
ER Physician: Unassigned, -
Resident: Unassigned, -
Prim. Care Provider: * YOUR PRIVATE PHYSICIAN/CLINIC
Responsible Physician: TEAM, FASTTRACK -
Mid-Level Physician: Unassigned,
Medical Student: Unassigned,
Referring Physician: Unassigned, -
Referring Facility: Unassigned
**17:01 10/19/2012 - Change Room - MANUEL GARCIA, SA**
Change Room: Fast Track E
**17:15 10/19/2012 - Change Physician - MARSHA DIXON, PA**
ER Physician: CLARK, MARK - Emergency Medicine
Resident: DIXON, MARSHA - Emergency Medicine
Prim. Care Provider: * YOUR PRIVATE PHYSICIAN/CLINIC
Responsible Physician: DIXON, MARSHA - Emergency Medicine
Mid-Level Physician: DIXON, MARSHA
Medical Student: Unassigned,
Referring Physician: Unassigned, -
Referring Facility: Unassigned
**17:32 10/19/2012 - Change Physician - MARSHA DIXON, PA**
ER Physician: CLARK, MARK - Emergency Medicine
Resident: DIXON, MARSHA - Emergency Medicine
Prim. Care Provider: *NONE
Responsible Physician: DIXON, MARSHA - Emergency Medicine
Mid-Level Physician: DIXON, MARSHA
Medical Student: Unassigned,
Referring Physician: Unassigned, -
Referring Facility: Unassigned

**St. Lukes**
**1111 Amsterdam Avenue**
**NY, NY 10025**

**Emergency Department**
212-523-3335




Continuum Health Partners, Inc.
Assessment Sheet

Name: **Price, Kelly**
Phone: **(212)470-8044**
Unit: **03 Fast Track**
MR #: **200004428789**
Chart #: **ED1354915**
ACT #: **000480800614**
DOB: **11/27/1970**
Sex: **Female**
Age: **41**
Address: **237 WEST 120TH STREET 1,**
**NEW YORK, NY 10027**

**Follow Up**
(None)





OCA Official Form No.: 960

# AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION PURSUANT TO HIPAA

**[This form has been approved by the New York State Department of Health]**

| Patient Name | Date of Birth | Social Security Number |
|---|---|---|
| **Kelly Price** | **11/27/70** | **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** |
| Patient Address **237 West 120th Street, New York, NY 10027** | | |

I, or my authorized representative, request that health information regarding my care and treatment be released as set forth on this form:

In accordance with New York State Law and the Privacy Rule of the Health Insurance Portability and Accountability Act of 1996 (HIPAA), I understand that:

1. This authorization may include disclosure of information relating to **ALCOHOL** and **DRUG ABUSE, MENTAL HEALTH TREATMENT**, except psychotherapy notes, and **CONFIDENTIAL HIV* RELATED INFORMATION** only if I place my initials on the appropriate line in Item 9(a). In the event the health information described below includes any of these types of information, and I initial the line on the box in Item 9(a), I specifically authorize release of such information to the person(s) indicated in Item 8.
2. If I am authorizing the release of HIV-related, alcohol or drug treatment, or mental health treatment information, the recipient is prohibited from redisclosing such information without my authorization unless permitted to do so under federal or state law. I understand that I have the right to request a list of people who may receive or use my HIV-related information without authorization. If I experience discrimination because of the release or disclosure of HIV-related information, I may contact the New York State Division of Human Rights at (212) 480-2493 or the New York City Commission of Human Rights at (212) 306-7450. These agencies are responsible for protecting my rights.
3. I have the right to revoke this authorization at any time by writing to the health care provider listed below. I understand that I may revoke this authorization except to the extent that action has already been taken based on this authorization.
4. I understand that signing this authorization is voluntary. My treatment, payment, enrollment in a health plan, or eligibility for benefits will not be conditioned upon my authorization of this disclosure.
5. Information disclosed under this authorization might be redisclosed by the recipient (except as noted above in Item 2), and this redisclosure may no longer be protected by federal or state law.
6. **THIS AUTHORIZATION DOES NOT AUTHORIZE YOU TO DISCUSS MY HEALTH INFORMATION OR MEDICAL CARE WITH ANYONE OTHER THAN THE ATTORNEY OR GOVERNMENTAL AGENCY SPECIFIED IN ITEM 9 (b).**

