UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KELLY PRICE,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　　-against-<br><br>DETECTIVE LINDA SIMMONS ET AL.,<br><br>　　　　　　　　　　Defendants. | 15-CV-5871 (LAP)<br><br>CIVIL JUDGMENT |

　　　Pursuant to the order issued December 23, 2015, dismissing the complaint,

　　　IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

　　　The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

　　　IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:　December 23, 2015
　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　_Loretta A. Preska_
　　　　　　　　　　　　　　　　　　　　　　　LORETTA A. PRESKA
　　　　　　　　　　　　　　　　　　　　　　　Chief United States District Judge