UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

___Kelly Price_____

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

15 Civ. 05871 ( ) ( )

- against -

___Linda Simmons et al_____

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

**MOTION** to Reconsider

PLEASE TAKE NOTICE that upon the annexed affirmation of ___Kelly Price___
*(name)*

affirmed on __Dec 28__, 20__15__, and upon the exhibits attached thereto *(delete if no*
*(date)*
*exhibits)*, the accompanying Memorandum of Law in support of this motion *(delete if there is no*
*Memorandum of Law)*, and the pleadings herein, plaintiff/defendant will move this Court, before
*(circle one)*

___Hon. L. Preska___, United States District/Magistrate Judge, for an order
*(Judge's name)*                                   *(circle one)*

pursuant to Rule _____ of the Federal Rules of Civil Procedure granting *(state what you want the*
*Judge to order)*: The Order to Amend issued on 10.23.15 asked me to remove portions of my complaint that were valid & not outside of three-year Statute of limitations. My complaint was filed on 7/24/15 not 8/13/15; thus my Section 1983, Monel et al actions are still valid.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: __New York__, __NY__        Signature ___Kelly Price___
         *(city)*    *(state)*       Address ___534 W 137th Apt___

__12__  __28__, 20__15__            ___NY NY 10033___
*(month) (day) (year)*              Telephone Number ___646 676 1940___
                                    Fax Number *(if you have one)* _____

*Rev. 05/2007*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __12/28/15__