UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

KELLY PRICE

PLAINTIFF

-against-

DETECTIVE LINDA SIMMONS Individually,
and as an employee of the New York City Police
Department, ADA MARIA STROHBEHN and
ADA KENYA WELLS Individually,
and as employees of the New York County
District Attorney's Office, THE CITY OF NEW YORK,
Deputy DA Audrey Moore, ADA Larry Newman, ADA
Laura Higgins nee Richendorfer, ADA Christina
Maloney, ADA Patricia Bailey, ADA Susan Roque and
DA Cyrus Vance Jr., as employees of the New York
County District Attorney's Office, Inspector Obe of
the New York City Police Department, in her capacity
as an employee of the New York City Police Department,
Rose Pierre-Louis in her capacity as the Commissioner
of Domestic Violence of the City of New York,

DEFENDANTS,

------------------------------------------------------------------x

Index No.: __15-CV-05871_____
JURY TRIAL DEMANDED

---

**Request for More Time to Amend Complaint
as Ordered by Hon. Loretta A. Preska**

---

February 26, 2016

Dear Hon. Preska:

By order Posted to me on January 26, 2016 (Exhibit #1) you requested that I amend my complaint

for the above-noted docket. In your order you instructed me file my amended complaint within 30 (thirty)

days of the date of your order. I know I have already tested the court's patience a bit and am humbled by

the court's allowances already afforded to me. I need to request a further extension to file the amended

complaint for the following three reasons:

1.) This morning the NY State Court of appeals published a favorable verdict on an appeal I filed to reverse a disorderly conduct conviction I was found guilty of in October of 2012 (Exhibit #2). The wrongful conviction sprung from events that transpired at a midtown bar where I was assaulted, and called the police on 9/24/2011 for assistance on the night that Occupy Wall Protests raged for the first time through our city. Because the District Attorney's office had a vendetta against me they had me arrested by the police who beat me and then lied about the facts in court triggering a conviction. The same ADA, Kenya Wells, who pursued a conviction against me as a victim of domestic violence and trafficking prosecuted this case and it is integrally linked with the aggravated harassment case I had dismissed and sealed on July 24, 2012 that is the locus of the complaint I have already filed with the SDNY. I would like to include this case in my federal lawsuit currently pending in your court part and would like time to integrate the facts of that case into the one presently at hand as the illegal and unlawful actions of the Manhattan District Attorney's office towards me as a victim at stake are the same and orchestrated by the same parties within the MDAO and NYPD conterminously. PLEASE may I have an extension to integrate these new facts JUST PUBLISHED THIS MORNING on 2/26/2016 please? I have included the Appellant decision published this morning for your review (Exhibit #2).

2.) I have been energetically advocating finding a lawyer that will steward my class action(s) claim(s) and while attorney Jane Byrialsen wanted to take the case she feels her inexperience with class actions prohibits her from taking the case and she has asked her friend, Joshua Moskowitz, to take the case (Exhibit #3). Mr. Moskowitz is a former student of Alex Reinert, who I know from my work with the Jails Action Coalition and who has been giving me small bits of guidance for the past several years and who is too busy to take the case as he is working on freeing Gitmo prisoners but he has encouraged Mr. Moskowitz to assist me. Mr. Moskowitz has told me that he is very interested in my case but that he will ONLY have

time to review my case after the second week in March as he is troubled with another case presently. I need a strong lawyer to steward me and if Mr. Moskowitz is interested in my case I would humbly ask the court to consider granting me more time to try to attain his representation and maintain my ability to form a class to represent the other victims I know have been felled as a victim by the same malicious practices of the MDAO that I was.

3.) Yesterday, on 2/25/2016 I received a 30-page log of advocacy notes (Exhibit #4) by CONNECT NYC, an organization that fought hard for my dismissal with the MDAO. The logs reveal multiple points of contact with Deputy DA Audrey Moore, the Chief of the MDAO Special Victims' Unit, proving that Ms. Moore indeed had knowledge of and control over my case and did not follow the mandates of the Crime Victims Statutes as outlined by NY State Executive and Social Service Laws. I also need further time to integrate the information and documentation on this log into my complaint and to strengthen the thrust of the actions I outline against her. I had requested last year that CONNECT provide me with all logs and records but for some reason they did not turn over the logs until yesterday. I had to enlist Dorchen Leidholdt, Director of the Center for Battered Women's' Legal Services at Sanctuary for Families, to advocate on my behalf to receive the proper logs proving multiple points of contact between my advocates and the Deputy Chief of the MDAO's Special Victims' Unit: proving her inaction and deliberate denial of services to me as is mandated by the Social Services Laws and Executive Laws of New York.

Because of these three reasons: 1.) publication of the positive result of my appeal THIS MORNING, 2.) because of the potential to retain Mr. Moskowitz, and 3.) because of the new evidence of the logs attained just yesterday from Connect NYC I request another adjournment to refile my complaint in light of these new developments/evidence. I have re-written my complaint as to your instructions but am leery to turn it in knowing that I have not had time to incorporate the new developments into it. I am a Pro Se litigant and

learning as I go so please forgive my miss-steps if this request is again found to be a burden to your

docket and annoying. I hope you will be as surprised by the appeal result from the State Appellant

division being published this morning as I am. I believe it is more very strong evidence that the

Manhattan District Attorney's office acted unlawfully against me and in violation of my constitutional

rights and it is integral to my case that these considerations be included in my complaint.

I would like to request a furtherance of deadline for turning in an amended complaint. Ideally I

would appreciate 60 days but even 30 days would suffice for me to rewrite but regrettably that most-

likely is not enough time to bring a new attorney up to speed and get them to write a new complaint. I

know I have tested your Honor's patience already and I am really embarrassed to ask for more time but I

could not have possibly predicted that my appeal would drop in my favor this morning. Please may I

have an additional 60 days?

If you decide that I am not to be allowed more time to re-write I am happy to turn-in the revised

complaint that I have drafted and now re-written with your guidance in mind twice. I took into

consideration your stewardship on passed to me in your kind "Order to Amend."

I'm trying to avoid un-necessary and redundant work incurred by myself, you and your

clerk/court part staff. Please again accept my MEA CULPAS for any inconvenience, hassle, or

disturbance this request causes you or your court staff. Thank you so much for taking the time to consider

allowing me to re-write my complaint with this new evidence and new actionable claims in mind.

Yours, Kelly Price

Date: February 26, 2016

Sworn to before me on this 26th day of February, 2016

_____

Notary Public

Jeffrey Richard Senter
Notary Public State of New York
No. 02SE6214827
Qualified In Queens County
Commission Expires 12/21/201

# EXHIBIT # 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KELLY PRICE,

                              Plaintiff,

           -against-

DETECTIVE LINDA SIMMONS ET AL.,

                              Defendants.

15-CV-5871 (LAP)

ORDER

LORETTA A. PRESKA, Chief United States District Judge:

Plaintiff filed this action *pro se*. On October 19, 2015, the Court held that Plaintiff's

amended complaint failed to state a claim on which relief could be granted but granted Plaintiff

leave to amend her complaint. Plaintiff did not file an amended complaint, and the deadline for

doing so expired. On December 23, 2015, the Court therefore dismissed this action.

Shortly thereafter, on December 28, 2015, Plaintiff filed motions (ECF Nos. 8-9) seeking

reconsideration of the order of dismissal and an extension of time to amend her complaint. The

Court construes Plaintiff's motion for reconsideration as arising under Rule 59(e) of the Federal

Rules of Civil Procedure and Local Civil Rule 6.3. For the reasons set forth below, Plaintiff's

motion for reconsideration is granted.

## DISCUSSION

On January 22, 2016, before the Court ruled on Plaintiff's motion for reconsideration,

Plaintiff filed a notice of appeal. Generally, "[t]he filing of a notice of appeal is an event of

jurisdictional significance – it confers jurisdiction on the court of appeals and divests the district

court of its control over those aspects of the case involved in the appeal." *Griggs v. Provident

Consumer Discount Co.*, 459 U.S. 56, 58 (1982); *Ryan v. United States Line Co.*, 303 F.2d 430,

434 (2d Cir. 1962) (holding that the docketing of a notice of appeal "ousts the district court of

jurisdiction except insofar as it is reserved to it explicitly by statute or rule."). By statute, however, "[i]f a party files a notice of appeal after the court announces or enters a judgment – but before it disposes of [a Rule 59(e) motion] – the notice becomes effective to appeal a judgment or order, in whole or in part, when the order disposing of the last such remaining motion is entered." Fed. R. App. P. 4(a)(4)(B)(i).

Here, Plaintiff's appeal was docketed after entry of judgment but before the Court disposed of Plaintiff's December 28, 2015 motion under Rule 59(e). Under Fed. R. App. P. 4(a)(4)(B)(i), the Court thus has jurisdiction to resolve the Rule 59(e) motion because the notice of appeal is not yet effective. *See, e.g., Stewart Park & Reserve Coal. Inc. (SPARC) v. Slater*, 374 F. Supp. 2d 243, 252 (N.D.N.Y. 2005) (reasoning that "application of Appellate Rule 4 effectively renders the appeal to the Court of Appeals in abeyance pending the district court's determination of the post-judgment motion.").

Reconsideration of a court's judgment under Rule 59(e) is an "extraordinary remedy to be employed sparingly in the interests of finality and conservation of scarce judicial resources." *USA Certified Merchants, LLC v. Koebel*, 273 F. Supp. 2d 501, 503 (S.D.N.Y. 2003) (citations omitted). "A court is justified in reconsidering its previous ruling if: (1) there is an intervening change in the controlling law; (2) new evidence not previously available comes to light; or (3) it becomes necessary to remedy a clear error of law or to prevent obvious injustice." *Slater*, 374 F. Supp. 2d at 253 (citing *Atl. States Legal Found., Inc. v. Karg Bros., Inc.*, 841 F. Supp. 51, 53 (N.D.N.Y. 1993)).

The Court dismissed this action on the ground that Plaintiff failed to file an amended complaint as directed. In her application, Plaintiff indicates that despite her failure to file an amended complaint, she has been taking various steps to seek relief, including seeking counsel

and additional evidence. It therefore appears that Plaintiff did not intend to fail to prosecute this action. Accordingly, the Court grants Plaintiff's motion to reconsider the order of dismissal.

## CONCLUSION

The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket. Plaintiff's motion for reconsideration (ECF No. 8) is granted, and the Clerk of Court is directed to vacate the order of dismissal (ECF No. 6) and reopen this action. Plaintiff's motion for an extension of time to file an amended complaint (ECF No. 9) is granted, and the Court directs Plaintiff to file an amended complaint, as set forth in the October 19, 2015 order to amend, within 30 days of this order.[1]

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated: January 26, 2016
      New York, New York

                                  LORETTA A. PRESKA
                         Chief United States District Judge

---

[1] As Plaintiff points out, her initial complaint was filed on July 24, 2015, and thus the order to amend should have indicated that her claims under 42 U.S.C. § 1983 arising more than three years prior to July 24, 2015, appeared to be time barred – not claims arising more than three years prior to the filing of her amended complaint on August 13, 2015.

# EXHIBIT # 2

[*1]

| People v Price (Kelly) |
| :---: |
| 2016 NY Slip Op 50231(U) |
| Decided on February 25, 2016 |
| Appellate Term, First Department |
| Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431. |
| This opinion is uncorrected and will not be published in the printed Official Reports. |

Decided on February 25, 2016
SUPREME COURT, APPELLATE TERM, FIRST DEPARTMENT
PRESENT: Schoenfeld, J.P., Shulman, Hunter, Jr., JJ.
571134/12

### The People of the State of New York, Respondent, -

### against

### Kelly Price, Defendant-Appellant.

Defendant appeals from a judgment of the Criminal Court of the City of New York, New York County (Robert M. Mandelbaum, J.), rendered October 18, 2012, convicting him, after a nonjury trial, of two counts of disorderly conduct, and imposing sentence.

Per Curiam.

Judgment of conviction (Robert M. Mandelbaum, J.), rendered October 18, 2012, reversed, on the law and the facts, and the accusatory instrument is dismissed.

