# MANDATE

**for the SECOND CIRCUIT**

N.Y.S.D. Case # 15-cv-5871(LAP)

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 10th day of February, two thousand and sixteen,

_____

Kelly Price,

    Plaintiff - Appellant,

V.

Detective Linda Simmons, ADA Maria Strohbehn, Individually and as an employee of the New York County District Attorney's Office, ADA Kenya Wells, Individually and as an employee of the New York County District Attorney's Office, Deputy DA Audrey Moore, as employee of the New York County District Attorney's Office, ADA Larry Newman, as employee of the New York County District Attorney's Office, Laura Higgins Nee Richendorger, as employee of the New York County District Attorney's Office, ADA Christian Maloney, as employee of the New York County District Attorney's Office, Cyrus Vance, Jr., Inspector Obe, of the New York City Police Department, in her capacity as an employee of the New York City Police Department, Rose Pierre-Louis, in her capacity as the Commissioner of Domestic Violence of the City of New York, ADA Patricia Bailey, as employee of the New York County District Attorney's Office, ADA Susan C. Roque, as employee of the New York County District Attorney's Office,

    Defendants - Appellees.

_____

**ORDER**
Docket Number: 16-243

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: April 06, 2016

A notice of appeal was filed on January 22, 2016. Appellant's Form D-P was due February 5, 2016. The case is deemed in default.

IT IS HEREBY ORDERED that the appeal will be dismissed effective March 2, 2016 if the form is not filed by that date.

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court



MANDATE ISSUED ON 04/06/2016