UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

KELLY PRICE

                                                             Index No.: __15-CV-05871_____

                    PLAINTIFF                    JURY TRIAL DEMANDED

     -against-

DETECTIVE LINDA SIMMONS Individually,
and as an employee of the New York City Police
Department, ADA MARIA STROHBEHN and
ADA KENYA WELLS Individually,
and as employees of the New York County
District Attorney's Office, THE CITY OF NEW YORK,
Deputy DA Audrey Moore, ADA Larry Newman, ADA
Laura Higgins nee Richendorfer, ADA Christina
Maloney, ADA Patricia Bailey, ADA Susan Roque and
DA Cyrus Vance Jr., as employees of the New York
County District Attorney's Office, Inspector Obe of
the New York City Police Department, in her capacity
as an employee of the New York City Police Department,
Rose Pierre-Louis in her capacity as the Commissioner
of Domestic Violence of the City of New York,

                    DEFENDANTS,

-----------------------------------------------------------------x

_____

**Notice of Plaintiff's Time Frame in Response to Order to Amend Complaint Posted May 5, 2016.**
_____

May 5, 2016

Dear Hon. Preska:

      By order Posted to me on March 30, 2016 you requested that I amend my complaint for the above-noted docket. In your order you instructed me file my amended complaint within 30 (thirty) days of the date of your order. The order was mailed on April 5th and accordingly the pro se office has informed me that I must turn in my response to you 30 days from date of receipt of your order. I received your order on April 9, 2016 as it was posted by your clerk's office on April 5, 2016. Following I wanted

to let you know that I haven't ignored your instructions to turn in my revised complaint but that I need to take the entire 30 days you have offered.

I've been getting a lot of help and following your advice in rewriting and the extra few days will allow me time to tighten up my voluminous filing and organize my exhibits into a presentable bundle.

I know that you are very careful about your deadlines and I wanted you to know what I was doing so that you didn't close my case before I could answer your gracious order. My PTSD (Exhibit #1) flares up each time I dig into my files or turn the pages of my complaint as this material is very triggering for me and I've been working set against this struggle

Thank you Judge Preska: your stewardship and patience is appreciated by me and the scores of survivors I am fighting for.

Yours, Kelly Price

Date: May 5, 2016

Sworn to before me on this 5th day of May, 2016

_____
Notary Public

Jeffrey Richard Senter
Notary Public State of New York
No. 02SE6214827
Qualified In Queens County
Commission Expires 12/21/2018