RECEIVED
SDNY PRO SE OFFICE
2016 SEP -1  PM 2: 02
S.D. OF N.Y.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Kelly Price

Write the full name of each plaintiff or petitioner.

Case No. 15 cv 05871

-against-

Det. Linda Simmons, ADA Maria Strohbehn, ADA Kenya Wells, The City of New York, Deputy DA Audrey Moore, ADA Carey Newman, ADA Laura Higgins, Lee Richendorfer, DA Cyrus Vance Jr., Inspector Obe, Rose Pierre-Louis, P.O. Matthew Winters

Write the full name of each defendant or respondent.

NOTICE OF MOTION

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/1/16

PLEASE TAKE NOTICE that Plaintiff Kelly Price
_____
plaintiff or defendant  name of party who is making the motion

requests that the Court: The Material Facts of My case have changed. Extend the deadline for two weeks to submit amended complaint as ordered on 7/26/16. I have discovered that charges filed against me on 10/13/10 are still pending against me b/c of "clerical error" by the NYDAO. I have requested a certificate of dismissal from the NYDAO but they have not responded. As proceedings must "have concluded in deponent's favor" in order to bring action technically I need to wait until they are dropped to bring action. As they have not yet been dismissed I cannot file a notice of claim or proceed with actions alleging Constitutional harms.

Briefly describe what you want the court to do. You should also include the Federal Rule(s) of Civil Procedure or the statute under which you are making the motion, if you know.

The Material Facts of my case have changed

In support of this motion, I submit the following documents (check all that apply):

☐ a memorandum of law

☐ my own declaration, affirmation, or affidavit

☒ the following additional documents:

Document from NY County Clerk's office detailing Arrest # M18691069 on 10/13/2010 is still pending & open.

9/1/2016
Dated

Signature

Kelly Price
Name

534 W 187th St. #7   New York   NY   10033
Address                City          State  Zip Code

646 676 1940
Telephone Number (if available)

gorgeas212@gmail.com
E-mail Address (if available)

Prison Identification # (if incarcerated)

SDNY Rev: 5/24/2016

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Kelly Price

Fill in above the full name of each plaintiff or petitioner.

Case No. 15 cv 05871

-against-

Det. Linda Simmons, ADA Maria Strohbehn,
ADA Kenya Wells, The City of New York,
Deputy DA Audrey Moore, ADA LARRY NEWMAN
ADA Laura Higgins nee Richardson,
DA Cyrus Vance Jr, Inspector Obe,
Commissioner Rose Pierre-Louis, P.O. Matthew Winters

Fill in above the full name of each defendant or respondent.

## DECLARATION

In support of my Motion to extend deadline to re-write ordered on 7/26/16 to 9/14/16 Because material

Briefly explain above the purpose of the declaration, for example, "in Opposition to Defendant's Motion for Summary Judgment." Facts of the complaint/case have changed

I, Kelly Price, declare under penalty of perjury that the following facts are true and correct:

In the space below, describe any facts that are relevant to the motion or that respond to a court order. You may also refer to and attach any relevant documents.

I was Arrested on 10/13/10 for allegedly falsifying a police report, which I had Not. I was given a DAT on 11/9/10 by the MDAO. I erroneously believed that the charges had been dismissed on 7/24/12 with the other charges maliciously levried against me. I needed

Rev. 6/30/16

The certificate of dismissal to show the court that the proceedings had ended in favor of the deponant (me). I went to Clerk's office @ 100 Centre St. yesterday to retrieve the certificate & was informed that the charges are STILL PENDING from the 10/13/10 Arrest. As the rules for almost all torts state that in order to file an action "the charges must have been resolved in favor of the accused." I am unable to do so until these charges are fully adjudicated. I have requested the NYDAO promptly correct their "clerical error" and have been informed the supervisor is away on vacation & she is the only one w/ access to records dating back that far. Please your honor! allow me two weeks to clarify this matter & correct the errors of the New York County District Attorney's office. I have attached the record of the arrested charges that the clerk has given me. Arrest # M10691069. Also this cures the issue of when my "custody" began & the government's duty to protect me began to toll.

Attach additional pages and documents if necessary.

9/1/2016
Executed on (date)

Kelly
Signature

Kelly Price
Name

534 W 137th St #7    NY    NY    10033
Address              City   State  Zip Code

646 676 1940
Telephone Number (if available)

jorgeous212@gmail.com
E-mail Address (if available)

```
NAME: PRICE,KELLY C                              CASE TYPE: ARREST
AKA:                                             DATE OF BIRTH: 11/27/1970
AKA:                         ARREST TIME: 15:30  ARREST DATE:   10/13/2010
CCN:    64460474 R    NYSID NUM:  07961819 M *   ARREST NUM:   M10691069
 1)                    2)                         3)
DKT STATUS:

COMMAND:        MESSAGE: PF7/PF8 FOR MORE DEFENDANTS
```

*[Handwritten note:]* DAT RETURN DATE 11/09/2010   732

*[Handwritten note:]* Room 229: DAT UNIT