UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KELLY PRICE,<br><br>                    Plaintiff,<br><br>    -against-<br><br>DETECTIVE LINDA SIMMONS, ET AL.,<br><br>                    Defendants. | 15-CV-5871 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, United States District Judge:

By Order dated July 26, 2016, the Court directed Plaintiff to file a Third Amended Complaint "within thirty days of the date of [the] order," a date that is August 25, 2016. On August 25, 2016, the Court received a letter from Plaintiff stating that she would file the third amended complaint on September 1, 2016 – one week after the Court ordered the Third Amended Complaint to be filed. On August 30, 2016, the Court liberally construed the letter as a Motion for Extension of Time and granted Plaintiff's request.

Plaintiff now files a motion dated September 1, 2016 and seeks a two-week extension of time to file the Third Amended Complaint. The motion is GRANTED.

Plaintiff is granted until September 15, 2016, to file a Third Amended Complaint as specified in the Court's order dated July 26, 2016. If Plaintiff fails to comply with this Order within the time allowed, this action will be dismissed. No further extensions will be granted.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this Order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:    September 1, 2016
           New York, New York

                                              LORETTA A. PRESKA
                                              United States District Judge