UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KELLY PRICE,<br><br>                    Plaintiff,<br><br>-against-<br><br>DETECTIVE LINDA SIMMONS, ET AL.,<br><br>                    Defendants. | 15-CV-5871 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, United States District Judge:

By Order dated July 26, 2016, Plaintiff was directed to file a Third Amended Complaint with this Court "within thirty days of the date of [the] order," a date that is August 25, 2016. On August 25, 2016, the Court received a letter from Plaintiff stating her unilateral intention to file the third amended complaint on September 1, 2016 – one week after the Court ordered the third amended complaint to be filed. The Court liberally construes the letter as a Motion for Extension of Time. Plaintiff's request is GRANTED.

The Court reminds Plaintiff that the complaint's factual allegations need only set forth a "*short and plain* statement of the claim showing that the pleader is entitled to relief." Fed. R. Civ. P. 8(a)(2)(emphasis added).

Plaintiff is granted until September 1, 2016, to file an Amended Complaint as specified in the Court's order dated July 26, 2016. If Plaintiff fails to comply with this Order within the time allowed, this action will be dismissed.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this Order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:  August 30, 2016
        New York, New York

                                               LORETTA A. PRESKA
                                             United States District Judge