# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 15-CV-05871

**Motion for:** Appeal

**Caption [use short title]:** Price v. Linda Simmons, City of New York, et al

**Set forth below precise, complete statement of relief sought:**
reversal of orders dated 10/31/16 instructing me to delete individual defendants & actions from my caption of complaint.

RECEIVED 2016 NOV -2 P [illegible] US DISTRICT COURT SDNY

**MOVING PARTY:** Kelly Price
[X] Plaintiff  [ ] Defendant
[ ] Appellant/Petitioner  [ ] Appellee/Respondent

**OPPOSING PARTY:** _____

**MOVING ATTORNEY:** _____    **OPPOSING ATTORNEY:** _____
[name of attorney, with firm, address, phone number and e-mail]

**Court-Judge/Agency appealed from:** Hon. Judge Polk-Failla

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
[X] Yes  [ ] No (explain): _____

Opposing counsel's position on motion:
[ ] Unopposed  [ ] Opposed  [X] Don't Know

Does opposing counsel intend to file a response:
[ ] Yes  [ ] No  [X] Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**
Has request for relief been made below?  [ ] Yes  [ ] No
Has this relief been previously sought in this Court?  [ ] Yes  [ ] No
Requested return date and explanation of emergency: _____

Is oral argument on motion requested?  [ ] Yes  [ ] No  (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?  [ ] Yes  [X] No  If yes, enter date: _____

**Signature of Moving Attorney:** [signature]  **Date:** 11/2/16  **Service by:** [ ] CM/ECF  [X] Other [Attach proof of service]

Form T-1080 (rev. 12-13)

UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

Kelly Price

v.

CERTIFICATE OF SERVICE*

Docket Number: 15-CV 05871

Linda Simmons, City of New York Et al

I, Kelly Price (print name), hereby certify under penalty of perjury that on 11/2/16 (date), I served a copy of Notice of Appeal, request for poor person status, Proof of Service (list all documents)

by (select all applicable)**

___ Personal Delivery    X United States Mail    ___ Federal Express or other Overnight Courier

___ Commercial Carrier    ___ E-Mail (on consent)

on the following parties:

| Zachary R Carter | 100 Church St. NY | New York | | 10007 |
|---|---|---|---|---|
| Name | Address | City | State | Zip Code |
| Name | Address | City | State | Zip Code |
| Name | Address | City | State | Zip Code |
| Name | Address | City | State | Zip Code |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

11/2/16
Today's Date

Signature

Certificate of Service Form (Last Revised 12/2015)