## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: **Price V. Linda Simmons City of NY et.Al**   Docket No.: **15-CV-05871**

Lead Counsel of Record (name/firm) or Pro se Party (name): _____

Appearance for (party/designation): _____

### DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
- [x] Correct
- [ ] Incorrect.   See attached caption page with corrections.

**Appellate Designation** is:
- [x] Correct
- [ ] Incorrect.   The following parties do not wish to participate in this appeal:
  Parties: _____
- [ ] Incorrect.   Please change the following parties' designations:
  Party                              Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
- [x] Correct
- [ ] Incorrect or Incomplete.   As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name: _____
Firm: _____
Address: _____
Telephone: _____   Fax: _____
Email: _____

*[Stamp: RECEIVED 2016 NOV -2 PM 3:32 U.S. DISTRICT COURT SDNY]*

### RELATED CASES

- [ ] This case has not been before this Court previously.
- [ ] This case has been before this Court previously.   The short title, docket number, and citation are: _____
- [ ] Matters related to this appeal or involving the same issue have been or presently are before this Court.   The short titles, docket numbers, and citations are: _____

### CERTIFICATION

I certify that [ ] I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on _____ OR that [ ] I applied for admission on _____ or renewal on _____.   If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: _____
Type or Print Name: _____
  OR
Signature of pro se litigant: **Kelly P** (signed)
Type or Print Name: **Kelly Price**
- [x] I am a pro se litigant who is not an attorney.
- [ ] I am an incarcerated pro se litigant.

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

Kelly Price

v.

Linda Simmons, City of New York et. al

**CERTIFICATE OF SERVICE***

Docket Number: 15-CV-05871

I, Kelly Price, hereby certify under penalty of perjury that
(print name)
on 11/2/16, I served a copy of Notice of Appeal of
(date)
10/3/16 order, Request for Poor Person Status
(list all documents)

by (select all applicable)**

___ Personal Delivery        ✔ United States Mail        ___ Federal Express or other Overnight Courier

___ Commercial Carrier       ___ E-Mail (on consent)

on the following parties:

| Zachary W Carter | 100 Church St. | NY | NY | 10007 |
|---|---|---|---|---|
| Name | Address | City | State | Zip Code |

| Name | Address | City | State | Zip Code |

| Name | Address | City | State | Zip Code |

| Name | Address | City | State | Zip Code |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

11/2/16
Today's Date

_____
Signature

Certificate of Service Form (Last Revised 12/2015)