UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x
**KELLY PRICE**,

                                **Plaintiff,**

                                                   **NOTICE OF APPEARANCE**

     -against-

                                                   **1:15-cv-05871 (KPF)**

**SIMMONS, ET AL.,**

                                **Defendants.**
------------------------------------------------------------------------ x

       **PLEASE TAKE NOTICE** that **Elissa B. Jacobs**, Senior Counsel, hereby appears as counsel of record on behalf of Zachary Carter, Corporation Counsel of the City of New York, attorney for defendant City of New York effective November 14, 2016.

Dated:   New York, New York
          November 14, 2016

                                                  ZACHARY CARTER
                                                 Corporation Counsel of the City of New York
                                                 *Attorney for City of New York*
                                                 100 Church Street
                                                 New York, New York 10007
                                                 (212) 356-3540


                                         By:          /s/
                                                    Elissa B. Jacobs
                                                    Senior Counsel
                                                    Special Federal Litigation Division

cc:     Kelly Price
         *Plaintiff Pro Se*
         534 W. 187th Street, Apt. 7
         New York, New York 10033
         (via Mail)