**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x

**KELLY PRICE,**

|                          |                                  |
|--------------------------|----------------------------------|
| **Plaintiff,**           | **STATEMENT OF**                 |
|                          | **WAIVER OF SERVICE**            |
| -against-                | **OF SUMMONS**                   |

**SIMMONS,** *et al.*,

|                          |                                  |
|--------------------------|----------------------------------|
| **Defendants.**          | 1:15-cv-05871 (KPF)              |

-------------------------------------------------------------------x

Pursuant to Rule 4(d) of the Federal Rules of Civil Procedure, defendant City of New York agrees to waive service of summons in this case, and unless otherwise ordered by the Court, defendant City of New York shall answer or otherwise respond to the Complaint within sixty (60) days from the date of this waiver.

Dated: New York, New York
   November 14, 2016

        ZACHARY W. CARTER
        Corporation Counsel of the City of New York
        *Attorney for defendant City of New York*

     By:    /s/_____
        Elissa B. Jacobs
        Senior Counsel
        Special Federal Litigation Division
        New York City Law Department
        100 Church Street
        New York, New York 10007
        (212) 356-3540

cc: **BY FIRST CLASS MAIL**
  Kelly Price
  *Plaintiff Pro Se*
  534 W. 187th Street, Apt. 7
  New York, New York 10033
  (via Mail)