```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
                                                      :
   KELLY PRICE,                                       :
                                                      :
                              Plaintiff,              :     15 Civ. 5871 (KPF)
                                                      :
                  v.                                  :     ORDER
                                                      :
   THE CITY OF NEW YORK, et al.,                      :
                                                      :
                              Defendants.             :
                                                      :
------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: December 2, 2016

KATHERINE POLK FAILLA, District Judge:

The Court is in receipt of Defendant the City of New York's letter response to the Court's Valentin Order, which letter was filed today, December 2, 2016. (Civil Docket Report, at Document No. 37). Within 30 days, Plaintiff must file a Fourth Amended Complaint naming the Jane and John Doe Defendants now identified as Inspector Obe and Selvena Brooks. The Fourth Amended Complaint will replace, not supplement, the original complaint, and Plaintiff may not add back into the Fourth Amended Complaint those claims and those parties that have been dismissed from this litigation in this and prior orders. An Amended Civil Rights Complaint form that Plaintiff should complete is attached to this Order.

By Order dated September 29, 2015, the Court granted Plaintiff's request to proceed without prepayment of fees, that is, in forma pauperis. To allow Plaintiff to effect service on Inspector Obe and Selvena Brooks, the Clerk of Court is hereby directed to complete the U.S. Marshals Service Process Receipt

and Return forms ("USM-285 forms") with their addresses, and deliver all documents necessary to effect service to the U.S. Marshals Service. Inspector Obe can be served at the 28th Precinct, 2271-89 8th Ave., New York, N.Y. Selvena Brooks can be served at 100 Gold St. 2nd Floor, New York, N.Y. The Clerk of Court is further instructed to issue a summons and deliver to the Marshals Service all of the paperwork necessary for the Marshals Service to effect service upon these Defendants.

Furthermore, the Court notes that it does not know why Plaintiff has not executed the releases requested in this letter, or provided the additional identifying information needed, but it will not compel Plaintiff to do take these steps. The Court wishes to advise Plaintiff, however, that if she does not provide the additional identifying information needed, it may not be possible for her to pursue her claims against the remaining John and Jane Doe Defendants. If Plaintiff wishes to vindicate her claims before this Court, it may be in her interest to cooperate with the City of New York and assist with its efforts to identify the remaining Defendants.

SO ORDERED.

Dated:     December 2, 2016
           New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge

*A copy of this Order was mailed by Chambers to:*

Kelly Price
534 W. 187th Street
Apt. # 7
New York, NY 10033

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

_____

**AMENDED COMPLAINT**
under the Civil Rights Act,
42 U.S.C. § 1983

Jury Trial:  ☐ Yes   ☐ No
(check one)

___ Civ. _____ ( )

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

I.   **Parties in this complaint:**

A.   List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff's   Name_____
              ID#_____
              Current Institution_____
              Address_____
              _____

B.   List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1   Name _____ Shield #_____
                  Where Currently Employed _____
                  Address _____
                  _____

*Rev. 01/2010*                              1

Defendant No. 2   Name _____ Shield #_____
                  Where Currently Employed _____
                  Address _____
                  _____

Defendant No. 3   Name _____ Shield #_____
                  Where Currently Employed _____
                  Address _____
                  _____

Defendant No. 4   Name _____ Shield #_____
                  Where Currently Employed _____
                  Address _____
                  _____

Defendant No. 5   Name _____ Shield #_____
                  Where Currently Employed _____
                  Address _____
                  _____

II.   Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.   In what institution did the events giving rise to your claim(s) occur?
     _____
     _____

B.   Where in the institution did the events giving rise to your claim(s) occur?
     _____
     _____
     _____

C.   What date and approximate time did the events giving rise to your claim(s) occur?
     _____
     _____
     _____

Rev. 05/2010                                    2

D.  Facts: _____

What happened to you?

_____
_____
_____

Who did what?

_____
_____
_____

Was anyone else involved?

_____
_____
_____

Who else saw what happened?

_____
_____
_____

III. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. _____

_____
_____
_____

IV. Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A.  Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes _____   No _____

Rev. 05/2010                                3

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_____
_____

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

   Yes ____   No ____   Do Not Know ____

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

   Yes ____   No ____   Do Not Know ____

   If YES, which claim(s)? _____

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

   Yes ____   No ____

   If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

   Yes ____   No ____

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance?
   _____

   1. Which claim(s) in this complaint did you grieve? _____
   _____

   2. What was the result, if any? _____
   _____

   3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. _____
   _____
   _____
   _____

F. If you did not file a grievance:

   1. If there are any reasons why you did not file a grievance, state them here: _____
   _____
   _____
   _____

   2. If you did not file a grievance but informed any officials of your claim, state who you informed,

   when and how, and their response, if any:_____

 G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. _____

 Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

**V. Relief:**

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). _____

**VI. Previous lawsuits:**

<div style="margin-left: -2em;">[On these claims]</div>

 A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

   Yes ____   No ____

B. If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

2. Court (if federal court, name the district; if state court, name the county) _____

3. Docket or Index number _____

4. Name of Judge assigned to your case _____

5. Approximate date of filing lawsuit _____

6. Is the case still pending? Yes ____ No ____

   If NO, give the approximate date of disposition _____

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

On other claims

C. Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment? Yes ____ No ____

D. If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

2. Court (if federal court, name the district; if state court, name the county) _____

3. Docket or Index number _____

4. Name of Judge assigned to your case _____

5. Approximate date of filing lawsuit _____

6. Is the case still pending? Yes ____ No ____

   If NO, give the approximate date of disposition _____

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this ___ day of _____, 20___.

                              Signature of Plaintiff   _____

                              Inmate Number       _____

                              Institution Address   _____
                                                                   _____
                                                                   _____

Note:   All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this _____ day of _____, 20___, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

                              Signature of Plaintiff:  _____

*Rev. 05/2010*                                          7