

**ZACHARY W. CARTER**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**ELISSA B. JACOBS**
phone: (212) 356-3540
fax: (212) 356-3509
ejacobs@law.nyc.gov

December 9, 2016

**BY ECF and E-Mail**
Honorable Katherine Polk Failla
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, New York 10007
Failla_NYSDChambers@nysd.uscourts.gov

Re:  Price v. Simmons, et al.,
     15-CV-5871 (KPF)

Your Honor:

I am a Senior Corporation Counsel in the New York City Law Department and the attorney assigned to represent the City of New York in the above-captioned matter.[1]  I write to provide an updated service address for Inspector Obe.  On December 2, we provided an address for Inspector Obe at the 28th Precinct.  Earlier this week, Inspector Obe was transferred to a different command.  Inspector Obe can now be served at Patrol Borough Manhattan North at 151 West 100th Street New York, N.Y.

Respectfully submitted,

/S

---

[1] Please take further notice that this case is assigned to Assistant Corporation Counsel Debra March, who is presently awaiting admission to the New York State Bar and is handling this matter under my supervision.  Ms. March may be reached directly at 212-356-2410 or DMarch@law.nyc.gov

- 2 -

                                                                Elissa B. Jacobs
                                                   *Senior Corporation Counsel*

cc:   **VIA FIRST CLASS MAIL**
       Kelly Price
       *Plaintiff Pro Se*
       534 W. 187th Street
       Apt. 7
       New York, N.Y. 10033