

**THE CITY OF NEW YORK**
## LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**ZACHARY W. CARTER**
*Corporation Counsel*

**ELISSA B. JACOBS**
phone: (212) 356-3540
fax: (212) 356-3509
ejacobs@law.nyc.gov

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: December 9, 2016

December 9, 2016

**BY ECF and E-Mail**
Honorable Katherine Polk Failla
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, New York 10007
Failla_NYSDChambers@nysd.uscourts.gov

**MEMO ENDORSED**

Re:  Price v. Simmons, et al.,
     15-CV-5871 (KPF)

Your Honor:

I am a Senior Corporation Counsel in the New York City Law Department and the attorney assigned to represent the City of New York in the above-captioned matter.[1]  I write to provide an updated service address for Inspector Obe.  On December 2, we provided an address for Inspector Obe at the 28th Precinct.  Earlier this week, Inspector Obe was transferred to a different command.  Inspector Obe can now be served at Patrol Borough Manhattan North at 151 West 100th Street New York, N.Y.

Respectfully submitted,

/S
Elissa B. Jacobs
Senior Corporation Counsel

---

[1] Please take further notice that this case is assigned to Assistant Corporation Counsel Debra March, who is presently awaiting admission to the New York State Bar and is handling this matter under my supervision.  Ms. March may be reached directly at 212-356-2410 or DMarch@law.nyc.gov.

To allow Plaintiff to effect service on Inspector Obe, the Clerk of Court is hereby directed to complete the U.S. Marshals Service Process Receipt and Return form ("USM-285 form") with his new addresses, and deliver all documents necessary to effect service to the U.S. Marshals Service.  Inspector Obe can be served at Patrol Borough Manhattan North, 151 West 100th Street, New York, New York, 10025.  The Clerk of Court is further instructed to issue a summons and deliver to the Marshals Service all of the paperwork necessary for the Marshals Service to effect service upon this Defendant.

                                        SO ORDERED.

Dated: December 9, 2016                 HON. KATHERINE POLK FAILLA
       New York, New York               UNITED STATES DISTRICT JUDGE

*A copy of this Order was mailed by Chambers to:*

Kelly Price
534 W. 187th Street Apt. 7
New York, New York
10033