| | Services | |
|---|---|---|
| ServiceDate | Service Notes | Type of Service |
| | full account of her version of events. | |
| 1/11/2012 | SD did some emotional, physical, and legal SP w/ CL because he is still calling her and she is talking to him b/c she misses him. | Safety Planning |
| 1/11/2012 | SD provided CL w/ emotional support throughout this process. | Crisis Counseling |
| 1/11/2012 | SD s/w CL in-depth about her version of events (# of phone calls and texts, what was said, the nature of the interactions w/ him, and her intent during these interactions). Recorded CL's version of events in a timeline format. | PA-Legal |
| 1/12/2012 | KT s/w Audrey Moore, CHief of DV Bureau @ NYCo DA's office, to inquire about case and raise issues of victim treated as perp. AM requested email with identifying email; I will follow up with her. | CJA-DA |
| 1/13/2012 | SD s/w CL who called in on the HL. | Follow Up |
| 1/13/2012 | SD offered CL emotional support b/c of how traumatized she was yesterday over her attorney's conduct. | Crisis Counseling |
| 1/13/2012 | SD s/w CL about her decision to fire Kartegener and the possibility of tapping into her resources at the Legal Aid office since she had a good feeling about them. | Info-Legal |
| 1/13/2012 | SD s/w CL about what the plea offer could mean for her and that it illustrates a posible problem with the state's case. | Info-Legal |
| 1/13/2012 | SD did some SP w/ CL b/c she mentioned just waking up (3:15pm) after taking sleeping pills the night before. She clarified that she didn't try to overdose; she took them just to knock her out. | Safety Planning |
| 1/13/2012 | SD called Lisa @ CVTC to update her on the case. No answer. Left vm requesting a call back. | PA-Legal |
| 1/17/2012 | SD called for Lisa @ CVTC again returning her vm. No answer. Left vm letting her know what happened w/ ADA since she's meeting with CL at 2pm today and asked her to call me. | PA-Legal |
| 1/19/2012 | SD s/w CL who called in on the HL but she hung up when I tried to talk to her about leaving a vm on our phone rather than calling over and over again  I informed her that we can't have someone call incessantly and that I was planning on returning her message when CL got frustrated and hung up the phone. | Follow Up |
| 1/19/2012 | KT emailed Audrey Moore and Lisa Haileselassie re: case status and advocating for dismissal. | CJA-DA |
| 1/19/2012 | SD s/w Lisa who called in returning my vm. S/w her about CL's case and the upcoming disorderly conduct hearing. | PA-Counseling |
| 1/19/2012 | SD sent KT the info for CL's case and the info for RESP who then forwarded that info to Audrey Moore at the DA's office. | CJA-DA |
| 1/19/2012 | SD s/w Lisa who called in returning my vm. S/w her about CL's case and the upcoming disorderly conduct hearing. | PA-Legal |
| 1/19/2012 | SD s/w CL who called in on the HL but she hung up when I tried to talk to her about leaving a vm on our phone rather than calling over | Info-Legal |

7

Case 1:15-cv-05871-KPF   Document 21-5   Filed 09/02/16   Page 33 of 41
Case 1:15-cv-05871-LAP   Document 16-4   Filed 05/09/16   Page 22 of 40

| | Services | |
|---|---|---|
| ServiceDate | Service Notes | Type of Service |
| | and over again. I informed her that we can't have someone call incessantly and that I was planning on returning her message when CL got frustrated and hung up the phone. | |
| 1/19/2012 | SD called Lisa @ CVTC back returning her vm from earlier today. No answer. Left a detailed vm about CL as well as about the other HL case they were helping us with. | PA-Legal |
| 1/20/2012 | SD s/w CL who called in on the HL about yesterday's conversation. | Follow Up |
| 1/20/2012 | SD gave CL emotional support in response to her anxiety over the criminal charges against her. | Crisis Counseling |
| 1/20/2012 | SD s/w CL about the criminal charges pending against her and the upcoming hearing on the disorderly conduct case. | Info-Legal |
| 1/24/2012 | SD s/w CL who called in on the HL w/ an update on the disorderly conduct case. ADA Wells offered an ACD, but she did not accept. | Info-Legal |
| 1/24/2012 | SD s/w CL who called in on the HL w/ an update on the disorderly conduct case. ADA Wells offered an ACD, but she did not accept. | Follow Up |
| 1/31/2012 | SD informed CL that we gave her info and the info of the case to the SVB chief (Audrey Moore) in the DA's office a couple weeks ago and we're still waiting on the outcome of that. | Info-Legal |
| 1/31/2012 | SD informed CL that even one missed court date can result in a dismissal of her FC case against RESP, which is what happened. However, she didn't show b/c Kartegener told her the wrong date and they've given her until Mon to come back w/ a new attorney. | Info-Legal |
| 1/31/2012 | SD informed CL that if ADA Wells knew she wasn't going to take the deal, then he didn't have to formally offer it to her (it sounds like he did not). | Info-Legal |
| 1/31/2012 | SD s/w CL who called in on the HL very upset and threatening to "go to the Bk Bridge" right now (basically providing an underlying implication of suicidality). | Crisis Counseling |
| 1/31/2012 | SD s/w CL who called in on the HL very upset and threatening to "go to the Bk Bridge" right now (basically providing an underlying implication of suicidality). | Follow Up |
| 2/3/2012 | SD s/w CL who called in on the HL about the pending crim charges. Wanted to know what we "sent" to the DA's office and I informed her that we only provided her name and the docket # of the case b/c that's all they wanted. | Follow Up |
| 2/3/2012 | SD s/w CL who called in on the HL about the pending crim charges. Wanted to know what we "sent" to the DA's office and I informed her that we only provided her name and the docket # of the case b/c that's all they wanted. | Info-Legal |
| 2/3/2012 | SD confirmed w/ CL that it would still be okay to present what she gave us to the DA's office if they ask for it. She said that was fine. | Info-Legal |
| 2/6/2012 | SD called Lisa @ CVTC back returning her call re. status of CL's case and advocacy with DA's office. | PA-Legal |

8

| | Services | |
|---|---|---|
| ServiceDate | Service Notes | Type of Service |
| 2/6/2012 | SD s/w CL who called in to update me on the case. | Follow Up |
| 2/6/2012 | SD s/w CL about the pending crim case and her new Legal Aid attorney. | Info-Legal |
| 2/6/2012 | SD s/w CL about meeting w/ her Legal Aid attorney. Will discuss w/ KT and see if there is an appropriate meeting time this week (may not be possible this week). | Info-Legal |
| 2/7/2012 | SD responded to CL's email w/ corrected count info, docket #'s, and an explanation of what an ACD is for her formal complaint about the DA's office. | Info-Legal |
| 2/7/2012 | SD s/w Lisa who called re. the pending criminal charges and case developments. Lisa will be seeing CL later today for a counseling session. | PA-Counseling |
| 2/7/2012 | SD responded to CL's email w/ corrected count info, docket #'s, and an explanation of what an ACD is for her formal complaint about the DA's office. | Info-Legal |
| 2/7/2012 | SD responded to CL's email w/ corrected count info, docket #'s, and an explanation of what an ACD is for her formal complaint about the DA's office. | Info-Legal |
| 2/7/2012 | SD responded to CL's email w/ corrected count info, docket #'s, and an explanation of what an ACD is for her formal complaint about the DA's office. | Follow Up |
| 2/7/2012 | SD s/w Lisa who called re. the pending criminal charges and case developments. Lisa will be seeing CL later today for a counseling session. | PA-Legal |
| 2/7/2012 | SD informed CL that Lisa @ CVTC called me re. updates on the case and that she's prob concerned about that. | Info-Counseling |
| 2/7/2012 | SD provided CL my email address b/c she would like me to look over the formal complaint she's going to write about the DA's office's handling of her case. I agreed to look at it. | Info-Legal |
| 2/7/2012 | SD informed CL that her theory as to overall office responsibility may not be true; it's highly unlikely the entire DA's office is involved (as opposed to ADA Stroben and/or Wells). | Info-Legal |
| 2/7/2012 | SD s/w CL who called in on the HL w/ an update on the case. Her neighbor is on the community board with an inspector at the 28th, and the neighbor asked him what was going on w/ CL's case. The inspector allegedly stated that it was all the DA's office. | Follow Up |
| 2/7/2012 | SD provided CL w/ emotional support re. the new info she's rec'd about the DA's office's conduct in her case (according to an inspector at the 28th precinct that is). | Crisis Counseling |
| 2/8/2012 | KT emailed Lisa Haileselassie and SD re: conversation with defense attorney and gathering evidence, developing plan for crisis management, reporting on performance in court, etc. | PA-Counseling |
| 2/8/2012 | KT emailed Tajuana Johnson w/ same info | PA-Legal |

9

| | Services | |
|---|---|---|
| ServiceDate | Service Notes | Type of Service |
| 2/8/2012 | KT emailed Lisa Haileselassie and SD re: conversation with defense attorney and gathering evidence, developing plan for crisis management, reporting on performance in court, etc. | PA-Legal |
| 2/8/2012 | KT called Tajuana Johnson, CL's new defense attorney at Legal Aid, and left message advising of who I am and my role in case. | PA-Legal |
| 2/8/2012 | KT emailed Tajuana Johnson w/ same info | CJA-Other |
| 2/8/2012 | KT called Tajuana Johnson, CL's new defense attorney, and discussed situaton briefly. Discussed our role and the ways we can support. She is interested in our working with Kelly to prepare documents re: her victimization. I will reach out to SD and LH re: preparing this evidence. | CJA-Other |
| 2/8/2012 | KT called Tajuana Johnson, CL's new defense attorney at Legal Aid, and left message advising of who I am and my role in case. | CJA-Other |
| 2/15/2012 | SD met w/ CL briefly at CVTC re. doc's to bring to Friday's meeting w/ Tajuana (e.g. records from glass companies, medical records from incidents identified on her timeline, etc.). CL stated that she's scared about the trial and I validated her feelings about that. | Follow Up |
| 2/15/2012 | SD met w/ CL briefly at CVTC re. doc's to bring to Friday's meeting w/ Tajuana (e.g. records from glass companies, medical records from incidents identified on her timeline, etc.). CL stated that she's scared about the trial and I validated her feelings about that. | Info-Legal |
| 2/15/2012 | SD met w/ CL briefly at CVTC re. doc's to bring to Friday's meeting w/ Tajuana (e.g. records from glass companies, medical records from incidents identified on her timeline, etc.). CL stated that she's scared about the trial and I validated her feelings about that. | Crisis Counseling |
| 2/16/2012 | SD called CL to remind her to bring the doctor's reports and receipts from the glass companies tomorrow. No answer. Left vm and also emailed CL w/ the same request. | Follow Up |
| 2/16/2012 | SD called CL to remind her to bring the doctor's reports and receipts from the glass companies tomorrow. No answer. Left vm and also emailed CL w/ the same request. | Info-Legal |
| 2/17/2012 | KT met w/ Lisa Haileselassie, Tajuana Johnson and CL to discuss criminal case. Discussed strategy, prospects, useful ways to prepare. | Follow Up |
| 2/17/2012 | KT met w/ Lisa Haileselassie, Tajuana Johnson and CL to discuss criminal case. Discussed strategy, prospects, ACD v. dismissal, useful ways to prepare. | Safety Planning |
| 2/17/2012 | KT met w/ Lisa Haileselassie, Tajuana Johnson and CL to discuss criminal case. Discussed strategy, prospects, useful ways to prepare. | PA-Legal |
| 2/17/2012 | KT met w/ Lisa Haileselassie and Tajuana Johnson to discuss case. Discussed outlook, position of prosecutor, attorney's impression of defense issues. Discussed ways we can assist, victimization, etc. | PA-Legal |
| 2/17/2012 | KT met w/ Lisa Haileselassie and Tajuana Johnson to discuss case. | Safety |

