October 1, 2013

Ms. Kelly G. Price

New York, NY

Conviction Integrity Program

New York County District Attorney's Office

One Hogan Place

New York, NY 10013

Dear Madam or Sir:

I would like to request that you carry out a preliminary review of a conviction metted out to me, Kelly Price, for disorderly conduct on 10/19/1012 arising from an incident which occurred on 09/24/2011.

The docket # is:

Please find enclosed log books, video tape and audio tape and photographs for your review.

1. On September 24, 2011 I was propositioned by a man at a bar and I rebuffed his advances. The gentleman as it turns out was the owner of the bar and was upset at the way I turned him down. He put his hands on me and I told him he had no right to touch me. The spat escalated and he had his bouncer grab me and throw me out of the bar injuring me as I was tossed through the door. My chest was sore and beginning to bruise and I know NO ONE is allowed to put their hands on me so I called the police to report the incident (see video inside bar).

2. When the police arrived the lead officers ignored me and marched into the bar to talk to their buddies (apparently the bar is only a block away from the 14th pct. and they frequent the place).

3. Without listening to my side of the story the officer in charge, Matthew Winters, told me "to keep it moving" that he wasn't doing anything to record the menacing, assault, and harassment I had just encountered. I told the officers they are not allowed to refuse to take my 61 report and that I would be making CCRB and IAB reports about their misconduct and callous regard for my safety. I was upset and I turned to walk away I was crying and I said to the officers: "Ya'll don't help anyone ya'll should go fuck yourselves." (see video outside bar)

4.  I proceeded two steps away from the group of four cops and from behind me and without warning Officer Winters tackled me to the ground by kneeing the back of my right knee and forcing me to collapse. He also grabbed my upper arms so hard literally each of his fingers made a bruise in my flesh. You can make out his handprints in the flesh of my upper arms (see attached photos and the bruise in the back of my right leg among others see exhibits 8, 9 and 10.)

5.  I woke up hours later in a jail cell literally covered in bruises with officer Winters standing over me. He told me that I was arrested for disorderly conduct and that he had gone through my purse and found a few small dime bags of weed that I had as well as several condoms. He said that he was throwing the weed out as a favor to me and expected me "to do him a favor in return." He suggested that I don't report my injuries incurred during arrest and that "things would go in my favor." He also asked why I had so many condoms. I told him I was headed to a swinger's party that evening and he informed me he could have me also arrested on suspicion of prostitution and intent to distribute marijuana but that he was "being a nice guy." I listened to him with doubt and astonishment as I rubbed at my swollen wrists, hands and several dozen bruises all over my body. I was furious. Since when does a woman in NYC who calls the police for help B/C SHE has been harmed wind up incarcerated and beaten by the cops responding to her call for help?

6.  ADA Kenya Wells caught the case. At that time another drawn-out case maliciously filed against me by Mr. Wells was pending over me. Mr. Wells kept insisting that I had made false reports to the police about my ex-boyfriend, Raheem Powell who had been beating me and subjecting me to economic, emotional, and physical abuse. I was charged after I went to the police for help to get him away from me because of my ex's relationship with the precinct as a confidential informant. He was a key witness in a murder, an attempted murder and several gang-related cases that were in-motion already so the police and Mr. Wells threw me to the wolves instead of assisting me at the darkest, bleakest, most helpless moment in my life. That case against me was eventually dropped after I stood in court for two years with the scars on my body burning under my dress as I repeatedly was called a fabricator in the I-DV court part. Mr. Wells had already made poorly-investigated conclusions about my other case (again similar scenario with him—no investigation just jumping to conclusions based on his own gut). Eventually that case was dismissed and sealed after I rejected every offer Mr. Wells through at me to try to cover up his errors. Mr. Wells had a special vendetta against me because he was forced to drop the (329 incorrectly charged and malicious) charges he had filed. When it came time for trial for my disorderly conduct case Mr. Wells was prepared to do whatever it took to win: his reputation and his personal vendetta against me, a domestic violence survivor, a 911 survivor, and a 4th generation  New Yorker was at stake.

7.  SETTING THE SCENE: September 24, 2011 was an emotional time for me. It was shortly after the ten-year anniversary of the 911 attacks that I had survived by running for my life away from the towers and everything I had built for myself had subsequently unraveled around me because of the ineptitude and hubris of this young, untrained, sloppy District Attorney who had thrown me in Rikers island on Mothers' day after I miscarried my child and turned my life upside

Case 1:15-cv-05871-KPF   Document 21-6   Filed 09/02/16   Page 32 of 43
Case 1:15-cv-05871-LAP   Document 16-5   Filed 05/09/16   Page 22 of 55

down. I had spent all weekend with a friend of mine, Lewyn Pogue, a member of NAVY SEAL TEAM 6, who was in town to swim in the "Little Red Light house Race" to raise money for the families of his friends who had died in an horrible attack on their helicopter in Afghanistan earlier that summer. It was the deadliest attack to date in that war and our emotions were high. I had been crying all day for the most part. I had nothing left inside of me. I wanted to sit down and have a drink quietly somewhere before moving on to a party that night. **Coincidentally the cops were twitchy. The entire city was on red-alert because the Occupy Wall Street marchers had violently clashed for the first time that morning with police and many members of the 14th pct. had been involved in crowd control.** The cops were agitated and twitchy. The bruises literally covering my body were a by-product of their sour mood. Lewyn can testify to the fact that I had nary a bruise on me when he left me half an hour before I strolled into the Stitch bar on W 37th st where I was assaulted. I had also had dinner at a place in Midtown I go to often and the bartender can also aver that I had nary a bruise on me while he served me my Cobb salad and coffee. I'm happy to provide you this information should you need it.

