USM5W
SDNY

Sent to:
Atth Hon Judge Polk-Failla
Urban Justice Center
40 [illegible] Street
[signature]
NY, NY 10038