UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x
**KELLY PRICE**,

                                      **Plaintiff,**

                                                        <u>NOTICE OF APPEARANCE</u>

    **-against-**

                                                          15-CV-5871 (KPF)

**SIMMONS**, *et al.*,

                                      **Defendants.**
------------------------------------------------------------------------ x

        **PLEASE TAKE NOTICE** that **Elissa B. Jacobs**, Senior Counsel, hereby appears as counsel of record on behalf of Zachary Carter, Corporation Counsel of the City of New York, attorney for defendants Inspector Olufunmilola Obe and Selvena Brooks effective January 11, 2017.

Dated: New York, New York
         January 11, 2017

                                                  ZACHARY CARTER
                                                  Corporation Counsel of the City of New York
                                                  *Attorney for defendants Inspector Obe and*
                                                  *Selvena Brooks*
                                                  100 Church Street
                                                  New York, New York 10007
                                                  (212) 356-3540

                                       By:        /s/
                                                  Elissa B. Jacobs
                                                  Senior Counsel
                                                 Special Federal Litigation Division

cc:    VIA MAIL
       Kelly Price
       *Plaintiff Pro Se*
       534 W. 187th Street
       Apt. 7
       New York, N.Y. 10033