UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
**KELLY PRICE,**

                              **Plaintiff,**          **STATEMENT OF**
                                                         **WAIVER OF SERVICE**
      **-against-**                                                     **OF SUMMONS**

**SIMMONS,** *et al.*,

                              **Defendants.**       15-cv-5871 (KPF)

-------------------------------------------------------------------x

Pursuant to Rule 4(d) of the Federal Rules of Civil Procedure, defendant Selvena Brooks agrees to waive service of summons in this case, and unless otherwise ordered by the Court, defendant Brooks shall answer or otherwise respond to the Complaint within sixty (60) days from the date of this waiver.

Dated: New York, New York
          January 11, 2017

                                              ZACHARY W. CARTER
                                              Corporation Counsel of the City of New York
                                              *Attorney for defendant Selvena Brooks*

                        By:        /s/_____
                                     Elissa B. Jacobs
                                     Senior Counsel
                                     Special Federal Litigation Division
                                     New York City Law Department
                                     100 Church Street
                                     New York, New York 10007
                                     (212) 356-3540

cc:    **BY FIRST CLASS MAIL**
      Kelly Price
      *Plaintiff Pro Se*
      534 W. 187th Street
      Apt. 7
      New York, N.Y. 10033