MANDATE

S.D.N.Y.-N.Y.C.
15-cv-5871
Failla, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

———————

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 9th day of January, two thousand seventeen.

Present:

Dennis Jacobs,
Robert D. Sack,
Susan L. Carney,
        *Circuit Judges*.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: February 2, 2017

Kelly Price,

        *Plaintiff-Appellant*,

        v.                                                           16-3656 (L),
                                                                      16-3763 (Con)

Detective Linda Simmons, Individually, and as an employee of the New York City Police Department, et al.,

        *Defendants-Appellees*.

———————

Appellant, pro se, moves for in forma pauperis status in the above-captioned appeals. This Court has determined sua sponte that it lacks jurisdiction over these appeals because final orders have not been issued by the district court as contemplated by 28 U.S.C. § 1291. *See Coopers & Lybrand v. Livesay*, 437 U.S. 463, 467 (1978). Upon due consideration, it is hereby ORDERED that the appeals are DISMISSED. It is further ORDERED that Appellant's motions are DENIED as moot.

                              FOR THE COURT:
                              Catherine O'Hagan Wolfe, Clerk

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 02/02/2017