

**ZACHARY W. CARTER**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**ELISSA B. JACOBS**
phone: (212) 356-3540
fax: (212) 356-3509
ejacobs@law.nyc.gov

February 14, 2017

**BY ECF and E-Mail**
Honorable Katherine Polk Failla
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, New York 10007
Failla_NYSDChambers@nysd.uscourts.gov

Re: Price v. Simmons, et al.,
15-CV-5871 (KPF)

Your Honor:

      I am a Senior Corporation Counsel in the New York City Law Department and the attorney assigned to represent the City of New York, Inspector Obe, and Ms. Brooks in the above-captioned matter.[1] I write to provide the Court a status update regarding the releases we have requested from the plaintiff. Plaintiff has contacted us this afternoon to provide her with another copy of the releases. We have previously sent plaintiff releases three separate times.

      By way of background, plaintiff alleges in her Amended Complaint, that two individuals, identified as a "John Doe" and "Jane Doe" took her to Bellevue Hospital on or about July 2 or 3, 2015. In order to identify these individuals and defend the claim, we require releases for information regarding her detention and/or hospitalization. Our Office mailed a request for plaintiff to provide this office with a release, pursuant to C.P.L. 160.50/55 as well as a HIPAA release, on or about October 21, 2016, and again on December 1, 2016. When no releases were

---

[1] Please take further notice that this case is assigned to Assistant Corporation Counsel Debra March, who is presently awaiting admission to the New York State Bar and is handling this matter under my supervision. Ms. March may be reached directly at 212-356-2410 or dmarch@law.nyc.gov

- 2 -

provided, another request was sent on January 13, 2017 via Certified Mail, including a request that plaintiff provide descriptions of these defendants.

Pursuant to Your Honor's January 31, 2017 Order, you instructed plaintiff that if she intends to provide releases "she must do so on or before February 14, 2017." (See Civil Docket Entry No. 49). Plaintiff left Ms. March a message today at 3:40 p.m. asking this office to send her another copy of the releases, as the post office sent back the releases, when Ms. Price failed to pick them up. We returned her phone call, and left her a message. We will work with her to get her another copy, or provide her with the opportunity to come to our office to complete the releases and have them notarized. If we do not have the releases by February 21, 2017, we will provide a status update to the Court.

Thank you for your time and consideration herein.

Respectfully submitted,
/S
Elissa B. Jacobs
*Senior Corporation Counsel*

cc:     **VIA FIRST CLASS MAIL**
Kelly Price
*Plaintiff Pro Se*
534 W. 187th Street
Apt. 7
New York, N.Y. 10033