UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------X
                                                     :
KELLY PRICE,                                         :
                                                     :
                              Plaintiff,             :        15 Civ. 5871 (KPF)
                                                     :
                    v.                               :        ORDER
                                                     :
THE CITY OF NEW YORK, *et al.*,                      :
                                                     :
                              Defendants.            :
                                                     :
----------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  February 22, 2017

KATHERINE POLK FAILLA, District Judge:

       For the reasons stated in Defendants' February 21, 2017 letter, the

March 14 conference is hereby adjourned to March 15, 2017, at 10:00 AM.

       SO ORDERED.

Dated:        February 22, 2017
              New York, New York

                                              _____
                                               KATHERINE POLK FAILLA
                                               United States District Judge

*A copy of this Order was mailed by Chambers to:*

   Kelly Price
   534 W. 187th Street Apt. 7
   New York, N.Y.
   10033