UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x
**KELLY PRICE**,

                                    **Plaintiff,**

                                                    <u>NOTICE OF APPEARANCE</u>

        **-against-**

                                                       15-CV-5871 (KPF)

**SIMMONS**, *et al*.,

                                      **Defendants.**
------------------------------------------------------------------------ x

       **PLEASE TAKE NOTICE** that **Debra March**, Assistant Corporation Counsel, hereby appears as counsel of record on behalf of Zachary Carter, Corporation Counsel of the City of New York, attorney for defendants the City of New York, Inspector Olufunmilola Obe, and Selvena Brooks effective March 21, 2017.

Dated: New York, New York
         March 21, 2017

                                              ZACHARY CARTER
                                              Corporation Counsel of the City of New York
                                              *Attorney for defendants the City of New York,*
                                              *Inspector Obe, and Selvena Brooks*
                                              100 Church Street
                                              New York, New York 10007
                                              (212) 356-2410

                                      By:          /s/
                                                    Debra March
                                                    Assistant Corporation Counsel
                                                    Special Federal Litigation Division

cc:    VIA MAIL
        Kelly Price
        *Plaintiff Pro Se*
        534 W. 187th Street
        Apt. 7
        New York, N.Y. 10033