**DISTRICT ATTORNEY**
COUNTY OF NEW YORK
ONE HOGAN PLACE
New York, N. Y. 10013
(212) 335-9000



**CYRUS R. VANCE, JR.**
DISTRICT ATTORNEY

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: April 13, 2017
```

April 13, 2017

The Honorable Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007



Re: *Price v. City, et. al.*
    15 CIV 5871 (KPF)

Dear Judge Failla:

   I represent Cyrus R. Vance, Jr., the District Attorney of New York County ("DA Vance"), and the New York County District Attorney's Office ("DANY"). Last week, while on trial in another matter, I was informed by counsel for the City of New York about the Court's April 4, 2017 Order, which directed defendants to submit letter briefs regarding a potential grant of leave to amend the complaint. Although the Court dismissed DA Vance, DANY, and its employees from this lawsuit, I would like to be heard on this issue as a non-party respondent, since the outcome of the Court's decision on this issue effects my clients.

   The letter briefs are currently due tomorrow, April 14, 2017. I respectfully request an extension of time to submit a letter brief on behalf of DA Vance and DANY. This is the first such request for an extension; DANY has not been a party to this matter in more than one year. The additional time is necessary to review the most recent procedural history of this case, and to properly investigate the additional claims advanced by plaintiff. I am therefore requesting a three-week extension, to Friday, May 5, 2017.

   It is respectfully requested that the Court "so order" this request. Thank you for your consideration.

                              Sincerely,

                              *Eva Marie Dowdell*

                              Eva Marie Dowdell
                              Assistant District Attorney

cc: Kelly Price, via US Mail
    Debra March, Assistant Corporation Counsel, via ECF

Application GRANTED IN PART and DENIED IN PART. Former-Defendants' request for an extension is granted, but all letter briefs in opposition to Plaintiff's motion for leave to amend must be filed by April 20, 2017, at 10:00 AM.

SO ORDERED.

Dated: April 13, 2017
       New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE

*A copy of this Order was mailed by Chambers to:*

Kelly Price
534 W. 187th Street
Apt. # 7
New York, NY 10033