# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

KELLY PRICE,

                Plaintiffs,

     -against-

THE CITY OF NEW YORK, et al.,

                Defendants.

------------------------------------------------------------x

**DECLARATION OF ASSISTANT DISTRICT ATTORNEY CHRISTOPHER RYAN**

11 CIV. 2141 (JGK)

       **CHRISTOPHER RYAN**, declares pursuant to 28 U.S.C. §1746, under penalty of perjury, that the following is true and correct:

1. I am an Assistant District Attorney at the New York County District Attorney's Office ("DANY"), and currently serve as the Bureau Chief of the Violent Criminal Enterprise Unit ("VCEU"), a position I have held since 2010.

2. In 2011, I oversaw an investigation and prosecution of a narcotics sales and illegal firearms possession conspiracy on West 137th Street, between Lenox and Seventh Avenues in New York County, known as the "137th Street Crew." Several DANY staff, including attorneys, investigative analysts, and others worked on this matter. The case involved multiple grand jury presentations.

3. As the lead attorney on this case I am familiar with the origins of the investigation, and the sources, including witnesses, that served as its evidentiary foundations. As such, I affirm that Raheem Powell was not a cooperating witness for DANY, nor did he testify in any proceedings related to the prosecution of the 137th Street Crew.

I declare under penalty of perjury that the foregoing is true and correct. Executed in
_New York_, New York on April 19, 2017.

                                              CHRISTOPHER RYAN