

<table>
<tr><td>ZACHARY W. CARTER<br><i>Corporation Counsel</i></td><td align="center">THE CITY OF NEW YORK<br><b>LAW DEPARTMENT</b><br>100 CHURCH STREET<br>NEW YORK, NY 10007</td><td align="right">DEBRA MARCH<br>phone: (212) 356-2410<br>fax: (212) 356-3508<br>dmarch@law.nyc.gov</td></tr>
</table>

May 9, 2017

**BY ECF and E-Mail**
Honorable Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, New York 10007
Failla_NYSDChambers@nysd.uscourts.gov

      Re:  <u>Price v. City of New York, et al.</u>, 15-CV-5871 (KPF)

Your Honor:

      I am an Assistant Corporation Counsel in the New York City Law Department and the attorney assigned to represent the City of New York, Inspector Obe, and Selvena Brooks in the above-captioned matter. I write to respond to the <u>Valentin</u> order issued on October 3, 2016.

      By way of background, plaintiff alleges, *inter alia*, that on or about July 2 or 3, 2015 two NYPD officers detained and transported her to Bellevue Hospital. (<u>See</u> Civil Docket Entry No. 21). When defendants asked plaintiff for a description of these individuals, plaintiff described two John Doe officers and one Jane Doe officer.

      We have identified, upon information and belief, the John Does and Jane Doe from the Midtown North Precinct whom plaintiff intends to sue. As John Doe #1, the patrol supervisor Lt. Nicholas Corrado, as John Doe #2 the officer who was present at Bellevue, Officer John Staines, and as the Jane Doe officer who accompanied plaintiff to Bellevue, Officer Iselaine Guichardo Hermene Gildo Cruz. Lt. Corrado can be served at the 76th Precinct, 191 Union Street, Brooklyn, N.Y. Officer Staines and Officer Guichardo Hermene Gildo Cruz can be served at the Midtown North Precinct, 306 West 54th Street, New York, N.Y.

      Thank you for your time and consideration herein.

                                          Respectfully submitted,
                                          /S
                                          Debra March
                                          *Assistant Corporation Counsel*

cc:  **VIA FIRST CLASS MAIL**
      Kelly Price

*Plaintiff Pro Se*
534 W. 187th Street
Apt. 7
New York, N.Y. 10033