

```
                                                          USDC SDNY
                                                          DOCUMENT
                                                          ELECTRONICALLY FILED
                                                          DOC #: _____
                                                          DATE FILED:  May 9, 2017  
```

**THE CITY OF NEW YORK**

**ZACHARY W. CARTER**  
*Corporation Counsel*

**LAW DEPARTMENT**  
100 CHURCH STREET  
NEW YORK, NY 10007

**DEBRA MARCH**  
phone: (212) 356-2410  
fax: (212) 356-3508  
dmarch@law.nyc.gov

May 9, 2017

**BY ECF and E-Mail**  
Honorable Katherine Polk Failla  
United States District Court  
Southern District of New York  
40 Foley Square, Room 2103  
New York, New York 10007  
Failla_NYSDChambers@nysd.uscourts.gov

**MEMO ENDORSED**

      Re:   <u>Price v. City of New York, et al.</u>, 15-CV-5871 (KPF)

Your Honor:

      I am an Assistant Corporation Counsel in the New York City Law Department and the attorney assigned to represent the City of New York, Inspector Obe, and Selvena Brooks in the above-captioned matter. I write to respond to the <u>Valentin</u> order issued on October 3, 2016.

      By way of background, plaintiff alleges, *inter alia*, that on or about July 2 or 3, 2015 two NYPD officers detained and transported her to Bellevue Hospital. (<u>See</u> Civil Docket Entry No. 21). When defendants asked plaintiff for a description of these individuals, plaintiff described two John Doe officers and one Jane Doe officer.

      We have identified, upon information and belief, the John Does and Jane Doe from the Midtown North Precinct whom plaintiff intends to sue. As John Doe #1, the patrol supervisor Lt. Nicholas Corrado, as John Doe #2 the officer who was present at Bellevue, Officer John Staines, and as the Jane Doe officer who accompanied plaintiff to Bellevue, Officer Iselaine Guichardo Hermene Gildo Cruz. Lt. Corrado can be served at the 76th Precinct, 191 Union Street, Brooklyn, N.Y. Officer Staines and Officer Guichardo Hermene Gildo Cruz can be served at the Midtown North Precinct, 306 West 54th Street, New York, N.Y.

      Thank you for your time and consideration herein.

Respectfully submitted,  
 /S  
Debra March  
*Assistant Corporation Counsel*

cc:   **VIA FIRST CLASS MAIL**  
      Kelly Price

*Plaintiff Pro Se*
534 W. 187th Street
Apt. 7
New York, N.Y. 10033

The Court is in receipt of this response to its *Valentin* Order.  If
Plaintiff wishes to renew her claims against the individuals identified
herein in her amended complaint due to be filed by May 26, 2017, she
must properly name them according to the information provided in this
response.

                                        SO ORDERED.

Dated:  May 9, 2017                     HON. KATHERINE POLK FAILLA
        New York, New York              UNITED STATES DISTRICT JUDGE

*A copy of this Order was mailed by Chambers to:*

Kelly Price
534 W. 187th Street
Apt. 7
New York, NY 10033