# KELLY PRICE

July 20, 2017

Hon. Katherine Polk Failla
Thurgood Marshall
United State Courthouse
40 Foley Square,
New York, NY 10007

Re: *Price v. Simmons et al*
    1:15-cv-05871-KPF

Dear Judge Failla:

I am writing with respect to serving the amended complaint on two defendants. Specifically, I request that the Court issue a new order requesting that the Clerk of Court complete USM-285 forms that reflect updated addresses for defendants Linda Simmons and Rose Pierre-Louis. The new addresses of service, listed below, were provided to me by defense counsel.

    Detective Linda Simmons: 1 Police Plaza, Room 1406, New York, N.Y.

    Rose Pierre-Louis: 100 Gold St., 2nd Floor, New York, N.Y.

Respectfully,

*[signature]*

Kelly Price, *pro se*