KELLY PRICE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: July 24, 2017

July 20, 2017

Hon. Katherine Polk Failla
Thurgood Marshall
United State Courthouse
40 Foley Square,
New York, NY 10007

Re: *Price v. Simmons et al*
  1:15-cv-05871-KPF

Dear Judge Failla:

**MEMO ENDORSED**

I am writing with respect to serving the amended complaint on two defendants. Specifically, I request that the Court issue a new order requesting that the Clerk of Court complete USM-285 forms that reflect updated addresses for defendants Linda Simmons and Rose Pierre-Louis. The new addresses of service, listed below, were provided to me by defense counsel.

  Detective Linda Simmons:  1 Police Plaza, Room 1406, New York, N.Y.

  Rose Pierre-Louis:  100 Gold St., 2nd Floor, New York, N.Y.

Respectfully,

*[signature]*
Kelly Price, *pro se*

534 W. 187th Street | Apt. # 7 | New York, NY | 10033

The Court is in receipt of this letter from Plaintiff. (Dkt. #76). By Order dated August 6, 2015, the Court granted Plaintiff's request to proceed without prepayment of fees, that is, *in forma pauperis*. (Dkt. #3). To allow Plaintiff to effect service of the Fourth Amended Complaint (Dkt. #69) on Defendants Detective Linda Simmons and Rose Pierre-Louis, the Clerk of Court is instructed to fill out a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for each of these defendants. Detective Linda Simmons can be served at 1 Police Plaza, Room 1406, New York, NY. Rose Pierre-Louis can be served at 100 Gold St., 2d Floor, New York, NY. The Clerk of Court is instructed to issue a summons and deliver to the Marshals Service all of the paperwork necessary for the Marshals Service to effect service upon these Defendants.

Plaintiff must effect service within 90 days of the date the summons is issued. It is Plaintiff's responsibility to inquire of the Marshals Service as to whether service has been made and, if necessary, to request an extension of time for service.

SO ORDERED.

Dated: July 24, 2017
       New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE

*A copy of this Order was mailed by Chambers to:*

Kelly Price
534 W. 187th Street
Apt. # 7
New York, NY
10033