UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x
**KELLY PRICE**,

                                        **Plaintiff,**

                                                                                                 NOTICE OF APPEARANCE

        **-against-**

                                                                                               15-CV-5871 (KPF)

**CITY OF NEW YORK,** *et al.***,**

                                        **Defendants.**
------------------------------------------------------------------------ x

        **PLEASE TAKE NOTICE** that **Debra March**, Assistant Corporation Counsel, hereby appears as counsel of record on behalf of Zachary Carter, Corporation Counsel of the City of New York, attorney for defendant Officer Guichardo-Hermenegildo Cruz effective August 7, 2017.

Dated: New York, New York
           August 7, 2017

                                                                  ZACHARY CARTER
                                                                  Corporation Counsel of the City of New York
                                                                  *Attorney for defendant Officer Guichardo-Hermenegildo Cruz*
                                                                100 Church Street
                                                                New York, New York 10007
                                                                (212) 356-2410

                                                   By:         /s/
                                                                Debra March
                                                                Assistant Corporation Counsel
                                                                Special Federal Litigation Division

cc:    VIA MAIL
        Kelly Price
        *Plaintiff Pro Se*
        534 W. 187th Street
        Apt. 7
        New York, N.Y. 10033