UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
**KELLY PRICE,**

                              **Plaintiff,**        STATEMENT OF
                                                              WAIVER OF SERVICE
       **-against-**                                      OF SUMMONS

**CITY OF NEW YORK,** *et al.*,

                             **Defendants.**       15-cv-5871 (KPF)

------------------------------------------------------------------------x

      Pursuant to Rule 4(d) of the Federal Rules of Civil Procedure, defendant Officer Guichardo-Hermenegildo Cruz agrees to waive service of summons in this case, and unless otherwise ordered by the Court, defendant Guichardo-Hermenegildo Cruz shall answer or otherwise respond to the Complaint within sixty (60) days from the date of this waiver.

Dated:  New York, New York
          August 7, 2017

                                                ZACHARY W. CARTER
                                                Corporation Counsel of the City of New York
                                                *Attorney for defendant  Officer Guichardo-*
                                                *Hermenegildo Cruz*

                           By:          /s/_____
                                               Debra March
                                               Assistant Corporation Counsel
                                               Special Federal Litigation Division
                                               New York City Law Department
                                               100 Church Street
                                               New York, New York 10007
                                               (212) 356-2410

CC:    **BY FIRST CLASS MAIL**
      Kelly Price
      *Plaintiff Pro Se*
      534 W. 187th Street
      Apt. 7
      New York, N.Y. 10033