UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x
**KELLY PRICE**,

                                  **Plaintiff,**

                                              <u>**NOTICE OF APPEARANCE**</u>

      **-against-**

                                                       **15-CV-5871 (KPF)**

**CITY OF NEW YORK,** *et al.***,**

                                  **Defendants.**

------------------------------------------------------------------------ x

        **PLEASE TAKE NOTICE** that **Debra March**, Assistant Corporation Counsel, hereby appears as counsel of record on behalf of Zachary Carter, Corporation Counsel of the City of New York, attorney for defendants Lt. Corrado and Officer Staines effective August 16, 2017.

Dated:  New York, New York
           August 16, 2017

                                                      ZACHARY CARTER
                                                      Corporation Counsel of the City of New York
                                                      *Attorney for defendants Lt. Corrado and Officer Staines*
                                                      100 Church Street
                                                      New York, New York 10007
                                                      (212) 356-2410

                                            By:          /s/
                                                        Debra March
                                                        Assistant Corporation Counsel
                                                       Special Federal Litigation Division

cc:    VIA MAIL
       Kelly Price
       *Plaintiff Pro Se*
       534 W. 187th Street
       Apt. 7
       New York, N.Y. 10033