August 28, 2017

RECEIVED
SDNY PRO SE OFFICE

2017 AUG 28  PM 4:40

S.D. OF N.Y.

Hon. Katherine Polk Failla
Thurgood Marshal US Courthouse
40 Foley Square, Room 618
New York, NY 10007

Re: **Price v. Simmons et al**
    **1:15-cv-05871-KPF**

Dear Judge Failla:

I am writing with regard to your June 2, 2017 order to serve Defendants Iselaine Guichardo Hermene Gildo Cruz, John Staines, Lt. Nicholas Corrado, Inspector Olufunmillo F. Obe, Selevena Brooks, and Officer "Emmet". Specifically, I respectfully request for the August 31, 2017 deadline to serve these defendants be extended to October 15, 2017, as the complaint has not yet been served on Olufunmillo F. Obe, Selvena Brooks, and Officer "Emmet",

I have followed up with the U.S. Marshals regarding service of this complaint, and I have been unable to confirm with them whether or not my complaint has been served.

This is my first request for an extension on this deadline.

Respectfully submitted,

Kelly Price, Pro Se Plaintiff