August 28, 2017

RECEIVED
SDNY PRO SE OFFICE
2017 AUG 28 PM 4: 40
S.D. OF N.Y.

Hon. Katherine Polk Failla
Thurgood Marshal US Courthouse
40 Foley Square, Room 618
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: August 30, 2017

Re: **Price v. Simmons et al**
1:15-cv-05871-KPF

**MEMO ENDORSED**

Dear Judge Failla:

I am writing with regard to your June 2, 2017 order to serve Defendants Iselaine Guichardo Hermene Gildo Cruz, John Staines, Lt. Nicholas Corrado, Inspector Olufunmillo F. Obe, Selevena Brooks, and Officer "Emmet". Specifically, I respectfully request for the August 31, 2017 deadline to serve these defendants be extended to October 15, 2017, as the complaint has not yet been served on Olufunmillo F. Obe, Selvena Brooks, and Officer "Emmet",

I have followed up with the U.S. Marshals regarding service of this complaint, and I have been unable to confirm with them whether or not my complaint has been served.

This is my first request for an extension on this deadline.

Respectfully submitted,

*[signature]*

Kelly Price, Pro Se Plaintiff

Application GRANTED in part. Defendants Obe and Brooks waived service on January 11, 2017. (Dkt. #43, #44). Plaintiff therefore need not prove service as to them at this stage in the litigation.

On June 12, 2017, counsel for the City of New York indicated that she was assisting Plaintiff to identify Officer Emmet but was unable to do so. (Dkt. #74). Because the parties have apparently not yet identified Officer Emmet, the Court hereby extends the deadline for serving Officer Emmet to October 15, 2017.

Dated: August 30, 2017
       New York, New York

SO ORDERED.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE

*A copy of this Order was mailed by Chambers to:*

Kelly Price
534 W. 187th Street
Apt. #7
New York, NY 10033