UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------- x

KELLY PRICE,

                                        Plaintiff,

                                                              NOTICE OF APPEARANCE

           -against-

                                                              15-CV-5871 (KPF)

CITY OF NEW YORK, *et al.*,


                                        Defendants.
-------------------------------------------------------------------------- x


           **PLEASE TAKE NOTICE** that **Debra March**, Assistant Corporation Counsel, hereby

appears as counsel of record on behalf of Zachary Carter, Corporation Counsel of the City of

New York, attorney for defendants Rose Pierre-Louis and Detective Simmons effective

September 15, 2017.


Dated: New York, New York
           September 15, 2017

                                        ZACHARY CARTER
                                        Corporation Counsel of the City of New York
                                        *Attorney for defendants Rose Pierre-Louis
                                        and Detective Simmons*
                                        100 Church Street
                                        New York, New York 10007
                                        (212) 356-2410

                                        By:  _____/s/_____
                                                 Debra March
                                                 Assistant Corporation Counsel
                                                 Special Federal Litigation Division


cc:     VIA MAIL
        Kelly Price
        *Plaintiff Pro Se*
        534 W. 187th Street
        Apt. 7
        New York, N.Y. 10033