UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
**KELLY PRICE,**

                              **Plaintiff,**        STATEMENT OF
                                                           WAIVER OF SERVICE
      -against-                                                 OF SUMMONS

**CITY OF NEW YORK,** *et al.*,

                              **Defendants.**       15-cv-5871 (KPF)

-------------------------------------------------------------------x

      Pursuant to Rule 4(d) of the Federal Rules of Civil Procedure, defendant Rose Pierre-Louis agrees to waive service of summons in this case, and unless otherwise ordered by the Court, defendant Rose Pierre-Louis shall answer or otherwise respond to the Complaint within sixty (60) days from the date of this waiver.

Dated: New York, New York
          September 15, 2017

                                               ZACHARY W. CARTER
                                             Corporation Counsel of the City of New York
                                             *Attorney for defendant Rose Pierre-Louis*

                        By:         /s/
                                              Debra March
                                             Assistant Corporation Counsel
                                             Special Federal Litigation Division
                                             New York City Law Department
                                             100 Church Street
                                             New York, New York 10007
                                             (212) 356-2410

CC:    **BY FIRST CLASS MAIL**
        Kelly Price
        *Plaintiff Pro Se*
        534 W. 187th Street
        Apt. 7
        New York, N.Y. 10033