UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
**KELLY PRICE,**

                                  **Plaintiff,**        STATEMENT OF
                                                                         WAIVER OF SERVICE
        **-against-**                                                          OF SUMMONS

**CITY OF NEW YORK,** *et al.***,**

                                  **Defendants.**        15-cv-5871 (KPF)

------------------------------------------------------------------------x

      Pursuant to Rule 4(d) of the Federal Rules of Civil Procedure, defendant Detective Simmons agrees to waive service of summons in this case, and unless otherwise ordered by the Court, defendant Detective Simmons shall answer or otherwise respond to the Complaint within sixty (60) days from the date of this waiver.

Dated:  New York, New York
           September 15, 2017

                                                  ZACHARY W. CARTER
                                                 Corporation Counsel of the City of New York
                                                 *Attorney for defendant Detective Simmons*

                            By:        /s/
                                        Debra March
                                        Assistant Corporation Counsel
                                        Special Federal Litigation Division
                                        New York City Law Department
                                        100 Church Street
                                        New York, New York 10007
                                        (212) 356-2410

CC:    **BY FIRST CLASS MAIL**
        Kelly Price
        *Plaintiff Pro Se*
        534 W. 187th Street
        Apt. 7
        New York, N.Y. 10033