**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------------- x

**KELLY PRICE**,


                                                **Plaintiff,**          **NOTICE OF APPEARANCE**

            -against-
                                                                        **15-CV-5871 (KPF)**
**CITY OF NEW YORK**, *et al.*,



                                                **Defendants.**
----------------------------------------------------------------------- x


      **PLEASE TAKE NOTICE** that **Debra March**, Assistant Corporation Counsel, hereby

appears as counsel of record on behalf of Zachary Carter, Corporation Counsel of the City of

New York, attorney for defendants Sgt. DeJesus and Sgt. Shevitz effective October 6, 2017.


Dated: New York, New York
      October 6, 2017

                                ZACHARY CARTER
                                Corporation Counsel of the City of New York
                                *Attorney for defendants Sgt. DeJesus and Sgt.*
                                *Shevitz*
                                100 Church Street
                                New York, New York 10007
                                (212) 356-2410


                        By:  _____/s/_____
                                Debra March
                                Assistant Corporation Counsel
                                Special Federal Litigation Division


cc:   VIA MAIL
     Kelly Price
     *Plaintiff Pro Se*
     534 W. 187th Street
     Apt. 7
     New York, N.Y. 10033