UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
KELLY PRICE,

                                     **Plaintiff,**        **STATEMENT OF**
                                                          **WAIVER OF SERVICE**
      -against-                                          **OF SUMMONS**

**CITY OF NEW YORK,** *et al.***,**

                                     **Defendants.**        15-cv-5871 (KPF)

------------------------------------------------------------------x

       Pursuant to Rule 4(d) of the Federal Rules of Civil Procedure, defendant Sgt. DeJesus agrees to waive service of summons in this case, and unless otherwise ordered by the Court, defendant Sgt. DeJesus shall answer or otherwise respond to the Complaint within sixty (60) days from the date of this waiver.

Dated: New York, New York
         October 6, 2017

                                                       ZACHARY W. CARTER
                                                       Corporation Counsel of the City of New York
                                                       *Attorney for defendant Sgt. DeJesus*

                                By:          /s/
                                                      Debra March
                                                       Assistant Corporation Counsel
                                                       Special Federal Litigation Division
                                                       New York City Law Department
                                                       100 Church Street
                                                        New York, New York 10007
                                                       (212) 356-2410

CC:    **BY FIRST CLASS MAIL**
        Kelly Price
        *Plaintiff Pro Se*
        534 W. 187th Street
        Apt. 7
        New York, N.Y. 10033