UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
KELLY PRICE,

                                  **Plaintiff,**        STATEMENT OF
                                                                     WAIVER OF SERVICE
      -against-                                                          OF SUMMONS

**CITY OF NEW YORK,** *et al.***,**

                                  **Defendants.**       15-cv-5871 (KPF)

-------------------------------------------------------------------x

      Pursuant to Rule 4(d) of the Federal Rules of Civil Procedure, defendant Sgt. Shevitz agrees to waive service of summons in this case, and unless otherwise ordered by the Court, defendant Sgt. Shevitz shall answer or otherwise respond to the Complaint within sixty (60) days from the date of this waiver.

Dated:  New York, New York
           October 6, 2017

                                              ZACHARY W. CARTER
                                              Corporation Counsel of the City of New York
                                              *Attorney for defendant Sgt. Shevitz*

                              By:       /s/
                                              Debra March
                                              Assistant Corporation Counsel
                                              Special Federal Litigation Division
                                              New York City Law Department
                                              100 Church Street
                                              New York, New York 10007
                                              (212) 356-2410

CC:    **BY FIRST CLASS MAIL**
       Kelly Price
       *Plaintiff Pro Se*
       534 W. 187th Street
       Apt. 7
       New York, N.Y. 10033