**USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.**

U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF Kelly Price | COURT CASE NUMBER 15-cv-5871-KPF |
|---|---|
| DEFENDANT Simmons et al | TYPE OF PROCESS Service of Summons & Complaint |

| SERVE AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| | Sgt. Brian Shevitz, Shield No. 5114, ATTN: Sgt. Kwan |
| | ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)* |
| | NYPD Transit Bureau, 130 Livingston Street, 3rd Floor, NY, NY 11201 |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| PRO SE: Kelly Price<br>534 W. 187th Street<br>Apt. # 7<br>New York, NY 10033 | Number of process to be served with this Form 285 | |
| | Number of parties to be served in this case | |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Fold                                                                                                    Fold

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER (212)- 805 - 0175 | DATE 8/8/17 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. 054 | District to Serve No. 054 | Signature of Authorized USMS Deputy or Clerk | Date 8/14/17 |
|---|---|---|---|---|---|

I hereby certify and return that I ☑ have personally served ☐ have legal evidence of service ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode | |
|---|---|---|
| Address *(complete only different than shown above)* | Date 9/1/17 | Time 9:52 ☑ am ☐ pm |
| | Signature of U.S. Marshal or Deputy 9347 | |

| Service Fee 13.00 | Total Mileage Charges including *(endeavors)* 2.57 | Forwarding Fee | Total Charges 15.57 | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) $0.00 |
|---|---|---|---|---|---|

REMARKS:
8/14/17 - Set up for mail svc.
8/31/17 - Setup for P/S
9/1/17 Fully Executed Served on Sgt. KWAN

| PRINT 5 COPIES: | 1. CLERK OF THE COURT<br>2. USMS RECORD<br>3. NOTICE OF SERVICE<br>4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.<br>5. ACKNOWLEDGMENT OF RECEIPT | PRIOR EDITIONS MAY BE USED<br><br>15-5871-12<br><br>Form USM-285<br>Rev. 12/80 |
|---|---|---|