USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Kelly Price | 15-cv-5871-KPF |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Simmons et al | Service of Summons & Complaint |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Sgt. Raymond DeJesus Shield No. 2738, ATTN: Sgt. Kwan
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
NYPD Transit Bureau, 130 Livingston Street, 3rd Floor, NY, NY 11201

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

PRO SE: Kelly Price
534 W. 187th Street
Apt. # 7
New York, NY 10033

| | |
|---|---|
| Number of process to be served with this Form 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

RECEIVED 2017 AUG 14 AM 9:33 U.S. MARSHALS SERVICE SOUTHERN NEW YORK

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Fold                                                                 Fold

Signature of Attorney other Originator requesting service on behalf of:   [X] PLAINTIFF   [ ] DEFENDANT
TELEPHONE NUMBER: (212)-805-0175    DATE: 8/8/17

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process: P2 | District of Origin No. 054 | District to Serve No. 054 | Signature of Authorized USMS Deputy or Clerk | Date: 8/14/17 |

[X] I hereby certify and return that I have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

[ ] A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

Date: 9/1/17    Time: 9:52  [X] am  [ ] pm

Signature of U.S. Marshal or Deputy  4347

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 73.00 | 2.57 | | 75.57 | | $0.00 |

REMARKS:
8/14/17 - Set up for mail sv.
8/31/17 - Set up for P/S.
9/1/17 Fully Executed Served on Sgt. KWAN

15-5871-13

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80