UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------X

KELLY PRICE,

**NOTICE OF MOTION**

Plaintiff,

-against-

15 CV 5871 (KPF)

THE CITY OF NEW YORK, et al.

Defendants.

-------------------------------------------------------------------------------X

        **PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law; and upon all prior pleadings and proceedings had herein, defendants the City of New York, Inspector Obe, Selvena Brooks, Rose Pierre-Louis, Detective Simmons, Sgt. DeJesus, and Sgt. Shevitz will move this Court before the Honorable Katherine Polk Failla, United States District Judge, at the United States Courthouse for the Southern District of New York, located at 40 Foley Square, New York, New York 10007, at a date and time to be determined by the Court, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, dismissing plaintiff's Amended Complaint against defendants, with prejudice, and for such other and further relief as the Court may deem just and proper.

**PLEASE TAKE FURTHER NOTICE,** that pursuant to Your Honor's ruling on October 6, 2017 any opposing affidavits and answering memoranda shall be served on December 4, 2017; and defendant's rely papers, including any reply affidavits and memoranda of law, shall be served on December 18, 2017.

Dated: New York, New York
      November 3, 2017

ZACHARY W. CARTER
Corporation Counsel of the City of
   New York
*Attorney for Defendants*
100 Church Street
New York, New York 10007
(212) 356-2410

By: *Debra March*

Debra March
*Assistant Corporation Counsel*

TO:   **VIA FIRST CLASS MAIL**
      Kelly Price
      *Plaintiff Pro Se*
      534 W. 187th Street
      Apt. 7
      New York, N.Y. 10033