

THE CITY OF NEW YORK

**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**ZACHARY W. CARTER**
*Corporation Counsel*

**DEBRA MARCH**
phone: (212) 356-2410
fax: (212) 356-3508
dmarch@law.nyc.gov

May 24, 2018

**BY ECF and E-Mail**
Honorable Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, New York 10007
Failla_NYSDChambers@nysd.uscourts.gov

Re:   Price v. City of New York, et al., 15-CV-5871 (KPF)

Your Honor:

I am an Assistant Corporation Counsel in the New York City Law Department and the attorney assigned to represent the City of New York, Ms. Brooks, Inspector Obe, Rose Pierre-Louis, Detective Simmons, Lt. Corrado, Officer Staines, Officer Guichardo-Hermenegildo Cruz, Sgt. Shevitz, and Sgt. DeJesus in the above-captioned matter.   I write, as an officer of the Court, to inform the Court that Judge Buchwald issued a decision in Knight First Amendment Institute at Columbia University, et al. v. Donald J. Trump President of the United States, et al., 17-cv-5205 (NRB), a case involving allegations that President Trump violated people's first amendment rights by blocking them on Twitter based on their political viewpoint.  As Your Honor may recall, defendants cited to the Knight First Amendment case in their motion to dismiss.  (Civil Docket Entries Nos. 108, 111).  For the Court's convenience, defendants' have attached a copy of that decision.  (Exhibit A, Knight First Amendment, et al. Memorandum and Order, Civil Docket Entry, 17-cv-5205, No. 72).   Defendants find that the Knight First Amendment decision is distinguishable and, in any event, not binding on Your Honor. Defendants are prepared to provide additional briefing on these issues in light of this recent decision to the extent that the Court would find it helpful.

Thank you for your time and consideration herein.

Respectfully submitted,
  /S
Debra March
*Assistant Corporation Counsel*

cc:     **VIA ECF**
        Kelly Price
        *Plaintiff Pro Se*

/encl.