

|  | THE CITY OF NEW YORK | |
|---|---|---|
| **ZACHARY W. CARTER**<br>*Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **DEBRA MARCH**<br>phone: (212) 356-2410<br>fax: (212) 356-3508<br>dmarch@law.nyc.gov |

July 20, 2018

**BY ECF and E-Mail**
Honorable Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, New York 10007
Failla_NYSDChambers@nysd.uscourts.gov

      Re:   <u>Price v. City of New York, et al.</u>, 15-CV-5871 (KPF)

Your Honor:

      I am an Assistant Corporation Counsel in the New York City Law Department and the attorney assigned to represent the City of New York, Detective Simmons, Lt. Corrado, Officer Staines, and Officer Guichardo-Hermenegildo Cruz, in the above-captioned matter.  I write to inform the Court that the parties are still in the process of conferring about the alternative dispute resolution/settlement portion of Your Honor's Case Management Plan and Scheduling Order.  I expect that we will be able to provide an update to the Court by July 27, 2018.

      Thank you for your time and consideration herein.

      Respectfully submitted,
      /S
      Debra March
      *Assistant Corporation Counsel*

cc:   **<u>VIA ECF</u>**
     Kelly Price
     *Plaintiff Pro Se*