

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: July 24, 2018

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

ZACHARY W. CARTER
*Corporation Counsel*

DEBRA MARCH
phone: (212) 356-2410
fax: (212) 356-3508
dmarch@law.nyc.gov

July 20, 2018

**BY ECF and E-Mail**
Honorable Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, New York 10007
Failla_NYSDChambers@nysd.uscourts.gov

Re:   Price v. City of New York, et al., 15-CV-5871 (KPF)

Your Honor:

I am an Assistant Corporation Counsel in the New York City Law Department and the attorney assigned to represent the City of New York, Detective Simmons, Lt. Corrado, Officer Staines, and Officer Guichardo-Hermenegildo Cruz, in the above-captioned matter. I write to inform the Court that the parties are still in the process of conferring about the alternative dispute resolution/settlement portion of Your Honor's Case Management Plan and Scheduling Order. I expect that we will be able to provide an update to the Court by July 27, 2018.

Thank you for your time and consideration herein.

Respectfully submitted,
/S
Debra March
*Assistant Corporation Counsel*

cc:   **VIA ECF**
Kelly Price
*Plaintiff Pro Se*

```
The Court is in receipt of the above letter along with the parties'
proposed case management plan ("CMP").  The Court accepts the parties'
representation that they will provide the Court with their decision as
to the alternative dispute resolution/settlement portion of the
proposed CMP by July 27, 2018, after which the Court will issue a CMP
in this case.
```

SO ORDERED.

Dated: July 24, 2018
       New York, New York

*[signature: Katherine Polk Failla]*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE

*A copy of this Order was mailed by Chambers to:*
Kelly Price
534 W. 187th Street
Apt. #7
New York, NY 10033