January 3, 2019

Hon. Katherine Polk Failla
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

RECEIVED
SDNY PRO SE OFFICE
2019 JAN -8 PM 12: 42
S.D. OF N.Y.

**MEMO ENDORSED**

Re: <u>Price v. City of New York, Simmons et al</u>, 15-CV-5871, Plaintiff's Letter Requesting More Time for Discovery

Dear Judge Failla:

I am the Plaintiff in the above-captioned matter. I write to request an extension for Discovery. I am hopeful that I have secured counsel to represent me. They are currently running conflicts and I should know within the next two weeks if they will take my case. It looks promising. Please may I request another six month extension for Discovery as the new firm will need to bring itself up to speed before proceeding with depositions et al? If they don't end up taking my case I will need more time to begin the discovery process alone as a pro se litigant. I have asked the City Law Department their thoughts on this matter and have ~~yet to hear a~~ attached her response. Thank you in advance for your kind consideration of my request.

Sincerely,
Kelly Price
[signature]

Sworn Before me on this _____ day of January, 2019
N/A

---

Application GRANTED.  At the November 14, 2018 conference, the Court
stayed all discovery deadlines.  In other words, Ms. Price and the City
Law Department do not have to meet any discovery deadlines while Ms.
Price tries to obtain counsel.  Ms. Price is ORDERED to notify the
Court, via letter, by **February 6, 2019**, whether she has been able to
obtain counsel.  At that point, the Court will likely set a conference
to discuss setting a new discovery schedule that will allow any new
counsel enough time to come up to speed.

Dated: January 9, 2019
       New York, New York

A copy of this Order was mailed by Chambers to:

Kelly Price
534 W. 187th Street
Apt. # 7
New York, NY 10033

SO ORDERED.

[signature: Katherine Polk Failla]

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE