AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| Kelly Price, | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:15-cv-05871-KPF |
| Detective Linda Simmons, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Kelly Price                                                                                                                              .

Date:     02/06/2019

/s/ Damaris Hernandez
*Attorney's signature*

Damaris Hernandez
*Printed name and bar number*

Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019

*Address*

dhernandez@cravath.com
*E-mail address*

(212) 474-1000
*Telephone number*

(212) 474-3700
*FAX number*