# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| KELLY PRICE, *Plaintiff* | ) ) |
| v. | ) Case No. 1:15-cv-05871-KPF |
| DETECTIVE LINDA SIMMONS, et al., *Defendant* | ) ) ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Kelly Price .

Date: 03/07/2019

/s/ Amanda R. Bakowski
*Attorney's signature*

Amanda R. Bakowski
*Printed name and bar number*

Cravath, Swaine & Moore LLP
Worldwide Plaza--825 Eighth Avenue
New York, NY 10019
*Address*

abakowski@cravath.com
*E-mail address*

(212) 474-1000
*Telephone number*

(212) 474-3700
*FAX number*