UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KELLY PRICE,<br><br>                               Plaintiff,<br><br>vs.<br><br>CITY OF NEW YORK, ET AL.,<br>                               Defendants. | 15-cv-5871 (KPF)<br><br>**[PROPOSED] ORDER AMENDING THE CIVIL CASE MANAGEMENT PLAN AND SCHEDULING ORDER** |

It is hereby:

ORDERED, upon motion of the parties, that paragraph 7.e. pf the Case Management Plan and Scheduling Order, dated March 18, 2019 ("Case Management Order") is revised to amend the date for completion of fact discovery to November 19, 2019; and it is further

ORDERED that all other provisions of the Case Management Order remain unchanged.

Dated:  New York, NY

        ____, 2019

                                                                    _____
                                                                    Hon. Katherine Polk Failla
                                                                    United States District Judge