UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| KELLY PRICE, | |
|---|---|
| Plaintiff, | 15 Civ. 5871 (KPF) |
| -v.- | **ORDER** |
| THE CITY OF NEW YORK, et al., | |
| Defendants. | |

KATHERINE POLK FAILLA, District Judge:

On November 18, 2019, the Court issued an order granting Plaintiff's motion to substitute the names Stephen Mears and Alison Schmitt for the John Doe and Jane Doe Defendants and deeming the Fifth Amended Complaint the operative complaint in this case. (Dkt. #143). In granting the motion the Court indicated that the MTA did not oppose the substitution of names for the John and Jane Doe Defendants. (*See id.*). However, it has been brought to the Court's attention that this was in error. It had been represented to the Court by Plaintiff's counsel that it was the City Defendants — the City of New York and its employees — that did not oppose the motion. The MTA itself is not a defendant in this lawsuit. The Court writes merely to correct its prior order.

SO ORDERED.

Dated: November 20, 2019
New York, New York

KATHERINE POLK FAILLA
United States District Judge