**Re: Tickler Report for 12/2/2019 To 12/8/2019**
John Karin   to: Managing Attorneys Office                           11/26/2019 05:07 PM

We're no longer filing this brief.  Thanks.

John I. Karin
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019-7475
(212) 474-1122 (direct)
(212) 474-3700 (fax)

| "Managing Attorneys Office" | Please find the Tickler Report for 12/2... | 11/26/2019 04:37:09 PM |

From:     "Managing Attorneys Office" <mao@cravath.com>
To:       jkarin@cravath.com
Date:     11/26/2019 04:37 PM
Subject:  Tickler Report for 12/2/2019 To 12/8/2019

Please find the Tickler Report for 12/2/2019 To 12/8/2019 attached.
Please confirm and inform Rob Zwillich of any changes and/or additions by NOON Wednesday, November 27, 2019

## Attorney Calendar Report

Report Date: 11/26/2019
Period Covered From: 12/02/2019 To: 12/08/2019

<u>Friday, December 6, 2019</u>
Case ID: 8583 **HTC Corp. v. Ericsson**
Forum: United States Court of Appeals
Venue: Fifth Circuit
Index #: 19-40643
Client #: 002614 Qualcomm Inc.
Matter #:
Event Type: Cravath, Swaine & Moore's responsibilty
**Last for appellees Ericsson to serve and file brief in US Court of Appeals, Fifth Circuit.**
Case Team: Gary A. Bornstein; M. Brent Byars; John I. Karin

**US Patent 8,996,590 B2**

© 2019 CourtAlert.com, Inc.
All Rights Reserved.