UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

KELLY PRICE,

        Plaintiff,

- against -

THE CITY OF NEW YORK, ROSE PIERRE-LOUIS, in her individual and official capacity, SELVENA BROOKS, in her individual and official capacity, INSPECTOR OLUFUNMILO F. OBE, in her individual and official capacity, DECTECTIVE LINDA SIMMONS, in her individual and official capacity, OFFICER JOHN STAINES, in his individual and official capacity, OFFICER ISELAINE GUICHARDO HERMENE GILDO CRUZ, in her individual and official capacity, LT. NICHOLAS CORRADO, in his individual and official capacity; LIEUTENANT RAYMOND DEJESUS, in his individual and official capacity; OFFICER EMMET, in his individual and official capacity; SERGEANT SHEVITZ, in his individual and official capacity; MTA OFFICER STEPHEN MEARS, in his individual and official capacity; MTA OFFICER ALISON SCHMITT, in her individual and official capacity,

        Defendants.
------------------------------------------------------------------x

Index No. 15-CV-05871 (KPF)

**NOTICE OF APPEARANCE**

TO:   The Clerk of Court and all parties of record

    I am admitted to practice in this Court, and I appear in this case as counsel for Defendants MTA Officer Stephen Mears and MTA Officer Alison Schmitt.

Dated:  New York, New York
          December 5, 2019

_____
Jason Douglas Barnes (JB 6464)
Assistant Associate Counsel
2 Broadway, 4th Floor
New York, New York 10004
jabarnes@mtahq.org
212-878-7215
212-878-7398 (fax)