CRAVATH, SWAINE & MOORE LLP
Suitable Age Service

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**AFFIDAVIT OF SERVICE**


*49*

Index no :**1:15-CV-05871 (KPF)**
Date of Purchase: **12/03/2019**
Office No: 609009-00352

| Plaintiff(s): | **KELLY PRICE** |
|---|---|
| Defendant(s): | **THE CITY OF NEW YORK, ET AL** |

STATE OF NEW YORK COUNTY OF NEW YORK       ss.:

**Joel Golub**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the state of New York.

On **12/03/2019** at **2:22 PM**, I served the within **SUMMONS IN A CIVIL ACTION, FIFTH AMENDED COMPLAINT WITH SUPPORTING DOCUMENTS AND INDIVIDUAL RULES OF PRACTICE IN CIVIL CASE** on **MTA OFFICER STEPHEN MEARS**, Defendant(s) at **MTA LEGAL DEPARTMENT, 2 BROADWAY, New York, NY 10004** in the manner indicated below:

By delivering and leaving a true copy or copies of the aformentioned documents with said **Victoria Clement, OFFICE MGR LEGAL DEPT AUTHORIZED TO ACCEPT** a person of suitable age and discretion.

Approximate description of person documents were left with:

| Sex | Color of skin/race | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | Black | Black | 55 | 5ft 07in | 160 lbs |
| Other Features: **Glasses** | | | | | |

On **12/03/2019** I deposited in the United States mail a true copy or copies of the aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to said **Defendant(s)** at **MTA LEGAL DEPARTMENT, 2 BROADWAY, New York, NY 10004**. That address being the **actual place of business of the Defendant(s).** Copy mailed 1st class mail marked personal & confidential not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

Sworn to and subscribed before me on
12/04/2019

Lisette Reyes
Notary Public, State of New York
No. 01RE6274149
Qualified in Queens County
Commission Expires 12/31/2020

X_____
Joel Golub
License#: 2092078
B & G Legal Support Services Inc
62 William Street 3rd Fl
New York, NY 10005
212.635.3555
DCA License#: 2091737