AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| Kelly Price ) | |
| *Plaintiff* ) | |
| v. ) | Case No.  15 cv 5871 |
| Detective Linda Simmons, et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the New York County District Attorney's Office

Date:  02/26/2020

*Attorney's signature*

Lauren Angelo 4682605
*Printed name and bar number*

New York County District Attorney's Office
Special Litigation Bureau
One Hogan Place
New York, New York 10013
*Address*

AngeloL@dany.nyc.gov
*E-mail address*

(212) 335-4267
*Telephone number*

(212) 335-4390
*FAX number*