AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| Kelly Price | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 15 cv 5871 |
| Detective Linda Simmons, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the New York County District Attorney's Office

Date: 02/26/2020

*Attorney's signature*

Susan C. Roque 2391662
*Printed name and bar number*

New York County District Attorney's Office
Special Litigation Bureau
One Hogan Place
New York, New York 10013
*Address*

RoqueS@dany.nyc.gov
*E-mail address*

(212) 335-9209
*Telephone number*

(212) 335-4390
*FAX number*