UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| KELLY PRICE, | |
|---|---|
| Plaintiff, | |
| -v.- | 15 Civ. 5871 (KPF) |
| THE CITY OF NEW YORK, et al., | **ORDER** |
| Defendants. | |

KATHERINE POLK FAILLA, District Judge:

On November 14, 2019, the Court scheduled a pretrial conference in this case to occur on March 26, 2020. (Dkt. #139). Then, on February 28, 2020, the parties wrote to the Court jointly requesting a settlement conference before the undersigned. (Dkt. #168). The Court scheduled a settlement conference for April 3, 2020. (Dkt. #169). Accordingly, the pretrial conference scheduled for March 26, 2020, is hereby ADJOURNED *sine die*. The Court will address all matters the parties wish to raise at the settlement conference on **April 3, 2020, at 1:00 p.m**.

SO ORDERED.

Dated: March 19, 2020
New York, New York

						_____
						KATHERINE POLK FAILLA
						United States District Judge