UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KELLY PRICE,<br><br>                    Plaintiff,<br><br>          -v.-<br><br>THE CITY OF NEW YORK, *et al.*,<br><br>                    Defendants. | 15 Civ. 5871 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

On March 16, 2020, the Court received a letter from Ms. Price indicating that she wished to terminate Cravath, Swaine & Moore LLP ("Cravath") from representing her in this action. (Dkt. #171). Accordingly, Ms. Price's attorneys from Cravath are hereby terminated and Ms. Price will proceed *pro se* in this action.

The Clerk of Court is directed to terminate Ms. Price's counsel on the docket.

SO ORDERED.

Dated:  March 23, 2020
        New York, New York

                                                                    *Katherine Polk Failla*
                                                                    _____
                                                                    KATHERINE POLK FAILLA
                                                                    United States District Judge

*A copy of this Order was mailed by Chambers to:*

```
Kelly Price at
gorgeous212@gmail.com
```