UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KELLY PRICE,

Plaintiff,

-v.-

THE CITY OF NEW YORK, et al.,

Defendants.

15 Civ. 5871 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

In light of the current restrictions on courthouse traffic, *see In re Coronavirus/COVID-19 Pandemic*, 20 Misc. 155 (S.D.N.Y. Mar. 16, 2020), and the ongoing pandemic, the settlement conference previously scheduled for April 3, 2020, at 1:00 p.m. is ADJOURNED *sine die*. The Court will reschedule the settlement conference once normal operations at the Thurgood Marshall Courthouse have resumed.

SO ORDERED.

Dated:   March 25, 2020
         New York, New York

KATHERINE POLK FAILLA
United States District Judge

*A copy of this Order was mailed by Chambers to:*

Kelly Price at
gorgeous212@gmail.com