UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KELLY PRICE,<br><br>                    Plaintiff,<br><br>            -v.-<br><br>THE CITY OF NEW YORK, INSPECTOR OLUFUNMILO F. OBE, SELVENA BROOKS, OFFICER ISELAINE GUICHARDO HERMENE GILDO CRUZ, MTA OFFICER JOHN DOE, LT. NICHOLAS CORRADO, ROSE PIERRE-LOUIS, DETECTIVE LINDA SIMMONS, LIEUTENANT RAYMOND DEJESUS, OFFICER JOHN STAINES, MTA OFFICER JANE DOE, SERGEANT SHEVITZ, OFFICER EMMET, STEPHEN MEARS, and ALISON SCHMITT,<br><br>                    Defendants. | 15 Civ. 5871 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

On March 20, 2020, the Court scheduled a settlement conference in this matter for April 3, 2020. (Dkt. #172). Then, on March 25, 2020, in light of the COVID-19 Pandemic and restrictions on access to the Courthouse, the Court adjourned the settlement conference *sine die.* (Dkt. #175). On July 3, 2020, the Court received an email from Plaintiff, which the Court had docketed at Dkt. #176, requesting that the settlement conference is restored to the Court's calendar soon. Plaintiff also inquires as to what she should prepare for the settlement conference. (*See* Dkt. #176).

The Court understands Plaintiff's desire to hold the settlement conference. However, the Court also understands that defense counsel has not

had access to their office for some time during the Pandemic and that an in-person settlement conference is not feasible at this time. Accordingly, the Court will further refrain from scheduling the settlement conference until all parties can appear in person for the conference. Plaintiff is, however, free to present new discovery to defense counsel and the parties are, of course, free to discuss settlement without the Court's assistance in the meantime.

SO ORDERED.

Dated: July 7, 2020
New York, New York

KATHERINE POLK FAILLA
United States District Judge

*A copy of this Order was mailed by Chambers to:*

```
Kelly Price
534 W. 187th Street
Apt. #7
New York, NY 10033

and by email at
gorgeous212@gmail.com
```