UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KELLY PRICE,

                Plaintiff,

      -v.-

THE CITY OF NEW YORK, et al.,

                Defendants.

15 Civ. 5871 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

    On March 25, 2020, in light of the COVID-19 Pandemic and restrictions on access to the Courthouse, the Court adjourned a settlement conference in this matter *sine die.* (Dkt. #175). The Court has determined that a status conference is now necessary to determine the way ahead in this matter. Accordingly, the parties are hereby ORDERED to appear for a telephonic conference on **November 5, 2020, at 2:00 p.m.** The dial-in instructions are as follows: At 2:00 p.m. the parties will dial (888) 363-4749 and enter access code 5123533. Please note the conference will not be available prior to 2:00 p.m.

    The Clerk of Court is directed to mail a copy of this Order to Plaintiff's address of record.

    SO ORDERED.

Dated: October 7, 2020
       New York, New York

*[signature: Katherine Polk Failla]*

KATHERINE POLK FAILLA
United States District Judge