UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
KELLY PRICE,

               Plaintiff,

  - against -

THE CITY OF NEW YORK, ROSE PIERRE-LOUIS, in her individual and official capacity, SELVENA BROOKS, in her individual and official capacity, INSPECTOR OLUFUNMILO F. OBE, in her individual and official capacity, DECTECTIVE LINDA SIMMONS, in her individual and official capacity, OFFICER JOHN STAINES, in his individual and official capacity, OFFICER ISELAINE GUICHARDO HERMENE GILDO CRUZ, in her individual and official capacity, LT. NICHOLAS CORRADO, in his individual and official capacity; LIEUTENANT RAYMOND DEJESUS, in his individual and official capacity; OFFICER EMMET, in his individual and official capacity; SERGEANT SHEVITZ, in his individual and official capacity; MTA OFFICER STEPHEN MEARS, in his individual and official capacity; MTA OFFICER ALISON SCHMITT, in her individual and official capacity,

               Defendants.
------------------------------------------------------------------x

Index No. 15-CV-05871 (KPF)

**RIDER TO SUBPOENA TO NEW YORK STATE DIVISION OF CRIMINAL JUSTICE SERVICES DATED _____**

     **YOU ARE COMMANDED** to produce at the time, date, and place set forth on the subpoena with which this rider is enclosed, the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

(1) Any New York State Identification and Intelligence System ("NYSIIS") report in your possession for Kelly Price, born 11/27/1970.
(2) Any Domestic Incident Report ("DIR") in your possession for Ms. Price.
(3) Any records reflecting any member of the Metropolitan Transportation Authority Police Department ("MTAPD") having accessed a NYSIIS report or DIR for Ms. Price on November 17 or 18, 2016, or a certification that no MTAPD member accessed those records.