# Activity in Case 1:15-cv-05871-KPF Price v. Simmons et al Order  Inbox ×

**NYSD_ECF_Pool@nysd.uscourts.gov**  
to CourtMail

Mon, Nov 30, 2020, 10:48 AM

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** There is no charge for viewing opinions.

**U.S. District Court**

**Southern District of New York**

**Notice of Electronic Filing**

The following transaction was entered on 11/30/2020 at 10:48 AM EST and filed on 11/30/2020
**Case Name:** Price v. Simmons et al
**Case Number:** 1:15-cv-05871-KPF
**Filer:**
**Document Number:** 179

**Docket Text:**
**ORDER: The Fifth Amended Complaint remains the operative pleading in this matter and discovery has proceeded as to the claims therein. During the November 5, 2020 conference, Ms. Price indicated to the Court that, in her view, discovery is not complete. Accordingly, Ms. Price is hereby ORDERED to submit to the Court, on or before December 30, 2020, a letter outlining the remaining discovery issues. She may also discuss in that letter the status of any negotiations she may have had with Defendants (including in particular the MTA Defendants) regarding settlement of some or all of her claims. Defendants shall file a response to Plaintiff's letter on or before January 11, 2021. Defendants shall also transmit a copy of this Order to counsel for the DANY Defendants on or before December 4, 2020. (Signed by Judge Katherine Polk Failla on 11/30/2020) (rro)**

1:15-cv-05871-KPF Notice has been electronically mailed to: