## EXHIBIT B:

Mar 23, 2020, 12:19 PM

## Tara Schwartz <Tara_Schwartz@nysd.uscourts.gov>

to me

Sure.  I will email you any orders that get posted on the docket.

**From:** Grace <gorgeous212@gmail.com>
**Sent:** Monday, March 23, 2020 12:17 PM
**To:** Tara Schwartz <Tara_Schwartz@nysd.uscourts.gov>
**Subject:** Re: Price v. Simmons, 15 Civ. 5871 (KPF)

Dear Ms. Schwartz:

I get a pacer notification that something has been filed but I don't get the actual whole filing:  sometimes I can only see the first few sentences.  Pretty please could I ask that you kindly email if possible?

I will submit my request for ECF access this week (hopefully tomorrow.)

best,
Miss Price

On Mon, Mar 23, 2020 at 11:06 AM Tara Schwartz <Tara_Schwartz@nysd.uscourts.gov> wrote:
OK, if you are receiving the Court's orders via Pacer then we will not need to mail you anything.  If we need to get in touch, we will email you.

**From:** Grace <gorgeous212@gmail.com>
**Sent:** Monday, March 23, 2020 10:33 AM
**To:** Tara Schwartz <Tara_Schwartz@nysd.uscourts.gov>
**Subject:** Re: Price v. Simmons, 15 Civ. 5871 (KPF)

Dear Ms. Schwartz:

My mailing address is:
534 w 187th st
apt #7
NY NY 10033

HOWEVER I will not be living at this address during social-distancing b/c the building is an old SRO and sharing a bathroom with the other FIVE people on my floor is not ideal for a 9/11 survivor like me who has precarious respiratory capabilities.

Please could I ask you to kindly email me all copies of mailings?

I do get a PACER alert already whenever the docket is activated so I did get Judge Failla's message about the cancellation of the March 26 pre-trial conference.

I'll be making several filings this week.

best,  Miss Price