**EXHIBIT G:**

Raheem Powell's mother (Nancy Gaines) was arrested for attacking me in fall of 2010 and maiming my face. She was let off with a DAT and then re-arrested for marijuana possession during the pendency of the DAT but both charges were dropped (#2010NY092185). This image was taken almost two weeks after her attack:

