December 28th, 2014

Kelly Price
New York,  NY
via email

Inspector Kim
Office of the Inspector
General for the NYPD
80 Maiden Lane
14th Floor
New York, NY 10038
via email:  JKim@oignypd.nyc.gov


Dear Inspector Kim:


I'm writing to provide further information to assist you in your investigations of my complaint made to the NYPD OIG regarding the handling of me as a victim of domestic violence, the deliberate pattern of denial of services unhanded to me as a victim of Domestic Violence and as a victim of street assaults in NYC and the continuing problems I've encountered with the NYPD in the wake of being falsely branded a "fabricator."

1.  28th Precinct never investigated my claims of abuse.  No one ever interviewed neighbors, had me sign HPPA forms, reviewed photos of injuries I sustained during battery, or even called me to ask about my complaints.

2.  As I was labeled a "fabricator" I ended up on a "do not service list" kept by the NYPD/Das office of persons whose complaints are not to be addressed by the police.

3.  My batterer is still walking free.  Why?  How many other women are denied services like welfare assistance, counseling and relocation/housing which are "signed-off" on by Family Justice Centers around the city that are literally embedded in Das offices in each borough because they are dubbed "fabricators" without anyone ever investigating her claims?


• My SS# is 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
• My DOB is 11/27/1970


1

- Please find attached the final dispositions/Orders from NY Supreme Court to dismiss and seal docket #s 20075-2011 and 20111-2011 (Exhibit #7) as well as the original complaints against me(Exhibit #4 & 5).
- I was Arrested on 5/6/2011 and 3/24/2011 by the 28th precinct and 9/24/11by the 14th pct..
- On 5/6/11 I was arrested by Detective Samuel Fontanez, shield #00311 of the 028 Detective Squad and on 3/24/11 by various detectives inside the Family Courthouse and then handed over to detective Flowers of the 28th precinct.  I do not have Dt. Flowers' shield # and neither does the Pct. as he has since retired (I was informed this by the dt squad when I called to ask for the number for you).
- I was told by the CCRB that the IAB handles cases like these as I was not making a complaint about excessive force or discourtesy: following, I made various complaints to the IAB.  I have not heard from the IAB either regarding this.
- I have included copies of emergency room reports and ambulance reports of some of the injuries I sustained.   I have also included a disc with images of my various injuries incurred on my person from assaults by my batterer, Raheem Andre Powell, his mother, Nancy R. Gaines and by members of the NYPD as well as people on the street.
- I have a recorded statement from Mr. Powell admitting that he repeatedly abused me and got the NYPD to believe his lies as well as other related audio recordings of these admissions.

- As a domestic violence victim I went to the authorities, specifically, the 28th Pct. as I lived in that district, and then to Cyrus Vance's staff in the DA's office for help.  I began asking for assistance in the spring of 2010 and continued up until the winter of 2011.  I have a timeline with specifics detailing the interaction that I can provide.  Instead of anyone investigating my claims of abuse I was instead falsely accused and charged with crimes against my batterer and imprisoned.  I was prosecuted by the Manhattan DAs office on 325 counts of aggravated harassment and one count of contempt of court. The complainant is a man who battered me for two years. When I finally went to the police and the DAs office for help I was arrested instead, the NYPD refused to investigate my claims of abuse, and I ended up incarcerated on Riker's island regardless of the evidence in my favor: hospital records, eyewitnesses, 911 calls, photographs, permanent scarring, et al. After approximately two years of endless hearings in NY Supreme Court the DAs office offered me ACDs on the counts which i refuse to plead to as my batterer was walking free without a charge or restraining order against him. My civil rights have been violated in so many ways: I feel strongly that the pain, humiliation and anguish

2

caused me needs to be recognized. The people responsible for these malicious prosecutions and false arrests should be held accountable. If this has happened to me it can and has happened to other women and I want to make sure it never does again.

- The NYPD refused to investigate my claims of abuse: I have plenty of proof that this disregard for the obligation to investigate occurred in my case.   I received call from DA Strohbhen on February 2, 2011.    She told me I have "less than an hour" to get downtown to her office.  When I arrived she and Det. Simmons and another Dt from the 28th pct pepper me with questions about how I came to own a car, how I earned a living, and accuse me of answering my phone earlier in the day "with a fake accent.'   They proceeded report against RAHEEM that she will 'lock me up and throw away the key." She also informed  the 28th precinct that she will personally handle all of my "police service needs" and if I have "a bullet-hole in my head that they are to call her first before responding to any call from me."  She informs me that she has already assisted Raheem in drawing up a Family Court petition to attain a counter restraining order against me in order to press counter-claims of harassment against me.  She further instructs me that even though I haven't been served that I am to show up in family court the next morning to respond to Raheem's charges.  She tells me I will be charged with contempt of court if I do not show up "as she as an officer of the court was ordering me  to appear even though there was no time to serve me with a subpoena (sic)."  She tells me her only concern is that "an innocent black man has been sitting in jail for 24 hours…"  I ask to speak with her supervisor to show her my proof and have my neighbors interviewed etc. and Ms. Strohbhen informs me that "she already checked with her supervisor (Audrey Moore) and that she has been given carte blanche to deal with me with finality."  I am instead thrown out of her office.  My landlord and others try to speak with Ms. Strohbhen to introduce investigatory evidence and she rebuffs them (please see attached letters from landlord, Adam Gargani, My neighbors Marilyn Benetatos et al about Ms. Strohbhen's and ADA Kenya Wells' refusal to investigate.)


- The conduct on which I file my complaint about the NYPD includes:  (but not limited to): (1) unjustifiably denying me any police services; 2) refusing to investigate my claims of violent physical abuse (3) arresting me without probable cause; (4) maliciously prosecuting me for crimes against my batterer under the pretense that I had made up my claims of abuse  (5) conspiring to present falsified evidence to, and to withhold exculpatory evidence from, a seated family court judge (JUDGE SATTLER) and seated NY Supreme Court judge (JUDGE DAWSON); (6) deliberately suppressing material evidence of the true nature of my status as a domestic violence survivor from the trial file; and (6) manufacturing

3

evidence that I was a "Fabricator" who insinuated her own injuries on herself. 7) Thwarting my right to due process by insinuating I was in fact a violent abuser and not a crime victim in open court.  8) Conspiring to manufacture evidence/perjury.

- I was arrested and charged with 325 counts of aggravated harassment and one count of Contempt of Court as I sat in front of a family court judge (Judge Sattler on March 8, 2011) as I was trying to get a restraining order extended against my violent batterer. I served between eight to ten days incarcerated in the tombs and on Rikers Island and years repeatedly going back to court monthly--sometimes more often--to stand accused by a system that should have been prosecuting my batterer:  But he walked free.

