*Exhibit B pge 1*

```
 1   FAMILY COURT OF THE STATE OF NEW YORK
     CITY OF NEW YORK:  COUNTY OF NEW YORK
 2   ------------------------------------x
     In the Matter of a Family Offense
 3   Proceeding                          :

 4   KELLY CATHLEEN PRICE,               :

 5                   Petitioner,         :     DOCKET NO.
                                               O-10874/10
 6           -against-                   :

 7   RAHEEM POWELL,                      :

 8                   Respondent.         :
     ------------------------------------x
 9   Held:        60 Lafayette Street
                  New York, N.Y. 10013
10                March 24, 2011 - Part 5

11
     Before:      HONORABLE LORI S. SATTLER, JUDGE
12

13   Appearances:
                  EDWARD GREENBERG , ESQ.
14                Attorney for the Petitioner

15
                  WILLIAM O'HEARN, ESQ.
16                Attorney for the Respondent

17

18
     Also Present:
19
                  Kelly Price
20                Raheem Powell

21

22
                                   Kitty S. Irizarry
23                                 Official Court Reporter

24

25
```