Proceedings

---

1       COURT OFFICER: Six and fourteen in the matter of
2   Price and Powell.
3       Counsel, your appearance.
4       MR. GREENBERG: For the petitioner, Your Honor,
5   Edward C. Greenberg, 570 Lexington Avenue, New York, New
6   York.
7       Good morning.
8       COURT OFFICER: Raise your right hand.
9       (Whereupon, the following parties were sworn in
10  by the court officer.)
11      MS. PRICE: Kelly Catherine Price.
12      MR. POWELL: Raheem Powell.
13      THE COURT: Good morning, Your Honor.
14      You are entitled to have an attorney in this
15  proceeding. If you don't have an attorney, I can assign one
16  to represent you. You can also decide you would like to go
17  forward on our own without an attorney, or if you would
18  like, you can hire or consult with an attorney that you
19  would pick.
20      Do you want an attorney in this proceeding?
21      MR. POWELL: Yes.
22      THE COURT: What's your source of income at the
23  present time? Are you working?
24      MR. POWELL: Yes.
25      THE COURT: How much are you earning?