Proceedings

---

1        MR. POWELL:  Like $250 a week.

2        THE COURT:  Are you a member of a union?

3        MR. POWELL:  (No response)

4        (Whereupon, the following party was sworn in by

5   the court officer.)

6        DETECTIVE SIMMONS:  Detective Linda Simmons,

7   shield number 2653 of the 28 Detective Squad.

8        THE COURT:  Sorry to drag you in, Detective

9   Simmons, but I have a couple of questions, since I was

10  informed that you are here to arrest the petitioner.

11       DETECTIVE SIMMONS:  We are here to pick her up

12  for another detective that will be arresting her.

13       THE COURT:  Anything related to my case here?

14       DETECTIVE SIMMONS:  It's between the two of them.

15  It's between the two of them and how she calls him and

16  threatens to have him arrested if he doesn't come see her.

17       (Whereupon, Mr. O'Hearn entered the courtroom.)

18       THE COURT:  Mr. O'Hearn is going to be

19  representing the respondent.

20       Do you want to note your appearance.

21       MR. O'HEARN:  William O'Hearn, 225 Broadway,

22  appearing for the respondent.

23       THE COURT:  Okay.  So he had a family offense

24  case at some point in time, but your Order of Protection was

25  vacated when you didn't show up on March 9th.