Proceedings

---

1     MR. POWELL:  I was on the wrong floor.
2     THE COURT:  Did you file again?
3     MR. POWELL:  No.
4     THE COURT:  So are you picking her up for
5  violating the order?
6     DETECTIVE SIMMONS:  She is going to be arrested
7  for aggravated harassment.
8     THE COURT:  Okay, got you.
9     MR. GREENBERG:  Your Honor, with respect to
10 Mr. Powell's claim that he was in the wrong room, I know
11 Your Honor is very busy and doesn't remember this case, but
12 this case --
13    THE COURT:  No.  I actually remember it.
14    MR. GREENBERG:  Good.  Then Your Honor will
15 remember that we delayed to call this case for quite some
16 time because Mr. Powell was not here, and Your Honor called
17 the case at 11:02.
18    THE COURT:  Your client wasn't here either on
19 that date, as I recall.
20    MR. GREENBERG:  That's correct, and I expressed
21 concern about the safety of my client.  So while the court
22 officer called the case at about 9:32, Your Honor didn't
23 hear it until about 11:00.  This was a 9:30 case, so I don't
24 know how Mr. Powell couldn't have found his case within an
25 hour and a half.