1    THE COURT: His case was dismissed. He paid the
2    consequence of not being here.
3          I think the bigger issue is your client is about
4    to get arrested. And I am hearing that right now, and
5    perhaps that makes me concerned about whether I actually
6    need to continue an Order of Protection in this case,
7    because he is not getting arrested, she is getting arrested.
8          Detectives investigated the stories?
9          DETECTIVE SIMMONS: Yes.
10         THE COURT: And don't find her story to be
11   credible?
12         DETECTIVE SIMMONS: No.
13         MR. GREENBERG: We have a couple of competing
14   issues. Issue number one, and perhaps not the most
15   important, but I think it should be before Your Honor before
16   the case is discussed before you, no request was made of my
17   office to surrender Ms. Price, notwithstanding the fact that
18   I had lengthy conversations with detectives at the 28
19   Precinct, including Detective Flowers, who is, presumably,
20   going to be the detective arresting Ms. Price today.
21         I had a conversation with Mr. Flowers for over
22   five minutes, and at no time did he ask me to bring
23   Ms. Price in, nor had any request been made to me or to
24   Ms. Price' other attorney to bring her in. She would have
25   been brought in and this exercise, perhaps, would have been