1  avoided or at least postponed.  That's issue one, Your
2  Honor.
3          Number two, there was an Order of Protection
4  sought against Mr. Powell, whose acts of violence against
5  Ms. Price are well documented by hospital reports and so
6  forth.  The detectives have come in here, and I understand
7  their responsibilities, as they see them, but they come in
8  here without any adjudication at all based on, solely, the
9  word of Mr. Powell, whom Your Honor has already awarded
10 Orders of Protection against, presumably, because Your Honor
11 was satisfied.
12         THE COURT:  Excuse me.
13         An ex-parte Order of Protection -- Everyone comes
14 in here and does an ex-parte the first time, and I -- This
15 is the first time I have the parties in front of me.
16         MR. GREENBERG:  That's true.
17         Not all ex-partes.  Ms. Price had been here
18 before.
19         MR. O'HEARN:  The most recent one was ex-parte
20 because he didn't show up, but that's not the initial one.
21 There was evidence that satisfied Your Honor to issue an
22 Order of Protection, apparently, where Mr. Powell was here
23 on prior occasions.
24         MR. GREENBERG: My recollection, Your Honor, is
25 when I was here three or four weeks ago, Your Honor stated