# EXHIBIT D:

[MARIA STROHBEHN'S LINKED IN RESUME:  Downloaded August, 2015.]

Maria Strohbehn

Assistant District Attorney, Manhattan District Attorney's Office

Location

New York, New York (Greater New York City Area)

Industry

Law Practice

Maria Strohbehn's Overview

Current

- Assistant District Attorney at Manhattan District Attorney's Office

Past

- Law Clerk at U.S. Department of Justice, U.S. Attorney's Office, District of Maryland
- Intern at State Attorney's Office, Anne Arundel County
- Law Clerk at National District Attorney's Association/ American Prosecutor's Research Institute

see all...

Education

- The George Washington University Law School
- University of Maryland Baltimore County

Connections

**77** connections

Maria Strohbehn's Experience

Assistant District Attorney

**Manhattan District Attorney's Office**

Law Practice industry

September 2008 – Present (2 years 11 months)

· Research and write various pre-trial and post-conviction motions, including motions in opposition of dismissal, motions in opposition of vacating judgment, and motions for protective order

· Write search warrants including residences, computers, cellular telephones, and other mobile technology

· Present cases to the grand jury in Manhattan, from complex identity theft cases to domestic violence assaults

· Investigate and prosecute long-term employee fraud

· Serve as First Chair on bench and jury trials

· Organize trial strategies by reviewing evidence and developing themes

· Collaborate with family lawyers in domestic violence-related custody and divorce issues in the Integrated Domestic Violence Part of the New York County Supreme Court

· Volunteer, such as a presentation to adolescents in upper-Manhattan on various aspects of the criminal law and law enforcement issues in New York, including dating violence

· Attend continuing legal education seminars including a lecture on various forms of financial evidence, and its collection

· Write complaints to commence prosecution on the basis of a thorough review of evidence in shifts,

including shifts into the early morning

· Balance a caseload of about three-hundred active cases with an aggressive court schedule· **Chosen to begin working on a bureau based project targeting gang-related violent crime in the 28th precinct in 2011**