**Figure 1.1. The Crime Strategies Unit**

*Source:* Reprinted from: New York County District Attorney. *Intelligence-driven Prosecution: The Arrest Alert System*. New York, NY: New York County District Attorney.