

# Maria Strohbehn

Assistant District Attorney, Manhattan District Attorney's Office

New York, New York | Law Practice

| | |
|---|---|
| Current | Manhattan District Attorney's Office |
| Previous | U.S. Department of Justice, U.S. Attorney's Office, District of Maryland, State Attorney's Office, Anne Arundel County, National District Attorney's Association/ American Prosecutor's Research Institute |
| Education | The George Washington University Law School |

**Send Maria InMail** 

**119** connections

 www.linkedin.com/pub/maria-strohbehn/34/1b9/294

## Background

 ### Summary

As a member of the Trial Division, I am responsible for investigating, indicting, and trying felonies. In Manhattan, we vertically prosecute: I take on cases from arrest and handle them through collateral appeal. As lead prosecutor, I have tried nine cases before juries in New York County and conducted dozens of hearings. I have presented at least fifty cases before the grand jury, including cold-hit DNA cases.

Currently, I am supervising two junior attorneys in a project targeted to reduce crime in Mid-town Manhattan. In the past, I served as a junior member of a project targeting a specific gang responsible for violence in Harlem. These projects highlight the investigative skills necessary for a big-city prosecutor.