# Organizing the data

