# Creating an Arrest Alert System in Your Jurisdiction







# Objectives

**Part 1: Defining the Problem**

**Part 2: Creating an Arrest Alert System**

**Part 3: Measuring Success**

[Insert Local Photo]

# PART 1
# DEFINING THE PROBLEM

[Insert Local Photo]

# Defining the Problem

**What's not to like about additional information?**

[Insert Local Photo]

# Defining the Problem

Consider these 3 scenarios:

- A defendant is arrested for shoplifting in neighborhood A. In neighborhood Z, he is a suspect in a shooting and has not been able to be located for questioning.

- A defendant is arrested for the first time for robbery in neighborhood A. In neighborhood Z, he was identified as a priority individual for being part of a violent gang and is suspected of participating in various assaults.

- A defendant is arrested for shoplifting in neighborhood A. In neighborhood Z, she has an open case for robbery but has been released on monetary bail bond pending trial.

# Why does it Matter?

Actions by a prosecutor post-arrest can have a huge impact on the effectiveness of the arrest in the criminal justice system as a whole:

| Outcome A | Outcome B |
| --- | --- |
| By recognizing and responding to the "value" of a defendant's role in criminal activity, aggressive and appropriate prosecution can expand the positive effects of the arrest. For example, successfully prosecuting a major crime driver can have an immediate impact on a community by reducing victimization or criminal activity. | Not recognizing or responding to the "value" of a defendant's role in criminal activity more generally can be a lost opportunity. |

# Intelligence-Driven Prosecution

- **Focuses the collective resources of a prosecutor's office**

- **Allows for smarter prosecutions**

- **Minimizes the possibility that crime drivers are overlooked**

- **Is there a process in your jurisdiction to identify high-priority arrestees? If so, how are priorities set?**
- **What is the current process in your jurisdiction to notify prosecutors of priority arrests?**
- **Is that process sufficient to notify relevant prosecutors of all priority arrests?**

# What is an Arrest Alert System?

**Customized software that notifies prosecutors by email of priority arrests involving:**

**(1) a specific individual,**

**(2) a specific charge, or**

**(3) a specific arrest location.**

**Helps prosecutors in:**

| | | |
|---|---|---|
| **Charging decisions** | **Pretrial release or detention requests** | **Sentencing recommendations** |

# Arrest Alert: How it Works

The Manhattan D.A.'s Office identifies specific <u>individuals</u>, <u>charges</u>, and <u>locations</u> as priorities.

▼

When a new arrest occurs, the Police Department enters the information into a statewide database, which then returns the arrestee's New York State Identification Number and full criminal history to the police.

The NYPD sends arrest data to the D.A.'s Office, where it is fed automatically into the Arrest Alert system. The system uses the arrestee's unique identification number, type of crime, and exact address of the arrest to search for matches.

▼

If a priority individual, charge, or location is flagged, the Arrest Alert system sends an alert via email to subscribing prosecutors and approved law enforcement partners.

The email includes the arrestee's name, all other alert recipients, the categories and groups the arrestee is linked to, and notes that illustrate why the arrestee is included in a particular group.

## Sample Arrest Alert Email

**New Arrest Alert: (123456) Defendant John Doe**
ArrAlertMail Service (ArrestAlert@dany.gov)

You forwarded this message- on 12/25/2014 8:24AM.

**Sent:** Tues 12/24/2014 1:30 AM

**To:** Prosecutor A, PCT02_Arrest_Alert

The NYSID number **123456** of a defendant arrested on 12/23/2014 21:10, matches one being tracked by DANY as a member of the following group or groups:

| | |
|---|---|
| 1. **GANGS: ABC** | (Note: Primary Target-ABC) |
| 2. **DANY INVESTIGATIONS: MAJOR CASES** | (Note: On 1/1/2010 this def was shot in Times Square. Def not |
| 3. **FIO ALERTS** | cooperative.) |
| 4. **OPEN CASE ALERT** | (Note: In 1/2014, this defendant was identified as a high-priority |
| 5. **OPEN CASE ALERT** | target by the FIO of the 19th pct. |
| 6. **OPEN CASE ALERT** | (Docket 0000NY000001) |
| | (Indict# 00001/2014 View Case Detail) |

