UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
KELLY PRICE,

                      Plaintiff,                    **NOTICE OF APPEARANCE**

     - against -                          15-cv-5871 (KPF)

THE CITY OF NEW YORK, ROSE PIERRE-LOUIS, in
her individual and official capacity, SELVENA BROOKS,
in her individual and official capacity, <u>et al.</u>,

                      Defendants.
------------------------------------------------------------------------x

To the Clerk of this Court and all parties of record:

        Enter my appearance as counsel in this case for defendants MTA Officer Stephen Mears, in his individual and official capacity, and MTA Officer Alison Schmitt, in her individual and official capacity.

        I certify that I am admitted to practice in this Court.

Dated: New York, New York
       March 22, 2021

                                                           _____/s/_____
                                                           Renée L. Cyr (RC-0591)
                                                            237 West 35th Street - Suite 1502
                                                           New York, New York 10001
                                                           Tel:  (212) 867-1067
                                                           Fax:  (212) 682-5958
                                                           Email: RLCyr@aol.com