UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x

KELLY PRICE,

                Plaintiff,

  - against -

THE CITY OF NEW YORK, ROSE PIERRE-LOUIS, in her individual and official capacity, SELVENA BROOKS, in her individual and official capacity, INSPECTOR OLUFUNMILO F. OBE, in her individual and official capacity, DECTECTIVE LINDA SIMMONS, in her individual and official capacity, OFFICER JOHN STAINES, in his individual and official capacity, OFFICER ISELAINE GUICHARDO HERMENE GILDO CRUZ, in her individual and official capacity, LT. NICHOLAS CORRADO, in his individual and official capacity; LIEUTENANT RAYMOND DEJESUS, in his individual and official capacity; OFFICER EMMET, in his individual and official capacity; SERGEANT SHEVITZ, in his individual and official capacity; MTA OFFICER STEPHEN MEARS, in his individual and official capacity; MTA OFFICER ALISON SCHMITT, in her individual and official capacity,

                Defendants.

------------------------------------------------------------------- x

No. 15-CV-05871 (KPF)

**MOTION TO WITHDRAW AS COUNSEL**

**MEMO ENDORSED**

     PLEASE TAKE NOTICE that upon the accompanying Declaration of Jason Douglas Barnes, the undersigned moves this Court for an order pursuant to Local Rule 1.4 granting leave to withdraw as counsel for the Defendant MTA Officers Stephen Mears and Alison Schmitt and further requests that the Clerk terminate the undersigned from the docket for this case.

| | |
|---|---|
| Dated: New York, New York<br>       September 3, 2021 | Respectfully submitted,<br><br>METROPOLITAN TRANSPORTATION AUTHORITY<br>2 Broadway, 4th Floor |

- 2 -

New York, New York 10004

By: _____
Jason Douglas Barnes
Assistant Associate Counsel
jabarnes@mtahq.org
212-878-7215
212-878-7398 (fax)

TO: All Parties *VIA ECF*

- 2 -

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x

KELLY PRICE,

            Plaintiff,

  - against -

THE CITY OF NEW YORK, ROSE PIERRE-LOUIS, in her individual and official capacity, SELVENA BROOKS, in her individual and official capacity, INSPECTOR OLUFUNMILO F. OBE, in her individual and official capacity, DECTECTIVE LINDA SIMMONS, in her individual and official capacity, OFFICER JOHN STAINES, in his individual and official capacity, OFFICER ISELAINE GUICHARDO HERMENE GILDO CRUZ, in her individual and official capacity, LT. NICHOLAS CORRADO, in his individual and official capacity; LIEUTENANT RAYMOND DEJESUS, in his individual and official capacity; OFFICER EMMET, in his individual and official capacity; SERGEANT SHEVITZ, in his individual and official capacity; MTA OFFICER STEPHEN MEARS, in his individual and official capacity; MTA OFFICER ALISON SCHMITT, in her individual and official capacity,

            Defendants.

------------------------------------------------------------------------x

No. 15-CV-05871 (KPF)

**DECLARATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL**

     I declare under penalty of perjury under the laws of the United States of America, pursuant to 28 U.S.C. Section 1746, that the foregoing is true and correct.

1. I am an Assistant Associate Counsel at the Metropolitan Transportation Authority ("MTA"), and I have appeared on behalf of Defendant MTA Officers Stephen Mears and Alison Schmitt ("MTA Defendants") in this action.

2. The MTA has provided representation for the MTA Defendants in this action pursuant to their Collective Bargaining Agreement ("CBA") with the MTA. To that end, the MTA has retained Steve S. Efron and Renee Lucille Cyr, who have already appeared on the

MTA Defendants' behalf. The MTA Defendants are aware that different attorneys now represent them. The MTA has also reassigned internal oversight of this matter to other capable personnel.

3. The posture of this action is that discovery is not yet complete.

4. It is therefore not expected that my withdrawal as counsel will cause any disruption in this matter, and I respectfully request that the Court grant leave for me to withdraw as counsel in this action and direct the Clerk to terminate me from the docket.

Dated: New York, New York
September 3, 2021

Jason Douglas Barnes

```
Application GRANTED.

The Clerk of Court is directed to terminate Mr. Barnes from the
docket.  The Clerk of Court is further directed to terminate
the motion at docket entry 193.



Dated:  September 7, 2021           SO ORDERED.
        New York, New York
```

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE

- 2 -