UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

KELLY PRICE,

                                  Plaintiff,

               -against-

THE CITY OF NEW YORK, ET AL.,

                              Defendants.

------------------------------------------------------------------------x

**DECLARATION OF LAURA IHEANACHOR SUBMITTED IN SUPPORT OF MOTION TO SUBSTITUTE COUNSEL**

15 Civ. 5871 (KPF)

      **LAURA IHEANACHOR**, pursuant to 28 U.S.C. § 1746, and subject to the penalty of perjury, declares that the following is true and correct:

      1.     I am an Assistant Corporation Counsel at the New York City Law Department and, on behalf of James E. Johnson, Corporation Counsel of the City of New York, I am counsel of record in this action.

      2.     I will no longer be employed by the New York City Law Department, effective on June 18, 2021, after which time I will have no involvement whatsoever in this matter.

      3.     The representation of Defendants City of New York and Linda Simmons, Nicholas Corrado, John Staines, and Iselaine Guichardo Hermene Gildo Cruz in this matter has been transferred to another Assistant Corporation Counsel at the New York City Law Department, who is filing a Notice of Substitution of Counsel along with this Declaration.

4.      Please terminate me from the docket sheet as counsel of record and replace me with the attorney whose name appears on the attached Notice of Substitution of Counsel.

Dated:          New York, New York
                June 12, 2021

                                        *Laura Iheanachor* /s
                                        LAURA IHEANACHOR