

| | | |
|---|---|---|
| **GEORGIA M. PESTANA**<br>*Corporation Counsel* | T<small>HE</small> C<small>ITY OF</small> N<small>EW</small> Y<small>ORK</small><br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, N.Y. 10007 | **COREY S. SHOOCK**<br>*Senior Counsel*<br>phone: (212) 356-5051<br>cshoock@law.nyc.gov |

January 21, 2022

**By ECF**
Honorable Katherine Polk Failla
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007



Re: <u>Kelly Price v. City of New York, et al</u>.
15 Civ. 5871 (KPF)

Your Honor:

      I am a Senior Counsel in the Office of Georgia M. Pestana, Corporation Counsel of the City of New York, and one of the attorneys assigned to the defense of this case. The undersigned writes to respectfully inform the Court that he has resigned from the New York City Law Department effective January 21, 2022, and that as such, can have no further involvement in this case following the close of business today.

      Therefore, the undersigned respectfully requests to be terminated from the docket as counsel for defendants. KellyAnne Holohan, Esq., who is also counsel of record for defendants City, Simmons, Staines, Guichardo-Hermenegildo Cruz, and Corrado, will continue in that capacity. (<u>See</u> ECF Nos. 203; 203-1.)

      Defendants thank the Court for its attention to this matter.

Respectfully submitted,

*Corey S. Shoock*        /s

Corey S. Shoock
Senior Counsel
Special Federal Litigation Division

- 2 -

cc: **By ECF**
*All counsels of record*

```
Application GRANTED.

The Clerk of Court is directed to terminate the motion at docket entry
205.


Dated:    January 21, 2022              SO ORDERED.
          New York, New York
```

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE