AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
## for the
Southern District of New York ☑

| | | |
|---|---|---|
| KELLY PRICE | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   15-CV-5871 |
| THE CITY OF NEW YORK, et al., | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Kelly Price

Date:     02/15/2024

_____
*Attorney's signature*

David J. Broderick    2418812
*Printed name and bar number*

70-20 Austin Street Suite 107
Forest Hills, NY 11375

*Address*

BRODERICKLEGAL@GMAIL.COM
*E-mail address*

(718) 830-0700
*Telephone number*

(718) 228-4271
*FAX number*