# DAVID J BRODERICK LLC

70-20 AUSTIN STREET, SUITE 107, FOREST HILLS, NEW YORK 11375
PHONE: 718-830-0700                                                                                           FAX: 718-228-4271
EMAIL: brodericklegal@gmail.com

February 15, 2024

Via ECF

Hon. Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square
Rm. 618
New York, New York 1007
 Re: Kelly Price v. The City of New York

Index: 15-cv-5871 (KPF)

**MEMO ENDORSED**

Dear Hon. Justice Polk Failla;

   I write this letter to first inform the Court that I have agreed to take on the representation of *pro se* litigant Kelly Price.  Second, I write this letter request that the Court either allow me to appear at the conference scheduled for February 16, 2024, at 3:30 p.m. by telephone as I have a prior commitment in the State of Florida.  If it is not possible to appear by phone, I request a short adjournment for a date after I return to New York on February 21, 2024.

   I apologize for any inconvenience this might cause the Court.

   Shortly after the transmittal of this letter, I shall be filing my notice of appearance.

 .

Very truly yours,

*s/ David J. Broderick*

David J. Broderick

Cc: All Appearing Parties Via ECF

The Court will allow Mr. Broderick to appear by telephone. The dial-in information is as follows: At 3:30 p.m., Mr. Broderick shall call (888) 363-4749 and enter access code 5123533. Please note, the conference will not be available prior to 3:30 p.m.

The Court expects all other parties to appear in-person in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

The Clerk of Court is directed to terminate the pending motion at docket entry 208.

Dated:    February 15, 2024           SO ORDERED.
          New York, New York

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE