UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KELLY PRICE,<br><br>       Plaintiff,<br><br>      -v.-<br><br>THE CITY OF NEW YORK; INSPECTOR OLUFUNMILO F. OBE, *in her individual and official capacity*; SELVENA BROOKS, *in her individual and official capacity*; OFFICER ISELAINE GUICHARDO HERMENE GILDO GRUZ, *in her individual and official capacity*; MTA OFFICER JOHN DOE, *in his individual and official capacity*; LT. NICHOLAS CORRADO, *in his individual and official capacity*; ROSE PIERRE-LOUIS, *in her individual and official capacity*; DETECTIVE LINDA SIMMONS, *in her individual and official capacity*; LIEUTENANT RAYMOND DEJESUS, *in his individual and official capacity*; OFFICER JOHN STAINES, *in his individual and official capacity*; MTA OFFICER JANE DOE, *in her individual and official capacity*; SERGEANT SHEVITZ, *in his individual and official capacity*; OFFICER EMMET, *in his individual and official capacity*; STEPHEN MEARS; and ALISON SCHMITT,<br><br>       Defendants. | 15 Civ. 5871 (KPF)<br><br>**ORDER FOR CRAVATH, SWAINE & MOORE TO TURN OVER KELLY PRICE'S FILE TO DAVID J BRODERICK LLC.** |

KATHERINE POLK FAILLA, District Judge:

  Upon the February 23, 2024, letter motion of DAVID BRODERICK, ESQ. of DAVID J BRODERICK LLC, for an Order compelling CRAVATH, SWAINE & MOORE (Dkt. #211), the former counsel of plaintiff Kelly Price, who were relieved as counsel in this action on March 23, 2020 (Dkt. # 173), it is hereby

  ORDERED that CRAVATH, SWAINE & MOORE turn over the entire legal file regarding its representation of plaintiff KELLY PRICE including all papers,

notes, electronically stored information, emails, letters, briefs, .doc, .docs, .wpd files, faxes, texts, messages, internal emails, communications, expert letters, affidavits, affirmations, etc. created and/or received during their representation of plaintiff KELLY PRICE on or before **March 29, 2024**.

    SO ORDERED.

Dated:  February 29, 2024
          New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge