UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KELLY PRICE,

                Plaintiff,

                -v.-

THE CITY OF NEW YORK; INSPECTOR OLUFUNMILO F. OBE, *in her individual and official capacity*; SELVENA BROOKS, *in her individual and official capacity*; OFFICER ISELAINE GUICHARDO HERMENE GILDO GRUZ, *in her individual and official capacity*; MTA OFFICER JOHN DOE, *in his individual and official capacity*; LT. NICHOLAS CORRADO, *in his individual and official capacity*; ROSE PIERRE-LOUIS, *in her individual and official capacity*; DETECTIVE LINDA SIMMONS, *in her individual and official capacity*; LIEUTENANT RAYMOND DEJESUS, *in his individual and official capacity*; OFFICER JOHN STAINES, *in his individual and official capacity*; MTA OFFICER JANE DOE, *in her individual and official capacity*; SERGEANT SHEVITZ, *in his individual and official capacity*; OFFICER EMMET, *in his individual and official capacity*; STEPHEN MEARS; and ALISON SCHMITT,

                Defendants.

15 Civ. 5871 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

      On April 24, 2024, the Court held a telephone conference to discuss Plaintiff's February 23, 2024 letter (Dkt. #211) regarding suspected deficiencies in the January 10, 2022 letter (Dkt. #202) submitted by Susan Roque, Director of the District Attorney of New York's ("DANY") Special Litigation Bureau, on behalf of members of DANY who were formerly defendants in this action (the "DANY Defendants"); the response of Assistant District Attorney Christina Ante

to Plaintiff's February 23, 2024 letter (Dkt. #216); and Plaintiff's further reply (Dkt. #217).  At the conference, the Court denied without prejudice to renew Plaintiff's motion to compel certain supplemental discovery from the DANY Defendants.  (*See* April 24, 2024 Minute Entry).

At the conference, Plaintiff indicated that she would report to the Court as to (i) any findings from her review of the file produced by her previous counsel at Cravath, Swaine & Moore that might alter the Court's conclusion as to the DANY Defendants, as well as (ii) her intent to pursue a "deliberate indifference" theory as to the DANY Defendants.  The Court hereby ORDERS Plaintiff to file a letter on or before **July 1, 2024**, updating the Court on these matters, as appropriate, and proposing next steps in this action.

SO ORDERED.

Dated:  June 10, 2024
    New York, New York

*Katherine Polk Failla*

KATHERINE POLK FAILLA
United States District Judge