**techfusion**

*Uncovering   Digital Secrets*

385 Concord Ave.
Suite 203
Belmont, MA 02478
6 1 7 . 4 9 1 . 1 0 0 1

---

6/28/2024

To whom it may concern,

This letter is to provide an explanation regarding the activity observed on the phone between June 11, 2011, and February 2020. Specifically, the focus is on the directory updates and alterations to the files and databases during this period.

The phone in question was locked and disconnected from service since February 2011. Any updates to directories or alterations to files that occurred between June 11, 2011, and February 2020 were not the result of regular usage or network-based activities. Instead, these changes are attributed to forensic examinations conducted on the device.

It has been observed that multiple databases on the device were modified on June 28, 2011, shortly after the device was seized. Forensic examination involves a thorough and systematic process where experts access and analyze the contents of a device. This can lead to the creation, modification, and recovery of files as part of the investigative process. The activity on the phone, including the directory updates and the parsing of recovered files, indicates that someone with the necessary technical expertise and tools accessed the phone to perform these forensic examinations.

It is crucial to note that without active service or regular user interaction, the phone would not autonomously update directories or alter files. The documented changes during the specified period, particularly the modifications on June 28, 2011, are consistent with procedures carried out by forensic professionals.


Sincerely,


TechFusion Team