Exhibit 3:



# New York State Unified Court System

**Courts: WebCriminal**

**Close**
Case Details

**Case Details**
Summary
Appearances
▶ Charges
Motions

## Case Details - Charges

**CASE INFORMATION**

| | |
|---|---|
| Court: | New York Supreme Court - Criminal Term |
| Case #: | 00449-2021 |
| Defendant: | Powell, Raheem A |

| Charge | Detail | | Disposition/Sentence |
|---|---|---|---|
| PL 220.16 01 | B Felony, 1 count, Arrest charge, Arraignment charge | | Covered By Pl 220.39 01 |
| | Description: | Crim Poss Narco Drug Int/ | |
| | Count: | 10 | |
| PL 220.39 01 **TOP CHARGE** | B Felony, 9 counts, Arrest charge, Arraignment charge | | Covered By Pl 220.39 01 |
| | Description: | Cscs-3rd:narcotic Drug | |
| | Count: | 1 | |
| | Weapon/Drug: | Cocaine | |
| PL 220.16 12 | B Felony, 1 count, Not an arrest charge, Not an arraignment charge | | Covered By Pl 220.39 01 |
| | Description: | Crim Poss Contr Sub/narco | |
| | Count: | 11 | |
| | Weapon/Drug: | Cocaine | |
| PL 220.39 01 | B Felony, 9 counts, Arrest charge, Arraignment charge | | Covered By Pl 220.39 01 |
| | Description: | Cscs-3rd:narcotic Drug | |
| | Count: | 2 | |
| | Weapon/Drug: | Cocaine | |
| PL 220.39 01 | B Felony, 9 counts, Arrest charge, Arraignment charge | | Covered By Pl 220.39 01 |
| | Description: | Cscs-3rd:narcotic Drug | |
| | Count: | 3 | |
| | Weapon/Drug: | Cocaine | |
| PL 220.06 01 | D Felony, 1 count, Not an arrest charge, Not an arraignment charge | | Pled Guilty, Probation For 3 Years |
| | Description: | Crim Poss Contl Sub W/int | |
| | Count: | 12 | |
| | Weapon/Drug: | Cocaine | |
| | Date Added: | 06/23/2022 | |
| PL 220.39 01 | B Felony, 9 counts, Arrest charge, Arraignment charge | | Covered By Pl 220.39 01 |
| | Description: | Cscs-3rd:narcotic Drug | |
| | Count: | 5 | |
| | Weapon/Drug: | Cocaine | |

https://iapps.courts.state.ny.us/webcrim_attorney/Detail?which=charge&docketNumber=5IDO4

| | | |
|---|---|---|
| | Count: 1<br>Weapon/Drug: Cocaine | |
| PL 220.16 12 | **B Felony, 1 count, Not an arrest charge, Not an arraignment charge**<br>Description: Crim Poss Contr Sub/narco<br>Count: 11<br>Weapon/Drug: Cocaine | Covered By Pl 220.39 01 |
| PL 220.39 01 | **B Felony, 9 counts, Arrest charge, Arraignment charge**<br>Description: Cscs-3rd:narcotic Drug<br>Count: 2<br>Weapon/Drug: Cocaine | Covered By Pl 220.39 01 |
| PL 220.39 01 | **B Felony, 9 counts, Arrest charge, Arraignment charge**<br>Description: Cscs-3rd:narcotic Drug<br>Count: 3<br>Weapon/Drug: Cocaine | Covered By Pl 220.39 01 |
| PL 220.06 01 | **D Felony, 1 count, Not an arrest charge, Not an arraignment charge**<br>Description: Crim Poss Contl Sub W/int<br>Count: 12<br>Weapon/Drug: Cocaine<br>Date Added: 06/23/2022 | Pled Guilty, Probation For 3 Years |
| PL 220.39 01 | **B Felony, 9 counts, Arrest charge, Arraignment charge**<br>Description: Cscs-3rd:narcotic Drug<br>Count: 5<br>Weapon/Drug: Cocaine | Covered By Pl 220.39 01 |
| PL 220.39 01 | **B Felony, 9 counts, Arrest charge, Arraignment charge**<br>Description: Cscs-3rd:narcotic Drug<br>Count: 6<br>Weapon/Drug: Cocaine | Covered By Pl 220.39 01 |
| PL 220.39 01 | **B Felony, 9 counts, Arrest charge, Arraignment charge**<br>Description: Cscs-3rd:narcotic Drug<br>Count: 9<br>Weapon/Drug: Cocaine | Covered By Pl 220.39 01 |
| PL 220.39 01 | **B Felony, 9 counts, Arrest charge, Arraignment charge**<br>Description: Cscs-3rd:narcotic Drug<br>Count: 4<br>Weapon/Drug: Cocaine | Covered By Pl 220.39 01 |
| PL 220.39 01 | **B Felony, 9 counts, Arrest charge, Arraignment charge**<br>Description: Cscs-3rd:narcotic Drug<br>Count: 7<br>Weapon/Drug: Cocaine | Covered By Pl 220.39 01 |
| PL 220.39 01 | **B Felony, 9 counts, Arrest charge, Arraignment charge**<br>Description: Cscs-3rd:narcotic Drug<br>Count: 8<br>Weapon/Drug: Cocaine | Covered By Pl 220.39 01 |

# New York State Unified Court System
## COURTS: WebCriminal

**Case Details - Appearances**

**CASE INFORMATION**
- Court: New York Supreme Court - Criminal Term
- Case #: 00449-2021
- Defendant: Powell, Raheem A

Close Case Details

Case Details
- Summary
- ▶ Appearances
- Charges
- Motions

| Date/Time | Judge/Part | Calendar Section | Arraignment/Hearing Type | Court Reporter | Outcome/Release Status |
|---|---|---|---|---|---|
| 01/24/2023 09:00 AM | CASHIER | PAYMENT | | | |
| 11/18/2022 | Unknown, UCMSPAY | MISCELLANEOUS | No Type | Not, On File | Continued-to Pay Fine/sur/cvaf Released on Recognizance |
| 11/17/2022 | CASHIER | PAYMENT | No Type | Not, Required | Adjourned Released on Recognizance |
| 08/18/2022 | Best, M TAP B | SENTENCES | Sentencing | Day, Christopher | Sentence Imposed Released on Recognizance |
| 06/23/2022 | Best, M TAP B | MISCELLANEOUS | No Type | L. Maydan, | Pled Guilty Released on Recognizance |
| 06/14/2022 | Best, M TAP B | HEARINGS | No Type | K. Vidals, | Adjourned Released on Recognizance |
| 04/13/2022 | Wiley, M 42 | MISCELLANEOUS | No Type | Sasso, Melissa | Adjourned Released on Recognizance |
| 03/23/2022 | Wiley, M 42 | TRIAL | No Type | Hudson, Amalia | Adjourned Released on Recognizance |
| 02/23/2022 | Wiley, M 42 | TRIAL | No Type | Oviedo, Y | Adjourned Released on Recognizance |
| 12/15/2021 | Wiley, M 42 | TRIAL | No Type | Eisenberg, L | Adjourned Released on |

