# EXHIBIT I:

**PROPERTY CLERK'S MOTOR VEHICLE/BOAT INVOICE** — B 175208 V

| Field | Value |
|---|---|
| Category of Property | Forfeiture |
| Date | 08/14/10 |
| Arresting/Assigned Officer | BATLEY DAVID |
| Rank | DET |
| Shield No. | 6844 |
| Tax Reg. No. | 932289 |
| Command | NBMS |
| Year of Veh. | 2010 |
| Make | DODGE |
| Model | CHALLENGER |
| Type | 2DSD |
| Color | RED |
| Veh. Ident. No. | 2B3CJ5DT0AH130345 |
| Lic. Plate No. | EVV8252 |
| State | NY |
| Certificate of Inspection | 1255970S |
| Location Veh./Boat Obtained | F/O 360 WEST 43 STREET |
| Time | 1810 |
| Date | 08/14/10 |
| Personal Property Removed | Yes |
| Pr. Clk. Invoice No. | R726693 |
| Registered Owner Notified By | DET BATLEY DAVID |
| Rank | DET |
| Shield No. | 6844 |
| Precinct | NBMS |
| Date | 08/14/10 |
| Time | 2030 |
| How Notified | Telephone |
| Vehicle Taken From | POWELL RAHEEM |
| Address | 315 WEST 116 ST |
| City | NEW YORK |
| State | NY |
| Telephone No. | 6465338817 |
| Prisoner's Last Name | POWELL | First: RAHEEM |
| Age | 27 |
| Address | 315 WEST 116 STREET |
| City | NEW YORK |
| State | NY |
| No. of Pris. | 1 |
| Date of Arrest | 08/14/10 |
| Arrest No. | M10672627N |
| Pct. | 014 |
| Compl. Pct. | 014 |
| Charge | CSM |

Remarks: PRISONER DID USE VEHICLE TO TRANSPORT AND SELL MARIJUANA

B 175208 V

DISTRIBUTION: WHITE - Prop. Clk. File / BLUE - Police Officer's Copy / SECOND WHITE - Inventory Unit Copy / GREEN - Evidence Release/Investigation Copy / YELLOW - Prop. / PINK - Prisoner/Claim