

# New York City Police Department
## Omniform System - Complaints

| Report Cmd: 028 | Jurisdiction: N.Y. POLICE DEPT | Record Status: Final, No Arrests | Complaint #: 2010-028-05330 | Legacy Blue Versions: 1 | No Other Complaint Revisions |
|---|---|---|---|---|---|
| **Occurrence Location:** NORTH WEST CORNER SAINT NICHOLAS AVENUE & WEST 118 STREET<br>**Name Of Premise:**<br>**Premises Type:** STREET<br>**Location Within Premise:** PUBLIC SIDEWALK.<br>**Visible By Patrol?:** NO | | **NYC Parks Dept. Property**<br>Did this offense occur on NYC Parks Dept. Property?<br>Command:<br>NYC Parks Dept. Property Name: | **Precinct:** 028<br>**Sector:** H<br>**Beat:**<br>**Post:** | | |

**Occurrence From:** 2010-10-10 13:00 SUNDAY
**Occurrence thru:** 2010-10-10   13:15
**Reported:** 2010-10-11   23:00
**Complaint Received:** WALK-IN

**Aided #** 000001284
**Accident #**
**O.C.C.B. #**

**Classification:** ASSAULT
**Attempted/Completed:** COMPLETED
**Most Serious Offense Is:** MISDEMEANOR
**PD Code:** 101   ASSAULT 3
**PL Section:** 12000
**Keycode:** 344   ASSAULT 3 & RELATED OFFENSES

**Case Status:** OPEN
**Unit Referred To:** P.D.U.
**Clearance Code:**
**Log/Case #:** 0
**Clearance Arrest Id:**
**Clearance AO Cmd:**
**File #:** 38
**Prints Requested?** NO

| Is This Related To Stop And Frisk Report<br>NO | SQF Number:<br>0000-000-00000 | Was The Victim's Personal Information Taken Or Possessed?<br>NO | Was The Victim's Personal Information Used To Commit A Crime?<br>NO |
|---|---|---|---|
| Gang Related?<br>NO | OCCB FOD Log #: | Name Of Gang: | Child Abuse Suspected?<br>NO |
| DIR Required?<br>YES | | Child In Common?<br>NO | Intimate Relationship?<br>YES |

| **If Burglary:** | **Alarm:** | **If Arson:** | **Taxi Robbery:** |
|---|---|---|---|
| Forced Entry: | Bypassed? | Structure: | Partition Present: |
| Structure: | Comp Responded?: | Occupied?: | Amber Stress Light Activated: |
| Entry Method: | Company Name/Phone: | Damage by: | Method of Conveyance: |
| Entry Location: | Crime Prevention Survey Requested?: | | Location of Pickup: |
| | Complaint/Reporter Present?: | | |

| Supervisor On Scene - Rank / Name / Command : | Canvas Conducted:<br>NO | Translator(if used): |
|---|---|---|

**NARRATIVE:**
AT T/P/O C/V STATES SHE WAS WALKING DOWN THE STREET AND WAS APPROACHED BY LISTED DEFT. C/V STATES DEFT PROCEEDED TO PUNCH HER IN THE FACE WITH A CLOSED FIST SEVERAL TIMES C/V SUSTAINED BRUISING TO HER FACIAL REGION C/V RMA @ STATIONHOUSE.

**No NYC TRANSIT Data for Complaint # 2010-028-05330**

| Total Victims: 1 | Total Witnesses: 0 | Total Reporters: 0 | Total Wanted: 1 |
|---|---|---|---|

### VICTIM: # 1 of 1

**Name:** PRICE, KELLY  
**Complaint#:** 2010-028-05330

- Nick/AKA/Maiden:
- UMOS: NO
- Sex/Type: FEMALE
- Race: WHITE
- Age: 39
- Date Of Birth: 11/27/1970
- Disabled? NO
- Is this person not Proficient in English?: NO
- If Yes, Indicate Language:
- N.Y.C.H.A Resident? NO
- Is Victim fearful for their safety / life?
- Escalating violence / abuse by suspect?
- Were prior DIR's prepared for C/V?

