-------- Original Message --------
Subject: Kelly Price
From: "Benetatos, Marilyn" <BENETATOSM@coned.com>
To: "Graciegracie212@gmail.com" <Graciegracie212@gmail.com>
CC: "Benetatos, Marilyn" <BENETATOSM@coned.com>

Marilyn Benetatos
231 West 120th Street
N.Y. N.Y. 10027
(212) 663-5372 (home)
(347) 203-2623 (cell)

To whom it may concern:

I was a neighbor of Kelly Price when she lived at 237 West 120th Street.  I am a manager in Con Edison where I have worked for over 26 years.  I have approximately 70 employees in my chain of command.  I lived on the street for over 12 years, walk my dog every day and know and get along with my neighbors.

In the spring and summer of 2011 and later in 2012, there were some problems on the street related to young teenagers from other blocks hanging out on 120th street vandalizing cars, the school yard, fighting in the streets and being somewhat threatening to others.  As a result, a group of us from the block attended monthly meetings at the police station to make our issues known there and to get further on-going support from the police and the community officer.  The police were very helpful, offered a lot of support and worked with us and the principal at the local school and facilitated the problem going away.
After the formal meeting, the head of the station, Captain Rodney Harrison, invited attendees to speak with him personally about issues of concern.  I went up to him after one of these meetings and asked him why more was not being done to help Kelly Price, who everyone knew was being battered.  I was concerned because the young teenagers seemed to be learning the wrong thing from the situation.  At that time, Captain Harrison told me that he had never seen anything like it, but he/the police were told to not respond to Kelly Price without the direct instruction of the District Attorney's office.  He said it was strange but indicated that, to some extent, his hands were tied.
 found his response really surprising, so it stood out in my mind.  I don't remember when or in what circumstances I came to be telling Kelly Price the details of my interaction with Captain Harrison.
Please feel free to contact me, should I be able to assist you further.

Sincerely,
Marilyn Benetatos