**DISTRICT ATTORNEY**
COUNTY OF NEW YORK
ONE HOGAN PLACE
New York, N. Y. 10013
(212) 335-9000



**ALVIN L. BRAGG, JR.**
DISTRICT ATTORNEY

September 26, 2024

Honorable Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square, Room 618
New York, New York 10007



RE: *Kelly Price v. Simmons, et. al.*
15-CV-05871 (KPF)

Dear Judge Failla:

    I am an Assistant District Attorney in the Civil Litigation Unit of the General Counsel's Office of the New York County District Attorney's Office ("DANY"), representing DANY as a non-party in the above-captioned matter. I am ordered by this Court to respond to plaintiff's motion for leave to amend the complaint for the sixth time on or before November 12, 2024 (Dkt. No. 227).

    I write on behalf of non-party DANY to respectfully request a little over one (1) month enlargement of time, from November 12, 2024 to December 16, 2024. Plaintiff has consented to this request. This is DANY's first request for an extension of time to respond to plaintiff's motion for leave to amend the complaint.

    I received a Grand Jury summons last week in the county where I reside. Service is to begin on October 7th and is for eleven (11) days over a four (4) week period, ending on November 1st. I do not know at this time how the Grand Jury schedules the days that I must be present. My workdays will be substantially interrupted in October and I will need time to focus on my anticipated backed-up workload when I return full time in November.

    For the above stated reason, DANY respectfully requests that the Court grant the request for an enlargement of time to respond to plaintiff's motion for a proposed

Sixth Amended Complaint. Thank you for your consideration.

                                                  Respectfully submitted,

                                                  *Christina Ante*

                                                  Christina Ante
                                                  Assistant District Attorney
                                                  Civil Litigation Unit
                                                  Office of the General Counsel
                                                  212-335-9149 (phone)

To:    *BY ECF*
          David Broderick, Esq., attorney for plaintiff
          KellyAnne Holohan, New York City Law Department
          Jason Douglas Barnes, Metropolitan Transportation Authority

---

```
Application GRANTED.  The DANY Defendants are ORDERED to respond to
Plaintiff's motion for leave to amend on or before December 16, 2024.

Ms. Price may submit a reply to the DANY Defendants' submission within
21 days of the filing of that submission.

Date:     September 27, 2024           SO ORDERED.
          New York, New York
```

*Katherine Polk Failla*

```
                                       HON. KATHERINE POLK FAILLA
                                       UNITED STATES DISTRICT JUDGE
```