**DISTRICT ATTORNEY**
COUNTY OF NEW YORK
ONE HOGAN PLACE
New York, N. Y. 10013
(212) 335-9000



**ALVIN L. BRAGG, JR.**
DISTRICT ATTORNEY

January 8, 2025

Honorable Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square, Room 618
New York, New York 10007

RE: *Kelly Price v. Simmons, et. al.*
15-CV-05871 (KPF)

Dear Judge Failla:

I am an Assistant District Attorney in the Civil Litigation Unit of the General Counsel's Office of the New York County District Attorney's Office ("DANY"), representing DANY as a non-party in the above-captioned matter. I am ordered by this Court to respond to plaintiff's motion for leave to amend the complaint for the sixth time on or before January 13, 2025 (Dkt. No. 231).

I write on behalf of non-party DANY to respectfully request a brief enlargement of time from January 13, 2025 to January 17, 2025 due to exigent circumstances. A family member passed away late yesterday and the out of state funeral will be held on Monday, January 13, 2025. I can provide additional details *in camera* at the Court's request.

Thank you for your consideration in this matter.

Respectfully submitted,

*Christina Ante*

Christina Ante
Assistant District Attorney
Civil Litigation Unit
Office of the General Counsel
212-335-9149 (phone)

To:  BY ECF
     David Broderick, Esq., attorney for plaintiff
     KellyAnne Holohan, New York City Law Department
     Jason Douglas Barnes, Metropolitan Transportation Authority