**DISTRICT ATTORNEY**
COUNTY OF NEW YORK
ONE HOGAN PLACE
New York, N. Y. 10013
(212) 335-9000



**ALVIN L. BRAGG, JR.**
DISTRICT ATTORNEY

January 16, 2025

Honorable Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square, Room 618
New York, New York 10007

                         RE: *Kelly Price v. Simmons, et. al.*
                             15-CV-05871 (KPF)

Dear Judge Failla:

      I am an Assistant District Attorney in the Civil Litigation Unit of the General Counsel's Office of the New York County District Attorney's Office ("DANY"), representing DANY as a non-party in the above-captioned matter. I am ordered by this Court to respond to plaintiff's motion for leave to amend the complaint for the sixth time on or before January 18, 2025 (Dkt. No. 233).

      I write on behalf of non-party DANY to respectfully request a four-day enlargement of time from January 16, 2025 to January 24, 2025, which includes a federal holiday. I have been diligently working on DANY's opposition, however due to unforeseen circumstances, I am unwell and require time to recuperate. Your Honor has been understanding with the prior extensions. I can provide additional details *in camera* at the Court's request.

      Thank you for your consideration in this matter.

                                                     Respectfully submitted,

                                                     */s/ Christina Ante*
                                                     Christina Ante
                                                     Assistant District Attorney
                                                     Civil Litigation Unit
                                                   Office of the General Counsel
                                                 212-335-9149 (phone)

To:     *BY ECF*
          David Broderick, Esq., attorney for plaintiff
          KellyAnne Holohan, New York City Law Department
          Jason Douglas Barnes, Metropolitan Transportation Authority