UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KELLY PRICE,<br><br>                                  Plaintiff,<br><br>-v.-<br><br>THE CITY OF NEW YORK; INSPECTOR OLUFUNMILO F. OBE, *in her individual and official capacity*; SELVENA BROOKS, *in her individual and official capacity*; OFFICER ISELAINE GUICHARDO HERMENE GILDO GRUZ, *in her individual and official capacity*; MTA OFFICER JOHN DOE, *in his individual and official capacity*; LT. NICHOLAS CORRADO, *in his individual and official capacity*; ROSE PIERRE-LOUIS, *in her individual and official capacity*; DETECTIVE LINDA SIMMONS, *in her individual and official capacity*; LIEUTENANT RAYMOND DEJESUS, *in his individual and official capacity*; OFFICER JOHN STAINES, *in his individual and official capacity*;  MTA OFFICER JANE DOE, *in her individual and official capacity*; SERGEANT SHEVITZ, *in his individual and official capacity*; OFFICER EMMET, *in his individual and official capacity*; STEPHEN MEARS; and ALISON SCHMITT,<br><br>                                  Defendants. | 15 Civ. 5871 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

The Court has reviewed Ms. Price's affidavit (Dkt. #250), and Ms. Ziari's letter written on behalf of Mr. Broderick (Dkt. #251).  The Court extends its well wishes to Mr. Broderick in his recovery.

The Court would appreciate his response to Ms. Price's affidavit on or before **August 28, 2025**, as it will aid the Court in determining the appropriate

next steps in this action, including resetting the deadline for Ms. Price's reply brief regarding her motion to amend.

    SO ORDERED.

Dated:    August 7, 2025
            New York, New York

                                      KATHERINE POLK FAILLA
                                      United States District Judge