7. Name and address of health provider or entity to release this information:
**Metropolitan Hospital, 1901 First Avenue, New York, NY**

8. Name and address of person(s) or category of person to whom this information will be sent:
**Dr. Albert Dellafave & Dr. Carlos Meletiche, Metropolitan Hospital, 1901 First Avenue, New York, NY**

9(a). Specific information to be released:

☑ Medical Record from (insert date) **November 12, 2010** to (insert date) **January 31, 2011**

☑ Entire Medical Record, including patient histories, office notes (except psychotherapy notes), test results, radiology studies, films, referrals, consults, billing records, insurance records, and records sent to you by other health care providers.

☐ Other: ____________________

Include: (*Indicate by Initialing*)

KP **Alcohol/Drug Treatment**

KP **Mental Health Information**

_______ **HIV-Related Information**

**Authorization to Discuss Health Information**

(b) ☐ By initialing here KP (Initials) I authorize **Drs. Albert Dellafave & Carlos Meletiche** (Name of individual health care provider)

to discuss my health information with my attorney, or a governmental agency, listed here:
**Office of New York County District Attorney, 1 Hogan Place, New York, NY 10013**
(Attorney/Firm Name or Governmental Agency Name)

| 10. Reason for release of information: ☑ At request of individual ☐ Other: | 11. Date or event on which this authorization will expire: **December 31, 2012** |
|---|---|
| 12. If not the patient, name of person signing form: | 13. Authority to sign on behalf of patient: |

All items on this form have been completed and my questions about this form have been answered. In addition, I have been provided a copy of the form.

Signature of patient or representative authorized by law. Date: 6/21/11

* **Human Immunodeficiency Virus that causes AIDS. The New York State Public Health Law protects information which reasonably could identify someone as having HIV symptoms or infection and information regarding a person's contacts.**



METROP
#9
158-160 WES
NEW YORK
(888) 863-8768

Trans #: 9215878
Register: 910905
CSR Code: A8294
te: Mon, Nov 08 2010 10:28 AM

| | |
|---|---|
| Kyocera Domino Grape S/N: 268435456416296545 | $29.00 |
| Items Sub Total: | $29.00 |
| .875% Sales Tax: | $2.58 |
| Total: | $31.58 |
| CASH Ref # 103424395 | $81.58 |
| | $81.58 |
| Payments Received: | |
| Change: | $50.00 |

Customer: Gracie Altair
Acc #: 726193373

Metro Promise

MetroPCS customers who are dissatisfied with their new phone or service may return their new phone for a full refund, no questions asked.*

Rules:
The phone must be returned within 7 days of purchase ... one-hour of talk time for a full ...
The phone must be returned in "like new condition" and contain all original packaging and accessories.

#30 p1

Elizabeth Walker
235 West 120th Street Apt 2
New York, NY 10027
(917) 575-9600

April 22, 2014

To Whom It May Concern:

I was one of Kelly Price's neighbors when she lived at 237 West 120th Street. I have lived at 235 West 120th Street for five years. I am an attorney and have been a member of the New York State Bar for over seven years.

During the course of our relationship as neighbors and eventually as friends, Kelly shared with me the trouble she had obtaining police assistance from members of the 28th Precinct on multiple occasions when she had been attacked by people in our neighborhood, including her ex intimate partner, Raheem Powell. I did not witness the events or attacks Kelly described to me, but throughout 2011 and 2012 she would cry and talk to me whenever she was assaulted. Kelly believed the women who assaulted her were associated with either her ex, his alleged drug dealing associates or his childhood cronies. Kelly was particularly dismayed that the police refused to take her reports, follow up on assaults against her person, or regard her as a member of society needing protection in general. She told me that officers in the precinct told her that the district attorney's office had instructed them not to assist her. Candidly, I did not entirely believe that the police would refuse Kelly, and I suspected that she was omitting some dispositive reason why the police were reluctant to intervene on her behalf against her various alleged attackers.