The verdict convicting defendant of two counts of disorderly conduct (see Penal Law §§ 240.20[2], [3]), was not based on legally sufficient evidence and was, in any event, against the weight of the evidence. The trial evidence showed that defendant called police after she was asked to leave a midtown Manhattan bar on a Saturday evening; the

responding officers observed defendant to be visibly upset and they tried to calm her down; upon interviewing people inside the bar, the officers informed defendant that there was no action that they could take on her behalf; defendant was angry, but walked away from the scene; and that as defendant was approximately 20 feet away from the officers, she turned her head and shouted an epithet at them. On these facts, defendant's intent to cause public inconvenience, annoyance, or alarm, or recklessness in creating such a risk, was not established beyond a reasonable doubt (*see* Penal Law § 240.20 *People v Baker*, 20 NY3d 354 [2013]). Defendant's conduct did not indicate an intent to breach the peace, or even constitute an act from which a breach of the peace was likely to occur (*see People v Johnson*, 22 NY3d 1162 [2014]; *People v Baker*, *supra*; *People v Pritchard*, 27 NY2d 246 [1970]; *People v Smith*, 19 NY2d 212 [1967]).

THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.

I concur I concur I concur

Decision Date: February 25, 2016

Return to Decision List

# EXHIBIT # 3

from: **Grace** <gorgeous212@gmail.com>
 to: Jane Byrialsen <jane@fblaw.org>
date: Fri, Feb 19, 2016 at 3:15 PM
subject: Re: Kelly Grace Price v Cyrus Vance Jr., the City of NY, et al referred by
 Susan Kellerman
mailed-by: gmail.com
 : Important according to our magic sauce.

Dear Ms. Bryialsen:  I'm in receipt of a letter from the City Law Dept today sent to the Appellant division requesting to be removed from the appellant docket for three of the individuals I named in my complaint: det. Linda Simmons, former Commissioner of Domestic Violence Rose Pierre Louis, and NYPD Inspector Obe.
The law Dept notes that my motion to reconsider was granted but wanted to strike its name from representing the these three women from the appellant docket nonetheless.

Seems the City Law Dept is Very concerned about my case.  No parties have even been served! Why are they even monitoring the docket?

Interesting that they have already determined that they will NOT be representing them however..

I thought this would be important info for you to impart to whomever you are dining with tonight.

Best, Grace

On Feb 4, 2016, at 5:58 PM, Grace <gorgeous212@gmail.com> wrote:

| Grace <gorgeous212@gmail.com> | Feb 19 (7 days ago) |
| --- | --- |

to
Jane

Dear Ms. Bryialsen:  Josh is too busy to even CONSIDER taking my case until after the first week in March—past my deadline....He says after that week he will be able to review my documents.  I have a week left to turn this thing in.  I know CY Vance is powerful but he MUST have SOME enemies....

Any other ideas?

On Fri, Feb 5, 2016 at 9:02 AM, Jane Byrialsen <jane@fblaw.org> wrote:

Ms. Price,

I will get back to you by Monday.

Best,

Jane

Sent from my iPad

--

Jane Fisher-Byrialsen, Esq.

Fisher & Byrialsen, PLLC

99 Park Avenue, PH Floor

New York, New York 10016

T: (212) 962-0848

C: (202) 256-5664

PLEASE NOTE MY NEW EMAIL ADDRESS

On Fri, Feb 19, 2016 at 8:04 PM, Jane Fisher-Byrialsen <jane@fblaw.org> wrote:

Hi Grace,


I don't know a lot about you case, but I can assure you that Cy Vance is not the reason that Josh is unable to look at your case. We are all very busy and we owe an ethical obligation to both our current clients and to you to not take on work that we do not have time to handle properly and with the car it deserves.

I know it is frusterating. I'm sorry.

Jane Fisher-Byrialsen

Fisher & Byrialsen, PLLC

99 Park Avenue, Penthouse Fl.

New York, NY 10016

P: 212-962-0848

C: 202-256-5664

Jane@FBLaw.org

# EXHIBIT # 4

## Grace Price

| | |
|---|---|
| **From:** | Sally MacNichol <SMacNichol@connectnyc.org> |
| **Sent:** | Thursday, February 25, 2016 3:29 PM |
| **To:** | Grace Price; GRACE |
| **Subject:** | Kelly Grace Price Database Notes |
| **Attachments:** | Price, Kelly Grace - Database Notes.docx |

Hi Grace,

Here are the data base notes… You should now have everything. Good luck.

Talk soon

Best
Sally

**Sally N. MacNichol M. Div., Ph.D.** |Co-Executive Director
CONNECT |127 W 127th St, Rm 431|New York, NY 10027
smacnichol@connectnyc.org | T (212) 683-0015 x216 | F (212) 683-0016
www.connectnyc.org | follow us on twitter@CONNECT_NYC| like us on Facebook
**Legal Advocacy Helpline: (212) 683-0605**

| | Services | |
|---|---|---|
| ServiceDate | Service Notes | Type of Service |
| 9/7/2011 | SD met with CL at CVTC. | CVTC |
| 9/7/2011 | SD did a lot of CC with CL during our meeting. | Crisis Counseling |
| 9/7/2011 | SD s/w CL about the likelihood that the charges against her will be dropped. | Info-Legal |
| 9/7/2011 | SD s/w CL about the history of DV b/w them and described the common tactics used by abusers to get what they want. | Info-Other |
| 9/7/2011 | SD advised CL that the court calendar governs when certain things happen, so if the ADA is planning on dropping the charges, he/she can do so at that court date. | Info-Legal |
| 9/7/2011 | SD suggested that CL look into the CCRB as a possible mechanism for holding the 28th precinct cops accountable for what they've done to her. | Info-Legal |
| 9/7/2011 | SD advised CL that the only real oversight with NYPD comes from IAB (which she's already involved with) and the CCRB. | Info-Legal |
| 9/7/2011 | SD advised CL that in cross-complaint cases, credibility is key and the pending criminal case against her puts her at a disadvantage as far as that's concerned. | Info-Legal |
| 9/7/2011 | SD informed CL that the first focus should be getting the charges dropped and once that's resolved, then see if it's possible to re-open the assault case against RESP. | Info-Legal |
| 9/7/2011 | SD gave CL my card with the LAP HL # on it in case she needs to contact me. | Info-Legal |
| 9/14/2011 | SD s/w CL who called in for me at CVTC. | Follow Up |
| 9/14/2011 | SD, with Lisa H. @ CVTC, attempted to contact Lisa Callahan @ the Mn DA's office. No answer. Left vm with my direct line and extension to call me back. | CJA-DA |
| 9/14/2011 | SD advised CL that b/c of the bureaucratic nature of the system, correcting mistakes like this take an extensive amount of time. | Info-Legal |
| 9/14/2011 | CL expressed fear at being incarcerated "for the rest of her life," and SD reminded her that these are all MISD charges and carry a maximum of 1 year. | Info-Legal |
| 9/14/2011 | SD advised CL that we tried to call Lisa Callahan at the DA's office, but there was no answer so we left a message asking her to call me back at the office on my extension. | Info-Legal |
| 9/14/2011 | SD advised CL that we have a working relationship with the DA's office and will try to utilize that to help her. | Info-Legal |
| 10/14/2011 | SD called Lisa @ CVTC to s/w her on CL's behalf about Belinda escorting CL to her appt with a City Council member to discuss her treatment by NYPD and the DA's office. No answer. Left vm. | PA-Legal |
| 10/28/2011 | SD s/w CL who called for me on the HL. | Follow Up |
| 10/28/2011 | SD offered CL emotional support given her treatment by the police and the DA's office. | Crisis Counseling |

| Services | | |
|---|---|---|
| ServiceDate | Service Notes | Type of Service |
| 10/28/2011 | SD advised CL that I can call the precinct to speak with the DVPO who took her rep't on RESP's latest attack (a PO Simmons) and find out what happened w/ the DIR. | Info-Legal |
| 10/28/2011 | SD advised CL that both Lisa @ CVTC and I have been trying to get through to the DA's office about getting the charges dropped but we're not getting anywhere on that front. | Info-Legal |
| 10/28/2011 | SD advised CL to send me her copy of the DIR and then I can call the 28th precinct to speak with DVPO Simmons about how it was "lost" according to Lt. LaRocca. Gave CL our fax #. | Info-Legal |
| 11/1/2011 | SD called the 28th precinct to speak w/ DVPO Simmons about this DIR. She was very resistant and wasn't able to provide any info except that the report got "lost in the system". Her stance was that CL must return to the precinct to file another one. | CJA-Police |
| 11/8/2011 | SD s/w CL about Belinda accompanying her to the precinct to make a report as well as to her meeting with Christine Quinn's office to report her treatment by the police. | Info-Legal |
| 11/8/2011 | SD offered CL emotional support and validated her feelings about the 28th precinct's handling of her case. | Crisis Counseling |
| 11/8/2011 | SD gave CL a run-down of the very unproductive phone call I had with the DVPO last week, and advised her that the issue is definitely not her fault. | Info-Legal |
| 11/8/2011 | CL called on the HL and SD s/w her about what happened when I called the 28th precinct last week. | Follow Up |
| 11/8/2011 | SD emailed KT & Anindita about having Belinda accompany CL to the 28th precinct to re-file the DIR that they "lost" in their system. | PA-Legal |
| 11/9/2011 | SD s/w CL briefly at CVTC about Belinda accompanying her to the 28th precinct. CL was just getting out of group at CVTC. | Follow Up |
| 11/9/2011 | SD s/w CL briefly at CVTC about Belinda accompanying her to the 28th precinct. CL was just getting out of group at CVTC. | Info-Legal |
| 11/9/2011 | SD provided CL w/ emotional support about her treatment by the 28th and confirmed that I was also stonewalled by the DVPO there. | Crisis Counseling |
| 11/9/2011 | SD advised CL that I would meet with Belinda on Friday to go over CL's case with her, so she should be able to accompany her next week. | Info-Legal |
| 11/15/2011 | SD called CL to set up a time for Belinda to accompany her to the precinct in order to make a report. No answer. Her voice mail box was full so I couldn't leave a message. | Follow Up |
| 11/15/2011 | SD called Lisa @ CVTC to s/w her about CL. No answer. Left vm asking for a call back. | PA-Legal |
| 11/15/2011 | SD s/w Lisa @ CVTC who returned my phone call. Discussed the accompaniment to the 28th precinct as well as CL possibly testifying at City Council. | PA-Legal |
| 11/16/2011 | SD met with CL at CVTC and briefly discussed Belinda escorting her | Info-Other |

2

| Services | | |
|---|---|---|
| ServiceDate | Service Notes | Type of Service |
| | to the 28th precinct to file her DIR as well as possibly testifying at City Council early next yr. | |
| 11/16/2011 | SD met with CL at CVTC and briefly discussed Belinda escorting her to the 28th precinct to file her DIR as well as possibly testifying at City Council early next yr. | Follow Up |
| 11/16/2011 | SD met with CL at CVTC and briefly discussed Belinda escorting her to the 28th precinct to file her DIR as well as possibly testifying at City Council early next yr. | Info-Legal |
| 11/22/2011 | SD called CVTC to s/w Lisa to let her know that Kelly and Belinda will be meeting at CVTC on Thursday (12/1) to head up to the 28th precinct. | PA-Legal |
| 11/22/2011 | BD s/w CL and arranged a date/time to meet @ CVTC and then to go up to the 28th precinct. | Info-Legal |
| 11/22/2011 | SD s/w CL who called in on the HL. Let her know that I hadn't been able to get a hold of her and had her s/w Belinda to schedule a time to go to the precinct. | Follow Up |
| 11/22/2011 | SD s/w CL who called in on the HL. Let her know that I hadn't been able to get a hold of her and had her s/w Belinda to schedule a time to go to the precinct. | Info-Legal |
| 11/30/2011 | SD advised CL that now that her OP was downgraded, it's critical that she obtain the DIR to prove the OP violation to the IDV judge. | Info-Legal |
| 11/30/2011 | SD called CL to s/w her about meeting tomorrow w/ BD to head to the 28th precinct. | Follow Up |
| 11/30/2011 | SD provided CL emotional support b/c of what occurred in IDV w/ her OP (hers was downgraded to a limited OP and he still has a stay away against her). | Crisis Counseling |
| 11/30/2011 | SD s/w CL about what happened in IDV court yesterday w/ her OP. | Info-Legal |
| 11/30/2011 | SD s/w CL about the possibility of a City Council hearing and let her know that it's still in the initial stages. I haven't heard anything more about it. | Info-Other |
| 11/30/2011 | SD confirmed the time/date for CL to meet with BD and head to the precinct. | Info-Legal |
| 12/1/2011 | SD called Lisa @ CVTC to give her an update on what took place today at the 28. No answer. Left vm. Also informed her about my conversation w/ KT and the potential to speak directly to Audrey but we need to be confident that there's nothing that can be used against CL. | PA-Legal |
| 12/1/2011 | BD met with CL at CVTC to accompany her to the 28th precinct. BD assisted CL with filing a DIR for the OP violation and emailed SD to inform her of what took place. CL was very happy with the effect of the accompaniment and articulated her desire for BD to accompany her in other respects. | CJA-DA |
| 12/1/2011 | SD s/w Lisa who called me back. Discussed CL's case and | PA- |