| Services | | |
|---|---|---|
| ServiceDate | Service Notes | Type of Service |
| | Discussed outlook, position of prosecutor, attorney's impression of defense issues. Discussed ways we can assist, victimization, bottom lines for CL re: safety and autonomy. | Planning |
| 2/17/2012 | KT met w/ Lisa Haileselassie and Tajuana Johnson to discuss case. Discussed outlook, position of prosecutor, attorney's impression of defense issues. Discussed ways we can assist, victimization, etc. | CJA-Other |
| 2/17/2012 | KT met w/ Lisa Haileselassie, Tajuana Johnson and CL to discuss criminal case. Discussed strategy, prospects, useful ways to prepare. | CJA-Other |
| 2/24/2012 | KT met w/ CL and defense atty Tajuana Johnson. Discussed history of abuse and clarified facts from timeline. Discussed current charges against her and potential outcomes. KT and CL listened in to TJ's phone call with ADA Wells. They have a recording of the OP violation and therefore TJ feels she will not be offered lower than a Family ACD. Discussed future recourse for injustice of dropping charges against her. TJ offered to help bring a case against prosecutor for abuse of discretion. CL very upset at prospects and will consider whether to accept ACD. TJ advised she intends to do a full investigation. We will support however we can. | Crisis Counseling |
| 2/24/2012 | KT met w/ CL and defense atty Tajuana Johnson. Discussed history of abuse and clarified facts from timeline. Discussed current charges against her and potential outcomes. KT and CL listened in to TJ's phone call with ADA Wells. They have a recording of the OP violation and therefore TJ feels she will not be offered lower than a Family ACD. Discussed future recourse for injustice of dropping charges against her. TJ offered to help bring a case against prosecutor for abuse of discretion. CL very upset at prospects and will consider whether to accept ACD. TJ advised she intends to do a full investigation. We will support however we can. Discussed safety issues while she remains living next door to perp w/o an active order, which was dismissed 1/31/12. | Safety Planning |
| 2/24/2012 | KT met w/ CL and defense atty Tajuana Johnson. Discussed history of abuse and clarified facts from timeline. Discussed current charges against her and potential outcomes. KT and CL listened in to TJ's phone call with ADA Wells. They have a recording of the OP violation and therefore TJ feels she will not be offered lower than a Family ACD. Discussed future recourse for injustice of dropping charges against her. TJ offered to help bring a case against prosecutor for abuse of discretion. CL very upset at prospects and will consider whether to accept ACD. TJ advised she intends to do a full investigation. We will support however we can. | Follow Up |
| 2/24/2012 | KT met w/ CL and defense atty Tajuana Johnson. Discussed history of abuse and clarified facts from timeline. Discussed current charges against her and potential outcomes. KT and CL listened in to TJ's phone call with ADA Wells. They have a recording of the OP violation and therefore TJ feels she will not be offered lower than a | CJA-Other |

| | Services | |
|---|---|---|
| ServiceDate | Service Notes | Type of Service |
| | Family ACD. Discussed future recourse for injustice of dropping charges against her. TJ offered to help bring a case against prosecutor for abuse of discretion. CL very upset at prospects and will consider whether to accept ACD. TJ advised she intends to do a full investigation. We will support however we can. | |
| 2/24/2012 | KT met w/ CL and defense atty Tajuana Johnson. Discussed history of abuse and clarified facts from timeline. Discussed current charges against her and potential outcomes. KT and CL listened in to TJ's phone call with ADA Wells. They have a recording of the OP violation and therefore TJ feels she will not be offered lower than a Family ACD. Discussed future recourse for injustice of dropping charges against her. TJ offered to help bring a case against prosecutor for abuse of discretion. CL very upset at prospects and will consider whether to accept ACD. TJ advised she intends to do a full investigation. We will support however we can. | PA-Legal |
| 2/24/2012 | KT met w/ CL and defense atty Tajuana Johnson. Discussed history of abuse and clarified facts from timeline. Discussed current charges against her and potential outcomes. KT and CL listened in to TJ's phone call with ADA Wells. They have a recording of the OP violation and therefore TJ feels she will not be offered lower than a Family ACD. Discussed future recourse for injustice of dropping charges against her. TJ offered to help bring a case against prosecutor for abuse of discretion. CL very upset at prospects and will consider whether to accept ACD. TJ advised she intends to do a full investigation. We will support however we can. | Info-Legal |
| 2/24/2012 | Discussed right to file for another OP if necessary. | Info-Family Court |
| 2/27/2012 | SD informed CL that I don't know how this is all going to play out, but that the ADA has to prove that she had the intent to commit the crimes she's charged with. | Info-Legal |
| 2/27/2012 | SD advised CL to take her cues from Tajuana and to let her handle the case. | Info-Legal |
| 2/27/2012 | SD s/w CL briefly but I had not spoken to KT yet about the meeting they all had on Friday (I was out of town). Provided her w/ some emotional support and also discussed the statements the ADA apparently made to Tajuana. | Info-Legal |
| 2/27/2012 | SD s/w CL briefly but I had not spoken to KT yet about the meeting they all had on Friday (I was out of town). Provided her w/ some emotional support and also discussed the statements the ADA apparently made to Tajuana. | Follow Up |
| 2/27/2012 | SD s/w CL briefly but I had not spoken to KT yet about the meeting they all had on Friday (I was out of town). Provided her w/ some emotional support and also discussed the statements the ADA apparently made to Tajuana. | Crisis Counseling |
| 3/2/2012 | SD s/w CL who called in scared about the hearing on Tuesday. SD | Crisis |

| | Services | |
|---|---|---|
| ServiceDate | Service Notes | Type of Service |
| | offered emotional support. | Counseling |
| 3/2/2012 | SD s/w CL who called back to ask about the ACD and her ability to sue after the 1 yr time period is up. I confirmed what both KT and Tajuana told her about this on Friday. | Info-Legal |
| 3/2/2012 | SD s/w CL who called back to ask about the ACD and her ability to sue after the 1 yr time period is up. I confirmed what both KT and Tajuana told her about this on Friday. | Follow Up |
| 3/2/2012 | SD s/w Lisa @ CVTC about my conversation w/ CL earlier today. Let her know that CL was pretty upset, but I was able to talk her down. | PA-Counseling |
| 3/2/2012 | SD s/w Lisa @ CVTC who returned my call. Discussed the hearing on Tuesday and the fact that she might not be able to go. Also discussed the 30/30, which is a no go b/c Kartegener did ask for an adjournment. | PA-Legal |
| 3/2/2012 | SD informed CL that I have no idea who the "phone expert" the ADA mentioned to Tajuana would be, but that Raheem has to confirm to the court that the phone call came from CL on the alleged date after the OP was issued. | Info-Legal |
| 3/2/2012 | SD s/w CL about Raheem showing up at the hearing on Tuesday to vet the phone call for the contempt of court charge, and CL reiterated that he won't be there. | Info-Legal |
| 3/2/2012 | SD informed CL that the ADA has to prove 3 things: 1) that she committed the crime, 2) that she had the intent to commit the crime, and 3) these two things beyond a reasonable doubt. | Info-Legal |
| 3/2/2012 | SD s/w CL who called in scared about the hearing on Tuesday. SD offered emotional support. | Follow Up |
| 3/2/2012 | SD informed CL that if this goes to trial, the ADA has to provide his evidence to Tajuana who will have the opportunity to investigate all of it. | Info-Legal |
| 3/6/2012 | SD s/w CL after hearing and advised her that it's essential that she listen to and trust Tajuana's actions in court. Confirmed what Tajuana told her after court about how to act when in front of the judge, and to let her make the plays. | Crisis Counseling |
| 3/6/2012 | SD s/w CL after hearing and informed her that when Tajuana checked the calendar, she found that Kartegener had agreed to each adjournment, so today is the first day of the 30/30 clock. This is why she needs to let Tajuana control what's happening in court (she was trying to push the next hearing back into April to run down the clock). | Info-Legal |
| 3/6/2012 | SD went to IDV w/ Tajuana, Rammel (from CVTC), and CL for criminal trial hearing. People weren't ready. 30/30 time started. Adjourned until 3/15/12. | PA-Legal |
| 3/6/2012 | SD s/w CL after hearing and advised her that it's essential that she listen to and trust Tajuana's actions in court. Confirmed what | Info-Legal |

| | Services | |
|---|---|---|
| ServiceDate | Service Notes | Type of Service |
| | Tajuana told her after court about how to act when in front of the judge, and to let her make the plays. | |
| 3/6/2012 | SD s/w CL after hearing about the trajectory of the case over the past year from 300+ charges to an ACD to now not being ready when Tajuana indicated she is ready. | Info-Legal |
| 3/6/2012 | SD went to IDV w/ Tajuana, Rammel (from CVTC), and CL for criminal trial hearing. People weren't ready. 30/30 time started. Adjourned until 3/15/12. | CJA-DA |
| 3/6/2012 | SD went to IDV w/ Tajuana, Rammel (from CVTC), and CL for criminal trial hearing. People weren't ready. 30/30 time started. Adjourned until 3/15/12. | PA-Counseling |
| 3/8/2012 | KT s/w Tajuana, CL's defense attorney. Discussed issues with the case, potential responses to assist with the criminal charges. | PA-Legal |
| 3/9/2012 | KT s/w CL and discussed what happened in court. Discussed straying from plan, CL's concerns with prosecution, etc. Did CC. | Follow Up |
| 3/9/2012 | KT s/w CL and discussed what happened in court. Discussed straying from plan, CL's concerns with prosecution, etc. Did CC. | Crisis Counseling |
| 3/9/2012 | KT s/w CL and discussed what happened in court. Discussed straying from plan, CL's concerns with prosecution, etc. Did CC. | Info-Legal |
| 3/13/2012 | KT s/w CL's social worker Lisa Haileselassie and discussed case. Discussed mental health issues and appropriate responses. Discussed ways to assist CL's attorney. | PA-Counseling |
| 3/13/2012 | KT s/w CL's social worker Lisa Haileselassie and discussed case. Discussed mental health issues and appropriate responses. Discussed ways to assist CL's attorney. | CVTC |
| 3/13/2012 | KT s/w CL's social worker Lisa Haileselassie and discussed case. Discussed mental health issues and appropriate responses. Discussed ways to assist CL's attorney. | PA-Legal |
| 3/14/2012 | KT met w/ CL and Tajuana Johnson; discussed cases. Discussed defense for violation as well as disorderly conduct. Discussed issues with presentation in court, how to manage abusive and manipulative tactics by abuser, how to stay safe during process. Did CC w/ CL as she was extemely distressed by the conversation. Discussed plan for upcoming court | Crisis Counseling |
| 3/14/2012 | KT met w/ CL and Tajuana Johnson; discussed cases. Discussed defense for violation as well as disorderly conduct. Discussed issues with presentation in court, how to manage abusive and manipulative tactics by abuser, how to stay safe during process. Did CC w/ CL as she was extemely distressed by the conversation. Discussed plan for upcoming court | Info-Legal |
| 3/14/2012 | KT met w/ CL and Tajuana Johnson; discussed cases. Discussed defense for violation as well as disorderly conduct. Discussed issues with presentation in court, how to manage abusive and manipulative tactics by abuser, how to stay safe during process. Did CC w/ CL as | PA-Legal |