8. **Mr. Wells didn't even investigate the case:** My Lawyer, Benjamin Dell from Legal Aide, spoke with Mr. Wells after the arrest and before my first court appearance. Mr. Wells didn't know that I had called 911. He said to my lawyer that in fact the incident had happened because the police had come upon me screaming and simply arrested me. When my lawyer, Benjamin Dell, suggested to Mr. Wells that there are 911 calls of my calmly requesting for police assistance Mr. Wells seemed panicked. He was also informed that there were video cameras all over the bar that would corroborate my story and it was suggested that he drop the case because the police had beaten me badly and I was a woman who had called them for help. Mr. Wells refused and scrambled to try to reconcile the way he wanted to paint the events of the evening to get a conviction. He knew he couldn't prove that a crowd had gathered or that I had blocked traffic on the sidewalk if the video was shown at trial.   He then embarked on a campaign to keep the video tapes of the events from surfacing. Please pull the Part A transcripts for the case and pay careful attention to how many times Mr. Wells argues with the judges (on more than one occasion) about the lack of necessity of attaining the video tapes. In one instance Judge _____ remarks that she is surprised that Mr. Wells didn't already have the tapes in his possession and that he doesn't feel they are relevant! Isn't it the DAs DUTY to investigate? Isn't failing to do so an egregious error that allows for the breakdown of prosecutorial immunity? Is this not being taught to young ADAs in the Manhattan District Attorney's office? We (Mr. Dell and I) had asked the bar for the tapes and they had refused. Instead we subpoenaed them from the CCRB as I had made a CCRB complaint as soon as I was released from jail. Graham Daw at the CCRB can attest to the fact that the bar sent over edited versions of the video tapes first that omitted all interaction I had with the police outside the bar.  Why would the bar do this? Someone needs to ask the owners of Stitch bar if they were instructed by the police or by Mr. Wells to do so when they have to answer under sworn testimony. Eventually the correct tapes were sent to the CCRB and Graham Daw on passed them to the court. This caused MUCH consternation, huffing, puffing and pouting at each new court date when they didn't appear and Mr. Wells wanted to press on for trial. Surprise: the tapes were mysteriously LOST in the courthouse for months after they arrived. Please note the court transcripts where My lawyer

asks for a delay in trial until the tapes can be found by the Part A clerk and please note Mr. Wells insistence that the trial go forward without the tapes. The judges kept asking Mr. Wells why he had not pulled the tapes to begin with and Mr. Wells simply kept averting the questions. The plain truth is that he HAD to have already pulled the tapes and they did not corroborate the Police's version of the story that would allow him to take me to trial and justify his pursuit of the case against me so he tried to keep them out of our hands and the hands of the court. He stated MANY times on record that he had never seen the tapes. I would be very interested if your conviction integrity officers can compare records of when he got a hold of the tapes at the DAs office and then compare that information with Mr. Wells' statements in court. He claims the first time he saw the video was in late Sept/early Oct of 2012. I sincerely doubt his honesty concerning his statements to this effect.

9. In each of the three interviews the CCRB conducts with three of the four officers who responded to my 911 call there is a different story told than the manufactured, glossed, coached and clean version that Mr. Wells helped the officers recapitulate on the stand at trial. Please listen to each of the interviews. Not one of the officers states that I raised my voice and screamed at a level 10 out of 10 being the loudest a human voice can possibly make during their CCRB interviews. In fact the officers don't even recall what I said as I walked away from them. But MAGIC! —when Mr. Wells called them to the stand they ALL say that I screamed "FUCK YOU" at the top of my lungs to the cops. How strange: magically over a year later all three cops' stories changed and were consistent! There must be a magic memory pill in the water at the 80 Centre Street witness lounge! A few weeks after the incident when the officers were questioned by CCRB inspectors there was not a narrative consensus about what I said or how I said it but over a year later at trial all of a sudden each officer magically remembers that I screamed at the top of my lungs "fuck you?" I find this incredulous. None of the log books of the officers reflects that I screamed aloud or even recounts what I said. One would logically think that this information had it really occurred would have been recorded in the log books OR remembered in the CCRB interviews.

10. The fourth Police officer, a young, Caucasian, female officer was never interviewed or called to testify. We need to get her version of the story. Her name was Officer _____.

11. The video tapes show that a crowd NEVER gathered to witness "the spectacle I [sic] was making." Please review. The cops all say different-sized clusters of people were standing just out of camera sight in their CCRB interviews in different places. NONE of their statements to the CCRB is consistent with what they claimed at trial. Please make note of time-stamps: xyz on the video tape and abc on the ccrb interviews.

12. The conviction revolved around Mr. Wells' LIE about the tone of my voice. He coached the cops to say that I screamed at the top of my lungs at a level TEN (being the loudest a human voice can possibly make according to Wells). Never had the cops made this statement before to any interviewer of the CCRB or in their log books. The reason Mr. Wells had to coach the cops to LIE is this is the only way he could win the case. This is why he didn't want the video tapes introduced into evidence. He did not want to have to suborn perjury but was forced to do so to

win the case and tried everything in his power to avoid this. There simply is no other explanation for his reticence in presenting the tapes to court.

13. I was convicted of TWO counts of disorderly conduct as one was for allegedly screaming and one was for making an obscene gesture but never in court did anyone mention that I made an obscene gesture in their logs, in their CCRB interviews or at Trial. This count should most certainly be dropped because it was never proven. Instead it was merely just bivouacked onto the other charge without any lip-service whatsoever.

14. Mr. Wells started his statements at trial by alleging to the judge that I am a "fabricator" and that I had hundreds of criminal charges filed against me because of this false fact. He was so hell-bent on making me appear to be a lying fabricator that he asked his colleague, ADA Bernard, to decline to prosecute another man who had hit me outside of a bar on July 28, 2012 shortly before my trial date. That man went on to assault, stalk, masturbate on, and trespass against several other women in town BECAUSE HE WAS not punished for his acts against me. Please look up this criminal: Rami Baly. ADA Richendorfer is FINALLY prosecuting him OVER a full year later for his crimes against me because I made complaints to the DOI, the IAB, the State Attorney General, Senator Gillabrand, Councilwoman Quinn, Councilwoman Dickenson, the Mayor's office, the Borough President, the Public Advocate, and the New York State Bar Association about how my right to equal protection under the law had been stripped from me. **Mr. Wells couldn't have me appear as an innocent defendant in the same courthouse at the same time he was trying to paint me as a crazy fabricator in front of the judge to win a disorderly conduct conviction. So Mr. Baly was set free instead to punch NYPD officers (he was arrested a month later for assaulting an officer, arrested in November of 2012 for lewd acts on an Amtrak train, arrested in March of 2013 for trespassing and stalking, again in May, again in June and again in July of 2013. Conveniently Mr. Wells aided and abetted Mr. Baly in his crime spree against other women in the City of New York by tricking his fellow colleague into declining to prosecute Mr. Baly so that he could paint me as ugly as possible on a fresh courtroom canvas. Look: this is anathema. Re-read the above paragraph.** Mr. Wells wanted to win against me so badly that he had a colleague sit on a case against a man who clearly needed to be under psychiatric care and have his dopamine levels regulated and monitored all in the name of winning against me. Is this really a person you want in your office? This guy is the JAYSON BLAIR of the District Attorney's office and should be arrested himself for malicious prosecution, obstruction of justice, tampering with evidence and suborning perjury.

I encourage you to research the facts of my case with a fresh perspective. I believe you will find many illegal misdeeds and cover-ups along the way that Mr. Wells is responsible for. Make sure you have a barf-bag in front of you while you investigate: Mr. Wells will make you sick.

These are the true facts of the case. Why would Cyrus Vance want this guy's dirty work besmirching his legacy and his office? Please get this guy.