- The cases against me were eventually ordered dismissed and sealed on July 24, 2012 by the I-DV division of NY Supreme court I was never given an explanation as to why or even permitted to stand in front of the judge and add something onto the record about my disgust and despair at the way I was treated by the Police and the DA's office. My batterer was walking free:  everyone in my community was looking at me in strange ways and distancing themselves from me.  Others openly confronted me in the neighborhood:  I was assaulted by various people who had known my batterer for decades who had heard swirling rumors fueled from the actions of the 28th precinct.   For two years the pallor of serious criminal charges hung over me:  the threat of incarceration for many years and the complete alteration of the life I had built for myself.  I was not about to take a plea that admitted any sort of guilt for crimes of any kind.  I was the one who had gone to the police for help.
  .
- I feel strongly that the NYPD can choose to decline to arrest a batterer if they don't have enough proof to bring charges against him/her but this is not what happened in my situation. They flat-out denied any investigation of my claims of abuse even though there was plenty of evidence supporting my story. I have advocated for myself and had representatives from Senator Gillabrand's and Council Speaker Quinn and other Domestic Violence Advocacy groups review my case and lobby in my behalf as well. There is a mountain of evidence and the Domestic Violence community in town has been supportive of me. The 'authorities' never interviewed neighbors (and even lied about this), never looked at or compared photos of my severe injuries to hospital emergency room reports, and refused to collect/accept other evidence such as 911 calls, receipts for repair work for broken windows or doors that have been kicked down as well as other evidence that proves that constant battery had taken place. They accused me of fabrication without even knowing or seeking to examine the facts

4

and then initiated an elongated, over-zealous, and incorrectly-charged criminal prosecution of me based on the belief that I was a fabricator. This is anathema at best and police/ prosecutorial misconduct at worst.

- I spent tens of thousands of dollars defending myself and my life has been turned upside-down as a result of the accusations levied at me. I have fallen into financial ruin, can't get a job and have a debilitating psychological disorder as a result of the battery and re-victimization by the "judicial" system.   I have been diagnosed with Complex Post Traumatic Stress Disorder by Psychiatrists and social workers at the St. Luke's Roosevelt Crime Victims Center where I have been in treatment for over two years and by members of the James B. Zadroga 9/11 Survivors' Federal Healthcare program at Bellevue Hospital.

- Since the time of my troubles with the 28th pct. and DAs office I have been attacked many times in NYC in various forms and each time I call the police I am told that I am no longer entitled to Police services as per the edict of the Manhattan District Attorney's office. This is a violation of my 14th amendment rights to equal protection under the law, my first amendment right to redress the government for grievances, and my right to due process.

- On several occasions I was beaten and went to the 28 pct. bloodied and bruised and was told by desk Sargent Agron at the 28th pct. that I was not allowed police services. The DAs office has continued their posture that I am a fabricator even after charges have been dismissed against me and continued to inform the NYPD not to take any complaint from me in violation of my Constitutional Right to Equal Protection under the law. When I have been assaulted and complaints have been made the DAs office has instructed the precinct involved not to pursue charges against the perp. This has happened on numerous occasions notably: 6/3/2013, 5/17/13, 10/17/12, 07/27/12: (incident #2012-020-2969 described above), 7/14/12, 4/17/12, 1/20/12, 12/1/11, 8/13/11, 8/4/11, 8/2/11. I can provide incident IDs that were never followed up on, proof that the officers refused to even take a report, or Jaywalking tickets issued to me for the latter date when officers from the 28th pct. engaged in outright harassment of me (e.g. Docket Number 2013SN053520 was dismissed on 8/27/2013). Most frustrating is that the police have been instructed not to assist me or to prosecute those who do harm to me.   The 28th pct. constantly harasses me when they see me.  In June of 2013 I was en route to the train passing the precinct and the detectives yelled out my name from the second-story squad window and then proceeded to MOO at me as if I am a Cow.  Other times the cruisers pass me on the street and make sucking sounds at me (insinuating sexual acts with their crude verbosity.)

5

- The emotional pain and suffering from these events is overwhelming. I've lost everything I worked for: most beloved was my personal identity, my career and my sense of place in life. I was at one time trusted and loved until my world fell apart because of this mess. I more than anything want my name back and I want to continue to do the good work I was producing. I struggled to build a beautiful life for myself. Now I'm trying to put the pieces of my life together but nothing is easy and my troubles seem to compound as time slips by.


- I would appreciate you taking the time to look over some of the links I've provided below so you can get an idea of the high-level I used to operate at vs. where my life is now because of the malicious mis-handling of my case. The links are to examples of news production I did and to the kinds of people who trusted me with their lives. I ran the world's top photojournalists in and out of war zones and covered top stories on all fronts for the past decade. I had achieved a high level of respect and admiration based on trust and love. Now my life is literally in tatters. Credibility is key to the journalistic community and the pallor of criminality still follows me as a result of the bad arrests and prosecutions concocted for me between the NYPD and the DAs office.
- I began the careers of many journalists such as David Rochkind: his work on the drug wars in South America spans a decade of reportage we produced together. The Guardian just did a review of his book co-produced with the Pulitzer Center:
  http://www.guardian.co.uk/artanddesign/photography-blog/2013/jan/25/mexico-drug-war-photographer-david-rochkind?intcmp=ILCMUSTXT9384
- Scout Tufankjian was asked to be President Obama's White House Photographer after her comprehensive coverage of his 2008 campaign. I was Scout's editor who stewarded all of her work with the campaign: Scout even mentions me as the reason for her success when interviewed on the Charlie Rose show:
  http://www.charlierose.com/view/interview/10026
  http://www.scouttufankjian.com/#/yes-we-can---the-book
- Photographers such as Max Becherer, Christoph Bangert, Johan Spanner and Mitchell Prothero needed help getting into Iraq to work. I not only got them safely in and out of the country hundreds of times I trained them on how to operate while there and subsequently all became full-time

6

freelance staffers at the NYT House in Baghdad kicking-off their careers as war photographers.
http://maxbecherer.com/#/the-dark-days-iraq/01182013_Becherer_IraqDark001

- Exclusive access inside the home of Benizir Bhutto in Pakistan while she was placed under house arrest by the Pakistani government upon her return after years in exile a week before her assignation:
http://www.time.com/time/photogallery/0,29307,1683694_1485358,00.html

- I worked with Stephanie Sinclair who gained a never- before-seen intimate portrayal of the family of polygamist Warren Jeffs for the NYT Magazine (Winner of National Magazine Award for Best Cover Story, 2009)
http://www.childbrides.org/raid_NYTimes_children_of_God.html

- Here are links to some of my 9/11 photos I took myself as I fled away from the falling towers:

- http://digitaljournalist.org/issue0609/watching-the-world-change.html

- http://www.amazon.co.uk/102-Minuten-erz%C3%A4hlte-Geschichte-%C3%9Cberleben/dp/3492250521/ref=sr_1_11?s=books&ie=UTF8&qid=1363704757&sr=1-11

- http://www.nytimes.com/2001/09/23/arts/the-aftermath-peering-into-the-abyss-of-the-future.html

- http://www.time.com/time/magazine/article/0,9171,1053663,00.html

- http://www.thetimes.co.uk/tto/news/uk/jubilee/article3353131.ece

- I worked with photojournalist Evelyn Hockstein on many stories including the origin of a new deadly super-virus in Angola:
http://www.nytimes.com/2005/04/17/international/africa/17angola.html?_r=0

- I positioned photojournalist Robert Stolarik in NOLA days before hurricane Katrina and more than supported his efforts to document the events during and after the storm: We won many awards that year and Robert's coverage secured him a staff position at the NYT:
http://www.nypress.org/KATRINA/index.html

- There are literally thousands of other pieces I could show you but the above offers a glimpse I think into the life of the person I once was before being cast as a pariah by the people sworn to protect me.  Please help me make sure this doesn't happen to other women in NYC and to help me move forward and try to restore myself the status I occupied before the malicious arrests and prosecutions.