Following is Arrest Information for this arrest, to see more details. click on Arrest ID # link:

| | |
|---|---|
| *Arrest ID* | MTS0000001 |
| *Defendant Name* | JOHN DOE |
| *DOB* | 01/01/1990 |
| *Resident PCT* | MTS PCT |
| *Arrest Date/Time* | 12/23/2014 21:10 |
| *Arrest Location* | PENN STATION, NYC, NY |
| *Arrest PCT* | MTS PCT |
| *AO* | DT3 ELLIOT STABLER |
| *AO Command* | MTS DET |
| *Top Arrest Charge* | PL 2650100 [F] |
| *Occurence Date/Time* | 06/23/2014 20:15 |
| *Occurence Place* | at PENN STATION NYC, NY |
| | AT T/P/O APPREHENDED PERP# I PLUS 2 OTHER (UNAPPREHENDED) |
| *Omni Narrative:* | |

# What are the Benefits?

This information can assist the prosecutor to:

1.  Decide whether bringing enhanced charges is appropriate

2.  Draft appropriate pretrial release or detention requests

3.  Make appropriate sentencing recommendation

4.  Alert the court about a new arrest

5.  Identify violations of curfews and other applicable conditions

6.  Receive timely notice of debriefing opportunities

7.  Use other opportunities for the gathering of intelligence

8.  Improve the investigation of cold cases

# PART 2
# CREATING AN ARREST ALERT SYSTEM

[Insert Local Photo]

# A. Planning Phase: Identifying and Managing Priority Arrests

**Priority individuals**

- **Often responsible for a disproportionate amount of crime**

- **Persistent lower-level offenders**

- **Violent felony offenders**

- **Defendants with open cases**

- **Uncooperative witnesses**

[Insert Local Photo]

# A. Planning Phase: Identifying and Managing Priority Arrests

**Priority charges**

- **May vary by neighborhood**

- **E.g., retail theft vs. weapons offenses**

[Insert Local Photo]

# A. Planning Phase: Identifying and Managing Priority Arrests

**Priority locations**

- "Hot spots"

[Insert Local Photo]

# A. Planning Phase: Identifying and Managing Priority Arrests

**Complete Worksheet #1: Identifying and Managing Priority Arrests**

# 1. Gaining an accurate understanding of local crime issues to identify priority individuals, charges, and arrest locations

In your jurisdiction, what data would you seek, and what community organizations, law enforcement, or other sources would you contact to learn about local crime issues?

[Insert Local Photo]

## 2. Coordinating with law enforcement and information technology teams to access arrest data

- How does the process for fingerprinting and obtaining previous criminal history work for each law enforcement agency in your area, and how is this information delivered to the prosecution?

- Who manages the associated systems?

- Does it feel like the right relationships are in place to coordinate information sharing in an arrest alert system?

# 3. Identifying who will be part of the team that receives and analyzes arrest data

In your jurisdiction, who would you want on the team that receives and analyzes the arrest data that could be made available through an arrest alert system?

# Organizing the data



# 4. Deciding who has access to arrest information and how to deal with sensitive information

**How can an arrest alert system manage confidentiality issues?**

[Insert Local Photo]

# B. Implementation Phase: Developing the Technology

**Establish a team to manage and facilitate planning and implementation**

**As a primer to developing the technology:**

- **Formulate a problem statement**

- **Conduct a needs assessment**

**Complete Worksheet #2: Implementation**

# B. Implementation Phase: Developing the Technology

**Subsequent steps:**

- **Documenting how the system currently works**

- **Creating a design document for the new system**

- **Conducting a gap analysis and creating a work plan and budget**

- **Building the system**

- **Training users on the system**

[Insert Local Photo]

# C. Post-Implementation Phase: Maintaining the System

Once the system is created, how do you think it should be maintained?

What challenges might arise in your jurisdiction as more prosecutors interact with it?

# PART 3
# MEASURING SUCCESS

[Insert Local Photo]

# Measuring Success

**Performance measures:**

- **Identify early in the planning process.**

- **Based on the goals and objectives of the arrest alert system.**

| | | |
|---|---|---|
| **Criteria for identifying priority arrests** | **Who identified priority arrests** | **Priority arrest volume** |

| | |
|---|---|
| **Partner engagement** | **Use of the arrest alert system by prosecutors** |

**For more information:**

- *www.creatingarrestalert.com*

  **Association of Prosecuting Attorneys: info@apainc.org**

- *http://manhattanda.org/intelligence-driven-prosecution-crime-strategies-unit*

  **Manhattan District Attorney's Office's Crime Strategies Unit:**

  **IDP@dany.nyc.gov**

# Thank you!