- Gang/Crew Affiliation: NO
- Name:
- Identifiers:

- Will View Photo: YES
- Will Prosecute: YES
- Notified Of Crime Victim Comp. Law: NO

| LOCATION | ADDRESS | CITY | STATE/COUNTRY | ZIP | APT/ROOM |
|---|---|---|---|---|---|
| HOME-PERMANENT | 237 WEST 120 STREET | MANHATTAN | NEW YORK | 10027 | 1 |

**Phone #:** HOME: 646-596-7271 CELL: 212-470-0092

**Action against Victim:**

**Actions Of Victim Prior To Incident:** WALKING DOWN THE STREET

**Victim Of Similar Incident:** NO

**If Yes, When And Where**

### WANTED: # 1 of 1

**Name:** POWELL, RAHEEM  
**Complaint#:** 2010-028-05330  
**Arrested:**

- Nick/AKA/Maiden:
- Sex: MALE
- Race: BLACK
- Age: 28
- Date Of Birth: [redacted]
- U.S. Citizen: YES
- Place Of Birth: UNKNOWN
- Is this person not Proficient in English?: NO
- If Yes, Indicate Language:
- Accent: NO

- Height: 6FT0IN
- Weight: 260
- Eye Color: BROWN
- Hair Color: BLACK
- Hair Length:
- Hair Style: BRAIDS
- Skin Tone: MEDIUM
- Complexion: CLEAR
- S.S. #: 0

- Order Of Protection: NO
- Issuing Court:
- Docket #:
- Expiration Date:
- Order of Protection Violated?
- Does Suspect abuse Drugs / Alcohol?
- Suspect threatened /attempted suicide?
- Is the suspect Parole / Probation?
- Relation to Victim: BOYFRIEND
- Living together: NO
- Can be Identified: YES

- Gang/Crew Affiliation: NO
- Name:
- Identifiers:

| LOCATION | ADDRESS | CITY | STATE/COUNTRY | ZIP | APT/ROOM | HOW LONG? | RES. PCT |
|---|---|---|---|---|---|---|---|

**Phone #:** CELL: 646-533-8819

**N.Y.C.H.A. Resident:** NO **N.Y.C. Housing Employee:** NO **On Duty:** NO  
**Development:**    **N.Y.C. Transit Employee:** NO

**Physical Force:** USED

**Weapons:**

- Gun:
- Weapon Used/Possessed: NONE   Make:   Recovered:

| | |
|---|---|
| Non-Firearm Weapon: | Caliber:    Serial Number Defaced: |
| Other Weapon Description: | Color:        Serial Number: |
| | Type: |
| | Other/Gun Specify: |
| | Discharged: NO |

| |
|---|
| Used Transit System: |
| Station Entered: |
| Time Entered: |
| Metro Card Type: |
| Metro Card Used/Poses: |
| Card #: |

| CRIME DATA | DETAILS |
|---|---|
| STATEMENTS MADE | I'LL KILL YOU BITCH IF YOU GO TO THE POLICE" |
| MODUS OPERANDI | UNKNOWN |
| ACTIONS TOWARD VICTIM | INJURY USING PHYSICAL FORCE |
| CLOTHING | ACCESSORIES -UNK -UNKNOWN COLOR |
| CLOTHING | FOOTWEAR -UNK -UNKNOWN COLOR |
| CLOTHING | HEADGEAR -UNK -UNKNOWN COLOR |
| CLOTHING | OUTERWEAR -UNK -UNKNOWN COLOR |
| CHARACTERISTICS | BEARDED |
| CHARACTERISTICS | MUSTACHE |
| BODY MARKS | -UNKNOWN |
| BODY MARKS | ARM -TATTOO WITH WORDS ONLY -DESCRIBE:R A |
| IMPERSONATION | UNKNOWN |

**No IMEI Data for Complaint # 2010-028-05330**

| Reporting/Investigating M.O.S. Name: POM MCNAIR KENNETH | Tax #: 939002 | Command: 028 PCT | Rep.Agency: NYPD |
|---|---|---|---|
| Supervisor Approving Name: SGT CONNOR PHILLIP | Tax #: 932486 | Command: PSA 6 | Rep.Agency: NYPD |
| Complaint Report Entered By: POM COOLEY | Tax #: 897228 | Command: 028 PCT | Rep.Agency: NYPD |
| Signoff Supervisor Name: SGT LEON | Tax #: 917866 | Command: 028 PCT | Rep.Agency: NYPD |

END OF COMPLAINT REPORT
# 2010-028-05330

[ Print this Report ]