On the evening of October 18, 2012, Kelly called me crying and asking for my help. I observed her distraught and injured after she said she had been assaulted in broad daylight on the corner of our block, at 120th Street and St. Nicholas Avenue, at approximately 5:30 p.m. while she was en route to her home from the 125th Street subway. I observed that she was disheveled, her stockings were torn and her knees and hands were bruised and bloodied. Kelly was nearly hysterical, and I had to calm her down and give her medical assistance. Kelly related that a purported heroin dealer named Willy who was known to many residents in the neighborhood (he purportedly operated his business from a visible stoop on Saint Nicholas Avenue) had "jumped" her and hit her in the face, spit at her and pushed her onto the sidewalk, all the while screaming insults at her. I do not recall what Kelly said she said to him before or after the attack, but I do recall that she said she did not provoke him or retaliate against him physically. I took pictures of Kelly and her wounds, and encouraged her to call 911 for assistance in reporting the crime. Kelly stated that she already had called the 28th Precinct and that a patrol car had been sent to the scene of the assault. Kelly said that when the officers arrived they refused to take her report and called her crazy. Kelly also stated that she had then walked to the precinct, three blocks away, for help and had been rebuffed by the desk sergeant, who Kelly said ridiculed and mocked her.

#30 p2

Notwithstanding her story that she had sought police intervention earlier that day, I insisted that she call 911 again and report the chain of events. She complied.

Eventually another patrol car arrived in front of our building. Two police officers, whom Kelly has since reminded me were named P.O. Longo (shield # 31565) and P.O. Walker, related to us that they were instructed by the station's desk sergeant not to take Kelly's reports. P.O. Walker stated that the District Attorney's office had instructed the precinct not to respond to any of Kelly's calls. I recall being genuinely shocked and outraged to hear this instruction, and further surprised that a young woman, like P.O. Walker, would be tasked by her superiors with being complicit in a practices that left a domestic violence victim without recourse for protection. At this juncture, I introduced myself as an officer of the court and member of the NY State Bar, and reminded the officers of their legal and ethical responsibilities to provide complainants with police services. I recall that the officers responded more favorably to me than they did to Kelly, but I could not discern whether this was the case because I notified them that I am an attorney, or because I'm just someone other than Kelly Price. P.O. Walker stated that she would take basic information about the incident, but she believed that once the precinct began to process the event, it most likely would be "circular-filed" in the trash bin. P.O. Longo gave Kelly an incident ID slip and told her to follow up with the precinct in a few days, then both officers left. I was then, and remain, dumbfounded by what I witnessed transpire that evening.

As a single young woman living and working in NYC, it unsettled me that the police could be so cavalier about Kelly Price's safety. Kelly has since told me that the complaint number she was given months later when she inquired as to why no one had ever followed up with her about the incident was 2012-28-005194. Kelly also informs me that the detective squad at the 28th Precinct closed her incident report without contacting her either to identify the perpetrator of the attack or review the emergency room reports or follow-on orthopedic assessments describing Price's injuries resulting from the attack.

Please feel free to contact me concerning these events.

Sincerely,

Elizabeth Walker



EDWARD C. GREENBERG, LLC
570 Lexington Avenue, 17th Floor
New York, NY 10022
TELEPHONE: (212) 697-8777
FACSIMILE: (212) 697-2528
E-MAIL: ecglaw@aol.com

March 22, 2011

**Kelly Price**
237 West 120th Street, #1
New York NY 10027

*IN REFERENCE TO:* Our File No. D366/11

For Services Rendered and Charges Incurred through 3/22/11

**PROFESSIONAL SERVICES**

| Date | Initials | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/8/2011 | ECG | Consultation - flat fee | 2.30 | 350.00 |
| | ECG | Telephone call with Cartegeno. | 0.40<br>350.00/hr | 140.00 |
| 3/9/2011 | ECG | Court appearence, NY Family Court. | 2.00<br>425.00/hr | 850.00 |
| | ECG | Telephone call with Cartegeno. | 0.30<br>350.00/hr | 105.00 |
| | LG | Pick up Order of Protection. | 1.00<br>125.00/hr | 125.00 |
| 3/11/2011 | ECG | In office meeting, provide signed order. | 1.00<br>425.00/hr | 425.00 |