3

| | Services | |
|---|---|---|
| **ServiceDate** | **Service Notes** | **Type of Service** |
| | possibility of a meeting to try and hash out the probability of going to DA's office with a solid case for dropping the charges. Will speak to KT about this. | Counseling |
| 12/1/2011 | SD s/w Lisa who called me back. Discussed CL's case and possibility of a meeting to try and hash out the probability of going to DA's office with a solid case for dropping the charges. Will speak to KT about this. | PA-Legal |
| 12/1/2011 | BD met with CL at CVTC to accompany her to the 28th precinct. BD assisted CL with filing a DIR for the OP violation and emailed SD to inform her of what took place. CL was very happy with the effect of the accompaniment and articulated her desire for BD to accompany her in other respects. | CJA-Police |
| 12/1/2011 | BD met with CL at CVTC to accompany her to the 28th precinct. BD assisted CL with filing a DIR for the OP violation and emailed SD to inform her of what took place. CL was very happy with the effect of the accompaniment and articulated her desire for BD to accompany her in other respects. | Info-Legal |
| 12/1/2011 | BD met with CL at CVTC to accompany her to the 28th precinct. BD assisted CL with filing a DIR for the OP violation and emailed SD to inform her of what took place. CL was very happy with the effect of the accompaniment and articulated her desire for BD to accompany her in other respects. | Follow Up |
| 12/1/2011 | BD met with CL at CVTC to accompany her to the 28th precinct. BD assisted CL with filing a DIR for the OP violation and emailed SD to inform her of what took place. CL was very happy with the effect of the accompaniment and articulated her desire for BD to accompany her in other respects. | Crisis Counseling |
| 12/2/2011 | SD emailed Lisa to arrange a time for us to meet w/ KT to discuss CL's case and develop a strategy for advocating with the DA's office. | PA-Legal |
| 12/5/2011 | SD s/w CL who called in very upset b/c she ran into RESP at the bodega and had to turn around and walk out while they (him and his friend) laughed at her. | Follow Up |
| 12/5/2011 | SD s/w CL to try and de-escalate her a bit, and then reminded her that the best thing she can do for now is protect herself from the OP even though it's infuriating. | Crisis Counseling |
| 12/5/2011 | SD s/w CL to try and de-escalate her a bit, and then reminded her that the best thing she can do for now is protect herself from the OP even though it's infuriating. | Safety Planning |
| 12/5/2011 | SD advised CL that KT and I need to review her papers from court so that we can see what exactly happened there before we can do any kind of advocacy on her behalf. CL will fax them today. | Info-Legal |
| 12/6/2011 | SD called CL unblocked to f/u on her vm from yesterday about her fax. It was not in the fax machine. No answer. Left vm. | Follow Up |
| 12/6/2011 | SD s/w CL who called in returning my vm. Confirmed for her that I | Info-Legal |

4

| | Services | |
|---|---|---|
| ServiceDate | Service Notes | Type of Service |
| | did not receive the fax (checked again), so she is going to drop it by the office today. I gave her the address. | |
| 12/6/2011 | SD called CL unblocked to f/u on her vm from yesterday about her fax. It was not in the fax machine. No answer. Left vm. | Info-Legal |
| 12/6/2011 | SD s/w CL who called in returning my vm. Confirmed for her that I did not receive the fax (checked again), so she is going to drop it by the office today. I gave her the address. | Follow Up |
| 12/7/2011 | SD and Lisa s/w CL about how her actions, w/o the context of the history of DV against her, could have been seen as a batterer's actions. | Info-Legal |
| 12/7/2011 | SD met with CL at CVTC. | CVTC |
| 12/7/2011 | SD and Lisa s/w CL about the common tactics batterers use to intimidate their victims, and how some of her actions and statements could be misrepresented to look like those tactics. | Info-Legal |
| 12/7/2011 | SD s/w CL about the 28th precinct and their handling of the case. | Info-Legal |
| 12/7/2011 | SD provided CL w/ emotional support given the handling of her case to date. | Crisis Counseling |
| 12/7/2011 | SD s/w Lisa about CL's case and tried to set up a time for her to meet with KT and I to go over the court doc's in CL's possession and work out a coherent story to possibly present to the DA's office on CL's behalf. | PA-Legal |
| 12/7/2011 | SD s/w CL about the DA's office's handling of her case. | Info-Legal |
| 12/8/2011 | SD s/w Lisa and KT about setting up a meeting sometime next week. | PA-Legal |
| 12/13/2011 | SD tried calling Lisa @ CVTC again to set up a time to meet w/ KT re. CL's legal case. Trying for tomorrow afternoon near the end of the day. | PA-Legal |
| 12/13/2011 | SD s/w Lisa who called me back, and we set up the time of 3pm tomorrow to meet w/ KT to review CL's legal case. | PA-Legal |
| 12/20/2011 | SD called Lisa returning her message about setting up a time to meet w/ KT re. CL's legal case. No answer. Left vm. | PA-Other |
| 12/20/2011 | SD called Lisa returning her message about setting up a time to meet w/ KT re. CL's legal case. No answer. Left vm. | PA-Legal |
| 12/20/2011 | SD s/w Lisa @ CVTC and (tentatively) set up a meeting for next week on Wed @ 11 am. | PA-Legal |
| 12/28/2011 | SD met w/ Lisa & KT re. CL's case; Family Court OP, Crim Court charges, and proving she's a survivor of DV. | PA-Legal |
| 12/28/2011 | KT met w/ Lisa & SD re. CL's case: Family Court OP, Crim Court charges, and proving she's a surivor of DV. | PA-Counseling |
| 12/28/2011 | KT met w/ Lisa & SD re. CL's case: Family Court OP, Crim Court charges, and proving she's a surivor of DV. | PA-Legal |
| 12/28/2011 | SD met w/ Lisa & KT re. CL's case; Family Court OP, Crim Court | PA-Family |

| Services | | |
|---|---|---|
| ServiceDate | Service Notes | Type of Service |
| | charges, and proving she's a survivor of DV. | Court |
| 12/28/2011 | SD met w/ Lisa & KT re. CL's case; Family Court OP, Crim Court charges, and proving she's a survivor of DV. | PA-Counseling |
| 12/28/2011 | KT met w/ Lisa & SD re. CL's case: Family Court OP, Crim Court charges, and proving she's a surivor of DV. | PA-Family Court |
| 1/5/2012 | KT met with Lisa, SD, and CL to discuss the FC case, the CC charges against her, short and long-term priorities and goals, and forming an effective strategy to address them. | PA-Family Court |
| 1/5/2012 | KT met with Lisa, SD, and CL to discuss the FC case, the CC charges against her, short and long-term priorities and goals, and forming an effective strategy to address them. | PA-Legal |
| 1/5/2012 | SD met w/ Lisa, KT, and CL to discuss the FC case, the CC charges against her, short and long-term priorities and goals, and forming an effective strategy to address them. | Safety Planning |
| 1/5/2012 | KT met with Lisa, SD, and CL to discuss the FC case, the CC charges against her, short and long-term priorities and goals, and forming an effective strategy to address them. | Safety Planning |
| 1/5/2012 | KT met with Lisa, SD, and CL to discuss the FC case, the CC charges against her, short and long-term priorities and goals, and forming an effective strategy to address them. | Crisis Counseling |
| 1/5/2012 | SD met w/ Lisa, KT, and CL to discuss the FC case, the CC charges against her, short and long-term priorities and goals, and forming an effective strategy to address them. | Crisis Counseling |
| 1/5/2012 | SD met w/ Lisa, KT, and CL to discuss the FC case, the CC charges against her, short and long-term priorities and goals, and forming an effective strategy to address them. | PA-Legal |
| 1/5/2012 | SD met w/ Lisa, KT, and CL to discuss the FC case, the CC charges against her, short and long-term priorities and goals, and forming an effective strategy to address them. | PA-Family Court |
| 1/5/2012 | SD met w/ Lisa, KT, and CL to discuss the FC case, the CC charges against her, short and long-term priorities and goals, and forming an effective strategy to address them. | PA-Counseling |
| 1/5/2012 | KT met with Lisa, SD, and CL to discuss the FC case, the CC charges against her, short and long-term priorities and goals, and forming an effective strategy to address them. | PA-Counseling |
| 1/11/2012 | SD explained what our strategy will be in advocating with the DA's office and reminded her that while we believe her story, we have to know exactly what took place (whether it was incriminating or not) so that we can lay out the entire context of DV and its impact on her actions. | Info-Legal |
| 1/11/2012 | SD s/w CL about the different sub-sections of the aggravated harassment charge that she's facing and what they mean. | Info-Legal |
| 1/11/2012 | SD met w/ CL at CVTC to discuss the charges in-depth and to get a | Follow Up |

6

| Services | | |
|---|---|---|
| **ServiceDate** | **Service Notes** | **Type of Service** |
| | full account of her version of events. | |
| 1/11/2012 | SD did some emotional, physical, and legal SP w/ CL because he is still calling her and she is talking to him b/c she misses him. | Safety Planning |
| 1/11/2012 | SD provided CL w/ emotional support throughout this process. | Crisis Counseling |
| 1/11/2012 | SD s/w CL in-depth about her version of events (# of phone calls and texts, what was said, the nature of the interactions w/ him, and her intent during these interactions). Recorded CL's version of events in a timeline format. | PA-Legal |
| 1/12/2012 | KT s/w Audrey Moore, CHief of DV Bureau @ NYCo DA's office, to inquire about case and raise issues of victim treated as perp. AM requested email with identifying email; I will follow up with her. | CJA-DA |
| 1/13/2012 | SD s/w CL who called in on the HL. | Follow Up |
| 1/13/2012 | SD offered CL emotional support b/c of how traumatized she was yesterday over her attorney's conduct. | Crisis Counseling |
| 1/13/2012 | SD s/w CL about her decision to fire Kartegener and the possibility of tapping into her resources at the Legal Aid office since she had a good feeling about them. | Info-Legal |
| 1/13/2012 | SD s/w CL about what the plea offer could mean for her and that it illustrates a possible problem with the state's case. | Info-Legal |
| 1/13/2012 | SD did some SP w/ CL b/c she mentioned just waking up (3:15pm) after taking sleeping pills the night before. She clarified that she didn't try to overdose; she took them just to knock her out. | Safety Planning |
| 1/13/2012 | SD called Lisa @ CVTC to update her on the case. No answer. Left vm requesting a call back. | PA-Legal |
| 1/17/2012 | SD called for Lisa @ CVTC again returning her vm. No answer. Left vm letting her know what happened w/ ADA since she's meeting with CL at 2pm today and asked her to call me. | PA-Legal |
| 1/19/2012 | SD s/w CL who called in on the HL but she hung up when I tried to talk to her about leaving a vm on our phone rather than calling over and over again. I informed her that we can't have someone call incessantly and that I was planning on returning her message when CL got frustrated and hung up the phone. | Follow Up |
| 1/19/2012 | KT emailed Audrey Moore and Lisa Haileselassie re: case status and advocating for dismissal. | CJA-DA |
| 1/19/2012 | SD s/w Lisa who called in returning my vm. S/w her about CL's case and the upcoming disorderly conduct hearing. | PA-Counseling |
| 1/19/2012 | SD sent KT the info for CL's case and the info for RESP who then forwarded that info to Audrey Moore at the DA's office. | CJA-DA |
| 1/19/2012 | SD s/w Lisa who called in returning my vm. S/w her about CL's case and the upcoming disorderly conduct hearing. | PA-Legal |
| 1/19/2012 | SD s/w CL who called in on the HL but she hung up when I tried to talk to her about leaving a vm on our phone rather than calling over | Info-Legal |