14

Case 1:15-cv-05871-KPF   Document 41-5   Filed 01/03/17   Page 9 of 39
Case 1:15-cv-05871-KPF   Document 21-5   Filed 09/02/16   Page 40 of 41
Case 1:15-cv-05871-LAP   Document 16-4   Filed 05/09/16   Page 29 of 40

| Services | | |
|---|---|---|
| ServiceDate | Service Notes | Type Of Service |
|  | she was extemely distressed by the conversation. Discussed plan for upcoming court |  |
| 3/14/2012 | KT met w/ CL and Tajuana Johnson; discussed cases. Discussed defense for violation as well as disorderly conduct. Discussed issues with presentation in court, how to manage abusive and manipulative tactics by abuser, how to stay safe during process. Did CC w/ CL as she was extemely distressed by the conversation. Discussed plan for upcoming court | Safety Planning |
| 3/14/2012 | KT met w/ CL and Tajuana Johnson; discussed cases. Discussed defense for violation as well as disorderly conduct. Discussed issues with presentation in court, how to manage abusive and manipulative tactics by abuser, how to stay safe during process. Did CC w/ CL as she was extemely distressed by the conversation. Discussed plan for upcoming court | Follow Up |
| 3/14/2012 | KT met w/ CL and Tajuana Johnson; discussed cases. Discussed defense for violation as well as disorderly conduct. Discussed issues with presentation in court, how to manage abusive and manipulative tactics by abuser, how to stay safe during process. Did CC w/ CL as she was extemely distressed by the conversation. Discussed plan for upcoming court | CJA-Other |
| 3/15/2012 | KT s/w CL who reported on court case. Raheem did not show up in court again. Prosecutor requested an adjournment on the case and advised he still needed more time. CL distressed by the extension of the case but understood the legal strategy. | Follow Up |
| 3/15/2012 | KT s/w CL who reported on court case. Raheem did not show up in court again. Prosecutor requested an adjournment on the case and advised he still needed more time. CL distressed by the extension of the case but understood the legal strategy. | Crisis Counseling |
| 3/15/2012 | KT s/w CL who reported on court case. Raheem did not show up in court again. Prosecutor requested an adjournment on the case and advised he still needed more time. CL distressed by the extension of the case but understood the legal strategy. | Info-Legal |
| 3/21/2012 | KT s/w CL and discussed upcoming court. She spoke with her defense attorney who wants her to begin collecting evidence. Atty said she does not want to flush out the case before seeing what the prosecutor has. CL and I discussed abuse issues and her efforts to try to keep the situation under wraps. Did safety planning and discussed strategy for getting protection once this is over. CL became very distressed during the conversation and I tried to calm her down a little bit. She is very worried about the ways her abuser will use this against her in the future. | Info-Legal |
| 3/21/2012 | KT s/w CL and discussed upcoming court. She spoke with her defense attorney who wants her to begin collecting evidence. Atty said she does not want to flush out the case before seeing what the prosecutor has. CL and I discussed abuse issues and her efforts to | Safety Planning |

Case 1:15-cv-05871-KPF   Document 21-5   Filed 09/02/16   Page 41 of 41

| Services | | |
|---|---|---|
| ServiceDate | Service Notes | Type of Service |
| | try to keep the situation under wraps. Did safety planning and discussed strategy for getting protection once this is over. CL became very distressed during the conversation and I tried to calm her down a little bit. She is very worried about the ways her abuser will use this against her in the future. | |
| 3/21/2012 | KT s/w CL and discussed upcoming court. She spoke with her defense attorney who wants her to begin collecting evidence. Atty said she does not want to flush out the case before seeing what the prosecutor has. CL and I discussed abuse issues and her efforts to try to keep the situation under wraps. Did safety planning and discussed strategy for getting protection once this is over. CL became very distressed during the conversation and I tried to calm her down a little bit. She is very worried about the ways her abuser will use this against her in the future. | Follow Up |
| 3/21/2012 | KT s/w CL and discussed upcoming court. She spoke with her defense attorney who wants her to begin collecting evidence. Atty said she does not want to flush out the case before seeing what the prosecutor has. CL and I discussed abuse issues and her efforts to try to keep the situation under wraps. Did safety planning and discussed strategy for getting protection once this is over. CL became very distressed during the conversation and I tried to calm her down a little bit. She is very worried about the ways her abuser will use this against her in the future. | Crisis Counseling |
| 3/26/2012 | KT s/w CL and discussed that I could not attend Monday's meeting. CL understood. CL stated that she was receiving messages on her "Kelly Price" phone line from a blocked number and she believed it was Kenya Wells calling her. CL stated that the called said sexually explicit things and was harassing her. She has received repeated messages from this number. CL was very upset. Did a little CC. Discussed legal strategy and our potential role - will help to gather documents as her defense attorney sees fit. | Follow Up |
| 3/26/2012 | KT s/w CL and discussed that I could not attend Monday's meeting. CL understood. CL stated that she was receiving messages on her "Kelly Price" phone line from a blocked number and she believed it was Kenya Wells calling her. CL stated that the called said sexually explicit things and was harassing her. She has received repeated messages from this number. CL was very upset. Did a little CC. Discussed legal strategy and our potential role - will help to gather documents as her defense attorney sees fit. | Crisis Counseling |
| 3/26/2012 | KT s/w CL and discussed that I could not attend Monday's meeting. CL understood. CL stated that she was receiving messages on her "Kelly Price" phone line from a blocked number and she believed it was Kenya Wells calling her. CL stated that the called said sexually explicit things and was harassing her. She has received repeated messages from this number. CL was very upset. Did a little CC. Discussed legal strategy and our potential role - will help to gather | Info-Legal |

Case 1:15-cv-05871-KPF   Document 21-6   Filed 09/02/16   Page 1 of 43

| Services | | |
| --- | --- | --- |
| ServiceDate | Service Notes | Type of Service |
| | documents as her defense attorney sees fit. | |
| 4/3/2012 | SD s/w CL who called in with an update on court today. ADA announced he wasn't ready, and the case was adjourned until 5/23/12. Discussed with CL that WebCrims won't be reliable for counting days b/c it's dependent on the judge's calendar. CL requested call back from KT. | Follow Up |
| 4/3/2012 | SD s/w CL who called in with an update on court today. ADA announced he wasn't ready, and the case was adjourned until 5/23/12. Discussed with CL that WebCrims won't be reliable for counting days b/c it's dependent on the judge's calendar. CL requested call back from KT. | Crisis Counseling |
| 4/3/2012 | SD s/w CL who called in with an update on court today. ADA announced he wasn't ready, and the case was adjourned until 5/23/12. Discussed with CL that WebCrims won't be reliable for counting days b/c it's dependent on the judge's calendar. CL requested call back from KT. | Info-Legal |
| 4/3/2012 | KT called back CL | Follow Up |
| 4/3/2012 | KT rec'd message from CL | Follow Up |
| 4/4/2012 | SD consulted w/ Lisa at CVTC after s/w CL the day before re. charges pending against CL, CL working w/ her attorney instead of around her, and how CL is coping with everything. | PA-Legal |
| 4/4/2012 | SD consulted w/ Lisa at CVTC after s/w CL the day before re. charges pending against CL, CL working w/ her attorney instead of around her, and how CL is coping with everything. | PA-Counseling |
| 4/4/2012 | KT s/w CL and made plans for meeting with attorney - scheduled tentatively for next week. | Follow Up |
| 4/4/2012 | KT left message for CL | Follow Up |
| 4/4/2012 | KT s/w CL and made plans for meeting with attorney - scheduled tentatively for next week. | Info-Legal |
| 4/16/2012 | KT rec'd message from CL inquiring about date of appointment | Follow Up |
| 4/16/2012 | KT l/m for CL advising of appointment tomorrow at 4 | Follow Up |
| 4/16/2012 | KT l/m for CL advising of appointment tomorrow at 4 | Info-Legal |
| 4/16/2012 | KT emailed CL's attorney to confirm appointment time | CJA-Other |
| 4/16/2012 | KT rec'd response from CL's attorney advising she was out of town and would check upon return | CJA-Other |
| 4/17/2012 | KT rec'd message from CL confirming appt | Follow Up |
| 4/17/2012 | KT left message for CL confirming appt. | Follow Up |
| 4/17/2012 | KT rec'd email from CL's attorney advising she can still meet at 4 today if CL is available. | CJA-Other |
| 4/30/2012 | KT s/w CL and discussed housing court issues. Discussed eviction process and strategies to respond. CL stated she has retained records and we discussed requesting a summary of allegations and | Crisis Counseling |