Case 1:15-cv-05871-KPF   Document 41-6   Filed 01/03/17   Page 7 of 32

Case 1:15-cv-05871-KPF   Document 21-6   Filed 09/02/16   Page 37 of 43
Case 1:15-cv-05871-LAP   Document 16-5   Filed 05/09/16   Page 27 of 55

February 2, 2015

Miss Kelly Price
534 w 187th st #7
New York, NY 10033
Via email

Mr. Jeff Schlanger
Chief of Staff
Manhattan District Attorney's Office
80 Hogan Place
4th Floor
New York, NY 10013
Via email: JShlanger@DANY.nyc.gov

Dear Mr. Schlanger:

I'm writing to provide comprehensive information, to make you aware and to PROPOSE A PATH FORWARD out of the devil's cauldron of gross negligence, deliberate malice, outright unprofessional, unethical and illegal activity taking place in the Manhattan District Attorney's office (and vis a vis "collaboration" within the NYPD at the direction of the MDAO) towards innocent crime victims seeking assistance/justice. The following is a brief regarding the handling of me as a victim of domestic violence, the deliberate pattern of denial of services unhanded to me as a victim of Domestic Violence and as a victim of street assaults in NYC and the continuing problems I've encountered with the MDAO and the NYPD in the wake of being falsely branded a "fabricator" when not one official sought to investigate the true facts of my complaints.

-The MDAO never investigated my claims of abuse. No one interviewed neighbors, had me sign HPPA forms, reviewed photos of injuries I sustained during battery, or even called me to ask about my complaints until MONTHS after I was accused of harassing my batterer by allegedly making false complaints of abuse, arrested, arraigned, charged, incarcerated in Rikers and had my constitutional rights violated.

-As I was labeled a "fabricator" I ended up on a "do not service list" kept by the NYPD/MDAO of persons whose complaints are not to be addressed by the police.

-My batterer is still walking free. Why?

-How many other women are denied services like welfare assistance, counseling and relocation/housing which are "signed-off" on by Family Justice Centers around the city that are literally embedded in DAs offices in each borough because they are dubbed "fabricators" without anyone ever investigating her/his/its claims? How many other women are DENIED access to the FJC services as I have been/still am?

-Because of my status as a "fabricator' in the eyes of the MDAO OTHER WOMEN IN NYC WERE STALKED, ASSAULTED, MASTURBATED ON, PREYED UPON AND HARASSED BY at least ONE MAN THE MDAO REFUSED TO ARREST FOR

1

CRIMES AGAINST ME.

The following information is broken down into five categories:

I.     Introduction/brief outline of events

II.     Rough timeline of events involving violence against me by Powell

III.     Events that led to the filing of Federal Civil Rights/Department of Justice, CCRB, IAB, DOI and OIG complaints vs. the MDAO and NYPD and details of those incidences.

IV.     Details of attacks on my person that the 28th precinct and other precincts in town refused to follow up on because they were told by the MDAO that I was no longer entitled to Police Services

V.     Moving Forward: the MDAO and Miss Price, the Business of Photojournalism in NYC and the way forward.

# I.  Introduction/Brief Outline of Events

a. My Birthname is Kelly Cathleen Price.  I Go by GRACE:  my beloved Grandmother's name.  She was a great New Yorker and when this episode in my life is over I plan on changing my name.

b. My SS# is 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

c. My DOB is 11/27/1970

d. Please find attached the final dispositions/Orders from NY Supreme Court to dismiss and seal docket #s 20075-2011 and 20111-2011 (Exhibit #7) as well as the original complaints against me (Exhibit #4 & 5).

e. I was Arrested on 5/6/2011 and 3/24/2011 by the 28th precinct and 9/24/11 by the 14th pct.

f. On 5/6/11 I was arrested by Detective Samuel Fontanez, shield #00311 of the 028 Detective Squad and on 3/24/11 by various detectives inside the Family Courthouse as I waited to appear in front of Judge Sattler to have my order of protection against my batterer renewed and then handed over to detective Flowers of the 28th precinct. I do not have Dt. Flowers' shield # and neither does the Pct. as he has since retired (I was informed this by the dt squad when I called to ask for the number for you).

g. I have included copies of emergency room reports and ambulance reports of some/most of the injuries I sustained.  I have also included a disc with images of my various injuries incurred on my person from assaults by my batterer, Raheem Andre Powell, his mother, Nancy R. Gaines and by members of the NYPD as well as people on the street.

h. As a domestic violence victim I went to the authorities, specifically, the 28th Pct. as I lived in that district, and then to Cyrus Vance's staff in the DA's office for help.  I began asking for assistance in the spring of 2010 and continued up until the winter of 2011.  I have a timeline with specifics detailing the interaction that I can provide.  Instead of anyone investigating my claims of abuse I was instead falsely accused and charged with crimes as I was labeled a "fabricator" my

2

complaints against him and communications I had with him were viewed as hundreds as counts of aggravated harassment and I was imprisoned. I was prosecuted by the Manhattan DAs office on 325 counts of aggravated harassment and one count of contempt of court. The complainant is a man who battered me for two years.

i. When I finally went to the police and the DAs office for help I was arrested instead, they refused to investigate my claims of abuse, and I ended up incarcerated on Riker's island regardless of the evidence in my favor: hospital records, eyewitnesses, 911 calls, photographs, permanent scarring, records for repairs of my front door and windows that were constantly being broken as he attempted to gain access to me in my apartment et al. After approximately two years of endless hearings in NY Supreme Court the DAs office offered me ACDs on the counts which I refuse to plead to as my batterer was walking free without a charge or restraining order against him. My civil rights have been violated in so many ways: I feel strongly that the pain, humiliation and anguish caused me need to be recognized. The people responsible for these malicious prosecutions and false arrests should be held accountable. This is virtually a horror-film script ripped from Hollywood: as an innocent crime victim when I turned to the authorities in my darkest, most desperate hour I was cast as a pariah, a liar, and as a femme fatale who allegedly injured herself in order to accuse her most beloved of the same crimes that he actually perpetrated. You allowed my batterer to manipulate the criminal justice system to continue his control over my suffering. My abuser did this with the assistance of officers of the MDAO and NYPD who willfully lapsed in their duties to investigate the circumstances of my injuries.

j. If this has happened to me it can and has happened to other women and I want to make sure it never does again.