- I have been unable to attain  work in my field of photojournalism

7

- I miscarried a child I was pregnant with by Mr. Powell in the Spring of 2011 and had to suffer through incarceration at Rikers Island on Mother's day.
- I have a debilitating psychiatric condition as a result of the pain and suffering foisted on me not only by Mr. Powell and his family and friends but also by a judicial system hell-bent on ruining me.

I came to the NYPD in 2010 about my situation as I was suffering severe physical, mental, and economic abuse and instead of assisting me the 28th pct chose to throw me to the wolves and put me in Riker's Island for alleged crimes of harassment I supposedly proported against my batterer.  When I went to the NYPD for help in freeing myself from my batterer not one person in the precinct took the time to meet with me and review the many pieces of evidence that I had proving that I had not fabricated my own injuries; the stance the detectives in the 28 squad and the Manhattan District Attorney's office took in order to protect my batterer who was involved in several prosecutions they had already set in-motion against other parties not associated with me.

My batterer (Raheem Andre Powell) enjoyed a privileged status with the NYPD as a result of several incidents:  he had assisted in helping the police previously and warned me that I would be unable to find sympathetic ears regarding his violence.  More recently Powell had been a complainant in an attempted murder case wherein his marijuana distribution hideout was robbed in December of 2010 by an armed member of a central-Harlem gang.  During that robbery Powell was shot at by the perpetrator as he chased him up nearby Frederick Douglas Boulevard in front of the 28th precinct.    That young robber/shooter was key in unraveling knowledge about the "Goodfellas" and "137th st" gang in Central Harlem which were 'brought to justice' under fanfare and several public press conferences by the district attorney's office.   Powell also had knowledge of other gang-related (Crips/Bloods) activities that involved the murder of his cousin, Andre, in broad daylight on the corner of 115th and Lenox in the Fall of 2010 among other pieces of information he on passed to the police.

My complaints as a battered intimate-partner against Powell fell on deaf ears at the 28th precinct nearby to my former home on w. 120th st in Manhattan.  I was caught up in a miasma of legal posturing and wrangling as the DAs office made a case against me for hundreds of counts of alleged aggravated harassment I supposedly committed against Powell (Exhibit #s 4 & 5) Without examining one hospital emergency room record, speaking to one neighbor, examining the receipts I had for various broken windows, kicked-down doors, or examining the photos of my injuries I was labeled a fabricator and liar.  Branded a pariah I was thrown into jail, miscarried the child fathered by Powell I was carrying, and began suffering serious symptoms of Complex Post Traumatic Distress

Disorder.  Everything I had worked for in my life burned around me as my credibility was lost.  My friends and neighbors looked at me with disdain and disbelief as swirling rumors fueled by the actions of the police and DAs office gave people incredulous pause whenever they confronted me.  On many occasions I was physically attacked in the neighborhood by people I knew loosely in the street.

The following information is broken down into three categories:

I.  Rough timeline of events involving violence against me by Powell

II.  Events that led to the filing of IAB complaints and details of those incidences.

III.  Details of attacks on my person that the 28th precinct and other precincts in town refused to follow up on.

I.  Rough timeline of events involving violence against me by Powell
August 2009—First Beating I suffered at the hands of Powell
People I told about first incident and/or who saw bruises/marks on me after incident (I went to a party that night with friends and was in shock still as the beating had taken place in the early morning):
Friends who attended Party:
James Price-Newsweek Magazine: 718. 872.8544  or office: 212 445 4628
Paul Moakley (party thrower):  Deputy Director of Photography, Time Magazine: 646 379 0806
Brona Hatchette: Women's Health Magazine: 646 667 7609

Fall 2009:
I receive a visit from best college friend from Mount Holyoke, Amy Carter, from Seattle while she is in town on Business.
She comments on how I live in fear of my boyfriend: she is upset that even though she is taking me out to dinner I still have to prepare meal for Raheem and that he calls me several times throughout dinner to check up on me and question me jealously about my whereabouts.
After her visit she sends me a letter fearful of my circumstances, begging me to

9

take a hard look at why I am in relationship and encouraging me to leave
Raheem.
Amy Carter
The Bill & Melinda Gates Foundation
Senior Program Official, Private Gifts
Seattle, WA
206 709 3282
206 612 6496
206 691 1655


Beatings Continue through fall of 2009 and winter of 09/2010.
People who heard domestic disputes:

Tammy Grinder upstairs neighbor (646 228 1469)
Jared Love (upstairs neighbor in #3—Landlord Adam Gargani has his contacts
347 237 0100)

People who called the Police when they feared for me b/c of Raheem:
Levertt (neighbor) NYC Public School Teacher.   646 320 6145
Tammy Grinder (definitely called police on night of 11/12–646 228 1469)

People who saw bruises/marks on me:
Neighborhood drivers from Harlem Transport—cab base around the corner:
Kalu 646 721 8592
Modou 347 751 4211
Dee and Marilyn; 347 203 2623

Neighbors:
Brianne: ask landlord for number ex-girlfriend of Jordon Love (Adam Gargani is
landlord: 347 237 0100)
Tony: Photographer who lives at 231 w 120th apt #3:  he took pictures when
Raheem would beat me:    (212 729 7434)
Faisal: ask landlord for number—he and his wife have moved back to Iran I
believe but they witnessed Raheem punching me and preventing me from
entering my home (Adam Gargani is landlord: 347 237 0100)
Feliciano My building super; witnesses Raheem push me and hit me in front of
my home in the spring of 2010: (646 201 1096)
Marcel:  the son of Maria Robinson.  Lives at 232 w 120th #1 (cq)
Dee &  Marilyn Benetatos: Owners and
 Residents of 231 w 120th st:  witnesses bruises on me on numerous occasions.
347 203 2623
Maria Robinson:  Lives across street:  witnesses Raheem Beating me on
12/20/2010 in front of my home.  Her son, Marcel, also saw bruises on me on
numerous occasions Maria died of Cancer in 2012)

10

Todd  Stevens:  212 350 8507  (my real estate broker from Douglas Elliman—
encountered me covered with bruises in sept of 2010 @ 28th precinct as I tried to
make a police report about beating.)


February 2010:  suffer massive beatings:  sent to Emergency rooms twice back
to back @ St. Luke's and Metropolitan to treat ripped cornea/black eyes Have
Emergency Reports Archived.

March 2010:
suffer fabric burns all over upper body from Raheem ripping my clothes off as I
tried to flee and dislocated shoulder.  Photos of injuries

April 2010: huge fight over Easter week.  bruised badly-entire back and arms
covered in bruises: swollen jaw.  sprained ankle.