**Edward C. Greenberg, LLC** #42 p2

Kelly Price



| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/11/2011 | LG | Communication with Police Precinct. | 0.50<br>125.00/hr | 62.50 |
| 3/16/2011 | ECG | Telephone w/ Det. Flowers; Telephone conversation w/ client; telephone w/ S. Kartagenar | 0.40<br>425.00/hr | 170.00 |
| 3/17/2011 | TL | Telephone call with client re. her visit with Kartegener | 0.17<br>250.00/hr | 41.67 |
| 3/18/2011 | ECG | Meeting in office w/ client; telephone w/ S. Kargeganer with client in office. | 2.00<br>425.00/hr | 850.00 |
| | | For Professional Services Rendered: | 10:04:00 | $3,119.17 |

**ADDITIONAL CHARGES:**

| | | Qty | |
|---|---|---|---|
| 3/15/2011 | To/from NY Family Court | 1 | 4.50 |
| 3/17/2011 | Messenger delivery to process server | 1 | 10.75 |

| | | |
|---|---|---|
| | Total Additional Charges: | $15.25 |
| | Total Professional Services & Charges: | $3,134.42 |
| | **Payment Received: THANK YOU!** | |
| 3/10/2011 | Retainer - thank you. Check No. 2545 | ($2,500.00) |
| | Total payments and adjustments | ($2,500.00) |
| | ***TOTAL PAYMENT DUE:*** | **$634.42** |

*All outstanding balances over 30 days are subject to a 0.75% monthly finance charge.*

#43

February 2, 2015

Miss Kelly Price
534 w 187th st #7
New York, NY 10033
Via email

Mr. Jeff Schlanger
Chief of Staff
Manhattan District Attorney's Office
80 Hogan Place
4th Floor
New York, NY 10013
Via email: JShlanger@DANY.nyc.gov

Dear Mr. Schlanger:

I'm writing to provide comprehensive information, to make you aware and to PROPOSE A PATH FORWARD out of the devil's cauldron of gross negligence, deliberate malice, outright unprofessional, unethical and illegal activity taking place in the Manhattan District Attorney's office (and vis a vis "collaboration" within the NYPD at the direction of the MDAO) towards innocent crime victims seeking assistance/justice. The following is a brief regarding the handling of me as a victim of domestic violence, the deliberate pattern of denial of services unhanded to me as a victim of Domestic Violence and as a victim of street assaults in NYC and the continuing problems I've encountered with the MDAO and the NYPD in the wake of being falsely branded a "fabricator" when not one official sought to investigate the true facts of my complaints.

-The MDAO never investigated my claims of abuse. No one interviewed neighbors, had me sign HPPA forms, reviewed photos of injuries I sustained during battery, or even called me to ask about my complaints until MONTHS after I was accused of harassing my batterer by allegedly making false complaints of abuse, arrested, arraigned, charged, incarcerated in Rikers and had my constitutional rights violated.

-As I was labeled a "fabricator" I ended up on a "do not service list" kept by the NYPD/MDAO of persons whose complaints are not to be addressed by the police.

-My batterer is still walking free. Why?

-How many other women are denied services like welfare assistance, counseling and relocation/housing which are "signed-off" on by Family Justice Centers around the city that are literally embedded in DAs offices in each borough because they are dubbed "fabricators" without anyone ever investigating her/his/its claims? How many other women are DENIED access to the FJC services as I have been/still am?

-Because of my status as a "fabricator' in the eyes of the MDAO OTHER WOMEN IN NYC WERE STALKED, ASSAULTED, MASTURBATED ON, PREYED UPON AND HARASSED BY at least ONE MAN THE MDAO REFUSED TO ARREST FOR

CRIMES AGAINST ME.

The following information is broken down into five categories:

I. Introduction/brief outline of events

II. Rough timeline of events involving violence against me by Powell

III. Events that led to the filing of Federal Civil Rights/Department of Justice, CCRB, IAB, DOI and OIG complaints vs. the MDAO and NYPD and details of those incidences.