7

| | Services | |
|---|---|---|
| ServiceDate | Service Notes | Type of Service |
| | and over again. I informed her that we can't have someone call incessantly and that I was planning on returning her message when CL got frustrated and hung up the phone. | |
| 1/19/2012 | SD called Lisa @ CVTC back returning her vm from earlier today. No answer. Left a detailed vm about CL as well as about the other HL case they were helping us with. | PA-Legal |
| 1/20/2012 | SD s/w CL who called in on the HL about yesterday's conversation. | Follow Up |
| 1/20/2012 | SD gave CL emotional support in response to her anxiety over the criminal charges against her. | Crisis Counseling |
| 1/20/2012 | SD s/w CL about the criminal charges pending against her and the upcoming hearing on the disorderly conduct case. | Info-Legal |
| 1/24/2012 | SD s/w CL who called in on the HL w/ an update on the disorderly conduct case. ADA Wells offered an ACD, but she did not accept. | Info-Legal |
| 1/24/2012 | SD s/w CL who called in on the HL w/ an update on the disorderly conduct case. ADA Wells offered an ACD, but she did not accept. | Follow Up |
| 1/31/2012 | SD informed CL that we gave her info and the info of the case to the SVB chief (Audrey Moore) in the DA's office a couple weeks ago and we're still waiting on the outcome of that. | Info-Legal |
| 1/31/2012 | SD informed CL that even one missed court date can result in a dismissal of her FC case against RESP, which is what happened. However, she didn't show b/c Kartegener told her the wrong date and they've given her until Mon to come back w/ a new attorney. | Info-Legal |
| 1/31/2012 | SD informed CL that if ADA Wells knew she wasn't going to take the deal, then he didn't have to formally offer it to her (it sounds like he did not). | Info-Legal |
| 1/31/2012 | SD s/w CL who called in on the HL very upset and threatening to "go to the Bk Bridge" right now (basically providing an underlying implication of suicidality). | Crisis Counseling |
| 1/31/2012 | SD s/w CL who called in on the HL very upset and threatening to "go to the Bk Bridge" right now (basically providing an underlying implication of suicidality). | Follow Up |
| 2/3/2012 | SD s/w CL who called in on the HL about the pending crim charges. Wanted to know what we "sent" to the DA's office and I informed her that we only provided her name and the docket # of the case b/c that's all they wanted. | Follow Up |
| 2/3/2012 | SD s/w CL who called in on the HL about the pending crim charges. Wanted to know what we "sent" to the DA's office and I informed her that we only provided her name and the docket # of the case b/c that's all they wanted. | Info-Legal |
| 2/3/2012 | SD confirmed w/ CL that it would still be okay to present what she gave us to the DA's office if they ask for it. She said that was fine. | Info-Legal |
| 2/6/2012 | SD called Lisa @ CVTC back returning her call re. status of CL's case and advocacy with DA's office. | PA-Legal |

| Services | | |
|---|---|---|
| ServiceDate | Service Notes | Type of Service |
| 2/6/2012 | SD s/w CL who called in to update me on the case. | Follow Up |
| 2/6/2012 | SD s/w CL about the pending crim case and her new Legal Aid attorney. | Info-Legal |
| 2/6/2012 | SD s/w CL about meeting w/ her Legal Aid attorney. Will discuss w/ KT and see if there is an appropriate meeting time this week (may not be possible this week). | Info-Legal |
| 2/7/2012 | SD responded to CL's email w/ corrected count info, docket #'s, and an explanation of what an ACD is for her formal complaint about the DA's office. | Info-Legal |
| 2/7/2012 | SD s/w Lisa who called re. the pending criminal charges and case developments. Lisa will be seeing CL later today for a counseling session. | PA-Counseling |
| 2/7/2012 | SD responded to CL's email w/ corrected count info, docket #'s, and an explanation of what an ACD is for her formal complaint about the DA's office. | Info-Legal |
| 2/7/2012 | SD responded to CL's email w/ corrected count info, docket #'s, and an explanation of what an ACD is for her formal complaint about the DA's office. | Info-Legal |
| 2/7/2012 | SD responded to CL's email w/ corrected count info, docket #'s, and an explanation of what an ACD is for her formal complaint about the DA's office. | Follow Up |
| 2/7/2012 | SD s/w Lisa who called re. the pending criminal charges and case developments. Lisa will be seeing CL later today for a counseling session. | PA-Legal |
| 2/7/2012 | SD informed CL that Lisa @ CVTC called me re. updates on the case and that she's prob concerned about that. | Info-Counseling |
| 2/7/2012 | SD provided CL my email address b/c she would like me to look over the formal complaint she's going to write about the DA's office's handling of her case. I agreed to look at it. | Info-Legal |
| 2/7/2012 | SD informed CL that her theory as to overall office responsibility may not be true; it's highly unlikely the entire DA's office is involved (as opposed to ADA Stroben and/or Wells). | Info-Legal |
| 2/7/2012 | SD s/w CL who called in on the HL w/ an update on the case. Her neighbor is on the community board with an inspector at the 28th, and the neighbor asked him what was going on w/ CL's case. The inspector allegedly stated that it was all the DA's office. | Follow Up |
| 2/7/2012 | SD provided CL w/ emotional support re. the new info she's rec'd about the DA's office's conduct in her case (according to an inspector at the 28th precinct that is). | Crisis Counseling |
| 2/8/2012 | KT emailed Lisa Haileselassie and SD re: conversation with defense attorney and gathering evidence, developing plan for crisis management, reporting on performance in court, etc. | PA-Counseling |
| 2/8/2012 | KT emailed Tajuana Johnson w/ same info | PA-Legal |

9

| Services | | |
|---|---|---|
| ServiceDate | Service Notes | Type of Service |
| 2/8/2012 | KT emailed Lisa Haileselassie and SD re: conversation with defense attorney and gathering evidence, developing plan for crisis management, reporting on performance in court, etc. | PA-Legal |
| 2/8/2012 | KT called Tajuana Johnson, CL's new defense attorney at Legal Aid, and left message advising of who I am and my role in case. | PA-Legal |
| 2/8/2012 | KT emailed Tajuana Johnson w/ same info | CJA-Other |
| 2/8/2012 | KT called Tajuana Johnson, CL's new defense attorney, and discussed situaton briefly. Discussed our role and the ways we can support. She is interested in our working with Kelly to prepare documents re: her victimization. I will reach out to SD and LH re: preparing this evidence. | CJA-Other |
| 2/8/2012 | KT called Tajuana Johnson, CL's new defense attorney at Legal Aid, and left message advising of who I am and my role in case. | CJA-Other |
| 2/15/2012 | SD met w/ CL briefly at CVTC re. doc's to bring to Friday's meeting w/ Tajuana (e.g. records from glass companies, medical records from incidents identified on her timeline, etc.). CL stated that she's scared about the trial and I validated her feelings about that. | Follow Up |
| 2/15/2012 | SD met w/ CL briefly at CVTC re. doc's to bring to Friday's meeting w/ Tajuana (e.g. records from glass companies, medical records from incidents identified on her timeline, etc.). CL stated that she's scared about the trial and I validated her feelings about that. | Info-Legal |
| 2/15/2012 | SD met w/ CL briefly at CVTC re. doc's to bring to Friday's meeting w/ Tajuana (e.g. records from glass companies, medical records from incidents identified on her timeline, etc.). CL stated that she's scared about the trial and I validated her feelings about that. | Crisis Counseling |
| 2/16/2012 | SD called CL to remind her to bring the doctor's reports and receipts from the glass companies tomorrow. No answer. Left vm and also emailed CL w/ the same request. | Follow Up |
| 2/16/2012 | SD called CL to remind her to bring the doctor's reports and receipts from the glass companies tomorrow. No answer. Left vm and also emailed CL w/ the same request. | Info-Legal |
| 2/17/2012 | KT met w/ Lisa Haileselassie, Tajuana Johnson and CL to discuss criminal case. Discussed strategy, prospects, useful ways to prepare. | Follow Up |
| 2/17/2012 | KT met w/ Lisa Haileselassie, Tajuana Johnson and CL to discuss criminal case. Discussed strategy, prospects, ACD v. dismissal, useful ways to prepare. | Safety Planning |
| 2/17/2012 | KT met w/ Lisa Haileselassie, Tajuana Johnson and CL to discuss criminal case. Discussed strategy, prospects, useful ways to prepare. | PA-Legal |
| 2/17/2012 | KT met w/ Lisa Haileselassie and Tajuana Johnson to discuss case. Discussed outlook, position of prosecutor, attorney's impression of defense issues. Discussed ways we can assist, victimization, etc. | PA-Legal |
| 2/17/2012 | KT met w/ Lisa Haileselassie and Tajuana Johnson to discuss case. | Safety |

| Services | | |
|---|---|---|
| ServiceDate | Service Notes | Type of Service |
|  | Discussed outlook, position of prosecutor, attorney's impression of defense issues. Discussed ways we can assist, victimization, bottom lines for CL re: safety and autonomy. | Planning |
| 2/17/2012 | KT met w/ Lisa Haileselassie and Tajuana Johnson to discuss case. Discussed outlook, position of prosecutor, attorney's impression of defense issues. Discussed ways we can assist, victimization, etc. | CJA-Other |
| 2/17/2012 | KT met w/ Lisa Haileselassie, Tajuana Johnson and CL to discuss criminal case. Discussed strategy, prospects, useful ways to prepare. | CJA-Other |
| 2/24/2012 | KT met w/ CL and defense atty Tajuana Johnson. Discussed history of abuse and clarified facts from timeline. Discussed current charges against her and potential outcomes. KT and CL listened in to TJ's phone call with ADA Wells. They have a recording of the OP violation and therefore TJ feels she will not be offered lower than a Family ACD. Discussed future recourse for injustice of dropping charges against her. TJ offered to help bring a case against prosecutor for abuse of discretion. CL very upset at prospects and will consider whether to accept ACD. TJ advised she intends to do a full investigation. We will support however we can. | Crisis Counseling |
| 2/24/2012 | KT met w/ CL and defense atty Tajuana Johnson. Discussed history of abuse and clarified facts from timeline. Discussed current charges against her and potential outcomes. KT and CL listened in to TJ's phone call with ADA Wells. They have a recording of the OP violation and therefore TJ feels she will not be offered lower than a Family ACD. Discussed future recourse for injustice of dropping charges against her. TJ offered to help bring a case against prosecutor for abuse of discretion. CL very upset at prospects and will consider whether to accept ACD. TJ advised she intends to do a full investigation. We will support however we can. Discussed safety issues while she remains living next door to perp w/o an active order, which was dismissed 1/31/12. | Safety Planning |
| 2/24/2012 | KT met w/ CL and defense atty Tajuana Johnson. Discussed history of abuse and clarified facts from timeline. Discussed current charges against her and potential outcomes. KT and CL listened in to TJ's phone call with ADA Wells. They have a recording of the OP violation and therefore TJ feels she will not be offered lower than a Family ACD. Discussed future recourse for injustice of dropping charges against her. TJ offered to help bring a case against prosecutor for abuse of discretion. CL very upset at prospects and will consider whether to accept ACD. TJ advised she intends to do a full investigation. We will support however we can. | Follow Up |
| 2/24/2012 | KT met w/ CL and defense atty Tajuana Johnson. Discussed history of abuse and clarified facts from timeline. Discussed current charges against her and potential outcomes. KT and CL listened in to TJ's phone call with ADA Wells. They have a recording of the OP violation and therefore TJ feels she will not be offered lower than a | CJA-Other |

| Services | | |
|---|---|---|
| ServiceDate | Service Notes | Type of Service |
| | Family ACD. Discussed future recourse for injustice of dropping charges against her. TJ offered to help bring a case against prosecutor for abuse of discretion. CL very upset at prospects and will consider whether to accept ACD. TJ advised she intends to do a full investigation. We will support however we can. | |
| 2/24/2012 | KT met w/ CL and defense atty Tajuana Johnson. Discussed history of abuse and clarified facts from timeline. Discussed current charges against her and potential outcomes. KT and CL listened in to TJ's phone call with ADA Wells. They have a recording of the OP violation and therefore TJ feels she will not be offered lower than a Family ACD. Discussed future recourse for injustice of dropping charges against her. TJ offered to help bring a case against prosecutor for abuse of discretion. CL very upset at prospects and will consider whether to accept ACD. TJ advised she intends to do a full investigation. We will support however we can. | PA-Legal |
| 2/24/2012 | KT met w/ CL and defense atty Tajuana Johnson. Discussed history of abuse and clarified facts from timeline. Discussed current charges against her and potential outcomes. KT and CL listened in to TJ's phone call with ADA Wells. They have a recording of the OP violation and therefore TJ feels she will not be offered lower than a Family ACD. Discussed future recourse for injustice of dropping charges against her. TJ offered to help bring a case against prosecutor for abuse of discretion. CL very upset at prospects and will consider whether to accept ACD. TJ advised she intends to do a full investigation. We will support however we can. | Info-Legal |
| 2/24/2012 | Discussed right to file for another OP if necessary. | Info-Family Court |
| 2/27/2012 | SD informed CL that I don't know how this is all going to play out, but that the ADA has to prove that she had the intent to commit the crimes she's charged with. | Info-Legal |
| 2/27/2012 | SD advised CL to take her cues from Tajuana and to let her handle the case. | Info-Legal |
| 2/27/2012 | SD s/w CL briefly but I had not spoken to KT yet about the meeting they all had on Friday (I was out of town). Provided her w/ some emotional support and also discussed the statements the ADA apparently made to Tajuana. | Info-Legal |
| 2/27/2012 | SD s/w CL briefly but I had not spoken to KT yet about the meeting they all had on Friday (I was out of town). Provided her w/ some emotional support and also discussed the statements the ADA apparently made to Tajuana. | Follow Up |
| 2/27/2012 | SD s/w CL briefly but I had not spoken to KT yet about the meeting they all had on Friday (I was out of town). Provided her w/ some emotional support and also discussed the statements the ADA apparently made to Tajuana. | Crisis Counseling |
| 3/2/2012 | SD s/w CL who called in scared about the hearing on Tuesday. SD | Crisis |