| Services | | |
|---|---|---|
| Service Date | Service Notes | Type of Service |
| | responding in turn to each with the evidence she has. | |
| 4/30/2012 | KT s/w CL and discussed housing court issues. Discussed eviction process and strategies to respond. CL stated she has retained records and we discussed requesting a summary of allegations and responding in turn to each with the evidence she has. | Info-Housing |
| 4/30/2012 | Discussed pending criminal case and meeting - will meet tomorrow at 4 with attorney. | CJA-Other |
| 4/30/2012 | KT s/w CL and discussed housing court issues. Discussed eviction process and strategies to respond. CL stated she has retained records and we discussed requesting a summary of allegations and responding in turn to each with the evidence she has. | Follow Up |
| 5/1/2012 | KT attended meeting with CL at CL's attorneys office. Discussed collection of evidence to establish victimization. Discussed evidentiary issues, legal relevance, defenses. Discussed issues with prosecutorial misconduct - failure to pursue witnesses, etc. | Crisis Counseling |
| 5/1/2012 | KT attended meeting with CL at CL's attorneys office. Discussed collection of evidence to establish victimization. Discussed evidentiary issues, legal relevance, defenses. Discussed issues with prosecutorial misconduct - failure to pursue witnesses, etc. | PA-Legal |
| 5/1/2012 | KT attended meeting with CL at CL's attorneys office. Discussed collection of evidence to establish victimization. Discussed evidentiary issues, legal relevance, defenses. Discussed issues with prosecutorial misconduct - failure to pursue witnesses, etc. | Safety Planning |
| 5/1/2012 | KT attended meeting with CL at CL's attorneys office. Discussed collection of evidence to establish victimization. Discussed evidentiary issues, legal relevance, defenses. Discussed issues with prosecutorial misconduct - failure to pursue witnesses, etc. | Follow Up |
| 5/1/2012 | KT attended meeting with CL at CL's attorneys office. Discussed collection of evidence to establish victimization. Discussed evidentiary issues, legal relevance, defenses. Discussed issues with prosecutorial misconduct - failure to pursue witnesses, etc. | CJA-Other |
| 5/4/2012 | KT left message for CL re: evidence collecting. | Follow Up |
| 5/4/2012 | MM left message for CL. To collect more info on issues on case. | Follow Up |
| 5/16/2012 | KT emailed CL's attorney re: criminal case and evidence collecting. | CJA-Other |
| 5/16/2012 | KT rec'd response from CL's attorney advising no progress had been made. | CJA-Other |
| 5/22/2012 | KT rec'd email from CL's attorney advising that the 30-30 deadline had run out according to her information. | CJA-Other |
| 5/22/2012 | KT replied to CL's attorney via email. | CJA-Other |
| 5/24/2012 | SD s/w CL again who called back to say that she was able to find the case on WebCrims. I tried again and found it too. Case continued to 6/6/12. Verified to CL that I could find it, and suggested that I probably couldn't find it this morning b/c the site hadn't updated | Follow Up |

Case 1:15-cv-05871-KPF   Document 41-5   Filed 01/03/17   Page 13 of 39

Case 1:15-cv-05871-KPF   Document 21-6   Filed 09/02/16   Page 3 of 43
Case 1:15-cv-05871-LAP   Document 16-4   Filed 05/09/16   Page 33 of 40

| Services | | |
|---|---|---|
| ServiceDate | Service Notes | Type of Service |
| | yet. | |
| 5/24/2012 | SD called Lisa @ CVTC to verify the charges were dropped. No answer. Left vm. | PA-Legal |
| 5/24/2012 | SD s/w CL again who called back to say that she was able to find the case on WebCrims. I tried again and found it too. Case continued to 6/6/12. Verified to CL that I could find it, and suggested that I probably couldn't find it this morning b/c the site hadn't updated yet. | Crisis Counseling |
| 5/24/2012 | SD s/w CL again who called back to say that she was able to find the case on WebCrims. I tried again and found it too. Case continued to 6/6/12. Verified to CL that I could find it, and suggested that I probably couldn't find it this morning b/c the site hadn't updated yet. | Info-Legal |
| 5/24/2012 | SD s/w CL who called in about what happened in the hearing yesterday. Informed her of what I told Lisa about the WebCrims info, but also that this doesn't mean the case was dismissed. It's possible the website hasn't been updated yet; however, it sounds like the case is about to be dismissed based on what happened in yesterday's hearing. | Follow Up |
| 5/24/2012 | SD s/w CL who called in about what happened in the hearing yesterday. Informed her of what I told Lisa about the WebCrims info, but also that this doesn't mean the case was dismissed. It's possible the website hasn't been updated yet; however, it sounds like the case is about to be dismissed based on what happened in yesterday's hearing. | Info-Legal |
| 5/24/2012 | SD s/w CL who called in about what happened in the hearing yesterday. Informed her of what I told Lisa about the WebCrims info, but also that this doesn't mean the case was dismissed. It's possible the website hasn't been updated yet; however, it sounds like the case is about to be dismissed based on what happened in yesterday's hearing. | Crisis Counseling |
| 5/29/2012 | KT s/w CL and discussed court case. She believes that her case will be dismissed based on speedy trial requirements. CL's attorney will file a motion to dismiss on that basis. Explained to CL that once the motion to dismiss is filed the prosecutor will have the opportunity to reply and the cas | |
| 5/30/2012 | SD s/w CL briefly at CVTC and discussed the CC case. CL believes the case will be dropped b/c her attorney assured she would file the motion to dismiss. Advised CL to be patient and follow her attorney's lead. | Crisis Counseling |
| 5/30/2012 | SD s/w CL briefly at CVTC and discussed the CC case. CL believes the case will be dropped b/c her attorney assured she would file the motion to dismiss. Advised CL to be patient and follow her attorney's lead. | Info-Legal |
| 5/30/2012 | SD s/w CL briefly at CVTC and discussed the CC case. CL believes | Follow Up |

Case 1:15-cv-05871-KPF   Document 41-5   Filed 01/03/17   Page 14 of 39

Case 1:15-cv-05871-KPF   Document 21-6   Filed 09/02/16   Page 4 of 43
Case 1:15-cv-05871-LAP   Document 16-4   Filed 05/09/16   Page 34 of 40

| | Services | |
|---|---|---|
| ServiceDate | Service Notes | Type of Service |
| | the case will be dropped b/c her attorney assured she would file the motion to dismiss. Advised CL to be patient and follow her attorney's lead. | |
| 5/31/2012 | SD informed CL that in regards to getting her bail back, she will need ID but she should also discuss that w/ Tajuana to get a better idea of how that will all work out. | Info-Legal |
| 5/31/2012 | SD s/w CL who called back returning my vm. She said that Tajuana filed the motion to dismiss today, and is trying to get a clerk to look at it today (she's unsure if she can pull that off). CL will keep us posted. | Follow Up |
| 5/31/2012 | SD called CL back returning her messages from this morning. No answer. Left vm. | Follow Up |
| 6/6/2012 | KT emailed CL's attorney in response. | CJA-Other |
| 6/6/2012 | KT called CL and left message advising atty was aware of situation. | Follow Up |
| 6/6/2012 | KT rec'd email from atty advising she had heard the case got called and re: CL's reaction. | CJA-Other |
| 6/6/2012 | KT emailed CL's attorney to see where she was. | CJA-Other |
| 6/6/2012 | KT s/w CL who called in crisis. Her attorney was late to court and the judge called the case, knowing she was not present. The case got adjourned for two months. CL is very fearful of what will happen and stressed over trying to manage this case and the pressure from Raheem. Discussed options; she is considering trying to fire Tajuana and represent herself today so that the hearing will be heard. | Info-Other |
| 6/6/2012 | KT s/w CL who called in crisis. Her attorney was late to court and the judge called the case, knowing she was not present. The case got adjourned for two months. CL is very fearful of what will happen and stressed over trying to manage this case and the pressure from Raheem. Discussed options; she is considering trying to fire Tajuana and represent herself today so that the hearing will be heard. | Info-Legal |
| 6/6/2012 | KT s/w CL who called in crisis. Her attorney was late to court and the judge called the case, knowing she was not present. The case got adjourned for two months. CL is very fearful of what will happen and stressed over trying to manage this case and the pressure from Raheem. Discussed options; she is considering trying to fire Tajuana and represent herself today so that the hearing will be heard. | Crisis Counseling |
| 6/6/2012 | KT s/w CL who called in crisis. Her attorney was late to court and the judge called the case, knowing she was not present. The case got adjourned for two months. CL is very fearful of what will happen and stressed over trying to manage this case and the pressure from Raheem. Discussed options; she is considering trying to fire Tajuana and represent herself today so that the hearing will be heard. | Follow Up |
| 6/6/2012 | KT called CL and left message advising atty was aware of situation. | Info-Legal |
| 6/13/2012 | SD explained that if her defense attorney had known about the cert. of readiness, then the mixup over what time the hearing was at | Info-Legal |

20

| | Services | |
|---|---|---|
| ServiceDate | Service Notes | Type of Service |
| | wouldn't have even happened b/c the motion to dismiss wouldn't have happened making what transpired that morning inconsequential. | |
| 6/13/2012 | SD s/w CL about her wish to fire her defense attorney and represent herself. Informed her that I did not think this was a good idea. | Info-Legal |
| 6/13/2012 | SD informed CL that there may be a number of explanations as to why her defense attorney did not have the cert. of readiness before she decided to file a motion to dismiss. | Info-Legal |
| 6/13/2012 | SD tried to SP w/ CL in the context of the criminal case, but CL is pretty set on representing herself. | Safety Planning |
| 6/13/2012 | SD advised CL that I believed she would have a very difficult time finding a 3rd attorney to take the case if she fired her current attorney. | Info-Legal |
| 6/13/2012 | SD informed CL that I believed ADA Wells would refuse to work w/ her if she represented herself in court. | Info-Legal |
| 6/13/2012 | SD s/w CL about her upcoming appt with the 'Gender & Sexuality' clinic at Columbia Law. Informed her that I didn't think a law school clinic would take her case. | Info-Legal |
| 6/13/2012 | SD provided emotional support to CL. | Crisis Counseling |
| 6/13/2012 | SD w/ CL on the phone at CVTC. She decided to call instead of coming in for her appt. | Follow Up |
| 6/13/2012 | SD informed CL that I did not believe Judge Dawson would let her represent herself, but CL said she didn't care. | Info-Legal |
| 6/18/2012 | KT rec'd message from CL | Follow Up |
| 6/18/2012 | SD s/w CL who called in extreme crisis. She was yelling (sometimes inaudible) and saying that she got a text message from the defense attorney on the disorderly conduct saying he wouldn't be able to represent her anymore and she is due in court tomorrow at 9:30am. | Follow Up |
| 6/18/2012 | KT called CL and discussed criminal case. She was pretty upset and believed her attorney would not show up at court tomorrow - Ben Dell of Legal Aid who is representing her in the disorderly conduct case. Discussed criminal issues and her 6th amendment rights to counsel. | Info-Legal |
| 6/18/2012 | KT s/w Ben Dell and discussed criminal case. He will appear on CL's behalf tomorrow. Discussed various issues with representation. | CJA-Other |
| 6/18/2012 | SD instructed CL to call her SW @ CVTC or the main line at CVTC so that they can help her through this. CL was extremely escalated and talking about not being alive tomorrow. SD was able to help CL construct an immediate SP in order to come down from her escalated state. | Info-Counseling |
| 6/18/2012 | SD instructed CL to call her SW @ CVTC or the main line at CVTC so that they can help her through this. CL was extremely escalated | Crisis Counseling |