k. The MDAO refused to investigate my claims of abuse: I have plenty of proof that this disregard for the obligation to investigate occurred in my case. I received call from DA Strohbehn on February 2, 2011.  She told me I have "less than an hour" to get downtown to her office regardless of the difficulty in travelling that day as the city had been blanketed by a blizzard the previous evening. When I arrived at her office she had me wait in the Safe Horizon office for over two hours. When she greeted me she withdrew her right hand as I outstretched mine to shake hers as is common in professional and official circumstances to do. She led me brusquely down the hall of the 2nd floor she and Det. Simmons and another Dt from the 28th pet pepper me with questions about how I came to own a car, how I earned a living, and accuse me of answering my phone earlier in the day "with a fake accent." They proceeded to call me a liar and refuse to look at any material I had that proved I was telling the truth. ADA Strohbehn informed me she was declining to prosecute Raheem, and informed me that if I make another report against RAHEEM that she will 'lock me up and throw away the key." She also informed the 28th precinct that she will personally handle all of my "police service needs" and if I have "a bullet-hole in my head that they are to call her first before responding to any call from me." She informs me that she has already assisted Raheem in drawing up a Family Court petition to attain a counter restraining order against me in order to press counter-claims of harassment against me. She further instructs me that even though I haven't been

served that I am to show up in family court the next morning to respond to Raheem's charges. She tells me I will be charged with contempt of court if I do not show up "as she as an officer of the court was ordering me to appear even though there was no time to serve me with a subpoena (sic)." She tells me her only concern is that "an innocent black man has been sitting in jail for 24 hours..." I ask to speak with her supervisor to show her my proof and have my neighbors interviewed etc. and Ms. Strohbehn informs me that "she already checked with her supervisor (Audrey Moore) and that she has been given carte blanche to deal with me with finality." I am instead thrown out of her office. My landlord and others try to speak with Ms. Strohbehn to introduce investigatory evidence and she rebuffs them (please see attached letters from landlord, Adam Gargani, My neighbors Marilyn Benetatos et al about Ms. Strohbehn's and ADA Kenya Wells' refusal to investigate.

1. The conduct on which I base my complaints about the MDAO and NYPD includes (but is not limited to):

    a. **stripping me of my First Amendment Rights to petition the Government** for redress of grievances

    b. **knowingly keeping me under unreasonable seizure for an elongated period of time during my false arrest and drawn-out prosecution lasting approximately two years (during which the seizure continued) denying me my Fourth Amendment right against unreasonable searches and seizures**

    c. eschewing my Eighth Amendment rights by denying me police services asserting excessive and unusual punishment

    d. Denying my Sixth Amendment right to a speedy trial

    e. Depriving me of my Fourteenth Amendment rights to not be deprived of life, liberty or property without due process of the law

    f. denying me my Sixteenth Amendment right to equal protection under the law.

    g. The Causes of Action include but are not limited to: Malicious Prosecution, Intentional Infliction of Emotional Distress, Abuse of Process, Actual and Constructive Fraud, Negligent Misrepresentation, Denial of Due Process and a Fair Trial (under 42 U. S. C 1983), Deprivation of Liberty, Negligent Hiring, Training and Supervision as the MDAO, the NYPD & the City of New York: (1) unjustifiably denied me any police services; 2) refused to investigate my claims of violent physical abuse (3) instructed for my arrest me without probable cause; (4) maliciously prosecuting me for crimes against my batterer under the false pretense that I had made up my claims of abuse (5) conspired to present falsified evidence to, and to withhold exculpatory evidence from, a seated family court judge (JUDGE SATTLER) and seated NY Supreme Court judge (JUDGE DAWSON); (6) deliberately suppressed material evidence of the true nature of my status as a domestic violence survivor from the trial file; and (6) manufactured evidence that I was a "Fabricator" who insinuated her own

4

injuries on herself. 7) Thwarted my right to due process by insinuating I was in fact a violent abuser and not a crime victim in open court. 8) Conspired to manufacture evidence/perjury.

2. I was arrested and charged with 325 counts of aggravated harassment and one count of Contempt of Court as I sat in front of a family court judge (Judge Sattler on March 8, 2011) as I was trying to get a restraining order extended against my violent batterer. I served between eight to ten days incarcerated in the tombs and on Rikers Island and years repeatedly going back to court monthly--sometimes more often--to stand accused by a system that should have been prosecuting my batterer. But he walked free.

3. The cases against me were eventually ordered dismissed and sealed on July 24, 2012 by the I-DV division of NY Supreme court I was never given an explanation as to why or even permitted to stand in front of the judge and add something onto the record about my disgust and despair at the way I was treated by the Police and the DA's office. My batterer was walking free: everyone in my community was looking at me in strange ways and distancing himself or herself from me. Others openly confronted me in the neighborhood: I was assaulted by various people who had known my batterer for decades who had heard swirling rumors fueled from the actions of the 28th precinct. For two years the pallor of serious criminal charges hung over me: the threat of incarceration for many years and the complete alteration of the life I had built for myself. I was not about to take a plea that admitted any sort of guilt for crimes of any kind. I was the one who had gone to the MDAO and the police for help.

4. I feel strongly that the MDAO can choose to decline to prosecute a batterer if they don't have enough proof to bring charges against him/her but this is not what happened in my situation. They flat-out denied any investigation of my claims of abuse even though there was plenty of evidence supporting my story. I have advocated for myself and had representatives from the Mt. Sinai/St. Luke's Roosevelt Hospital's Crime Victims Center, Connect NYC, Senator Gillabrand's, Public Advocate Leticia James, and Council Speaker Quinn and other Domestic Violence Advocacy groups review my case and lobby on my behalf as well. There is a mountain of evidence and the Domestic Violence community in town has been supportive of me. The 'authorities' never interviewed neighbors (and even lied about this), never looked at or compared photos of my severe injuries to hospital emergency room reports, and refused to collect/accept other evidence such as 911 calls, receipts for repair work for broken windows or doors that have been kicked down as well as other evidence that proves that constant battery had taken place. They accused me of fabrication without even knowing or seeking to examine the facts and then initiated an elongated, over-zealous, and incorrectly-charged criminal prosecution of me based on the belief that I was a fabricator. This is anathema at best and police/ prosecutorial misconduct at worst.

5. I spent tens of thousands of dollars defending myself and my life has been turned upside-down as a result of the accusations levied at me. I have fallen into financial ruin, can't get a job and have a debilitating psychological disorder as a result of the battery and re-victimization by the "judicial" system.    I have been diagnosed with Complex Post Traumatic Stress Disorder by Psychiatrists and social workers at the Mt. Sinai/St. Luke's Roosevelt Crime Victims Center where I have been in treatment for over two years and by members of the James B. Zadroga 9/11 Survivors' Federal Healthcare program at Bellevue Hospital.

5

6. Since the time of my troubles with the 28th pct. and DAs office I have been attacked many times in NYC in various forms and each time I call the police I am told that I am no longer entitled to Police services as per the edict of the Manhattan District Attorney's office. This is a violation of my 14th amendment rights to equal protection under the law, my first amendment right to redress the government for grievances, and my fifth amendment right to due process.