Beatings continue whenever we fight throughout Spring of 2010

May/June 2010:  call and visit 28th precinct multiple times to discuss how to get
help.  Speak with young officer at desk:  Officer Williams. (pretty, petite, Afro-
American) she witnesses bruises all over me
and encourages me to make report.  She warns me that he will be locked up if I
sign report.  I beg her if there is a way to just give him a warning or to help me
just extricate myself from relationship.
She says the only way Police can help is if he is arrested.  I leave station house
without signing report.

June 2010; Raheem attacks me with belt that is covered in metal bottle-
caps.  leaves permanent bruises on me.  Several people exclaim that my body
looks as if it had been run over by a truck.  Dirk Caldwell VP of Sales at Black
Enterprise witnessed belt marks; 347.865.5892

June 2010
kidnapped a raped at gunpoint by guy on long island named Ricky. I have
address and phone number still.  Raheem indifferent—beats me up and blames
me.
i call svu and discuss attack with female  officer who tells me that i cannot make
an anonymous report to police.  Raheem encourages me not to make report and
he gets in shouting match on phone with kidnapper.  Ricky: his cell phone
number in the spring of 2010 was: 347 863 8171


July 3 2010:  Raheem attacks me as I leave my house to see friend.  He chokes
me through my front gate and rips off my necklace and prohibits me from leaving
aedicule outside my front door.  I have to call Police to get him to leave and

11

permit me to leave my home.  Officers respond to 911 call.  They encourage me to make report—I decline as they say he will be arrested.  officers Loor and Chan respond.


July-September 2010:  multiple blow-ups: police called to home on many occasions in response to my calls and other complaints by neighbors.

July-September 2010: multiple trips to station house to discuss situation with Domestic Violence officers McNair and Diaz.  I fill out several reports and don't sign.  Many photos taken at precinct of my injuries.

September 2010: multiple calls to Police.  Front Windows smashed and replaced several times.  Door kicked in, locks broken, locksmiths called.  Locksmiths and glass companies have records of damages and repairs.

October 11, 2010:  Raheem tackles me and beats me in street at intersection of 118th and st. Nicholas Ave (NW corner.)  He beats me with his fists and cellphone and Police are called.  Police encourage me to make a combined report of stolen license plates, car, and Domestic Abuse all n one.  I'm not given copy of report.   Police take extensive photos of face, back and torso with bruises all over.  Officers instruct parking garage to not allow Raheem to take my car out of garage.  Raheem bribes parking lot owner and takes car even though Police helped me remove one license plate and park suv in front of car.
Witnesses:  Levertt (number above) and a girl named Jenn I know from the Dog Park (can get her number)  (Please see photos dated 10/11/10)

October 14, 2010: (Double check date of desk appearance ticket issued me— day could be one day later or earlier)  Blackmailed and life threatened:  dogs' lives threatened by Raheem.  Says he will "ruin" me by telling ex colleagues and family private info about me if he gets arrested for Domestic violence, if I leave him, or if I fail to pay his bills.  Forced to go to precinct and ask for help.  I explain to officer McNair and Detective Simmons that I'm being blackmailed and Raheem is blackmailing me and if he gets arrested everyone will know etc.  Detective Simmons  states the only way to dismiss complaint filed without my permission is that she needs overtime that week and by arresting me for making a false statement she will receive it.  She says since i've never been arrested that this will not be an issue and I won't go to jail.  She helps me write simple statement saying I caused bruises to my face bc we were in a fight and I was mad etc.  I'm arrested and given a desk appearance ticket for falsifying a police report.  DA declines to prosecute when I make court appearance.



Night of November 11/12 2010: Raheem breaks into my house and is waiting for

12

me when I come home.  I had been at Amsterdam Ale House for dinner.  Police saw me (officer Loor) come home as they beeped at my taxi to move aside when I was paying fare and waved at them when I disembarked.  When I entered my home Raheem attacked me, stole my money and choked me until I passed out on my living room floor. When I regained consciousness I tried to run for door and screamed for help.  At that point Raheem tried to detain me and I was thrown/pushed through a 30 gallon fish-tank.  When Raheem realized what he did he panicked and stepped in the glass to pull me out of tank as I was sitting in glass and foul water.  He stepped on glass in his flip-flops and needed to be treated months later in December or early January at st. Luke's for an infection he suffered from a shard of glass lodged in his foot from that evening that had become infected.  Neighbors all called police and they were pounding on my door: there must have been 30 officers in my house that night.  After much arguing with police (Raheem had disappeared out the back door) I was taken to Metropolitan Hospital and treated.  The FDNY ambulance workers (Valentin was one of them) remember the incident and how strange the police were acting.  The doctor who treated me can also comment on this (dr. Albert Della Fave—ER Resident.)

MANY neighbors heard me screaming for my life and called police that night.  survey 911 calls

Medical Professionals who Treated me:
FDNY Valentin: see copy of FDNY ambulance report (EXHIBIT  2#)
Dr. Albert Della Fave: Metropolitan Hospital ER Resident: 212 423 6262 to attain a copy of DELLA FAVES INTERNAL DISPOSITION describing events with police and my treatment beyond the scope of what is in my medical records. (see EXHIBIT # 2 Hospital emergency Report)

November 17, 2010:  Beaten by Nancy Powell, Raheem's mother when I go to her house for help.  Face completely covered in blood and deep scratches from her fake nails digging into my flesh.  I have permanent facial scarring as a result. (See Exhibit # 1 Photo of deep scratches on face dated 11/17/2010)  Nancy Powell was given an ACD which she violated by being re-arrested for marijuana possession six months later but the Das never prosecuted her.

November 22, 2010:  after lying in bed frightened and starving for five days while my house is trashed I go to the police in fear of my life.  Police see the damage on my face still five days later and allow me to make report against Nancy Powell however they refuse to allow me to make a report about the November 11/12 incident where Raheem threw me through a fish tank and instead the precinct

instructs me to go to family court to attain a restraining order against him which i do (Exhibit # 26) I take it to police to serve and they tell me to come back.  I return a few days later with Family Court restraining order and the precinct refuses to act on it.

December 22nd, 2010:  beaten, robbed, dragged into street after Raheem breaks into my house and steals my money and phones.  Multiple witnesses call 911 for help.  Precinct desk sergeant Agron tells me when I go to make report that he will arrest me for trespassing if I don't leave the precinct.  Refuses to act even though i have an active restraining order against Raheem.  He refuses to look at it let alone serve it.  I call 911 from inside precinct to report his conduct and the operator tells me they can't do anything to help me.