IV. Details of attacks on my person that the 28th precinct and other precincts in town refused to follow up on because they were told by the MDAO that I was no longer entitled to Police Services

V. Moving Forward: the MDAO and Miss Price, the Business of Photojournalism in NYC and the way forward.

# I. Introduction/Brief Outline of Events

a. My Birthname is Kelly Cathleen Price. I Go by GRACE: my beloved Grandmother's name. She was a great New Yorker and when this episode in my life is over I plan on changing my name.

b. My SS# is 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

c. My DOB is 11/27/1970

d. Please find attached the final dispositions/Orders from NY Supreme Court to dismiss and seal docket #s 20075-2011 and 20111-2011 (Exhibit #7) as well as the original complaints against me (Exhibit #4 & 5).

e. I was Arrested on 5/6/2011 and 3/24/2011 by the 28th precinct and 9/24/11by the 14th pct.

f. On 5/6/11 I was arrested by Detective Samuel Fontanez, shield #00311 of the 028 Detective Squad and on 3/24/11 by various detectives inside the Family Courthouse as I waited to appear in front of Judge Sattler to have my order of protection against my batterer renewed and then handed over to detective Flowers of the 28th precinct. I do not have Dt. Flowers' shield # and neither does the Pct. as he has since retired (I was informed this by the dt squad when I called to ask for the number for you).

g. I have included copies of emergency room reports and ambulance reports of some/most of the injuries I sustained. I have also included a disc with images of my various injuries incurred on my person from assaults by my batterer, Raheem Andre Powell, his mother, Nancy R. Gaines and by members of the NYPD as well as people on the street.

h. As a domestic violence victim I went to the authorities, specifically, the 28th Pct. as I lived in that district, and then to Cyrus Vance's staff in the DA's office for help. I began asking for assistance in the spring of 2010 and continued up until the winter of 2011. I have a timeline with specifics detailing the interaction that I can provide. Instead of anyone investigating my claims of abuse I was instead falsely accused and charged with crimes as I was labeled a "fabricator" my

complaints against him and communications I had with him were viewed as hundreds as counts of aggravated harassment and I was imprisoned. I was prosecuted by the Manhattan DAs office on 325 counts of aggravated harassment and one count of contempt of court. The complainant is a man who battered me for two years.

i. When I finally went to the police and the DAs office for help I was arrested instead, they refused to investigate my claims of abuse, and I ended up incarcerated on Riker's island regardless of the evidence in my favor: hospital records, eyewitnesses, 911 calls, photographs, permanent scarring, records for repairs of my front door and windows that were constantly being broken as he attempted to gain access to me in my apartment et al. After approximately two years of endless hearings in NY Supreme Court the DAs office offered me ACDs on the counts which I refuse to plead to as my batterer was walking free without a charge or restraining order against him. My civil rights have been violated in so many ways: I feel strongly that the pain, humiliation and anguish caused me need to be recognized. The people responsible for these malicious prosecutions and false arrests should be held accountable. This is virtually a horror-film script ripped from Hollywood: as an innocent crime victim when I turned to the authorities in my darkest, most desperate hour I was cast as a pariah, a liar, and as a femme fatale who allegedly injured herself in order to accuse her most beloved of the same crimes that he actually perpetrated. You allowed my batterer to manipulate the criminal justice system to continue his control over my suffering. My abuser did this with the assistance of officers of the MDAO and NYPD who willfully lapsed in their duties to investigate the circumstances of my injuries.

j. If this has happened to me it can and has happened to other women and I want to make sure it never does again.

k. The MDAO refused to investigate my claims of abuse: I have plenty of proof that this disregard for the obligation to investigate occurred in my case. I received call from DA Strohbehn on February 2, 2011. She told me I have "less than an hour" to get downtown to her office regardless of the difficulty in travelling that day as the city had been blanketed by a blizzard the previous evening. When I arrived at her office she had me wait in the Safe Horizon office for over two hours. When she greeted me she withdrew her right hand as I outstretched mine to shake hers as is common in professional and official circumstances to do. She led me brusquely down the hall of the 2nd floor she and Det. Simmons and another Dt from the 28th pct pepper me with questions about how I came to own a car, how I earned a living, and accuse me of answering my phone earlier in the day "with a fake accent.' They proceeded to call me a liar and refuse to look at any material I had that proved I was telling the truth. ADA Strohbehn informed me she was declining to prosecute Raheem, and informed me that if I make another report against RAHEEM that she will 'lock me up and throw away the key." She also informed the 28th precinct that she will personally handle all of my "police service needs" and if I have "a bullet-hole in my head that they are to call her first before responding to any call from me." She informs me that she has already assisted Raheem in drawing up a Family Court petition to attain a counter restraining order against me in order to press counter-claims of harassment against me. She further instructs me that even though I haven't been