12

| ServiceDate | Services Service Notes | Type of Service |
|---|---|---|
| | offered emotional support. | Counseling |
| 3/2/2012 | SD s/w CL who called back to ask about the ACD and her ability to sue after the 1 yr time period is up. I confirmed what both KT and Tajuana told her about this on Friday. | Info-Legal |
| 3/2/2012 | SD s/w CL who called back to ask about the ACD and her ability to sue after the 1 yr time period is up. I confirmed what both KT and Tajuana told her about this on Friday. | Follow Up |
| 3/2/2012 | SD s/w Lisa @ CVTC about my conversation w/ CL earlier today. Let her know that CL was pretty upset, but I was able to talk her down. | PA-Counseling |
| 3/2/2012 | SD s/w Lisa @ CVTC who returned my call. Discussed the hearing on Tuesday and the fact that she might not be able to go. Also discussed the 30/30, which is a no go b/c Kartegener did ask for an adjournment. | PA-Legal |
| 3/2/2012 | SD informed CL that I have no idea who the "phone expert" the ADA mentioned to Tajuana would be, but that Raheem has to confirm to the court that the phone call came from CL on the alleged date after the OP was issued. | Info-Legal |
| 3/2/2012 | SD s/w CL about Raheem showing up at the hearing on Tuesday to vet the phone call for the contempt of court charge, and CL reiterated that he won't be there. | Info-Legal |
| 3/2/2012 | SD informed CL that the ADA has to prove 3 things: 1) that she committed the crime, 2) that she had the intent to commit the crime, and 3) these two things beyond a reasonable doubt. | Info-Legal |
| 3/2/2012 | SD s/w CL who called in scared about the hearing on Tuesday. SD offered emotional support. | Follow Up |
| 3/2/2012 | SD informed CL that if this goes to trial, the ADA has to provide his evidence to Tajuana who will have the opportunity to investigate all of it. | Info-Legal |
| 3/6/2012 | SD s/w CL after hearing and advised her that it's essential that she listen to and trust Tajuana's actions in court. Confirmed what Tajuana told her after court about how to act when in front of the judge, and to let her make the plays. | Crisis Counseling |
| 3/6/2012 | SD s/w CL after hearing and informed her that when Tajuana checked the calendar, she found that Kartegener had agreed to each adjournment, so today is the first day of the 30/30 clock. This is why she needs to let Tajuana control what's happening in court (she was trying to push the next hearing back into April to run down the clock). | Info-Legal |
| 3/6/2012 | SD went to IDV w/ Tajuana, Rammel (from CVTC), and CL for criminal trial hearing. People weren't ready. 30/30 time started. Adjourned until 3/15/12. | PA-Legal |
| 3/6/2012 | SD s/w CL after hearing and advised her that it's essential that she listen to and trust Tajuana's actions in court. Confirmed what | Info-Legal |

| Services | | |
|---|---|---|
| ServiceDate | Service Notes | Type of Service |
|  | Tajuana told her after court about how to act when in front of the judge, and to let her make the plays. |  |
| 3/6/2012 | SD s/w CL after hearing about the trajectory of the case over the past year from 300+ charges to an ACD to now not being ready when Tajuana indicated she is ready. | Info-Legal |
| 3/6/2012 | SD went to IDV w/ Tajuana, Rammel (from CVTC), and CL for criminal trial hearing. People weren't ready. 30/30 time started. Adjourned until 3/15/12. | CJA-DA |
| 3/6/2012 | SD went to IDV w/ Tajuana, Rammel (from CVTC), and CL for criminal trial hearing. People weren't ready. 30/30 time started. Adjourned until 3/15/12. | PA-Counseling |
| 3/8/2012 | KT s/w Tajuana, CL's defense attorney. Discussed issues with the case, potential responses to assist with the criminal charges. | PA-Legal |
| 3/9/2012 | KT s/w CL and discussed what happened in court. Discussed straying from plan, CL's concerns with prosecution, etc. Did CC. | Follow Up |
| 3/9/2012 | KT s/w CL and discussed what happened in court. Discussed straying from plan, CL's concerns with prosecution, etc. Did CC. | Crisis Counseling |
| 3/9/2012 | KT s/w CL and discussed what happened in court. Discussed straying from plan, CL's concerns with prosecution, etc. Did CC. | Info-Legal |
| 3/13/2012 | KT s/w CL's social worker Lisa Haileselassie and discussed case. Discussed mental health issues and appropriate responses. Discussed ways to assist CL's attorney. | PA-Counseling |
| 3/13/2012 | KT s/w CL's social worker Lisa Haileselassie and discussed case. Discussed mental health issues and appropriate responses. Discussed ways to assist CL's attorney. | CVTC |
| 3/13/2012 | KT s/w CL's social worker Lisa Haileselassie and discussed case. Discussed mental health issues and appropriate responses. Discussed ways to assist CL's attorney. | PA-Legal |
| 3/14/2012 | KT met w/ CL and Tajuana Johnson; discussed cases. Discussed defense for violation as well as disorderly conduct. Discussed issues with presentation in court, how to manage abusive and manipulative tactics by abuser, how to stay safe during process. Did CC w/ CL as she was extemely distressed by the conversation. Discussed plan for upcoming court | Crisis Counseling |
| 3/14/2012 | KT met w/ CL and Tajuana Johnson; discussed cases. Discussed defense for violation as well as disorderly conduct. Discussed issues with presentation in court, how to manage abusive and manipulative tactics by abuser, how to stay safe during process. Did CC w/ CL as she was extemely distressed by the conversation. Discussed plan for upcoming court | Info-Legal |
| 3/14/2012 | KT met w/ CL and Tajuana Johnson; discussed cases. Discussed defense for violation as well as disorderly conduct. Discussed issues with presentation in court, how to manage abusive and manipulative tactics by abuser, how to stay safe during process. Did CC w/ CL as | PA-Legal |

14

| Services | | |
|---|---|---|
| ServiceDate | Service Notes | Type of Service |
| | she was extemely distressed by the conversation. Discussed plan for upcoming court | |
| 3/14/2012 | KT met w/ CL and Tajuana Johnson; discussed cases. Discussed defense for violation as well as disorderly conduct. Discussed issues with presentation in court, how to manage abusive and manipulative tactics by abuser, how to stay safe during process. Did CC w/ CL as she was extemely distressed by the conversation. Discussed plan for upcoming court | Safety Planning |
| 3/14/2012 | KT met w/ CL and Tajuana Johnson; discussed cases. Discussed defense for violation as well as disorderly conduct. Discussed issues with presentation in court, how to manage abusive and manipulative tactics by abuser, how to stay safe during process. Did CC w/ CL as she was extemely distressed by the conversation. Discussed plan for upcoming court | Follow Up |
| 3/14/2012 | KT met w/ CL and Tajuana Johnson; discussed cases. Discussed defense for violation as well as disorderly conduct. Discussed issues with presentation in court, how to manage abusive and manipulative tactics by abuser, how to stay safe during process. Did CC w/ CL as she was extemely distressed by the conversation. Discussed plan for upcoming court | CJA-Other |
| 3/15/2012 | KT s/w CL who reported on court case. Raheem did not show up in court again. Prosecutor requested an adjournment on the case and advised he still needed more time. CL distressed by the extension of the case but understood the legal strategy. | Follow Up |
| 3/15/2012 | KT s/w CL who reported on court case. Raheem did not show up in court again. Prosecutor requested an adjournment on the case and advised he still needed more time. CL distressed by the extension of the case but understood the legal strategy. | Crisis Counseling |
| 3/15/2012 | KT s/w CL who reported on court case. Raheem did not show up in court again. Prosecutor requested an adjournment on the case and advised he still needed more time. CL distressed by the extension of the case but understood the legal strategy. | Info-Legal |
| 3/21/2012 | KT s/w CL and discussed upcoming court. She spoke with her defense attorney who wants her to begin collecting evidence. Atty said she does not want to flush out the case before seeing what the prosecutor has. CL and I discussed abuse issues and her efforts to try to keep the situation under wraps. Did safety planning and discussed strategy for getting protection once this is over. CL became very distressed during the conversation and I tried to calm her down a little bit. She is very worried about the ways her abuser will use this against her in the future. | Info-Legal |
| 3/21/2012 | KT s/w CL and discussed upcoming court. She spoke with her defense attorney who wants her to begin collecting evidence. Atty said she does not want to flush out the case before seeing what the prosecutor has. CL and I discussed abuse issues and her efforts to | Safety Planning |

15

| | Services | |
|---|---|---|
| **ServiceDate** | **Service Notes** | **Type of Service** |
| | try to keep the situation under wraps. Did safety planning and discussed strategy for getting protection once this is over. CL became very distressed during the conversation and I tried to calm her down a little bit. She is very worried about the ways her abuser will use this against her in the future. | |
| 3/21/2012 | KT s/w CL and discussed upcoming court. She spoke with her defense attorney who wants her to begin collecting evidence. Atty said she does not want to flush out the case before seeing what the prosecutor has. CL and I discussed abuse issues and her efforts to try to keep the situation under wraps. Did safety planning and discussed strategy for getting protection once this is over. CL became very distressed during the conversation and I tried to calm her down a little bit. She is very worried about the ways her abuser will use this against her in the future. | Follow Up |
| 3/21/2012 | KT s/w CL and discussed upcoming court. She spoke with her defense attorney who wants her to begin collecting evidence. Atty said she does not want to flush out the case before seeing what the prosecutor has. CL and I discussed abuse issues and her efforts to try to keep the situation under wraps. Did safety planning and discussed strategy for getting protection once this is over. CL became very distressed during the conversation and I tried to calm her down a little bit. She is very worried about the ways her abuser will use this against her in the future. | Crisis Counseling |
| 3/26/2012 | KT s/w CL and discussed that I could not attend Monday's meeting. CL understood. CL stated that she was receiving messages on her "Kelly Price" phone line from a blocked number and she believed it was Kenya Wells calling her. CL stated that the called said sexually explicit things and was harassing her. She has received repeated messages from this number. CL was very upset. Did a little CC. Discussed legal strategy and our potential role - will help to gather documents as her defense attorney sees fit. | Follow Up |
| 3/26/2012 | KT s/w CL and discussed that I could not attend Monday's meeting. CL understood. CL stated that she was receiving messages on her "Kelly Price" phone line from a blocked number and she believed it was Kenya Wells calling her. CL stated that the called said sexually explicit things and was harassing her. She has received repeated messages from this number. CL was very upset. Did a little CC. Discussed legal strategy and our potential role - will help to gather documents as her defense attorney sees fit. | Crisis Counseling |
| 3/26/2012 | KT s/w CL and discussed that I could not attend Monday's meeting. CL understood. CL stated that she was receiving messages on her "Kelly Price" phone line from a blocked number and she believed it was Kenya Wells calling her. CL stated that the called said sexually explicit things and was harassing her. She has received repeated messages from this number. CL was very upset. Did a little CC. Discussed legal strategy and our potential role - will help to gather | Info-Legal |