| Services | | |
|---|---|---|
| ServiceDate | Service Notes | Type of Service |
| | and talking about not being alive tomorrow. SD was able to help CL construct an immediate SP in order to come down from her escalated state. | |
| 6/18/2012 | SD advised CL that she is legally entitled to counsel at a CC trial, so if Legal Aid is, in fact, pulling themselves from the case, then she will need to request a new attorney in court. | Info-Legal |
| 6/18/2012 | SD instructed CL to call her SW @ CVTC or the main line at CVTC so that they can help her through this. CL was extremely escalated and talking about not being alive tomorrow. SD was able to help CL construct an immediate SP in order to come down from her escalated state. | Safety Planning |
| 6/18/2012 | KT called CL and discussed criminal case. She was pretty upset and believed her attorney would not show up at court tomorrow - Ben Dell of Legal Aid who is representing her in the disorderly conduct case. Discussed criminal issues and her 6th amendment rights to counsel. | Crisis Counseling |
| 6/27/2012 | SD s/w CL briefly about Legal Aid and what happened with the disorderly conduct hearing a few weeks ago. CL was allegedly informed by Ben Dell @ Legal Aid that they were not representing her anymore and that she would be by herself. That did not happen though. | Follow Up |
| 6/27/2012 | SD reiterated what KT said earlier about criminal cases and her right to an attorney. Tried to ease her fears that she will show up to the next hearing w/o an attorney and w/o any knowledge that she would be unrepresented. | Info-Legal |
| 6/27/2012 | SD s/w CL briefly about Legal Aid and what happened with the disorderly conduct hearing a few weeks ago. CL was allegedly informed by Ben Dell @ Legal Aid that they were not representing her anymore and that she would be by herself. That did not happen though. | Crisis Counseling |
| 6/27/2012 | SD s/w CL briefly about Legal Aid and what happened with the disorderly conduct hearing a few weeks ago. CL was allegedly informed by Ben Dell @ Legal Aid that they were not representing her anymore and that she would be by herself. That did not happen though. | Info-Legal |
| 7/23/2012 | KT called attorney to try to find out about court appearance tomorrow - left message. | CJA-Other |
| 7/23/2012 | KT s/w CL who called in crisis after learning her defense atty (Tajuana Johnson) had been in a car accident and was currently hospitalized. She has court tomorrow morning and is very concerned about what will happen. She advised she obtained a transcript of the hearing that reveals her attorney who was present in court on the day the Cert of Readiness was filed was NOT her attorney of record. Discussed issues. Discussed court tomorrow. | Info-Other |
| 7/23/2012 | KT s/w CL who called in crisis after learning her defense atty | Info-Legal |

Case 1:15-cv-05871-KPF   Document 41-5   Filed 01/03/17   Page 17 of 39
Case 1:15-cv-05871-KPF   Document 21-6   Filed 03/02/16   Page 7 of 43
Case 1:15-cv-05871-LAP   Document 16-4   Filed 05/09/16   Page 37 of 40

| Services | | |
|---|---|---|
| ServiceDate | Service Notes | Type of Service |
| | (Tajuana Johnson) had been in a car accident and was currently hospitalized. She has court tomorrow morning and is very concerned about what will happen. She advised she obtained a transcript of the hearing that reveals her attorney who was present in court on the day the Cert of Readiness was filed was NOT her attorney of record. Discussed issues. Discussed court tomorrow. | |
| 7/23/2012 | Disc safety threats and planning. | Safety Planning |
| 7/23/2012 | KT s/w CL who called in crisis after learning her defense atty (Tajuana Johnson) had been in a car accident and was currently hospitalized. She has court tomorrow morning and is very concerned about what will happen. She advised she obtained a transcript of the hearing that reveals her attorney who was present in court on the day the Cert of Readiness was filed was NOT her attorney of record. Discussed issues. Discussed court tomorrow. | Follow Up |
| 7/23/2012 | KT s/w CL who called in crisis after learning her defense atty (Tajuana Johnson) had been in a car accident and was currently hospitalized. She has court tomorrow morning and is very concerned about what will happen. She advised she obtained a transcript of the hearing that reveals her attorney who was present in court on the day the Cert of Readiness was filed was NOT her attorney of record. Discussed issues. Discussed court tomorrow. | Crisis Counseling |
| 7/26/2012 | SD called CL to s/w her about my last day (August 3rd) and the conclusion of the CC case against her. All of the DV charges were dropped, but there was no indication as to why they were dropped. No answer. Left vm. | Follow Up |
| 7/26/2012 | SD called CL to s/w her about my last day (August 3rd) and the conclusion of the CC case against her. All of the DV charges were dropped, but there was no indication as to why they were dropped. No answer. Left vm. | Info-Other |
| 7/30/2012 | SD offered CL emotional support. She wants to file a lawsuit against the city and the DA's office. | Crisis Counseling |
| 7/30/2012 | SD informed CL that Friday (8/3) is my last day. | Info-Other |
| 7/30/2012 | SD asked CL if she'd been given a reason for why the case was dropped. She said she didn't know, and I informed her that we don't know either. | Info-Legal |
| 7/30/2012 | SD s/w CL who called in on the HL returning my vm from 7/26. | Follow Up |
| 10/8/2012 | KT rec'd message from CL | Follow Up |
| 10/8/2012 | KT left message for CL, returning her call. | Follow Up |
| 11/30/2012 | KT rec'd message from CL | Follow Up |
| 12/6/2012 | KT s/w Det. Galan at 20th Pct and discussed case - he explained the reasons for the delay and that he was having a hard time with CL because he felt she would get upset and accusatory. We discussed case, his concerns and intentions, and he reassured me that he was | CJA-Police |

23

Case 1:15-cv-05871-KPF   Document 21-0   Filed 09/02/16   Page 8 of 43

| Services | | |
|---|---|---|
| ServiceDate | Service Notes | Type of Service |
| | very eager to get an arrest on this case and help the client. He explained his intentions for today and gave me contact info for the prosecutor on the case - ADA Bernard at DANY. | |
| 12/6/2012 | KT called CL and relayed conversation with Det. Galan; She is going to go down to the station and do the photo lineup and call me to let me know how it goes. | Info-Legal |
| 12/6/2012 | KT s/w CL and discussed current issues with law enforcement. CL was assaulted in August by a stranger in a bar and heard he was arrested, but has gotten mixed messages. She is uncertain about whether she should trust the detective she was working with, who has now asked her to come in to do a photo line up. I agreed to reach out to him - Detective Galan at the 20th Pct., (212)580-6414 | Follow Up |
| 12/6/2012 | KT s/w CL and discussed current issues with law enforcement. CL was assaulted in August by a stranger in a bar and heard he was arrested, but has gotten mixed messages. She is uncertain about whether she should trust the detective she was working with, who has now asked her to come in to do a photo line up. I agreed to reach out to him - Detective Galan at the 20th Pct., (212)580-6414 | Crisis Counseling |
| 12/6/2012 | KT s/w Det. Galan at 20th Pct and discussed case - he explained the reasons for the delay and that he was having a hard time with CL because she would get upset and accusatory. We discussed case, his concerns and intentions, and he reassured me that he was very eager to get an arrest on this case and help the client. He explained his intentions for today and gave me contact info for the prosecutor on the case - ADA Bernard at DANY. | CJA-Police |
| 12/6/2012 | KT s/w CL and discussed current issues with law enforcement. CL was assaulted in August by a stranger in a bar and heard he was arrested, but has gotten mixed messages. She is uncertain about whether she should trust the detective she was working with, who has now asked her to come in to do a photo line up. I agreed to reach out to him - Detective Galan at the 20th Pct., (212)580-6414 | Info-Legal |
| 12/6/2012 | KT called CL and relayed conversation with Det. Galan; She is going to go down to the station and do the photo lineup and call me to let me know how it goes. | Follow Up |
| 12/6/2012 | KT s/w CL and discussed current issues with law enforcement. CL was assaulted in August by a stranger in a bar and heard he was arrested, but has gotten mixed messages. She is uncertain about whether she should trust the detective she was working with, who has now asked her to come in to do a photo line up. I agreed to reach out to him - Detective Galan at the 20th Pct., (212)580-6414 | Safety Planning |
| 12/12/2012 | SN discussed CL's most recent case with her and discussed why the ADA may have chosen to pursue felony assault against an office charges instead of the assault charges she's attempted to file against the individual in question (who'd assaulted her in an UWS bar by punching her in the mouth). | Info-Legal |

| Services | | |
|---|---|---|
| ServiceDate | Service Notes | Type of Service |
| 12/12/2012 | SN reviewed details of CL's OVS application briefly with Veronica and discussed her filing- specifically the amount she'd filed for, the materials she was able to gather to make the claim (there'd been difficulty accessing DIRs from the 28th precinct) and how she'd utilize said funds. | PA-CVB Application |
| 12/12/2012 | SN wrote a letter to CL's landlord attesting to the filing of her OVS application, with the hopes that this would assist her in disputing her impending eviction. | PA-CVB |
| 12/12/2012 | SN met with CL at CVTC. Stated that she would like a letter for her landlord stating she'd filed an OVS claim for the amount of $15,000. Additionally, CL worked to brief me on her present circumstances-, living next door to PERP, receiving threatening phone calls from unidentified women, being physically attacked in her neighborhood, and falling behind in her rent in amount close to $40,000. | CVTC |
| 12/12/2012 | SN met with CL at CVTC. Stated that she would like a letter for her landlord stating she'd filed an OVS claim for the amount of $15,000. Additionally, CL worked to brief me on her present circumstances-, living next door to PERP, receiving threatening phone calls from unidentified women, being physically attacked in her neighborhood, and falling behind in her rent in amount close to $40,000. | Safety Planning |
| 12/12/2012 | SN met with CL at CVTC. Stated that she would like a letter for her landlord stating she'd filed an OVS claim for the amount of $15,000. Additionally, CL worked to brief me on her present circumstances-, living next door to PERP, receiving threatening phone calls from unidentified women, being physically attacked in her neighborhood, and falling behind in her rent in amount close to $40,000. | Crisis Counseling |
| 12/12/2012 | SN met with CL at CVTC. Stated that she would like a letter for her landlord stating she'd filed an OVS claim for the amount of $15,000. Additionally, CL worked to brief me on her present circumstances-, living next door to PERP, receiving threatening phone calls from unidentified women, being physically attacked in her neighborhood, and falling behind in her rent in amount close to $40,000. | Follow Up |
| 12/12/2012 | KT emailed Audrey Moore to check in - advised I wanted to speak with her about the case | CJA-DA |
| 1/10/2013 | KT s/w CL's counselor Lisa Haileselassie re: various issues with the case. Discussed allegations that 28th Pct won't take reports - we strategized and decided to approach Audrey Moore again about the precinct/DANY issue. | PA-Counseling |
| 1/10/2013 | KT s/w Audrey Moore who advised she had not instructed, nor had her office, anyone not to take a report from CL. She discussed this issue with the captain who agreed they had not been instructed to do that. They will make sure officers are advised. | CJA-Police |
| 1/10/2013 | KT s/w CL and advised I had some updates. CL will call me back tomorrow. | Follow Up |
| 1/10/2013 | KT s/w CL's counselor Lisa Haileselassie re: various issues with the | PA-Other |