7. On several occasions I was beaten and went to the 28 pct. bloodied and bruised and was told by desk Sergeant Agron at the 28th pct. that I was not allowed police services. The DAs office has continued their posture that I am a fabricator even after charges have been dismissed against me and continued to inform the NYPD not to take any complaint from me in violation of my Constitutional rights. When I have been assaulted and complaints have been made the DAs office has instructed the precinct involved not to pursue charges against the perp. This has happened on numerous occasions notably: 6/3/2013, 5/17/13, 10/17/12, 07/27/12: (incident #2012-020-2969 described above), 7/14/12, 4/17/12, 1/20/12, 12/1/11, 8/13/11, 8/4/11, 8/2/11. I can provide incident IDs that were never followed up on, proof that the officers refused to even take a report, or Jaywalking tickets issued to me for the latter date when officers from the 28th pct. engaged in outright harassment of me (e.g. Docket Number 2013SN053520 was dismissed on 8/27/2013). Most frustrating is that the police have been instructed not to assist me or to prosecute those who do harm to me. The 28th pct. constantly harassed me when they saw me in the neighborhood. In June of 2013 I was en route to the train passing the precinct and the detectives yelled out my name from the second-story squad window and then proceeded to MOO at me as if I am a Cow. Other times the cruisers pass me on the street and make sucking sounds at me (insinuating sexual acts with their crude verbosity,) other times they would pull their cruisers over and slap me with a jaywalking ticket even when I wasn't jaywalking.

8. The emotional pain and suffering from these events is overwhelming. I've lost everything I worked for: most beloved was my personal identity, my career and my sense of place in life. I was at one time trusted and loved professionally until my world fell apart because of this mess. I more than anything want my name back and I want to continue to do the good work I was producing. I struggled to build a beautiful life for myself. Now I'm trying to put the pieces of my life together but nothing is easy and my troubles seem to compound as time slips by.

9. I would appreciate you taking the time to look over some of the links I've provided below so you can get an idea of the high-level I used to operate at vs. where my life is now because of the malicious mis-handling of my case. The links are to examples of news production I did and to the kinds of people who trusted me with their lives. I ran the world's top photojournalists in and out of war zones and covered top stories on all fronts for the past decade. I had achieved a high level of respect and admiration based on trust and love. Now my life is literally in tatters. Credibility is key to the journalistic community and the pallor of criminality still follows me as a result of the bad arrests and prosecutions concocted for me between the NYPD and the DAs office.

6

10. I began the careers of many journalists such as David Rochkind: his work on the drug wars in South America spans a decade of reportage we produced together. The Guardian just did a review of his book co-produced with the Pulitzer Center:
    a. http://www.guardian.co.uk/artanddesign/photography-blog/2013/jan/25/mexico-drug-war-photographer-david-rochkind?intcmp=ILCMUSTXT9384

11. Scout Tufankjian was asked to be President Obama's White House Photographer after her comprehensive coverage of his 2008 campaign. I was Scout's editor who stewarded all of her work with the campaign: Scout even mentions me as the reason for her success when interviewed on the Charlie Rose show:
    a. http://www.charlierose.com/view/interview/10026
    b. http://www.scouttufankjian.com/#/yes-we-can---the-book

12. Photographers such as Max Becherer, Christoph Bangert, Johan Spanner and Mitchell Prothero needed help getting into Iraq to work. I not only got them safely in and out of the country hundreds of times I trained them on how to operate while there and subsequently all became full-time freelance staffers at the NYT House in Baghdad kicking-off their careers as war photographers.
    a. http://maxbecherer.com/#/the-dark-days-iraq/01182013_Becherer_IraqDark001

13. Exclusive access inside the home of Benazir Bhutto in Pakistan while she was placed under house arrest by the Pakistani government upon her return after years in exile a week before her assignation:
    a. http://www.time.com/time/photogallery/0,29307,1683694_1485358,00.html

14. I worked with Stephanie Sinclair who gained a never- before-seen intimate portrayal of the family of polygamist Warren Jeffs for the NYT Magazine (Winner of National Magazine Award for Best Cover Story, 2009)
    a. http://www.childbrides.org/raid_NYTimes_children_of_God.html

15. Here are links to some of my 9/11 photos I took myself as I fled away from the falling towers:

16. http://digitaljournalist.org/issue0609/watching-the-world-change.html

17. http://www.amazon.co.uk/102-Minuten-erz%C3%A4hlte-Geschichte-%C3%9Cberleben/dp/3492250521/ref=sr_1_11?s=books&ie=UTF8&qid=1363704757&sr=1-11

18. http://www.nytimes.com/2001/09/23/arts/the-aftermath-peering-into-the-abyss-of-the-future.html

19. http://www.time.com/time/magazine/article/0,9171,1053663,00.html

20. http://www.thetimes.co.uk/tto/news/uk/jubilee/article3353131.ece

21. I worked with photojournalist Evelyn Hockstein on many stories including the origin of a new deadly super-virus in Angola:
    a. http://www.nytimes.com/2005/04/17/international/africa/17angola.html?_r=0

22. I positioned photojournalist Robert Stolarik in NOLA days before hurricane Katrina and more than supported his efforts to document the events during and after the storm: We won many awards that year and Robert's coverage secured him a staff position at the NYT: http://www.nypress.org/KATRINA/index.html

23. There are literally thousands of other pieces I could show you but the above offers a glimpse I think into the life of the person I once was before being cast as a pariah by the people sworn to protect me. Please help me make sure this doesn't happen to other women in NYC and to help me move forward and try to restore myself the status I occupied before the malicious arrests and prosecutions.

7

# NYC Social Media Customer Use Policy

✉ Sign up for Email Updates

Search NYC.gov for

[Go]

Advanced Search

## Customer Use Policy

New York City engages customers through many digital outlets, including NYC.gov and 311 Online. Communicating with the City through social media further enables customers to contact the City in a direct and meaningful way.

Please be aware that when engaging with the City of New York over social media, you are agreeing to the following:

## Commenting on an NYC Social Media Site

New York City agencies share information, images and video with the public through external social media websites. Comments made by the public to these sites are reviewed and, while comments will not be edited by City personnel, a comment may be deleted if it violates the comment policy described here.