More fights through December 2010 and January 2011.  ***I attempt to lock Raheem out over Christmas and Raheem incessantly pounds on door and  windows calling me all night for two days when i wouldn't let him in********I had a friend staying with me, Dirk Caldwell from Black Enterprise.  He witnessed this barrage of harassment and vowed to only return to my house 'with a gun to protect himself.' Dirk Caldwell VP of Sales at Black Enterprise witnessed Raheem trying to break down my door and his incessant pounding on my windows 347.865.5892

January 27th 2011: fight with Raheem.  Another fight.Strohbhen I go to precinct to make police report of incident and sergeant Agron again tells me that the only thing he can do for me is to "move me to Nevada"  (implying that I am a some kind of filthy degenerate prostitute unworthy of the NYPD's assistance.) (See texts from Powell EXHIBIT #)

January 28th 2011: I make appeal to detective Simmons to help me.  She is disgusted at Agron for his treatment of me and insists I make reports about 12/20 and 1/27 incidents to DV officers when they are in the next day.   Simmons agrees to help me if I tell her everything I know about Raheem's drug-dealing and his connections etc.  I ask about signing a complaint for injuries dating from 11/11/2011 and Simmons tells me its too late that the precinct will look bad.

January 29th 2011: Interviewed by DTs about Raheem's drug sales enterprise.  They never ask me to show them pictures, ER reports etc.  Detectives tell me the only way they will help keep Raheem away from me and to get my car back from Raheem is if I press charges against Raheem.

January 30th 2011: DV officer McNair takes report of 12/20 incident and encourage me to make report about 1/27 incident.  I am leery b/c no one saw him

harm me on 1/27 but people did see me harmed on 12/20.  Precinct tells me that Raheem has been making reports against me and that if I don't make report about 1/27 incident  "decisions may be made that are not in my favor."  I ask again to make a report about incident on 11/10 and am told that; ' too much time has passed' by officer McNair.

January 31st 2011: file report regarding 1/27 incident.

February 1st, 2011  receive call from officer McNair telling me Raheem has been arrested and served with restraining order.  he then asks me where I am and presses me.  I refuse to tell him.

February 2nd 2011: receive call from DA Strobhen:  she tells me I have "less than an hour" to get downtown to her office.  When I arrive she and det. Simmons and another dt from the 28 (George?) pepper me with questions, call me a liar, informs me she is declining to prosecute Raheem, refuses to look at any evidence I have that supports that i have not been making-up abuse, accuses me of running a dominatrix dungeon out of my brownstone apt, informs me that if I make another report against RAHEEM that she will 'lock me up and throw away the key".  She also informs precinct that she will personally handle all of my inquiries and if I have "a bullet-hole in my head that they are to call her first before responding to any call from me."  She also encourages Raheem to press counter-claims of harassment against me and instructs me that even though I haven't been served that I am to show up in family court the next morning to respond to Raheem's charges.  She tells me I will be charged with contempt of court if I do not show up.  She tells me her only concern is that "an innocent black man has been sitting in jail for 24 hours…"(See Exhibit #25 Powell's family court complaint vs me).

February 3rd:  Powell tries to accost me on way out of family court.  Judge denies his petition for a reciprocal restraining-order ADA Maria Strohbehn refuses to help me file report about Raheem's conduct on way out of court building.  I make report with Det. Mortimer at 5th precinct.

February 2011:  I discover I am pregnant

Early February 2011:  Neighbors tell me that nude photos of me have been texted around to all the neighborhood boys.  I call precinct and Strohbhen and no one will take report.  I call Mortimer and he tells me he can't do anything.  Lt. LArocca from the 28th pct encourages me to make a report to the court and to the Department of Investigations as he informs me that ADA Strohbhen has instructed the pct. to not take any reports from me. (PLEASE CONTACT LT LAROCCA he has retired and rumored to be living in Florida.)

February/March 2011:  I miscarry my child.  Numerous calls from Raheem from Pay phones remember many and can pinpoint March 16th 10:30am repeated

15

calls from him.  please check my phone records 212 470 5624 was my number
then.)

February 20th 2011:  I call Raheem to tell him about pregnancy.  I was extremely
uncomfortable and in pain.  We speak for hours/days on end about
situation.  Raheem enraged that I will not return to him and that i am considering
terminating my pregnancy.  He's also enraged that I beg him to seek counseling
for his abuse and battery.

February 23 (cq)2011: receive call from officer Diaz at DV office of 28th precinct
asking me to "come in to tell them how things are going."  I smell  something
fishy and bug out.  Officer McNair admits to me that Raheem made claims of
harassment against me.  He's surprised to find out that Raheem and I had been
discussing my pregnancy.  Tells me I will be arrested.

March 24th 2011: arrested in Manhattan family court by FOUR NYPD
DETECTIVES from the 28…Det. Simmons responds to a question I ask her
(after she calls me a liar and accuses me of making up abuse) by saying:
"Kelly:  I don't tell you how to lay {sic} flat on your back and spread your legs
when you do your job and I certainly don't expect you to tell me how to do
mine…" while I am in the holding cell at the 28 DT squad

May 2011: arrested by det  fontanez for contempt of court.  Not given time to
make bail:  taken straight to Rikers island where I am beaten.  Raheem's cousin
works on Rikers island so I was treated with special disdain.  He promises if I
come with him quietly that he will investigate my claims that Raheem beat
me.  Contract sinus infection that causes hearing loss on Rikers.  Rikers staff
loses my belongings and refuses to give me house keys when I am
discharged.  Corrections officers Montague and others I made note of.  They can
vouch to the abuse I suffered while in custody of the NYCD. (Exhibit #6)

May/June 2011:  Jumped by women's shelter dwellers  at 233 W. 120th st. who
do drugs with Raheem's cousins across the street three times.  Police
called:  they refuse to help.

May/June/July 2011:  constantly taunted by neighbors about beatings and called
a whore.  Told my life is in danger by Raheem's drug-pusher TY who still slings
Raheem's drugs out of 239 w 120th st. #2.

AUGUST 2011:  multiple attacks and constant taunting &  harassment by
neighbors with allegiances to Raheem.  Police take reports.


II.  Events that led to the filing of IAB complaints and details of those incidences.


16

Complained  July 15th, 2011 complaint # 11-31923  and #11-43253 that Dt.
Simmons failed to investigate my allegations of abuse at the hands of Powell,
and that the 28th precinct never investigated my complaints.  No action was ever
taken nor any report provided back to Manhattan North liaison (as per officer Van
Vorren and SGT Purcel)

Detective Simmons claims to have investigated my assertions that I had been
abused by Powell but she never inquired about the abuse and checked with my
neighbors interviewed me about the abuse, reviewed
the photographs (Exhibit #1) , hospital emergency room reports (Exhibit #2),
receipts for broken windows and kicked-down doors or to spoke with my
neighbors who had heard and seen the constant battery.