| Services | | |
|---|---|---|
| ServiceDate | Service Notes | Type of Service |
| | documents as her defense attorney sees fit. | |
| 4/3/2012 | SD s/w CL who called in with an update on court today. ADA announced he wasn't ready, and the case was adjourned until 5/23/12. Discussed with CL that WebCrims won't be reliable for counting days b/c it's dependent on the judge's calendar. CL requested call back from KT. | Follow Up |
| 4/3/2012 | SD s/w CL who called in with an update on court today. ADA announced he wasn't ready, and the case was adjourned until 5/23/12. Discussed with CL that WebCrims won't be reliable for counting days b/c it's dependent on the judge's calendar. CL requested call back from KT. | Crisis Counseling |
| 4/3/2012 | SD s/w CL who called in with an update on court today. ADA announced he wasn't ready, and the case was adjourned until 5/23/12. Discussed with CL that WebCrims won't be reliable for counting days b/c it's dependent on the judge's calendar. CL requested call back from KT. | Info-Legal |
| 4/3/2012 | KT called back CL | Follow Up |
| 4/3/2012 | KT rec'd message from CL | Follow Up |
| 4/4/2012 | SD consulted w/ Lisa at CVTC after s/w CL the day before re. charges pending against CL, CL working w/ her attorney instead of around her, and how CL is coping with everything. | PA-Legal |
| 4/4/2012 | SD consulted w/ Lisa at CVTC after s/w CL the day before re. charges pending against CL, CL working w/ her attorney instead of around her, and how CL is coping with everything. | PA-Counseling |
| 4/4/2012 | KT s/w CL and made plans for meeting with attorney - scheduled tentatively for next week. | Follow Up |
| 4/4/2012 | KT left message for CL | Follow Up |
| 4/4/2012 | KT s/w CL and made plans for meeting with attorney - scheduled tentatively for next week. | Info-Legal |
| 4/16/2012 | KT rec'd message from CL inquiring about date of appointment | Follow Up |
| 4/16/2012 | KT l/m for CL advising of appointment tomorrow at 4 | Follow Up |
| 4/16/2012 | KT l/m for CL advising of appointment tomorrow at 4 | Info-Legal |
| 4/16/2012 | KT emailed CL's attorney to confirm appointment time | CJA-Other |
| 4/16/2012 | KT rec'd response from CL's attorney advising she was out of town and would check upon return | CJA-Other |
| 4/17/2012 | KT rec'd message from CL confirming appt | Follow Up |
| 4/17/2012 | KT left message for CL confirming appt. | Follow Up |
| 4/17/2012 | KT rec'd email from CL's attorney advising she can still meet at 4 today if CL is available. | CJA-Other |
| 4/30/2012 | KT s/w CL and discussed housing court issues. Discussed eviction process and strategies to respond. CL stated she has retained records and we discussed requesting a summary of allegations and | Crisis Counseling |

17

| Services | | |
|---|---|---|
| ServiceDate | Service Notes | Type of Service |
| | responding in turn to each with the evidence she has. | |
| 4/30/2012 | KT s/w CL and discussed housing court issues. Discussed eviction process and strategies to respond. CL stated she has retained records and we discussed requesting a summary of allegations and responding in turn to each with the evidence she has. | Info-Housing |
| 4/30/2012 | Discussed pending criminal case and meeting - will meet tomorrow at 4 with attorney. | CJA-Other |
| 4/30/2012 | KT s/w CL and discussed housing court issues. Discussed eviction process and strategies to respond. CL stated she has retained records and we discussed requesting a summary of allegations and responding in turn to each with the evidence she has. | Follow Up |
| 5/1/2012 | KT attended meeting with CL at CL's attorneys office. Discussed collection of evidence to establish victimization. Discussed evidentiary issues, legal relevance, defenses. Discussed issues with prosecutorial misconduct - failure to pursue witnesses, etc. | Crisis Counseling |
| 5/1/2012 | KT attended meeting with CL at CL's attorneys office. Discussed collection of evidence to establish victimization. Discussed evidentiary issues, legal relevance, defenses. Discussed issues with prosecutorial misconduct - failure to pursue witnesses, etc. | PA-Legal |
| 5/1/2012 | KT attended meeting with CL at CL's attorneys office. Discussed collection of evidence to establish victimization. Discussed evidentiary issues, legal relevance, defenses. Discussed issues with prosecutorial misconduct - failure to pursue witnesses, etc. | Safety Planning |
| 5/1/2012 | KT attended meeting with CL at CL's attorneys office. Discussed collection of evidence to establish victimization. Discussed evidentiary issues, legal relevance, defenses. Discussed issues with prosecutorial misconduct - failure to pursue witnesses, etc. | Follow Up |
| 5/1/2012 | KT attended meeting with CL at CL's attorneys office. Discussed collection of evidence to establish victimization. Discussed evidentiary issues, legal relevance, defenses. Discussed issues with prosecutorial misconduct - failure to pursue witnesses, etc. | CJA-Other |
| 5/4/2012 | KT left message for CL re: evidence collecting. | Follow Up |
| 5/4/2012 | MM left message for CL. To collect more info on issues on case. | Follow Up |
| 5/16/2012 | KT emailed CL's attorney re: criminal case and evidence collecting. | CJA-Other |
| 5/16/2012 | KT rec'd response from CL's attorney advising no progress had been made. | CJA-Other |
| 5/22/2012 | KT rec'd email from CL's attorney advising that the 30-30 deadline had run out according to her information. | CJA-Other |
| 5/22/2012 | KT replied to CL's attorney via email. | CJA-Other |
| 5/24/2012 | SD s/w CL again who called back to say that she was able to find the case on WebCrims. I tried again and found it too. Case continued to 6/6/12. Verified to CL that I could find it, and suggested that I probably couldn't find it this morning b/c the site hadn't updated | Follow Up |

| Services | | |
|---|---|---|
| **ServiceDate** | **Service Notes** | **Type of Service** |
| | yet. | |
| 5/24/2012 | SD called Lisa @ CVTC to verify the charges were dropped. No answer. Left vm. | PA-Legal |
| 5/24/2012 | SD s/w CL again who called back to say that she was able to find the case on WebCrims. I tried again and found it too. Case continued to 6/6/12. Verified to CL that I could find it, and suggested that I probably couldn't find it this morning b/c the site hadn't updated yet. | Crisis Counseling |
| 5/24/2012 | SD s/w CL again who called back to say that she was able to find the case on WebCrims. I tried again and found it too. Case continued to 6/6/12. Verified to CL that I could find it, and suggested that I probably couldn't find it this morning b/c the site hadn't updated yet. | Info-Legal |
| 5/24/2012 | SD s/w CL who called in about what happened in the hearing yesterday. Informed her of what I told Lisa about the WebCrims info, but also that this doesn't mean the case was dismissed. It's possible the website hasn't been updated yet; however, it sounds like the case is about to be dismissed based on what happened in yesterday's hearing. | Follow Up |
| 5/24/2012 | SD s/w CL who called in about what happened in the hearing yesterday. Informed her of what I told Lisa about the WebCrims info, but also that this doesn't mean the case was dismissed. It's possible the website hasn't been updated yet; however, it sounds like the case is about to be dismissed based on what happened in yesterday's hearing. | Info-Legal |
| 5/24/2012 | SD s/w CL who called in about what happened in the hearing yesterday. Informed her of what I told Lisa about the WebCrims info, but also that this doesn't mean the case was dismissed. It's possible the website hasn't been updated yet; however, it sounds like the case is about to be dismissed based on what happened in yesterday's hearing. | Crisis Counseling |
| 5/29/2012 | KT s/w CL and discussed court case. She believes that her case will be dismissed based on speedy trial requirements. CL's attorney will file a motion to dismiss on that basis. Explained to CL that once the motion to dismiss is filed the prosecutor will have the opportunity to reply and the cas | |
| 5/30/2012 | SD s/w CL briefly at CVTC and discussed the CC case. CL believes the case will be dropped b/c her attorney assured she would file the motion to dismiss. Advised CL to be patient and follow her attorney's lead. | Crisis Counseling |
| 5/30/2012 | SD s/w CL briefly at CVTC and discussed the CC case. CL believes the case will be dropped b/c her attorney assured she would file the motion to dismiss. Advised CL to be patient and follow her attorney's lead. | Info-Legal |
| 5/30/2012 | SD s/w CL briefly at CVTC and discussed the CC case. CL believes | Follow Up |

| Services | | |
|---|---|---|
| **ServiceDate** | **Service Notes** | **Type of Service** |
| | the case will be dropped b/c her attorney assured she would file the motion to dismiss. Advised CL to be patient and follow her attorney's lead. | |
| 5/31/2012 | SD informed CL that in regards to getting her bail back, she will need ID but she should also discuss that w/ Tajuana to get a better idea of how that will all work out. | Info-Legal |
| 5/31/2012 | SD s/w CL who called back returning my vm. She said that Tajuana filed the motion to dismiss today, and is trying to get a clerk to look at it today (she's unsure if she can pull that off). CL will keep us posted. | Follow Up |
| 5/31/2012 | SD called CL back returning her messages from this morning. No answer. Left vm. | Follow Up |
| 6/6/2012 | KT emailed CL's attorney in response. | CJA-Other |
| 6/6/2012 | KT called CL and left message advising atty was aware of situation. | Follow Up |
| 6/6/2012 | KT rec'd email from atty advising she had heard the case got called and re: CL's reaction. | CJA-Other |
| 6/6/2012 | KT emailed CL's attorney to see where she was. | CJA-Other |
| 6/6/2012 | KT s/w CL who called in crisis. Her attorney was late to court and the judge called the case, knowing she was not present. The case got adjourned for two months. CL is very fearful of what will happen and stressed over trying to manage this case and the pressure from Raheem. Discussed options; she is considering trying to fire Tajuana and represent herself today so that the hearing will be heard. | Info-Other |
| 6/6/2012 | KT s/w CL who called in crisis. Her attorney was late to court and the judge called the case, knowing she was not present. The case got adjourned for two months. CL is very fearful of what will happen and stressed over trying to manage this case and the pressure from Raheem. Discussed options; she is considering trying to fire Tajuana and represent herself today so that the hearing will be heard. | Info-Legal |
| 6/6/2012 | KT s/w CL who called in crisis. Her attorney was late to court and the judge called the case, knowing she was not present. The case got adjourned for two months. CL is very fearful of what will happen and stressed over trying to manage this case and the pressure from Raheem. Discussed options; she is considering trying to fire Tajuana and represent herself today so that the hearing will be heard. | Crisis Counseling |
| 6/6/2012 | KT s/w CL who called in crisis. Her attorney was late to court and the judge called the case, knowing she was not present. The case got adjourned for two months. CL is very fearful of what will happen and stressed over trying to manage this case and the pressure from Raheem. Discussed options; she is considering trying to fire Tajuana and represent herself today so that the hearing will be heard. | Follow Up |
| 6/6/2012 | KT called CL and left message advising atty was aware of situation. | Info-Legal |
| 6/13/2012 | SD explained that if her defense attorney had known about the cert. of readiness, then the mixup over what time the hearing was at | Info-Legal |