Case 1:15-cv-05871-KPF   Document 21-6   Filed 09/02/16   Page 19 of 43

| | Services | |
|---|---|---|
| ServiceDate | Service Notes | Type of Service |
| | case. Discussed allegations that 28th Pct won't take reports - we strategized and decided to approach Audrey Moore again about the precinct/DANY issue. | |
| 1/10/2013 | KT s/w CL's counselor Lisa Haileselassie re: various issues with the case. Discussed allegations that 28th Pct won't take reports - we strategized and decided to approach Audrey Moore again about the precinct/DANY issue. | Follow Up |
| 1/10/2013 | KT s/w Audrey Moore who advised she had not instructed, nor had her office, anyone not to take a report from CL. She discussed this issue with the captain who agreed they had not been instructed to do that. They will make sure officers are advised. | CJA-DA |
| 1/11/2013 | KT rec'd message from CL | Follow Up |
| 1/11/2013 | KT referred CL to VOW | Referral-Other |
| 1/11/2013 | KT called CL and discussed issues. Discussed conversation with Audrey Moore at DANY (see above) | Info-Legal |
| 1/11/2013 | KT s/w CL and discussed organizing around this issue with prosecution. Discussed structural issues with crimes of violence against women, etc. Discussed current organizign efforts | Info-Other |
| 2/26/2013 | KT left message for CL to follow up with her DV non profit efforts and efforts to reach VOW. | Info-Other |
| 2/26/2013 | KT left message for CL to follow up with her DV non profit efforts and efforts to reach VOW. | Follow Up |
| 3/15/2013 | KT rec'd email from CL re: request to speak with Normal Siegle; she is pursuing civil relief for the improper treatment of the DA's office and NYPD and he is considering taking her case. | Follow Up |
| 3/15/2013 | KT rec'd email from CL re: request to speak with Normal Siegle; she is pursuing civil relief for the improper treatment of the DA's office and NYPD and he is considering taking her case. | Info-Legal |
| 3/16/2013 | KT replied to CL to advise that I would speak to Mr. Siegle on her behalf. I advised the limitations of my ability to speak to her story because of the limited personal knowledge I have. | Follow Up |
| 3/16/2013 | KT replied to CL to advise that I would speak to Mr. Siegle on her behalf. I advised the limitations of my ability to speak to her story because of the limited personal knowledge I have. | Info-Legal |
| 3/19/2013 | KT s/w civil rights attorney extensively about CL's case. Advised that I believed she is the victim of abuse, that I did think she was treated in an extreme manner by NYPD and the DA's office but I could not speculate as to the reason, that I found it very unusual for a DV victim and I think the Manhattan DAs office usually recognizes victims in cases. | CJA-DA |
| 3/19/2013 | KT s/w civil rights attorney extensively about CL's case. Advised that I believed she is the victim of abuse, that I did think she was treated in an extreme manner by NYPD and the DA's office but I could not | CJA-Other |

| Services | | |
|---|---|---|
| ServiceDate | Service Notes | Type of Service |
|  | speculate as to the reason, that I found it very unusual for a DV victim and I think the Manhattan DAs office usually recognizes victims in cases. |  |
| 3/19/2013 | KT s/w civil rights attorney extensively about CL's case. Advised that I believed she is the victim of abuse, that I did think she was treated in an extreme manner by NYPD and the DA's office but I could not speculate as to the reason, that I found it very unusual for a DV victim and I think the Manhattan DAs office usually recognizes victims in cases. | PA-Legal |
| 3/29/2013 | KT s/w CL and discussed Siegle's choice to decline representation. I gave her my opinion on why he decided as he did. CL was very upset, distressed. Discussed other options, did some counseling, etc. | Info-Other |
| 3/29/2013 | KT made referral to Emerson, Celli et al to screen client for civil rights claim. | Referral-Other |
| 3/29/2013 | KT s/w CL and discussed Siegle's choice to decline representation. I gave her my opinion on why he decided as he did. CL was very upset, distressed. Discussed other options, did some counseling, etc. | Info-Legal |
| 3/29/2013 | KT s/w CL and discussed Siegle's choice to decline representation. I gave her my opinion on why he decided as he did. CL was very upset, distressed. Discussed other options, did some counseling, etc. | Crisis Counseling |
| 3/29/2013 | KT s/w CL and discussed Siegle's choice to decline representation. I gave her my opinion on why he decided as he did. CL was very upset, distressed. Discussed other options, did some counseling, etc. | Follow Up |
| 3/29/2013 | KT rec'd email from CL inquiring about s/w Siegle. | Follow Up |
| 3/29/2013 | KT rec'd message from CL | Follow Up |
| 7/8/2013 | KT rec'd message from CL | Follow Up |
| 7/9/2013 | KT s/w Audrey Moore about the case - she advised that CL had threatened her. | CJA-DA |
| 7/10/2013 | KT s/w CL and discussed current issues. CL stated she received a call from an ADA who said she was following up on the criminal case from last fall - when CL was punched in the face by a stranger. Read CL my notes from my phone call to Det. Galan. She requested I send them. CL advised she was no longer receiving services from CVTC - I suggesed I make another referral but CL declined for now. Gave emotional support. | Follow Up |
| 7/10/2013 | KT s/w CL and discussed current issues. CL stated she received a call from an ADA who said she was following up on the criminal case from last fall - when CL was punched in the face by a stranger. Read CL my notes from my phone call to Det. Galan. She requested I send them. CL advised she was no longer receiving services from | Info-Legal |

| | Services | |
|---|---|---|
| ServiceDate | Service Notes | Type of Service |
| | CVTC - I suggested I make another referral but CL declined for now. Gave emotional support. | |
| 7/10/2013 | KT s/w CL and discussed current issues. CL stated she received a call from an ADA who said she was following up on the criminal case from last fall - when CL was punched in the face by a stranger. Read CL my notes from my phone call to Det. Galan. She requested I send them. CL advised she was no longer receiving services from CVTC - I suggested I make another referral but CL declined for now. Gave emotional support. | Info-Other |
| 7/10/2013 | KT s/w CL and discussed current issues. CL stated she received a call from an ADA who said she was following up on the criminal case from last fall - when CL was punched in the face by a stranger. Read CL my notes from my phone call to Det. Galan. She requested I send them. CL advised she was no longer receiving services from CVTC - I suggested I make another referral but CL declined for now. Gave emotional support. | Crisis Counseling |
| 7/10/2013 | KT rec;d message from CL requesting reminder on the conversation I had with Det. galan in December of last year. | Follow Up |
| 7/10/2013 | KT s/w CL and discussed current issues. CL stated she received a call from an ADA who said she was following up on the criminal case from last fall - when CL was punched in the face by a stranger. Read CL my notes from my phone call to Det. Galan. She requested I send them. CL advised she was no longer receiving services from CVTC - I suggested I make another referral but CL declined for now. Gave emotional support. | Info-Counseling |
| 7/16/2013 | KT rec'd message from CL stating she met with ADA today and they want to move forward with the charges against the man who assaulted her last fall. CL gave ADA my contact information. | Info-Legal |
| 7/16/2013 | KT left message for CL | Follow Up |
| 7/16/2013 | KT rec'd message from CL stating she met with ADA today and they want to move forward with the charges against the man who assaulted her last fall. CL gave ADA my contact information. | Follow Up |
| 1/17/2014 | KT rec'd message from CL - unable to hear her new number | Follow Up |
| 1/23/2014 | KT rec'd message from CL re: needing to file for an OP against Raheem. | Follow Up |
| 1/24/2014 | KT called CL and left message advising that I thought an OP would be challenging. Advised I will not be in on Monday but to call the helpline to process options for filing for an OP if that's the direction she wants to go in. Otherwise, call me Tuesday. | Info-Family Court |
| 1/24/2014 | KT called CL and left message advising that I thought an OP would be challenging. Advised I will not be in on Monday but to call the helpline to process options for filing for an OP if that's the direction she wants to go in. Otherwise, call me Tuesday. | Follow Up |
| 1/24/2014 | KT called CL and left message advising that I thought an OP would | Follow Up |

Case 1:15-cv-05871-KPF   Document 21-6   Filed 09/02/16   Page 13 of 43

| | Services | |
|---|---|---|
| ServiceDate | Service Notes | Type of Service |
| | be challenging. Advised I will not be in on Monday but to call the helpline to process options for filing for an OP if that's the direction she wants to go in. Otherwise, call me Tuesday. | |
| 2/19/2014 | KT rec'd BCC'd email from CL to ADA Reichfelder re: moving forward with the case. | Follow Up |
| 2/19/2014 | KT replied to CL's email inquiring about the case w/ DANY | Info-Legal |
| 2/20/2014 | KT rec'd message from CL | Follow Up |
| 2/20/2014 | KT called CL back and left message re: following up on criminal court issue w/ DANY | Follow Up |
| 2/20/2014 | KT replied to CL's email inquiring about the case w/ DANY | Follow Up |
| 2/20/2014 | KT called CL back and left message re: following up on criminal court issue w/ DANY | Info-Legal |
| 2/24/2014 | KT called CL back and advised | |
| 2/24/2014 | KT s/w CL and discussed current criminal case. CL advised that the ADA wants to move forward on the criminal case but needs to speak with Cl's friend who she spent the night with. CL has asked her friend to contact the ADA but he won't reply. CL asked if I would reach out to explain the role of a witness and assure friend he wont get in trouble. Advised CL that I could speak to her friend about the role of a witness but not assure him of anything as I do not have that knowledge myself. | Info-Legal |
| 2/24/2014 | KT s/w CL and discussed current criminal case. CL advised that the ADA wants to move forward on the criminal case but needs to speak with Cl's friend who she spent the night with. CL has asked her friend to contact the ADA but he won't reply. CL asked if I would reach out to explain the role of a witness and assure friend he wont get in trouble. Advised CL that I could speak to her friend about the role of a witness but not assure him of anything as I do not have that knowledge myself. | Follow Up |
| 2/24/2014 | KT rec'd email from CL advising that my VM is full and she can't leave a message | Follow Up |
| 2/24/2014 | KT rec'd email from CL requesting I reach out to the ADA on the case to inquire why they haven't moved forward | Follow Up |
| 2/24/2014 | KT rec'd email from CL requesting I reach out to the ADA on the case to inquire why they haven't moved forward | Info-Legal |
| 2/24/2014 | KT s/w CL and discussed current criminal case. CL advised that the ADA wants to move forward on the criminal case but needs to speak with Cl's friend who she spent the night with. CL has asked her friend to contact the ADA but he won't reply. CL asked if I would reach out to explain the role of a witness and assure friend he wont get in trouble. Advised CL that I could speak to her friend about the role of a witness but not assure him of anything as I do not have that knowledge myself. | Safety Planning |
| 1/22/2015 | KT called CL back - she is on the pther line - will call me right back | Follow Up |