- Comments should be related to the posted topic for the City's social media page or post. New York City agency social media accounts are not meant for comments that do not directly relate to the purpose or topic of the social media website or for service requests. For general comments or communications concerning an agency, please contact the agency's Commissioner on www.NYC.gov. For service requests, please contact www.NYC.gov/311.
- You are subject to the Terms of Service (TOS) of the host site. Information (photos, videos, etc.) you share with or post to official New York City agency pages is also subject to the TOS of the host site and may be used by the owners of the host site for their own purposes. For more information, consult the host website's TOS.
- NYC social media accounts are not open to comments promoting or opposing any person campaigning for election to a political office, or promotion or advertisement of a business or commercial transaction.
- The use of obscene, threatening or harassing language is prohibited.
- Personal attacks of any kind or offensive comments that target or disparage any ethnic, racial, age, or religious group, gender, sexual orientation or disability status are prohibited.
- Comments advocating illegal activity or posting of material that violates copyrights or trademarks of others are prohibited.
- This comment policy is subject to amendment or modification at any time.

## User-Created Content

Users are welcome to submit or post content, including photographs and videos, to an official New York City site where the agency allows users to post content, the content meets the standards articulated in this Customer Use Policy and pertains to the subject of the social media site. Users may only post their own, original content. Reproduced or borrowed content that reasonably appears to violate third party rights will be deleted.

## Reasonable Accommodation

To request a reasonable accommodation when accessing New York City social media sites, please contact the Mayor's Office of Disabilities by calling 212-788-6721.

## Questions or Concerns

Questions or concerns regarding New York City's social media activity, the City's social media policy and/or this Customer Use Policy should be submitted online.

Copyright 2013 The City of New York

Contact Us | Privacy Policy | Terms of Use

*Exhibit # 9 Pg 1*

## CRIMINAL COURT OF THE CITY OF NEW YORK

## COUNTY OF  NEW YORK

## ADJOURNMENT SLIP

DEFENDANT NAME: PRICE, KELLY C.

DOCKET NUMBER: 2013SN053520

YOU ARE TO APPEAR IN COURT ON ___08/27/2013___ , IN PART
___SAP___ , _____346 BROADWAY_____ ___09:00___ A.M./P.M.

IF YOU FAIL TO APPEAR, A WARRANT MAY BE ISSUED FOR YOUR ARREST.

BRING THIS NOTICE WITH YOU.

---

## TRIBUNAL CRIMNAL DE LA CIUDAD DE NEW YORK

## CONDADO DE  NEW YORK

## A VISO DE APLAZAMIENTO

NOBRE DE EL ACUSADO: PRICE, KELLY C.

NUMERO DE INSCRIPCION: 2013SN053520

USTED DEBE COMPARECER AL TRIBUNAL EL ___08/27/2013___ , EN LA
SALA ____SAP____ , EN _____346 BROADWAY_____ .
A LA(S) _09:00_ A.M./P.M.

SI USTED NO COMPARECE, UNA ORDEN DE DETENCION PODRIA SER
EMITIDO PARA USTED.

TRAIGA ESTA NOTIFICION CUANDO VENGA AL TRIBUNAL.



from:gracieegorgeous to:nycagainstabuse - Twitter Search

🐦 Home   ⚡ Moments          from:gracieegorgeous to:nycagain 🔍    Have an account? Log in ⌄

# from:gracieegorgeous to:nycagainstabuse

TOP   LATEST   PEOPLE   PHOTOS   VIDEOS   MORE ⌄

**New to Twitter?**

Sign up now to get your own personalized timeline!

Sign up

**Worldwide Trends**

**#MCJunior**
31.8K Tweets

#شي_تحبه_بحرف_الباء
20.1K Tweets

**Aldo**
19.1K Tweets

**Arsenal**
433K Tweets

**#BBB17**
11.4K Tweets

#كلمه_شهيره_عند_امك
12.8K Tweets

**Coachella**
337K Tweets

**Charles Manson**
13.4K Tweets

**#CBBUK**
23.4K Tweets

**Chris Brown**
390K Tweets

© 2017 Twitter  About  Help  Terms
Privacy  Cookies  Ads info



**K Grace Price** @GracieeGorgeous · 7 Aug 2015
@NYCagainstabuse  FACT: 75% of women in prison are domestic violence survivors. Why? d.shpg.org/140683893t?ref... @JailsAction

🔁   •••



**K Grace Price** @GracieeGorgeous · 29 Jun 2015
@NYCagainstabuse WHAT DO THOSE WHO ALLEGEDLY TRAFFICKED A 13 yo Orthodox girl from BKLYN & my batterer SHARE? goo.gl/L2bqdd #MONELL

🔙   🔁   •••



**K Grace Price** @GracieeGorgeous · 19 Jun 2015
@nycagainstabuse gorgeous212.tumblr.com/post/121944309...

🔙   🔁   •••

↰ In reply to Office to Combat DV

**K Grace Price** @GracieeGorgeous · 5 Dec 2014
@NYCagainstabuse you DM'd me three days ago, asked for my number and said someone would be in touch??? STILL NOTHING. crickets.

🔙   🔁   •••

↰ In reply to Office to Combat DV

**K Grace Price** @GracieeGorgeous · 1 Dec 2014
@NYCagainstabuse I cant reply to your DM bc you dont follow me.

🔙   🔁   1   •••

↰ In reply to Office to Combat DV

**K Grace Price** @GracieeGorgeous · 1 Dec 2014
@NYCagainstabuse where do we go when wrongly dubbed as "fabricators" by #MYNYPD & @manhattanda & denied entrance to Family Justice Centers?

🔙   🔁   •••

↰ In reply to Office to Combat DV

**K Grace Price** @GracieeGorgeous · 3 Nov 2014
@NYCagainstabuse  Many more women could have benefitted from services at a FJC but were barred bc they were falsely labeled "fabricators."

🔙   🔁   •••

↰ In reply to NYPD 28th Precinct

**K Grace Price** @GracieeGorgeous · 10 Oct 2014
@NYCAGAINSTABUSE @NYPD28Pct  victims be wary of the 2-8; their "Help" put me #Rikers & my abuser walked chn.ge/1lfKJZd #JAILSACTION

🔙   🔁   •••

🐦
Back to top ↑

from:gracieegorgeous to:nypd28pct - Twitter Search

🐦 Home    ⚡ Moments          | from:gracieegorgeous to:nypd28p 🔍 |    Have an account? Log in ▾

## from:gracieegorgeous to:nypd28pct

TOP    LATEST    PEOPLE    PHOTOS    VIDEOS    MORE ⌄

**New to Twitter?**
Sign up now to get your own personalized timeline!

**Sign up**

**Worldwide Trends**

**#MCJunior**
31.8K Tweets

#شي_تحبه_يحرف_الباء
20.1K Tweets

**Arsenal**
432K Tweets

**Aldo**
16.9K Tweets

#كلمه_شهيره_عند_امك
12.4K Tweets

**Coachella**
337K Tweets

**#BBB17**
10.9K Tweets

**#CBBUK**
23.4K Tweets

**Charles Manson**
13.4K Tweets

**Chris Brown**
390K Tweets

© 2017 Twitter  About  Help  Terms
Privacy  Cookies  Ads info

**K Grace Price** @GracieeGorgeous · 14 Oct 2014
@NYPD28pct "Caller has checked the NYC municipal policy on blocking & they can only block a person if they were abusive" @CommissBratton

↰  ⇄  ···

**K Grace Price** @GracieeGorgeous · 14 Oct 2014
@NYPD28Pct bad cops: Obe, Agron, Simmons (ret), Flowers(ret), Fontanez, Williams, D'Amato, Good cops: Sol, Walker, Harrison, LaRocca(ret)

↰  ⇄ 1  ···

↰ In reply to NYPD 28th Precinct

**K Grace Price** @GracieeGorgeous · 14 Oct 2014
@NYPD28pct make sure if you leave your car unattended that you At least pick up a nice pair of earrings 4 Inspector Obe! She prefers silver.