Detective Simmons never investigated my  claims of abuse at the hands of
Powell before her squad at the 28th precinct charged me
with hundreds of crimes against Powell.  She failed to interview my landlord
(Exhibit #3)
and neighbors (and even lied about this); never looked at or compared photos of
my severe injuries (#1) or hospital emergency room reports (#2); never
requested
that my sign HPPA forms (Exhibit #24) releasing medical records,  and refused to
collect/
accept other evidence such as 911 calls, receipts for repair work for broken
windows or doors that had been kicked down that proves that regular battery had
taken place against my by Powell. They accused me of fabrication without
knowing or seeking to examine the facts and then initiated an elongated, over-
zealous, and incorrectly charged case against me.
Detective Simmons never investigated the facts of my abuse despite the fact that
on the night of November 10-11th, 2010 over thirty members of the 28th precinct
converged on her home. The police accompanied me ambulance to a hospital
after I had been choked until passing out and
thrown through a fish tank by Powell(see Exhibit #2 hospital records and
Exhibit #1 photographs of permanent scarring from being thrown through fish
tank).  Simmons never asked me to sign a HPPA form or for permission to
speak to various doctors that had treated  me for the many emergency room
visits she made in 2010.  Detective Simmons never interviewed neighbors who
heard constant battery and called the police beseeching them to help me.

Simmons and I had had a previous encounter on October 14, 2010 when
I  begged the 28th precinct not to file a report they had told me that I  could
have a night to sleep on before initiating action on.  I was not ready at that time to
initiate a prosecution against my batterer, Raheem Andre Powell,
as he had threatened my with blackmail and reminded me that he had Police
connections and would 'ruin me' if I reported his battery to the police. Upon
arriving at the 28th Precinct on the morning of October 14th, 2010 and telling the
DV officers McNair and Diaz that I was choosing to not initiate

17

prosecution against Powell for beating me on 10/11/2010 I asked them to tear up the 61 report. The previous evening I had been told by the police that they would allow me time to think about if I wanted to follow through with the filing of the complaint against Powell.  I was reticent to go forward with my claim against Powell  for several reasons including that Powell was blackmailing (Exhibit #12) me by telling me that he would release intimately personal photos and information about me to my family and colleagues if I ever went to the police about the battery he unhanded on me.  (please refer to exhibit #12, cell phone transcripts of messages sent to me from Powell proving the blackmail).  The DV officers had already elevated the report even though they had promised not to and it had been assigned to Detective Simmons.

Simmons agreed to tear up my report against Powell only if I wrote out a statement saying I had made a false report and inflicted injuries on myself.  Simmons recommended this course of action as it was the easiest way to make the situation go away. Simmons stated that she needed overtime hours that day and as it was nearing the end of her shift and by booking me that day for filing a false police report she would get some overtime hours.  Simmons told me that as I had never been arrested that I would only receive a Desk Appearance Ticket and that no one would go to jail.  She also warned me to keep my head down and that I should move out of the neighborhood because from this point on "you're on your own."  The report that I had made was for injuries inflicted on me in public on the corner of 118th st. and St. Nicholas Avenue.  The events were witnessed by people known to me and I knew that if my story was ever followed up on that the facts would come out so I agreed to Simmons' plan.  Simmons informed me that this was the only way she would not arrest Powell based on my complaint filed without my permission by the DV officers.   Detective Simmons coached me on how to retract my statements: asking me to rewrite a synopsis of events several times each time asking me to write the time at the top of the page much earlier than the last so that Detective Simmons "could receive overtime by catching the case with enough time to start to work it" on 10/14/2010.  A record of Simmons' overtime request and payment is on file for this day (Please double check date—Simmons' OT was same day as my DAT).


 On March 24th, 2011 Detective Simmons was called in front of Judge Sattler in Family Court and asked if she had investigated my claims of abuse and if they were credible. Simmons replied "no" (Exhibit #13 ) even though she had not questioned me about my emergency room visits, reviewed photos of injuries taken by my neighbors, or interviewed my building super, landlord or neighbors about the ongoing abuse. After Simmons answered that she did not believe my allegations Judge Sattler allowed four officers from the precinct to cuff me in the Family Court House on Lafayette St in her courtroom and transport me back to the 28th precinct for booking and further processing and arraignment. DETECTIVE SIMMONS HAD NEVER INVESTIGATED MY ALLEGATIONS OF

ABUSE  & SHE PERJURED HERSELF IN OPEN COURT.

When I was in the cell in the squad room AFTER being arrested in Sattler's court I inquired as to why Simmons hadn't investigated my claims. My home was 1.5 blocks from the Precinct on 122nd but no one in my brownstone was interviewed about the constant abuse. Detective Simmons replied to my query: "Miss Price, when you lay on your back and spread your legs while doing your job I'm not standing over you telling you what to do and I sure as hell don't expect you to tell me how to do mine..."

Complaint # # 11-31923 was marked "unsubstantiated" by lt. Rentas and 11-43253 was closed by a 28 squad investigator and closed by lt. laburda:  678 1608.  No one ever contacted me to interview me regarding these complaints.

9/1/2011 Filed complaint vs  Officers Bright, Ebright and Raman as well as Sergeant Agron  for incident on 8/31. IAB complaint # 11-39869 PO EBRIGHT PO RAMAN and PO Ehlers].  This complaint was marked by the  28 precinct as unsubstantiated by someone named  Lopez.  Basically these cops instead of taking my report of death threats by Raheem's friends outside my home chided me, harassed me, and laughed in my face. When they arrived on scene and Ebright said to me;  "Miss Price I hope someday I am called to your home and you are lying dead on the sidewalk with a knife in you…"

October 2011;  filed IAB complaint # 11-49386  against 28 pct DV officers Rosendary and Simmons WHO THREW AWAY MY 61 when I complained that Powell was violating his restraining order. (exhibits 14 & 15) complaint c1-1-667494377.  This complaint was referred back to the precinct for investigation by the manager of the officers, the SGT also marked my complaint as UNSUBSTANTIATED.

On October 25, 2011 I attempted to file a DIR report with the 28th precinct about a violation of a restraining order Powell had committed on10/21/11 against an order of protection issued by Judge Sattler (Docket #0–00763-11, File # 1685, order #2011-1195 issued on 9/29/11 expiring on 3/29/12.) I was refused the opportunity to make a report of the violation on the date of occurrence.  I went back on subsequent days in an attempt to file the report and Captain Williams, the CO of the 28th precinct, instructed his DV officers to take the report.  The DV officer who took the report eventually (id # 939468) ripped up the report and refused to process it (Exhibit # copy of report ripped up by DV officers).  When following up the next week on the status of the DIR I was told it was missing and that I was not invited back into the precinct to refile it.  I was accompanied on 12/01/11 by representatives from the St. Luke's Roosevelt Hospital Crime Victims Center back to the precinct to refile a new DIR (Exhibit #.)  The DIR was accepted by the SGT (id # 933944).   I at that time received an apology from the

SGT about the missing DIR and I provided a copy of the missing DIR to the SGT. The new DIR was assigned to Detective Ransom of the 28th squad who did not follow-up on any investigation regarding the complaint.   In fact sgt Ransom engaged in a game of telephone cat and mouse with me and Powell was never arrested, investigated or questioned about his offense against the court order.  A DIR was lost about a violation of a restraining order and the superior marks the complaint about the loss and inaction to protect my safety 'unsubstantiated?"

In November of 2011 I filed complaint # 11-55009  against detective Simmons about her perjuring herself under oath in front of Family Court Judge and failing to investigate my abuse claims (see court transcript Exhibit #13).  This was logged by detective rogers on 11/29/2011.  It was marked unsubstantiated by Lt. Franqui.  No one called me or followed up with me.