20

| Services | | |
|---|---|---|
| **ServiceDate** | **Service Notes** | **Type of Service** |
| | wouldn't have even happened b/c the motion to dismiss wouldn't have happened making what transpired that morning inconsequential. | |
| 6/13/2012 | SD s/w CL about her wish to fire her defense attorney and represent herself. Informed her that I did not think this was a good idea. | Info-Legal |
| 6/13/2012 | SD informed CL that there may be a number of explanations as to why her defense attorney did not have the cert. of readiness before she decided to file a motion to dismiss. | Info-Legal |
| 6/13/2012 | SD tried to SP w/ CL in the context of the criminal case, but CL is pretty set on representing herself. | Safety Planning |
| 6/13/2012 | SD advised CL that I believed she would have a very difficult time finding a 3rd attorney to take the case if she fired her current attorney. | Info-Legal |
| 6/13/2012 | SD informed CL that I believed ADA Wells would refuse to work w/ her if she represented herself in court. | Info-Legal |
| 6/13/2012 | SD s/w CL about her upcoming appt with the 'Gender & Sexuality' clinic at Columbia Law. Informed her that I didn't think a law school clinic would take her case. | Info-Legal |
| 6/13/2012 | SD provided emotional support to CL. | Crisis Counseling |
| 6/13/2012 | SD w/ CL on the phone at CVTC. She decided to call instead of coming in for her appt. | Follow Up |
| 6/13/2012 | SD informed CL that I did not believe Judge Dawson would let her represent herself, but CL said she didn't care. | Info-Legal |
| 6/18/2012 | KT rec'd message from CL | Follow Up |
| 6/18/2012 | SD s/w CL who called in extreme crisis. She was yelling (sometimes inaudible) and saying that she got a text message from the defense attorney on the disorderly conduct saying he wouldn't be able to represent her anymore and she is due in court tomorrow at 9:30am. | Follow Up |
| 6/18/2012 | KT called CL and discussed criminal case. She was pretty upset and believed her attorney would not show up at court tomorrow - Ben Dell of Legal Aid who is representing her in the disorderly conduct case. Discussed criminal issues and her 6th amendment rights to counsel. | Info-Legal |
| 6/18/2012 | KT s/w Ben Dell and discussed criminal case. He will appear on CL's behalf tomorrow. Discussed various issues with representation. | CJA-Other |
| 6/18/2012 | SD instructed CL to call her SW @ CVTC or the main line at CVTC so that they can help her through this. CL was extremely escalated and talking about not being alive tomorrow. SD was able to help CL construct an immediate SP in order to come down from her escalated state. | Info-Counseling |
| 6/18/2012 | SD instructed CL to call her SW @ CVTC or the main line at CVTC so that they can help her through this. CL was extremely escalated | Crisis Counseling |

| Services | | |
|---|---|---|
| ServiceDate | Service Notes | Type of Service |
|  | and talking about not being alive tomorrow. SD was able to help CL construct an immediate SP in order to come down from her escalated state. |  |
| 6/18/2012 | SD advised CL that she is legally entitled to counsel at a CC trial, so if Legal Aid is, in fact, pulling themselves from the case, then she will need to request a new attorney in court. | Info-Legal |
| 6/18/2012 | SD instructed CL to call her SW @ CVTC or the main line at CVTC so that they can help her through this. CL was extremely escalated and talking about not being alive tomorrow. SD was able to help CL construct an immediate SP in order to come down from her escalated state. | Safety Planning |
| 6/18/2012 | KT called CL and discussed criminal case. She was pretty upset and believed her attorney would not show up at court tomorrow - Ben Dell of Legal Aid who is representing her in the disorderly conduct case. Discussed criminal issues and her 6th amendment rights to counsel. | Crisis Counseling |
| 6/27/2012 | SD s/w CL briefly about Legal Aid and what happened with the disorderly conduct hearing a few weeks ago. CL was allegedly informed by Ben Dell @ Legal Aid that they were not representing her anymore and that she would be by herself. That did not happen though. | Follow Up |
| 6/27/2012 | SD reiterated what KT said earlier about criminal cases and her right to an attorney. Tried to ease her fears that she will show up to the next hearing w/o an attorney and w/o any knowledge that she would be unrepresented. | Info-Legal |
| 6/27/2012 | SD s/w CL briefly about Legal Aid and what happened with the disorderly conduct hearing a few weeks ago. CL was allegedly informed by Ben Dell @ Legal Aid that they were not representing her anymore and that she would be by herself. That did not happen though. | Crisis Counseling |
| 6/27/2012 | SD s/w CL briefly about Legal Aid and what happened with the disorderly conduct hearing a few weeks ago. CL was allegedly informed by Ben Dell @ Legal Aid that they were not representing her anymore and that she would be by herself. That did not happen though. | Info-Legal |
| 7/23/2012 | KT called attorney to try to find out about court appearance tomorrow - left message. | CJA-Other |
| 7/23/2012 | KT s/w CL who called in crisis after learning her defense atty (Tajuana Johnson) had been in a car accident and was currently hospitalized. She has court tomorrow morning and is very concerned about what will happen. She advised she obtained a transcript of the hearing that reveals her attorney who was present in court on the day the Cert of Readiness was filed was NOT her attorney of record. Discussed issues. Discussed court tomorrow. | Info-Other |
| 7/23/2012 | KT s/w CL who called in crisis after learning her defense atty | Info-Legal |

| Services | | |
|---|---|---|
| **ServiceDate** | **Service Notes** | **Type of Service** |
|  | (Tajuana Johnson) had been in a car accident and was currently hospitalized. She has court tomorrow morning and is very concerned about what will happen. She advised she obtained a transcript of the hearing that reveals her attorney who was present in court on the day the Cert of Readiness was filed was NOT her attorney of record. Discussed issues. Discussed court tomorrow. |  |
| 7/23/2012 | Disc safety threats and planning. | Safety Planning |
| 7/23/2012 | KT s/w CL who called in crisis after learning her defense atty (Tajuana Johnson) had been in a car accident and was currently hospitalized. She has court tomorrow morning and is very concerned about what will happen. She advised she obtained a transcript of the hearing that reveals her attorney who was present in court on the day the Cert of Readiness was filed was NOT her attorney of record. Discussed issues. Discussed court tomorrow. | Follow Up |
| 7/23/2012 | KT s/w CL who called in crisis after learning her defense atty (Tajuana Johnson) had been in a car accident and was currently hospitalized. She has court tomorrow morning and is very concerned about what will happen. She advised she obtained a transcript of the hearing that reveals her attorney who was present in court on the day the Cert of Readiness was filed was NOT her attorney of record. Discussed issues. Discussed court tomorrow. | Crisis Counseling |
| 7/26/2012 | SD called CL to s/w her about my last day (August 3rd) and the conclusion of the CC case against her. All of the DV charges were dropped, but there was no indication as to why they were dropped. No answer. Left vm. | Follow Up |
| 7/26/2012 | SD called CL to s/w her about my last day (August 3rd) and the conclusion of the CC case against her. All of the DV charges were dropped, but there was no indication as to why they were dropped. No answer. Left vm. | Info-Other |
| 7/30/2012 | SD offered CL emotional support. She wants to file a lawsuit against the city and the DA's office. | Crisis Counseling |
| 7/30/2012 | SD informed CL that Friday (8/3) is my last day. | Info-Other |
| 7/30/2012 | SD asked CL if she'd been given a reason for why the case was dropped. She said she didn't know, and I informed her that we don't know either. | Info-Legal |
| 7/30/2012 | SD s/w CL who called in on the HL returning my vm from 7/26. | Follow Up |
| 10/8/2012 | KT rec'd message from CL | Follow Up |
| 10/8/2012 | KT left message for CL, returning her call. | Follow Up |
| 11/30/2012 | KT rec'd message from CL | Follow Up |
| 12/6/2012 | KT s/w Det. Galan at 20th Pct and discussed case - he explained the reasons for the delay and that he was having a hard time with CL because he felt she would get upset and accusatory. We discussed case, his concerns and intentions, and he reassured me that he was | CJA-Police |

23

| ServiceDate | Service Notes | Type of Service |
|---|---|---|
| Services | | |
| | very eager to get an arrest on this case and help the client. He explained his intentions for today and gave me contact info for the prosecutor on the case - ADA Bernard at DANY. | |
| 12/6/2012 | KT called CL and relayed conversation with Det. Galan; She is going to go down to the station and do the photo lineup and call me to let me know how it goes. | Info-Legal |
| 12/6/2012 | KT s/w CL and discussed current issues with law enforcement. CL was assaulted in August by a stranger in a bar and heard he was arrested, but has gotten mixed messages. She is uncertain about whether she should trust the detective she was working with, who has now asked her to come in to do a photo line up. I agreed to reach out to him - Detective Galan at the 20th Pct., (212)580-6414 | Follow Up |
| 12/6/2012 | KT s/w CL and discussed current issues with law enforcement. CL was assaulted in August by a stranger in a bar and heard he was arrested, but has gotten mixed messages. She is uncertain about whether she should trust the detective she was working with, who has now asked her to come in to do a photo line up. I agreed to reach out to him - Detective Galan at the 20th Pct., (212)580-6414 | Crisis Counseling |
| 12/6/2012 | KT s/w Det. Galan at 20th Pct and discussed case - he explained the reasons for the delay and that he was having a hard time with CL because she would get upset and accusatory. We discussed case, his concerns and intentions, and he reassured me that he was very eager to get an arrest on this case and help the client. He explained his intentions for today and gave me contact info for the prosecutor on the case - ADA Bernard at DANY. | CJA-Police |
| 12/6/2012 | KT s/w CL and discussed current issues with law enforcement. CL was assaulted in August by a stranger in a bar and heard he was arrested, but has gotten mixed messages. She is uncertain about whether she should trust the detective she was working with, who has now asked her to come in to do a photo line up. I agreed to reach out to him - Detective Galan at the 20th Pct., (212)580-6414 | Info-Legal |
| 12/6/2012 | KT called CL and relayed conversation with Det. Galan; She is going to go down to the station and do the photo lineup and call me to let me know how it goes. | Follow Up |
| 12/6/2012 | KT s/w CL and discussed current issues with law enforcement. CL was assaulted in August by a stranger in a bar and heard he was arrested, but has gotten mixed messages. She is uncertain about whether she should trust the detective she was working with, who has now asked her to come in to do a photo line up. I agreed to reach out to him - Detective Galan at the 20th Pct., (212)580-6414 | Safety Planning |
| 12/12/2012 | SN discussed CL's most recent case with her and discussed why the ADA may have chosen to pursue felony assault against an office charges instead of the assault charges she's attempted to file against the individual in question (who'd assaulted her in an UWS bar by punching her in the mouth). | Info-Legal |

24

| Services | | |
|---|---|---|
| **ServiceDate** | **Service Notes** | **Type of Service** |
| 12/12/2012 | SN reviewed details of CL's OVS application briefly with Veronica and discussed her filing- specifically the amount she'd filed for, the materials she was able to gather to make the claim (there'd been difficulty accessing DIRs from the 28th precinct) and how she'd utilize said funds. | PA-CVB Application |
| 12/12/2012 | SN wrote a letter to CL's landlord attesting to the filing of her OVS application, with the hopes that this would assist her in disputing her impending eviction. | PA-CVB |
| 12/12/2012 | SN met with CL at CVTC. Stated that she would like a letter for her landlord stating she'd filed an OVS claim for the amount of $15,000. Additionally, CL worked to brief me on her present circumstances-, living next door to PERP, receiving threatening phone calls from unidentified women, being physically attacked in her neighborhood, and falling behind in her rent in amount close to $40,000. | CVTC |
| 12/12/2012 | SN met with CL at CVTC. Stated that she would like a letter for her landlord stating she'd filed an OVS claim for the amount of $15,000. Additionally, CL worked to brief me on her present circumstances-, living next door to PERP, receiving threatening phone calls from unidentified women, being physically attacked in her neighborhood, and falling behind in her rent in amount close to $40,000. | Safety Planning |
| 12/12/2012 | SN met with CL at CVTC. Stated that she would like a letter for her landlord stating she'd filed an OVS claim for the amount of $15,000. Additionally, CL worked to brief me on her present circumstances-, living next door to PERP, receiving threatening phone calls from unidentified women, being physically attacked in her neighborhood, and falling behind in her rent in amount close to $40,000. | Crisis Counseling |
| 12/12/2012 | SN met with CL at CVTC. Stated that she would like a letter for her landlord stating she'd filed an OVS claim for the amount of $15,000. Additionally, CL worked to brief me on her present circumstances-, living next door to PERP, receiving threatening phone calls from unidentified women, being physically attacked in her neighborhood, and falling behind in her rent in amount close to $40,000. | Follow Up |
| 12/12/2012 | KT emailed Audrey Moore to check in - advised I wanted to speak with her about the case | CJA-DA |
| 1/10/2013 | KT s/w CL's counselor Lisa Haileselassie re: various issues with the case. Discussed allegations that 28th Pct won't take reports - we strategized and decided to approach Audrey Moore again about the precinct/DANY issue. | PA-Counseling |
| 1/10/2013 | KT s/w Audrey Moore who advised she had not instructed, nor had her office, anyone not to take a report from CL. She discussed this issue with the captain who agreed they had not been instructed to do that. They will make sure officers are advised. | CJA-Police |
| 1/10/2013 | KT s/w CL and advised I had some updates. CL will call me back tomorrow. | Follow Up |
| 1/10/2013 | KT s/w CL's counselor Lisa Haileselassie re: various issues with the | PA-Other |