29

| Services | | |
|---|---|---|
| ServiceDate | Service Notes | Type of Service |
| 1/22/2015 | KT rec'd message from cl | Follow Up |
| 6/22/2015 | CL called SPs direct line; CL claims to have been calling connect CL but no one has gotten back to CL; SP explained to CL the CONNECT protocol in terms of HL; SP apologize to CL with regards belief that CONNECT had abadon her; SP explained changes CONNECT is undergoing; SP discussed case with SM/CC; SP will follow up with QW/SM/interm attorney on what to do next on the case- CL wants records | Follow Up |
| 6/22/2015 | CL called SPs direct line; CL claims to have been calling connect CL but no one has gotten back to CL; SP explained to CL the CONNECT protocol in terms of HL; SP apologize to CL with regards belief that CONNECT had abadon her; SP explained changes CONNECT is undergoing; SP discussed case with SM/CC; SP will follow up with QW/SM/interm attorney on what to do next on the case- CL wants records | Crisis Counseling |
| 6/22/2015 | CL called SPs direct line; CL claims to have been calling connect CL but no one has gotten back to CL; SP explained to CL the CONNECT protocol in terms of HL; SP apologize to CL with regards belief that CONNECT had abadon her; SP explained changes CONNECT is undergoing; SP discussed case with SM/CC; SP will follow up with QW/SM/interm attorney on what to do next on the case- CL wants records | Info-Legal |
| 6/22/2015 | CL called SPs direct line; CL claims to have been calling connect CL but no one has gotten back to CL; SP explained to CL the CONNECT protocol in terms of HL; SP apologize to CL with regards belief that CONNECT had abadon her; SP explained changes CONNECT is undergoing; SP discussed case with SM/CC; SP will follow up with QW/SM/interm attorney on what to do next on the case- CL wants records | PA-Other |
| 6/22/2015 | SM has held conversation about CL and what do to with case with CVTC staff member | PA-Other |

30

Case 1:15-cv-05871-KPF   Document 21-6   Filed 09/02/16   Page 16 of 43

Case 1:15-cv-05871-LAP   Document 16-5   Filed 05/09/16   Page 6 of 55

Page 1 of 1

0728121118.jpg



Case 1:15-cv-05871-KPF   Document 21-6   Filed 09/02/16   Page 17 of 43

Case 1:15-cv-05871-LAP   Document 16-5   Filed 05/09/16   Page 7 of 55   Page 1 of 1

0728121119.jpg



APR-21-2013  00:30          NYPD 1ST PCT                                    P.002
                                                                         Page 1 of 2

CRIMINAL COURT OF THE CITY OF NEW YORK
COUNTY OF NEW YORK

THE PEOPLE OF THE STATE OF NEW YORK                    MISDEMEANOR

-against-

Rami Baly (M 34),

                                    Defendant.

Police Officer Jessica Valle, Shield 298 of the 1st Precinct, states as follows:

*The defendant is charged with:*

| | | |
|---|---|---|
| 1. | PL 140.10(a) | Criminal Trespass in the Third Degree (defendant #1: 1 count) |
| 2. | PL 245.00 | Public Lewdness (defendant #1: 1 count) |
| 3. | PL 245.01 | Exposure of a Person (defendant #1: 1 count) |

On or about April 20, 2013 at about 8:22 P.M., at 64 Fulton Street in the County and State of New York, the defendant knowingly entered and remained unlawfully in a building and upon real property which was fenced and otherwise enclosed in a manner designed to exclude intruders; the defendant intentionally exposed the private parts of his body in a lewd manner and committed a lewd act in a public place and in private premises in which he might readily be observed from a public place with intent that he be so observed; the defendant appeared in a public place in such a manner that the private parts of his body were exposed.

*The factual basis for these charges are as follows:*

I am informed by Kristyn Abbale, of an address known to the District Attorney's Office, that the informant lives in an adjacent building to the above location and that she saw the defendant on top of the roof of above building building looking into her apartment window with his penis exposed and manipulating it in an up and down manner.

I arrested the defendant on the rooftop of the above building which is a location beyond a posted sign that reads in part "Don Not Enter. Only Authorized Personel."

The defendant provided contradictory statements and stated in substance that he worked in the building but then stated that he did not live in the building and that he was only trying to do his laundry.

Case 1:15-cv-05871-KPF   Document 21-6   Filed 09/02/16   Page 20 of 43

NYPD 1ST PCT

P.003

Page 2 of 2

CRIMINAL COURT OF THE CITY OF NEW YORK
COUNTY OF NEW YORK

THE PEOPLE OF THE STATE OF NEW YORK

-against-

MISDEMEANOR

Rami Baly (M 34),

Defendant.

False statements made in this written instrument are punishable as a class A
misdemeanor pursuant to section 210.45 of the Penal Law, and as other crimes.

Police Officer Jessica Valle

Date 4/21/13

Time 0012

## COURT OF THE CITY OF NEW YORK
### RECORD OF COURT ACTION

| | | Present | Absent | Readine |
|---|---|---|---|---|
| Date | HOLD | ☐ Defendant | ☐ Defendant | ☐ π ready |
| | | ☐ Attorney | ☐ Attorney | ☐ π not re |

SO SF
TC (1&2) 3cJ
OSACHS
5-3

| | Interpreter |
|---|---|

| | Reason for Adjournment |
|---|---|
| Part | ☐ S/D | ☐ Hearing |
| | ☐ OFD/Discovery | ☐ Bench Trial |
| | ☐ Possible Disposition | ☐ Jury Trial |
| | ☐ Decision | ☐ Program ____ |

PART A
HON S. STATSINGER
CT RPT D.MCNEIL
4-26-2013

A   S-10   RD

| Reporter | ☐ TOP | | Notify |
|---|---|---|---|

SBC

| | ☐ Charged | ☐ Defendant | ☐ Defenda |
|---|---|---|---|
| Bail Condition    Judge | ☐ Excluded | ☐ Attorney | Excused |

| Date | HOLD △ MADE BAIL | Present | Absent | Readines |
|---|---|---|---|---|
| | | ☐ Defendant | ☐ Defendant | ☐ π ready |
| | plea to 2c4 | ☐ Attorney | ☐ Attorney | ☐ π not rea |
| | 30 day j al | Interpreter | | |

| | Reason for Adjournment |
|---|---|
| Part | ☐ S/D | ☐ Hearing |
| | ☐ OFD/Discovery | ☐ Bench Trial |
| | ☐ Possible Disposition | ☐ Jury Trial |
| | ☐ Decision | ☐ Program ____ |

PART A
HON L. PETERSON
CT RP ACTURES
5-10-2013

2-9-13   R+D   A

| Reporter | ☐ TOP | | Notify |
|---|---|---|---|

BC                        WP

| | ☐ Charged | ☐ Defendant | ☐ Defendant |
|---|---|---|---|
| Bail Condition    Judge | ☐ Excluded | ☐ Attorney | Excused |

| Date | Pre-30 day | Present | Absent | Readiness |
|---|---|---|---|---|
| | HOLD ____ | ☐ Defendant | ☐ Defendant | ☐ π ready |
| | H1 W/D ordered | ☐ Attorney | ☐ Attorney | ☐ π not ready |
| | Sandoval TC | Interpreter | | |

| | Reason for Adjournment |
|---|---|
| Part | ☐ S/D | ☐ Hearing |
| | ☐ OFD/Discovery | ☐ Bench Trial |
| | ☐ Possible Disposition | ☐ Jury Trial |
| | ☐ Decision | ☐ Program ____ |

PART A
HON I. BAYAR
CT RPT K. TRIMBREL
7-9-2013

| Judge | | 1-1 1T   A   o|- |
|---|---|---|

☐ π ready
☐ Attorney     ☐ Attorney          ☐ π not ready

Interpreter

PTC ctr 1+2
30 days jail          PNR

**Part**

PART A
HON L. PETERSON
CT RPT W GRANT
9-7-2013

**Reason for Adjournment**

☐ S/D                    ☐ Hearing
☐ OFD/Discovery          ☐ Bench Trial
☐ Possible Disposition   ☐ Jury Trial
☐ Decision               ☐ Program _____

**Judge**

10-3-13   A    H + T

**Reporter**

☐ TOP

B L                                          WD

Bail Condition                          Judge

**Notify**

☒ Charged        ☐ Defendant       ☐ Defendant
                                     Excused
☐ Excluded       ☐ Attorney

**Date**

HOLD _____

| Present | Absent | Readiness |
|---|---|---|
| ☐ Defendant | ☐ Defendant | ☐ π ready |
| ☐ Attorney | ☐ Attorney | ☐ π not ready |

Interpreter

**Part**

PART B
HON. THANE BOYAR
CT RPTR L MARTINEZ
10-3-2013

π NR
ADA on TL
PTC-cont' 1 8
30 days

**Reason for Adjournment**

☐ S/D                    ☐ Hearing
☐ OFD/Discovery          ☐ Bench Trial
☐ Possible Disposition   ☐ Jury Trial
☐ Decision               ☐ Program _____

**Judge**

FW JPI3   H/&T

**Reporter**

☐ TOP

PD

Bail Condition          4 X          Judge

**Notify**

☐ Charged        ☐ Defendant       ☐ Defendant
                                     Excused
☐ Excluded       ☐ Attorney

**Date**

OCT 03 2013

HOLD _____

D has 3rd case with
MOTION Schedule on what
Δ for RTD on 12/2/13

| Present | Absent | Readiness |
|---|---|---|
| ☐ Defendant | ☐ Defendant | ☐ π ready |
| ☐ Attorney | ☐ Attorney | ☐ π not ready |

Interpreter

**Part**

JURY 13

DC
consents to

**Reason for Adjournment**

☐ S/D                    ☐ Hearing
☐ OFD/Discovery          ☐ Bench Trial
☐ Possible Disposition   ☐ Jury Trial
☐ Decision               ☐ Program _____

**Judge**

HON. ANTHONY J. FERRARA

A    12/2/13 H+T.