↰  ⇄ 1  ···

↰ In reply to NYPD 28th Precinct

**K Grace Price** @GracieeGorgeous · 14 Oct 2014
@NYPD28Pct @NYCagainstabuse as a PUBLIC OFFICIAL your job is to listen to the people in your pct insp OBE.  Blocking #DV survivors = shallow

↰  ⇄ 1  ···

↰ In reply to NYPD 28th Precinct

**K Grace Price** @GracieeGorgeous · 14 Oct 2014
@NYPD28Pct @NYCagainstabuse @ManhattanDA @CommissBratton @SFFNY great choice to lead the corrupt & dirty 28th pct! Insp. Obe fits right in!

↰  ⇄ 1  ···

**K Grace Price** @GracieeGorgeous · 5 Feb 2016
@nypd28pct note how even #harriettubman turns on her heels & RUNS from pct! Shouldn't she be headed North?

/search?q=from%3Agracieegorgeous%20to%3Anypd28pct&src=typd

Case 1:15-cv-05871-KPF   Document 41-6   Filed 01/03/17   Page 23 of 32

🐦 Home    ⚡ Moments

from:gracieegorgeous to:nypd28p 🔍    Have an account? Log in →





**K Grace Price** @GracieeGorgeous · 29 Jun 2015
@nypd28pct WHAT DO THOSE WHO ALLEGEDLY TRAFFICKED A 13 yo
Orthodox girl from BKLYN & my batterer SHARE? goo.gl/L2bqdd #MONELL



**K Grace Price** @GracieeGorgeous · 5 Jun 2015
@NYPD28pct Women of @newyorkcity BEWARE U aren't SAFE when U turn 2
#MyNYPD & @ManhattanDA 4 help w/#domesticabuse  bit.ly/1MbIXkC

↩ In reply to NYPD 28th Precinct



**K Grace Price** @GracieeGorgeous · 14 Oct 2014
@NYPD28Pct @NYCagainstabuse PUBLIC OFFICIALS USING TWITTER
ACCNTS TO SERVE THE PUBLIC SHOULD NOT BLOCK USERS WHO VOICE
VALID COMPLAINTS OBE

↩    🔁 1    •••

↩ In reply to NYPD 28th Precinct



**K Grace Price** @GracieeGorgeous · 14 Oct 2014
@NYPD28Pct @sffny nice selection INSP OBE! Any extra time to respond to the
letter I sent 2 your precinct about #DV?

from:gracieegorgeous to:nypd28pct - Twitter Search



🐦 Home    ⚡ Moments

↩ 1

↩ In reply to NYPD 28th Precinct

**K Grace Price** @GracieeGorgeous · 14 Oct 2014
@NYPD28Pct @sffny ATTN Insp OBE:  link 4 #DomesticViolence prevention
leads to a JEWELRY MALL. Your selection is nice ow.ly/Cdl1G

↩ 1    •••

Back to top ↑



## Sanctuary for Families

Center for Battered Women's Legal Services
30 Wall Street, 8th floor
New York, NY 10005
Tel. 212.349.6009  Fax 212.566.0344
www.sanctuaryforfamilies.org

May 3, 2016

Public Allies
50 Broadway, Suite 2400
New York, New York 10004

Dear Public Allies:

I am the Director of Sanctuary for Families Center for Battered Women's Legal Services ("Sanctuary's Legal Center"). With 45 attorneys and more than 500 pro bono attorney partners, Sanctuary's Legal Center is the largest legal services program dedicated to the needs of survivors of gender violence in the country. I write in enthusiastic support of Kelly Grace Price's application to become a Public Ally. A survivor of both domestic violence and sex trafficking, and of our justice system's failure to protect survivors of these abuses, Kelly Grace Price, whom I know as Grace, has transcended unspeakable violence to become a fiercely powerful and highly effective advocate for some of the most marginalized and vulnerable women and girls in our city.

I first met Grace after a New York City Bar Association panel in the summer of 2015 addressing sex trafficking in New York City. After the discussion, which featured the Manhattan District Attorney, Cyrus Vance Jr., the Chief of Counter-terrorism for the New York City Police Department, John Miller, and former Chief Judge for the New York State Courts, the Honorable Jonathan Lippmann, Grace hovered outside the auditorium as the attendees, mostly professionals who work in trauma, trafficking, sexual assault and battered women's services, filed down the stairs. Clad in black and sad-eyed, Grace politely posed a provocative but accurate question to us, "How come all three speakers were Pale Males?" She offered politely to our group with sad eyes. Who are you?" I asked out her, as her comment reflected my own thoughts. "I'm Grace," she replied, "And I don't think Cy Vance would know a trafficking survivor if he ran one over with his police escort." Thus began my interaction with one of the most gifted and committed activists with whom I have had the privilege of assisting and collaborating.

As mentioned above, Grace has been subjected to domestic violence and trafficking in a pattern that we encounter frequently among clients at Sanctuary's Legal Center: an abusive predatory boyfriend becomes a trafficker. When Grace was finally able to seek protection from the justice system, however, rather than obtaining the protection she desperately needed she was revictimized by the very system that was supposed to protect her. Not only was she arrested and prosecuted under a section of the penal code that was subsequently struck down as unconstitutional, she was jailed for more than fifteen days on Rikers Island—a searing experience that exponentially increased her trauma. I have seen many cases over the years in which survivors have been revictimized by the criminal justice system but few have been as severe as Grace's.

Since that time Grace has drawn on reserves of strength and resilience to patiently and meticulously rebuild her life, preserving to ensure that what happened to her does not happen to others when they turn to the authorities for help in their darkest, most desperate moments. Since that time she has dedicated her life to the voiceless and the hopeless who like her have been refused recognition as victims and survivors of trauma/abuse. After spending weeks awaiting bail at Rikers and seeing the reality of who is confined there and how they are treated she has dedicated every waking moment to addressing the inhumane conditions on that island jail complex. It was apparent to Grace that over 75 percent of the women in the Rose M. Singer Center were survivors of either domestic violence and/or trafficking and that the crimes they were accused of often arose out of these horrific circumstances. Instead of moving on with her life, she chose to try to do something about them.