III.  Details of attacks on my person that the nypd refused to follow up on.

I was informed multiple times after being assaulted or threatened that the Manhattan DAs office had instructed the precinct involved not to take my complaint or to not follow- through on any investigation of my allegations. This happened on numerous occasions notably: 6/3/2013, 5/17/13, 10/17/12, 07/27/12: (incident #2012-020-2969), 7/14/12, 4/17/12, 1/20/12, 12/1/11, 8/13/11, 8/4/11, 8/2/11. Attacks on my person and death  threats/harassment continued  through 2013 when I moved out of the 28th precinct's domain.  Please refer to incident report slips, jaywalking tickets, hospital records etc.

8/2/11:  When assaulted (punched in the face and chest when I went outside to check my mailbox) in front of my home by neighbors associated with the cousin of my ex intimate partner and batterer, Raheem Andre Powell.  I  called 911.  p.o. Cooley shield # 14327 responded and told me I was not allowed to receive police services, that the pct. had been informed by the DAs office that I was 'crazy' and that even if he took an incident report  nothing would come of it.  I called 911 around 1230 pm.  Cooley and his partner arrived at 1250 pm.  I followed up the next day to get incident ID# and was ignored and never received a call back from a detective investigating the assault or from the mousy grey-haired mean-spirited clerk in the 29 pct who assigns the ID #.  Eventually in 2012 Lt. LaRocca looked up the incident and provided and ID# to me.

8/11/11:  Told by associates of  my ex intimate partner and batterer, Raheem Andre Powell, who were exiting 239 w 120th next to my brownstone where

Raheem operated his drug distribution in apt #2 upstairs on the second floor in the back of the building (overlooking my backyard and bedroom window) that 'I would be taken care of' and that I should fear for my life.  Called 911 to report death threats around 330pm.  P.O. Bonaparte (did not provide shield #) responded with partner around 400pm and took incident report.  No one followed up with me.  I followed up and received a complaint number from lt. Iarocca who looked it up for me;  complaint # 2011-28-003732.  No one ever followed up with me about these threats or arrested the perps.  They continued to threaten and intimidate me each time I left my home and encountered them for the next two years saying; 'no one cares about you at the precinct;  no one gives a shit if anything happens to you Kelly…'

8/16/11:  Assaulted by associate of RAP on my way home from store.  Punched in the face.  called 911.  Ambulance arrived and treated me, police took report and never followed up.  See photos of busted face taken by FDNY ambulance workers (Exhibit #1 photos dated 8/16/11)

8/31 9/1:  harassed by associates of RAP.  PO EBRIGHT PO RAMAN and PO Ehlers respond and tell me I should move out of neighborhood, they harass me about associating with 'these people in this neighborhood' and refuse to take my complaint. Ebright tells me he hopes he responds to one of my complaints one day and 'finds me lying on the sidewalk in front of my brownstone with a knife in my back.'

9/24/11
In the wake of the ten-year anniversary of the
tragedy of 9/11 the city erupted with violent clashes
between Occupy Wall Street protestors and the NYPD. The
whole of the city was on edge. I had called police
after being man-handled by an over-zealous man in a bar and
been humiliated by the officers who arrived. After the
officers refused to take report I walked away and said
"Ya'll should go fuck yourselves you don't help anyone."
I did not scream this at the top of her lungs: I said it as I turned to walk away
overwhelmed with despair and
tears rolling down my face and was apprehended forcefully
from behind causing bruises to my entire body.(Exhibit # 10 Injuries sustained
from Police beating Officer Winters of Midtown South)

My injuries were sustained as I was tackled from behind by
the police that evening, hog-tied and dragged to a police
cruiser (please refer to photographs provided in exhibit
#lo) and ambulance workers were called to the 20th
precinct to examine me. I had called
911 and then ended up black and blue. My lawyer spent months trying to
subpoena all relevant video and

21

audio material. When the tape finally appeared it had been
tampered with omitting the exchange outside the midtown bar
where Price beseeched officers to taker her 61 report and
they summarily dismissed her. Eventually when the full
un-edited tapes arrived in court months the officers all lied and said that I had
screamed at the top of my lungs "Fuck you" even though the video does not
show this nor did the officers report this in their CCRB interviews or make any
notation of it in their logbooks(Exhibit#19 CCRB audiotapes and Exhibit #18
officer logbooks)


10/25/11:  report finally made on 12/1/11;  see description of my attempt to file a
report for Raheem's breech of restraining order detailed above in the section
outlining events that led to me filing and IAB complaint against the DV officers
Rosendary and Simmons above in section II. (Exhibits # 14 & #15).


1/20/12  Attacked by woman named INA who lived across the street in the  white
building Raheem's uncle and cousins dwelled in on 120th near my
brownstone.  This woman has known my batterer since he was a child, is a
known street walker, crack/cocaine addict and has had her youngest daughter,
Sarde, removed from her by children's services.  She encountered me as I as
walking to the store and began yelling at me abut how she loved watching people
attack and harass me whenever I left my home.  I replied that she was a crack
whore who couldn't even take care of her own children, that often I had to care
for 'Dee-Dee' (short for Sarde) often when she was too cracked out to help her
own daughter with her homework or when she fell off her bike and needed
bandaging and love.  I had even taken her kid to Chucky Cheese with other
neighborhood girls once when I surprised all the little girls on the block with an
outing to the restaurant in September of 2010.  Ina became enraged and
smacked me in the face with a closed fist resulting in my front right tooth
becoming dislodged and landing on the sidewalk.  As blood spurted from my face
and I searched the sidewalk for my missing tooth Ina picked up a long wooden
leg from an old table that still had large protruding nails at the top of it where it
had once been attached to the table top.  She began to run at me with this
weapon and the only person on the sidewalk who interfered was the
neighborhood UPS guy, Danny, who jumped off his truck and tackled INA so she
would not club me from behind with the weapon.    At that moment a police
cruiser passed by and I waved it down.  IT was a Manhattan north lt. and his
assistant who took my details and said they would on pass my complaint to the
28 but that I should also call 911 which I did.  The complaint was assigned to Dt.
Fontanez who followed up once with me asking who my assailant was.  I gave
her first name and address to Fontanez and he mentioned he couldn't make an
arrest based on that.  I deplored him to make an arrest and he drove me around
one night when I saw her walking in the neighborhood but never followed up
again with me about locating this crazed attacker.  I called Fontanez multiple

times reminding him that the statute of limitations on assault is two years and he told me that he couldn't do anything because his hands were tied.

4/17/12  attacked in front of home again.

7/14/12, attacked in front of 200 St. Nicholas Ave., around the corner from my home on way home from store.  Hair grabbed and slammed over and over onto pavement by associates of RAP.  Knee damaged bruises all over.  called 911 around 200 am in the morning and P.O. Johns and partner responded, told me they wouldn't do anything to help.  I insisted it is my constitutional right to make a  61 report and that it is illegal for the police to refuse to take my report.  They gave me an incident slip marked 'harassment' around 230 a.m.  No one ever called or came by my brownstone to investigate or follow up.  I attempted to get an ID number for my complaint and was rebuffed again by the mean mousy grey-haired lady who assigns these numbers in the 28th pct.