| | Services | |
|---|---|---|
| ServiceDate | Service Notes | Type of Service |
| | case. Discussed allegations that 28th Pct won't take reports - we strategized and decided to approach Audrey Moore again about the precinct/DANY issue. | |
| 1/10/2013 | KT s/w CL's counselor Lisa Haileselassie re: various issues with the case. Discussed allegations that 28th Pct won't take reports - we strategized and decided to approach Audrey Moore again about the precinct/DANY issue. | Follow Up |
| 1/10/2013 | KT s/w Audrey Moore who advised she had not instructed, nor had her office, anyone not to take a report from CL. She discussed this issue with the captain who agreed they had not been instructed to do that. They will make sure officers are advised. | CJA-DA |
| 1/11/2013 | KT rec'd message from CL | Follow Up |
| 1/11/2013 | KT referred CL to VOW | Referral-Other |
| 1/11/2013 | KT called CL and discussed issues. Discussed conversation with Audrey Moore at DANY (see above) | Info-Legal |
| 1/11/2013 | KT s/w CL and discussed organizing around this issue with prosecution. Discussed structural issues with crimes of violence against women, etc. Discussed current organizign efforts | Info-Other |
| 2/26/2013 | KT left message for CL to follow up with her DV non profit efforts and efforts to reach VOW. | Info-Other |
| 2/26/2013 | KT left message for CL to follow up with her DV non profit efforts and efforts to reach VOW. | Follow Up |
| 3/15/2013 | KT rec'd email from CL re: request to speak with Normal Siegle; she is pursuing civil relief for the improper treatment of the DA's office and NYPD and he is considering taking her case. | Follow Up |
| 3/15/2013 | KT rec'd email from CL re: request to speak with Normal Siegle; she is pursuing civil relief for the improper treatment of the DA's office and NYPD and he is considering taking her case. | Info-Legal |
| 3/16/2013 | KT replied to CL to advise that I would speak to Mr. Siegle on her behalf. I advised the limitations of my ability to speak to her story because of the limited personal knowledge I have. | Follow Up |
| 3/16/2013 | KT replied to CL to advise that I would speak to Mr. Siegle on her behalf. I advised the limitations of my ability to speak to her story because of the limited personal knowledge I have. | Info-Legal |
| 3/19/2013 | KT s/w civil rights attorney extensively about CL's case. Advised that I believed she is the victim of abuse, that I did think she was treated in an extreme manner by NYPD and the DA's office but I could not speculate as to the reason, that I found it very unusual for a DV victim and I think the Manhattan DAs office usually recognizes victims in cases. | CJA-DA |
| 3/19/2013 | KT s/w civil rights attorney extensively about CL's case. Advised that I believed she is the victim of abuse, that I did think she was treated in an extreme manner by NYPD and the DA's office but I could not | CJA-Other |

26

| | Services | |
|---|---|---|
| **ServiceDate** | **Service Notes** | **Type of Service** |
| | speculate as to the reason, that I found it very unusual for a DV victim and I think the Manhattan DAs office usually recognizes victims in cases. | |
| 3/19/2013 | KT s/w civil rights attorney extensively about CL's case. Advised that I believed she is the victim of abuse, that I did think she was treated in an extreme manner by NYPD and the DA's office but I could not speculate as to the reason, that I found it very unusual for a DV victim and I think the Manhattan DAs office usually recognizes victims in cases. | PA-Legal |
| 3/29/2013 | KT s/w CL and discussed Siegle's choice to decline representation. I gave her my opinion on why he decided as he did. CL was very upset, distressed. Discussed other options, did some counseling, etc. | Info-Other |
| 3/29/2013 | KT made referral to Emerson, Celli et al to screen client for civil rights claim. | Referral-Other |
| 3/29/2013 | KT s/w CL and discussed Siegle's choice to decline representation. I gave her my opinion on why he decided as he did. CL was very upset, distressed. Discussed other options, did some counseling, etc. | Info-Legal |
| 3/29/2013 | KT s/w CL and discussed Siegle's choice to decline representation. I gave her my opinion on why he decided as he did. CL was very upset, distressed. Discussed other options, did some counseling, etc. | Crisis Counseling |
| 3/29/2013 | KT s/w CL and discussed Siegle's choice to decline representation. I gave her my opinion on why he decided as he did. CL was very upset, distressed. Discussed other options, did some counseling, etc. | Follow Up |
| 3/29/2013 | KT rec'd email from CL inquiring about s/w Siegle. | Follow Up |
| 3/29/2013 | KT rec'd message from CL | Follow Up |
| 7/8/2013 | KT rec'd message from CL | Follow Up |
| 7/9/2013 | KT s/w Audrey Moore about the case - she advised that CL had threatened her. | CJA-DA |
| 7/10/2013 | KT s/w CL and discussed current issues. CL stated she received a call from an ADA who said she was following up on the criminal case from last fall - when CL was punched in the face by a stranger. Read CL my notes from my phone call to Det. Galan. She requested I send them. CL advised she was no longer receiving services from CVTC - I suggesed I make another referral but CL declined for now. Gave emotional support. | Follow Up |
| 7/10/2013 | KT s/w CL and discussed current issues. CL stated she received a call from an ADA who said she was following up on the criminal case from last fall - when CL was punched in the face by a stranger. Read CL my notes from my phone call to Det. Galan. She requested I send them. CL advised she was no longer receiving services from | Info-Legal |

| Services | | |
|---|---|---|
| **ServiceDate** | **Service Notes** | **Type of Service** |
|  | CVTC - I suggesed I make another referral but CL declined for now. Gave emotional support. |  |
| 7/10/2013 | KT s/w CL and discussed current issues. CL stated she received a call from an ADA who said she was following up on the criminal case from last fall - when CL was punched in the face by a stranger. Read CL my notes from my phone call to Det. Galan. She requested I send them. CL advised she was no longer receiving services from CVTC - I suggesed I make another referral but CL declined for now. Gave emotional support. | Info-Other |
| 7/10/2013 | KT s/w CL and discussed current issues. CL stated she received a call from an ADA who said she was following up on the criminal case from last fall - when CL was punched in the face by a stranger. Read CL my notes from my phone call to Det. Galan. She requested I send them. CL advised she was no longer receiving services from CVTC - I suggesed I make another referral but CL declined for now. Gave emotional support. | Crisis Counseling |
| 7/10/2013 | KT rec;d message from CL requesting reminder on the conversation I had with Det. galan in December of last year. | Follow Up |
| 7/10/2013 | KT s/w CL and discussed current issues. CL stated she received a call from an ADA who said she was following up on the criminal case from last fall - when CL was punched in the face by a stranger. Read CL my notes from my phone call to Det. Galan. She requested I send them. CL advised she was no longer receiving services from CVTC - I suggesed I make another referral but CL declined for now. Gave emotional support. | Info-Counseling |
| 7/16/2013 | KT rec'd message from CL stating she met with ADA today and they want to move forward with the charges against the man who assaulted her last fall. CL gave ADA my contact information. | Info-Legal |
| 7/16/2013 | KT left message for CL | Follow Up |
| 7/16/2013 | KT rec'd message from CL stating she met with ADA today and they want to move forward with the charges against the man who assaulted her last fall. CL gave ADA my contact information. | Follow Up |
| 1/17/2014 | KT rec'd message from CL - unable to hear her new number | Follow Up |
| 1/23/2014 | KT rec'd message from CL re: needing to file for an OP against Raheem. | Follow Up |
| 1/24/2014 | KT called CL and left message advising that I thought an OP would be challenging. Advised I will not be in on Monday but to call the helpline to process options for filing for an OP if that's the direction she wants to go in. Otherwise, call me Tuesday. | Info-Family Court |
| 1/24/2014 | KT called CL and left message advising that I thought an OP would be challenging. Advised I will not be in on Monday but to call the helpline to process options for filing for an OP if that's the direction she wants to go in. Otherwise, call me Tuesday. | Follow Up |
| 1/24/2014 | KT called CL and left message advising that I thought an OP would | Follow Up |

| Services | | |
|---|---|---|
| **ServiceDate** | **Service Notes** | **Type of Service** |
| | be challenging. Advised I will not be in on Monday but to call the helpline to process options for filing for an OP if that's the direction she wants to go in. Otherwise, call me Tuesday. | |
| 2/19/2014 | KT rec'd BCC'd email from CL to ADA Reichfelder re: moving forward with the case. | Follow Up |
| 2/19/2014 | KT replied to CL's email inquiring about the case w/ DANY | Info-Legal |
| 2/20/2014 | KT rec'd message from CL | Follow Up |
| 2/20/2014 | KT called CL back and left message re: following up on criminal court issue w/ DANY | Follow Up |
| 2/20/2014 | KT replied to CL's email inquiring about the case w/ DANY | Follow Up |
| 2/20/2014 | KT called CL back and left message re: following up on criminal court issue w/ DANY | Info-Legal |
| 2/24/2014 | KT called CL back and advised | |
| 2/24/2014 | KT s/w CL and discussed current criminal case. CL advised that the ADA wants to move forward on the criminal case but needs to speak with Cl's friend who she spent the night with. CL has asked her friend to contact the ADA but he won't reply. CL asked if I would reach out to explain the role of a witness and assure friend he wont get in trouble. Advised CL that I could speak to her friend about the role of a witness but not assure him of anything as I do not have that knowledge myself. | Info-Legal |
| 2/24/2014 | KT s/w CL and discussed current criminal case. CL advised that the ADA wants to move forward on the criminal case but needs to speak with Cl's friend who she spent the night with. CL has asked her friend to contact the ADA but he won't reply. CL asked if I would reach out to explain the role of a witness and assure friend he wont get in trouble. Advised CL that I could speak to her friend about the role of a witness but not assure him of anything as I do not have that knowledge myself. | Follow Up |
| 2/24/2014 | KT rec'd email from CL advising that my VM is full and she can't leave a message | Follow Up |
| 2/24/2014 | KT rec'd email from CL requesting I reach out to the ADA on the case to inquire why they haven't moved forward | Follow Up |
| 2/24/2014 | KT rec'd email from CL requesting I reach out to the ADA on the case to inquire why they haven't moved forward | Info-Legal |
| 2/24/2014 | KT s/w CL and discussed current criminal case. CL advised that the ADA wants to move forward on the criminal case but needs to speak with Cl's friend who she spent the night with. CL has asked her friend to contact the ADA but he won't reply. CL asked if I would reach out to explain the role of a witness and assure friend he wont get in trouble. Advised CL that I could speak to her friend about the role of a witness but not assure him of anything as I do not have that knowledge myself. | Safety Planning |
| 1/22/2015 | KT called CL back - she is on the pther line - will call me right back | Follow Up |

29

| Services | | |
|---|---|---|
| **ServiceDate** | **Service Notes** | **Type of Service** |
| 1/22/2015 | KT rec'd message from cl | Follow Up |
| 6/22/2015 | CL called SPs direct line; CL claims to have been calling connect CL but no one has gotten back to CL; SP explained to CL the CONNECT protocol in terms of HL; SP apologize to CL with regards belief that CONNECT had abadon her; SP explained changes CONNECT is undergoing; SP discussed case with SM/CC; SP will follow up with QW/SM/interm attorney on what to do next on the case- CL wants records | Follow Up |
| 6/22/2015 | CL called SPs direct line; CL claims to have been calling connect CL but no one has gotten back to CL; SP explained to CL the CONNECT protocol in terms of HL; SP apologize to CL with regards belief that CONNECT had abadon her; SP explained changes CONNECT is undergoing; SP discussed case with SM/CC; SP will follow up with QW/SM/interm attorney on what to do next on the case- CL wants records | Crisis Counseling |
| 6/22/2015 | CL called SPs direct line; CL claims to have been calling connect CL but no one has gotten back to CL; SP explained to CL the CONNECT protocol in terms of HL; SP apologize to CL with regards belief that CONNECT had abadon her; SP explained changes CONNECT is undergoing; SP discussed case with SM/CC; SP will follow up with QW/SM/interm attorney on what to do next on the case- CL wants records | Info-Legal |
| 6/22/2015 | CL called SPs direct line; CL claims to have been calling connect CL but no one has gotten back to CL; SP explained to CL the CONNECT protocol in terms of HL; SP apologize to CL with regards belief that CONNECT had abadon her; SP explained changes CONNECT is undergoing; SP discussed case with SM/CC; SP will follow up with QW/SM/interm attorney on what to do next on the case- CL wants records | PA-Other |
| 6/22/2015 | SM has held conversation about CL and what do to with case with CVTC staff member | PA-Other |



USM
SDNY

To Pro Se Office—
For Hon. Judge Corita A Preska
SDNY
500 Pearl St
NY NY

Cathy Grace Piña
c/o Urban Justice Center
Mental Health Project
40 Rector St.
Suite 9
NY NY 10006

SDNY
PRO SE OFFICE
2016 FEB 29 AM 9:58