**Reporter**

Alexander        ☐ TOP

BC

**Notify**

☐ Charged        ☐ Defendant

Case 1:15-cv-05871-KPF   Document 21-6   Filed 09/02/16   Page 23 of 43

Case 1:15-cv-05871-LAP   Document 18-5   Filed 05/09/16   Page 13 of 55

THE CITY OF NEW YORK
RECORD OF COURT ACTION

| | Present | Absent | Readiness |
|---|---|---|---|
| | ☐ Defendant | ☐ Defendant | ☐ π ready |
| | ☐ Attorney | ☐ Attorney | ☐ π not ready |
| | | Interpreter | |

**Reason for Adjournment**

| | |
|---|---|
| ☐ S/D | ☐ Hearing |
| ☐ OFD/Discovery | ☐ Bench Trial |
| ☐ Possible Disposition | ☐ Jury Trial |
| ☐ Decision | ☐ Program _____ |

**Judge**

**Reporter**

☐ TOP

Bail Condition

Judge

|  | Notify | |
|---|---|---|
| ☐ Charged | ☐ Defendant | ☐ Defendant Excused |
| ☐ Excluded | ☐ Attorney | |

**Date**

DEC - 3 2013

HOLD _____

| | Present | Absent | Readiness |
|---|---|---|---|
| | ☐ Defendant | ☐ Defendant | ☐ π ready |
| | ☐ Attorney | ☐ Attorney | ☐ π not ready |
| | | Interpreter | |

**Part**

JURY 2

**Reason for Adjournment**

| | |
|---|---|
| ☐ S/D | ☐ Hearing |
| ☐ OFD/Discovery | ☐ Bench Trial |
| ☐ Possible Disposition | ☐ Jury Trial |
| ☐ Decision | ☐ Program _____ |

**Judge**
HON. KEVIN B. McGRATH, JR.

**Reporter**

☐ TOP

Bail Condition

Judge

|  | Notify | |
|---|---|---|
| ☐ Charged | ☐ Defendant | ☐ Defendant Excused |
| ☐ Excluded | ☐ Attorney | |

**Date**

DEC - 4 2013

HOLD _____

| | Present | Absent | Readiness |
|---|---|---|---|
| | ☐ Defendant | ☐ Defendant | ☐ π ready |
| | ☐ Attorney | ☐ Attorney | ☐ π not ready |
| | | Interpreter | |

**Part**

JURY 2

**Reason for Adjournment**

| | |
|---|---|
| ☐ S/D | ☐ Hearing |
| ☐ OFD/Discovery | ☐ Bench Trial |
| ☐ Possible Disposition | ☐ Jury Trial |
| ☐ Decision | ☐ Program _____ |

**Judge**

## Criminal Court of the City of New York

New York County

### Misdemeanor Complaint

The People of the State of New York

vs.

*Det. In First Row* *Re Arrest*

**DEFENDANT:**

Rami Baly                                    (M 34)

M13635565    04/20/2013 20:22

765 AMSTERDAM AVENUE

MANHATTAN NY

113635565

**CHARGES:**

PL 140.10(a)
PL 245.00
PL 245.01

**DOCKET NUMBER:**

2013NY031505

Interpreter Language _____    Screener: TEMPLE, TEMPLE - TB60

**Notices Served at Arraignment:**

- [x] CPL 710.30(1)(A) - Statement
- [x] CPL 710.30(1)(B) - Identification
- [ ] CPL 250.20 - Alibi
- [ ] PL 450.10(48 hrs /15 days) - Property
- [ ] CPL 170.20 - Grand Jury
- [ ] Cross Grand Jury
- [ ] OTHER: _____

**Documents:**

Served at Arraignment:        Needed For Conversion

- [x] Supporting Deposition          [x]
- [ ] DMV Abstract                   [ ]
- [ ] Lab Report/ Field Test         [ ]
- [ ] DWI Paperwork                  [ ]
- [ ] Domestic Incident
- [ ] Family Registry
- [ ] Underlying T.O.P.              [ ]

**Disposition:**

- [ ] ACD - CPL 170.55
- [ ] ACD - CPL 170.56
- [ ] Waives Prosecution by Information
    and Pleads Guilty to
    PL 240.20/ _____
- [ ] Investigation & Sentence Ordered
- [ ] DNA -Eligible Misdemeanor
- [ ] DNA Sample Taken

**Adjournment:**

Part: A    Date: 4/26

Bail Condition: 1,500 / 1,500

(Ins. Co. Bond)    (Cash)    (Other) ____

- [ ] ART 730 Exam Ordered
- [ ] Protective Custody
- [ ] Medical Attention
- [ ] Psychiatric Evaluation
- [ ] Suicide Watch
- [ ] Deemed an Information
    Defense Motions Due: _____

- [ ] T.O.P. / F.O.P.

**Sentence (or Promise):**

____ days jail
Conditional Discharge:
____ Days Community Service
____ Days Jail Alternative
Other: _____

Mandatory Surcharge (and CVAF):
- [ ] Judgment Entered - All Fees
- [ ] $200 Misd.  [ ] $120 Viol.  [ ] $80 VTL*
- [ ] $395 VTL1192 Misd.*  [ ] $255 VTL1192(1) Infrac.*
*(For offenses on or after August 1, 2008)
- [ ] $50 - DNA Fee

| Arresting Officer | Court Reporter | Date | Part |
|---|---|---|---|
| JESSICA VALLE | | | AR-4 HON M. STALLMAN RPT. J. MARTINEZ 04/21/13 |
| Judge: | | | |

## Criminal Court of the City of New York

### New York County
### Misdemeanor Complaint

The People of the State of New York

vs.

*Det. In First Row*
*Re Arrest*

| DEFENDANT: | CHARGES: | DOCKET NUMBER: |
|---|---|---|
| Rami Baly                    (M 34) | PL 140.10(a) | 2013NY031505 |
| M13635565   04/20/2013 20:22 | PL 245.00 | |
| 765 AMSTERDAM AVENUE | PL 245.01 | |
| MANHATTAN NY | | |

Interpreter Language _____   Screener: TEMPLE, TEMPLE - TB60

**Notices Served at Arraignment:**
- [x] CPL 710.30(1)(A) - Statement
- [x] CPL 710.30(1)(B) - Identification
- [ ] CPL 250.20 - Alibi
- [ ] PL 450.10(48 hrs /15 days) - Property
- [ ] CPL 170.20 - Grand Jury
- [ ] Cross Grand Jury
- [ ] OTHER: _____

**Document(s):**
**Served at Arraignment:**        Needed For Conversion
- [x] Supporting Deposition          [x]
- [ ] DMV Abstract                   [ ]
- [ ] Lab Report/ Field Test         [ ]
- [ ] DWI Paperwork                  [ ]
- [ ] Domestic Incident
- [ ] Family Registry
- [ ] Underlying T.O.P.              [ ]

**Adjournment:**

Part: A   Date: 4/28
**Bail Condition:** 1,500 / 1,800

(Ins. Co. Bond)   (Cash)   (Other) _____

- [ ] ART 730 Exam Ordered
- [ ] Protective Custody
- [ ] Medical Attention
- [ ] Psychiatric Evaluation
- [ ] Suicide Watch
- [ ] Deemed an Information

Defense Motions Due:

- [ ] T.O.P. / F.O.P.

**Disposition:**

- [ ] ACD - CPL 170.55
- [ ] ACD - CPL 170.56
- [ ] Waives Prosecution by Information
      and Pleads Guilty to
      PL 240.20/ _____
- [ ] Investigation & Sentence Ordered
- [ ] DNA -Eligible Misdemeanor
- [ ] DNA Sample Taken

**Sentence (or Promise):**

_____ days jail
Conditional Discharge:
_____ Days Community Service
_____ Days Jail Alternative
Other: _____

Mandatory Surcharge (and CVAF):
- [ ] Judgment Entered - All Fees
- [ ] $200 Misd.  [ ] $120 Viol.  [ ] $80 VTL*
- [ ] $395 VTL1192 Misd.*  [ ] $255 VTL1192(1) Infrac.*
- *(For offenses on or after August 1, 2008)
- [ ] $50 - DNA Fee

| Arresting Officer | Court Reporter | Date | Part |
|---|---|---|---|
| JESSICA VALLE | | | AR-4 |
| | | | HON M. STALLMAN |
| Judge: | | | RPT. J. MARTINEZ |
| | | | 04/21/13 |

-----Original Message-----
From: Gracie [mailto: graciegracie212@gmail.com]
Sent: Monday, July 28, 2014 1:10 PM
To: Pennington, Hannah (FJC)
Subject: RE:

Hannah;

I'm growing discontent day by day at the lack of services available to me as I have been blacklisted from using the FJC.

Employment: despite attending the meeting at FEGS and providing my very solid employment credentials to your contact @ FEGS I've never heard back from them about employment workshops, job leads or follow up AT ALL.

HOUSING: the little raggedy SRO I moved into to stay off the streets has incurred ten violations from the Housing Commission that include no heat-no hot water- gaping holes to sky in roof. I have had to report my neighbor twice for assaults against my person. He is mad because I rebuff his sexual advances. Its really a dangerous nightmare living here.

PUBLIC ASSISTANCE BENEFITS: my case has been closed ten times because HRA still has a "General delivery" address for me in their system and I don't get mail they send me about mandatory recertification meetings et al. This is odd because I receive housing assistance checks for my landlord- HRA know the correct address- they just continue to send mail to the "general delivery" address at the post office on34th st! I have requested ten times this be updated but it still hasn't. Each time my case is closed I call the Fair Hearing office and they check and see that the letters have been sent errantly and they reinstate my case and I have to wait additional weeks each time for my benefits. This is a ridicolous waste of everyones time and I need my benefits to survive. Without my Asthma medication I cannot breathe and I cannot even afford the co pays as HRA keeps messing with my cash assistance and cancelling my Medicaid.

PSYCHOLOGICAL SUPPORT: LET'S JUST SAY I'M COMPLETELY AND UTTERLY ALONE AND MY C-PtSD is not improving with all these stresses and obstacles.

Please I need help.  Its ridiculous that because a group of people within the MDAO made egregious errors and illegal actions against me that I SHOULD STILL BE MADE TO SUFFER WHEN THERE IS HELP AVAILABLE @ YOUR CENTER.

I AM A FOURTH GENERATION DAUGHTER OF THE CITY OF NEW YORK AND THIS TREATMENT BY CARPET BAGGING OFFICIALS NOT FAMILIAR WITH THE COMPLEXITIES OF CITY LIFE SHOULD NOT BE ALLOWED TO HOLD SWAY OVER RESOURCES THAT MY TAX DOLLARS AND MY FAMILY'S TAX DOLLARS HAVE BEEN PAYING FOR FOR OVER A CENTURY AND A HALF.

I'm going to start being very vocal about this.  Please I need help. There is no reason I should keep being punished for the mistakes made by people on the payroll of the MDAO.

"Pennington, Hannah (FJC)" <HannahP@fjcnyc.org> wrote:

> Sorry to hear that.
>

Case 1:15-cv-05871-KPF   Document 21-6   Filed 09/02/16   Page 28 of 43

Case 1:15-cv-05871-LAP   Document 16-5   Filed 05/09/16   Page 18 of 55

> 
> Hannah Pennington
> Executive Director
> NYC Family Justice Center, Manhattan
> Mayor's Office to Combat Domestic Violence
> 80 Centre Street, 5th Floor
> New York, NY 10013
> (212) 602-2828 Direct | (212) 602-2800 Main  hannahp@fjcnyc.org |
> www.nyc.gov/domesticviolence
>
>
>
>