Judy Harris Kluger
EXECUTIVE DIRECTOR

BOARD OF DIRECTORS
William F. Gorin
PRESIDENT

Melissa Berger
Jeanne M. Lubola
Gregory P. Pressman
VICE PRESIDENTS

Jill Markowitz
SECRETARY

Mary Cannon
TREASURER

Erin M. Correale
Cathy A. Cramer
Blair A. England
Christopher J. Eykyn
George M. Lazarus
Holly Lipton
Janice Mac Avoy
Randy M. Mastro
Jenifer Wells Megalli
Heather Kennedy Miner
Petal Modeste
Courtney Wilson Monahan
Christopher Nordquist
Barry R. Ostrager
Pearl S. Pell
Alice Peterson
Sarah Muhl
Cynthia B. Rubin
Anita M. Sands
Michael J. Sharp
Pamela Shifman
Kathrine Stein
Christopher K. Tahbaz
Grace Wang
Lisa M. Wolman

PRESIDENT'S COUNCIL
Stephanie Ferdman*
CHAIR

Lynn F. Beller
Gilman S. Burke
Nina Kressner Cobb
Sarah Goldhill
Kareena Gore
Theresa Ann Havell*
Rita A. Hernandez
Carole S. Hochman
Dane E. Holmes
John R. Horan*
Anita Kawatra
Toby Koren
Mary Ann Mailman*
Lauren Manning
Loretta McCarthy*
Leslie Perkins
Donna Bonem Rich
Susan Sokol
Barbara Stimmel
Diana L. Taylor
David T. Washburn
Judy Weill
Catherine L. Woodman*
Audrey Y. Zucker

* PAST BOARD PRESIDENT

Back in 2012 Grace began a campaign to remove all women off of Rikers, long before this topic was a headline in our newspapers. She has become a stalwart member of the NYC Jails Action Coalition, where she has steadily worked towards her goal, organized, built relationships with religious leaders, social justice leaders, and local, state and federal politicians. Indeed she has established herself as a driving force behind criminal justice reform in the areas of prosecutorial immunity, survivors' rights and secondary victimization, all while recovering and living on public assistance in a tiny SRO studio apartment in Washington Heights.

Grace's work to end the crisis of rape and sexual assault in our City jails has picked up momentum in recent months. The NYC Board of Correction has finally agreed to begin implementing rules to address the Federal Prison Rape Elimination Act this spring after almost a full year of forceful advocacy from Grace and her organization. From our past experience we know that the draft of a rule change to the minimum standards that comprise the Department of Correction's charter takes many months to revise, more to affirm positively with a vote, and even more to implement. Grace's work dedicated to reducing harm in our City jails and to giving victims like her, who were written-off as mentally ill, derelict, fabricators, is a profound reflection of who she is: without having regained her full rights and without having been restored to the status she enjoyed before her life was turned upside down, she fights for others who are more helpless and more desperate. What a testament this is to her strength of character!

Please help Grace to continue her work: in assisting her to restore the voices of the voiceless victims and survivors on Rikers, she has found her own again, and what a powerful and eloquent voice it is. By enabling Grace to continue and intensify her forceful and urgently needed advocacy for the most marginalized and vulnerable victims of gender violence, those who have been revictimized by our justice system, you will be empowering one of New York City's most formidable and dedicated public allies.

Sincerely yours,

Dorchen A. Leidholdt, Esq.
Director
Center for Battered Women's Legal Services
Sanctuary for Families

Price began the careers of many journalists such as David Rochkind: his work on the drug wars in South America spans a decade of reportage produced together. The Guardian just did a review of his book co-produced with the Pulitzer Center: http://www.guardian.co.uk/artanddesign/photography-blog/2013/jan/25/mexico-drug-war-photographer-david-rochkind?intcmp=ILCMUSTXT9384

 Scout Tufankjian was asked to be one of President Obama's Photographers after her comprehensive coverage of his 2008 campaign. Price was Scout's editor who stewarded her work with the campaign: Scout even mentions Price as the reason for her success when interviewed on the Charlie Rose show: http://www.charlierose.com/view/interview/10026 and thanks her in the forward and back cover of her best-selling book "Yes we Can":  http://www.scouttufankjian.com/#/yes-we-can---the-book.

Kate Brooks was one of the many photographers Price worked with and wrangled into difficult areas of the world to cover wars throughout the Mideast as well as children's' and women's' issues http://lightbox.time.com/2011/09/19/in-the-light-of-darkness-a-photographers-journey-after- 911/#12

Photographers such as Max Becherer, Christoph Bangert, Johan Spanner and Mitchell Prothero needed help getting into Iraq to work. Price not only got them safely in and out of the country dozens of times but initiated them on how to operate while there and subsequently most became full-time staffers at the NYT House in Baghdad: http://maxbecherer.com/#/the-dark-days-iraq/01182013_Becherer_IraqDark001

Price helped to position exclusive access inside the home of Benizir Bhutto in Pakistan while she was placed under house arrest by the Pakistani government upon her return after years in exile a week before her assignation:  http://www.time.com/time/photogallery/0,29307,1683694_1485358,00.html

Price worked with Stephanie Sinclair on several stories including a never-before-seen intimate portrayal of the family of polygamist Warren Jeffs for the NYT Magazine (Winner of National Magazine Award for Best Cover Story, 2009) http://www.childbrides.org/raid_NYTimes_children_of_God.html

Price is a 9/11 survivor whose work was published around the world:  now that she has
lost credibility she has difficulty distributing her photos taken on 9/11 for which
she made yearly income:

http://digitaljournalist.org/issue0609/watching-the-world-change.html

http://www.amazon.co.uk/102-Minuten-erz%C3%A4hlte-Geschichte-%C3%9Cberleben/
dp3492250521ref=sr_1_11s=books&ie=UTF8&qid=1363704757&sr=1-11

http://www.nytimes.com/2001/09/23/arts/the-aftermath-peering-into-the-abyss-of-the-
future.html

http://www.time.com/time/magazine/article/0,9171,1053663,00.html

http://www.thetimes.co.uk/tto/news/uk/jubilee/article3353131.ece


Price positioned photojournalist Robert Stolarik in NOLA days before hurricane Katrina
and more than supported his efforts to document the events during and after the storm:
Stolarik won many awards that year and Robert's coverage secured him a staff position
at the NYT: http://www.nypress.org/KATRINA/index.html