7/25-7/25 2012 (Late night/early morning on the 25th)
  * Incident at Soldier McGee's Bar.  See Exhibit #1 photos dated 7/26/12In this case the man who attacked me (incident #2012-020-2969), was let go by the 20th precinct and he continued to stalk, flash, and trespass and terrorize other women in town. The same man who attacked me on 7/28/12 went on to continue to terrorize women in NYC.)

| Case # | Defendant | Summons # | Appearance Date | Court | Judge | Part |
|---|---|---|---|---|---|---|
| 2013NY031505 | Baly, Rami | | 08/07/2013 | New York Criminal Court | | A |
| 2013NY049135 | Baly, Rami | | 08/07/2013 | New York Criminal Court | | A |
| 2013CN000347 | Baly, Rami H | | 08/02/2013 | New York Criminal Court | | A |

Mr. Baly went on to assault, stalk, masturbate on, and trespass against several other women in town after he was not punished for his acts against me. Instead, Mr. Baly was set free by the 20th pct
S Detective Galan to purport other crimes on the public:  he was arrested in November of 2012 for lewd acts on an Amtrak train, arrested in March of 2013 for trespassing and stalking, again in May, again in June and again in July of 2013. The system itself aided and abetted Mr. Baly in his crime spree against other

women in the City of New York.  Mr. Wells needed to win against me: a colleague of his sat on a case against a man who should have been arrested and penalized for his behavior as well as under psychiatric care.

Charges were subsequently
brought against the man, Rami Baly, (New York Criminal
Court case #s 2013NY031505, 2013NY049135, and 2013CN000347)
the same man who attacked me on 7/28/12. All other
crimes Mr. Baly was charged with occurred after Baly
attacked Price and was allowed to walk free out the back
door of the 20th precinct without arrest in August of 2012.
Baly proceeded on a crime spree against women that ran from
the fall of 2012 to the summer of 2013. On numerous
occasions the detectives and the other ranking members of
the 20th precinct informed Price and her advocates from
Saint Luke's Roosevelt Hospital's Crime Victims Center that
the reason that Mr. Baly had not been arrested was that he
could not be located. Mr. Baly had paid with a credit card
that evening at Soldier McGee's bar and the DAs office
refused to request a subpoena from the court to attain his
billing information so that he could be apprehended. When
Mr. Baly returned to the bar in early August of 2012
approximately a week and a half after assaulting Price
staff members alerted the 20th precinct and he was
apprehended only to be immediately released by the police.  The detective
assigned to the case, Galan, pretended Baly could not be located even though
this was not the case. I pushed the case and my advocates from the St.
Luke's Roosevelt Crime Victims Center inquired as to why no
photo lineup had been done after the assault and no
follow-up was made to trace Mr. Baly after he was let go.
The advocate was told that the case was being pursued and
Baly could not be located and she made notes to this effect
in her log. It was not until after Mr. Baly had committed
other predatory crimes against other women that a
prosecution of Baly for his crime against Price was
initiated but later dropped.  The DAs office told the judge presiding over the case
that they couldn't locate ME to testify and the case 30-30'd.  The bartender who
witnessed events the night of the attack and when the man returned to the bar
weeks later was never interviewed by police.

10/17/12  While walking home from the subway on 125th street and passing 200
st. Nicholas Ave I was attacked by someone named Willy who sells Heroin on the
stoop of that building and is an associate of RAP.  He jumped me as I was
passing his stoop and threw me onto the ground causing substantial damage to
my right knee (see photos Exhibit #1 photos dated 10/17/12 ).  I went to the
emergency room and have reports and follow-ups from my orthopedic surgeon

stating that I need knee surgery as a result of attack (Exhibit #23).  P.O. Longo responded (shield # 31565) and said they were instructed by desk sergeant not to take my report.  I insisted and they said they would turn in a notation to the desk sergeant about the incident.  I called the desk sergeant and complained  No one ever called me to follow up on this assault. complaint # 2012-28-005194.  The first police who responded to my call said;  'aren't you the crazy one we are not supposed to take reports from?"  P.O. Longo and Walker eventually followed up after I called 911 and complained about the first officers on scene.  P.O. Walker sympathetically stated to me that the District Attorney's office had instructed the precinct not to respond to any of my calls.  This was Witnessed by my neighbor, Elizabeth Walker, who is a graduate of Harvard University, Colombia Law School and a MEMBER OF THE NEW YORK BAR ASSOCIATION.  WALKER PRESSED WILLIAM'S AND LONGO TO TAKE MY COMPLAINT, reminded them that it is illegal to deny a person police services.  Williams commented that the precinct had been instructed by the District Attorney's office to not respond to any calls I made AND THEY took my information and told me nothing would be done eventually.  (See Exhibit #30 Letter from Elizabeth Walker.)


On the night of 6/2/2013-6/3/2013  While en route home from the Amsterdam Ale house on 76th and Amsterdam where I had dinner with a friend of mine I instructed the cab driver to follow a certain route and he refused.  I asked him to stop his cab so I could get out and instead he locked the doors and sped up.  He carried on like this for  a number of blocks while I screamed at him to stop the cab and let me out.  I called 911 from the back of the cab and when we stopped at a red light nearby police from the 28th pct were called over.  Officer Officer was one of these officers and he announced to his partner that I was not to be given police services or assisted in any way and that he refused to take a report from me.  I called 911 and reported this incident.  Surprise;  it was never followed up on.

6/2013;  while in route to the subway past precinct from my home Detectives from the 28 squad opened their windows overlooking my path up St. Nicholas to the 125th st. subway station and 'MOO' at me as if I were a cow.  I called the precinct and complained to the CO and his assistant immediately.

July 2013;  while walking my dog near my home I'm given a jaywalking ticket on the corner of 120th and St. Nicholas (I have eyewitnesses that will testify that I did not jaywalk) even though I wasn't jaywalking.  28th pct cops were rude and condescending.  I fought the ticket in court and won (docket # 2013SN053520).

Investigator Kim:  by helping me you will send a clear message to the people who did this to me that their actions were and are illegal, intolerable, and won't be allowed to happen again to other Domestic Violence victims.

The Manhattan District Attorney, Mr. Cyrus Vance, Jr., quoted Berger v S, 295 U.S. 78, 88 (1935) in his Recommendation for Dismissal of charges against DSK:

> "Along with the substantial power conferred upon prosecutors come unique responsibilities. Rather than serving only as a zealous advocate on behalf of a client, prosecutors have a broader set of obligations to the community, the victim, and the defendant:  the [prosecutor] is the representative not of an ordinary party to a controversy, but of a sovereignty whose obligation to govern impartially is a complain as its obligation to govern at all; and whose interest, therefore, in a criminal prosecution is not that it shall win a case, but that justice shall be done. As such, he is in a peculiar and very definite sense the servant of the law, the twofold aim of which is that guilt shall not escape or innocence suffer."
> HOW MUCH LONGER MUST I SUFFER?

26